**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00074<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES LR 7.1-1** |

  Plaintiff, LATIA ALEXANDER, individually as heir of ISAIAH TYREE WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH TYREE WILLIAMS, by and

[remainder of page blank]

through her counsel, Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, there are no known interested parties other than those participating in the case.

Dated this 9th day of January, 2024.

BREEDEN & ASSOCIATES, PLLC

_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2024, I served a copy of the foregoing legal document **CERTIFICATE OF INTERESTED PARTIES** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person: |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

/s/   Adam J. Breeden
**BREEDEN & ASSOCIATES, PLLC**

2