AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Latia Alexander, individually and as Special Administrator of the Estate of Isaiah T. Williams <br><br> *Plaintiff(s)* <br> v. <br> Las Vegas Metropolitan Police Dept., Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenberg, and James Bertuccini <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KERRY KUBLA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam J. Breeden, Esq.
Breeden & Associates, PLLC
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BREEDEN & ASSOCIATES, PLLC
7432 W SAHARA AVE STE 101
LAS VEGAS, NV 89117
(702) 819-7770



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LATIA ALEXANDER, ET AL.
Plaintiff

vs

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET AL.
Defendant

Case Number: 2:24-CV-00074-APG-NJK

Dept:

**PROOF OF SERVICE**

TANNER TREWET, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Wednesday, January 10, 2024 a copy of the:
**SUMMONS IN A CIVIL ACTION; COMPLAINT**

I served the same on **1/16/2024** at **11:25 AM** to:

**Defendant KERRY KUBLA, IN HIS INDIVIDUAL CAPACITY, C/O LAS VEGAS METROPOLITAN POLICE DEPARTMENT RISK MANAGEMENT**

by leaving the copies with or in the presence of **MARLENE SROK P#8946, INVESTIGATIVE SPECIALIST**, at **400 S MARTIN L KING BLVD, BLDG B, LAS VEGAS, NV 89106**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Wednesday, January 17, 2024

TANNER TREWET
Registered Work Card R-2019-07712

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-1998921.01