**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell
  Backman, James Rothenburg and James Bertuccini

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**DEFENDANTS LVMPD, KERRY KUBLA, BRICE CLEMENTS, ALEX GONZALES, RUSSELL BACKMAN, JAMES ROTHENBURG AND JAMES BERTUCCINI'S CERTIFICATE OF INTERESTED PARTIES** |
| KERRY KUBLA,<br><br>Counterclaimant,<br><br>vs.<br><br>LATIA ALEXANDER in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Counterdefendant. | |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-428 5371040_1 2/5/2024 1:29 PM

Defendants Las Vegas Metropolitan Police Department, Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg and James Bertuccini, by and through their counsel, Marquis Aurbach, hereby certify there are no known parties other than the named parties that have an interest in the outcome of this case.

Dated this 5th day of February, 2024.

MARQUIS AURBACH


By:    *s/Craig R. Anderson*
      Craig R. Anderson, Esq.
      Nevada Bar No. 6882
      10001 Park Run Drive
      Las Vegas, Nevada 89145
      Attorney(s) for

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS LVMPD, KERRY KUBLA, BRICE CLEMENTS, ALEX GONZALES, RUSSELL BACKMAN, JAMES ROTHENBURG AND JAMES BERTUCCINI'S CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 5th day of February, 2024.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒    I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a


*s/Sherri Mong*
an employee of Marquis Aurbach

MAC:14687-428 5371040_1 2/5/2024 1:29 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816