**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW, PC**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive, <br><br> Defendants. | CASE NO. 2:24-cv-00074-APG-NJK <br><br> **STIPULATION AND PROPOSED ORDER TO FILE FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** between Plaintiff, LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH

T. WILLIAMS (hereinafter referred to as "Plaintiff"), by and through her counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC and Corrine P. Murphy, Esq. of MURPHY'S LAW, PC, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, KERRY KUBLA, BRICE CLEMENTS, ALEX GONZALES, RUSSELL BACKMAN, JAMES ROTHENBURG, and JAMES BERTUCCINI, by and through their counsel of record Craig Anderson, Esq. (hereinafter collectively referred to as "Defendants"), that:

**IT IS HEREBY STIPULATED** that Plaintiffs shall be permitted leave to file a First Amended Complaint, attached hereto as Exhibit "1." For the Court's knowledge, this First Amended Complaint refines the factual allegations in the original Complaint in light of recent discovery and adds a new Defendant, Lt. O'Daniel, but does not add any new causes of action.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated this 5th day of August, 2024. | Dated this 5th day of August, 2024. |
| **BREEDEN & ASSOCIATES, PLLC** | **MARQUIS AURBACH** |
| /s/ Adam J. Breeden | /s/ Craig Anderson |
| **ADAM J. BREEDEN, ESQ.**<br>Nevada Bar No. 008768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Phone: (702) 819-7770<br>Fax: (702) 819-7771<br>Adam@Breedenandassociates.com | **CRAIG R. ANDERSON, ESQ.**<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Phone: (702) 382-0711<br>Fax: (702) 382-5816<br>canderson@maclaw.com<br>*Attorney for Las Vegas Metro Police Dept. & Officers* |
| **CORRINE P. MURPHY, ESQ.**<br>Nevada Bar No. 10410<br>MURPHY'S LAW, PC<br>2620 Regatta Dr., Suite 102<br>Las Vegas, NV 89128<br>Phone: (702) 820-5763<br>Fax: (702) 665-7345<br>cmurphyslawattorney@gmail.com<br>*Attorneys for Plaintiffs* | |

**ORDER**

The Court GRANTS the parties' stipulation. Docket No. 24. Plaintiffs must promptly file and serve the first amended complaint.

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2024