AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS <br><br> *Plaintiff(s)* <br><br> v. <br><br> Las Vegas Metropolitan Police Department, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:24-cv-00074-APG-NJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Melanie O'Daniel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam J. Breeden, Esq.
Breeden & Associates, PLLC
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI

CLERK

_(By) DEPUTY CLERK_

08/07/24

DATE

BREEDEN & ASSOCIATES, PLLC
7432 W SAHARA AVE STE 101
LAS VEGAS, NV 89117
(702) 819-7770



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LATIA ALEXANDER, ET AL.
   Plaintiff

vs

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, ET AL.
   Defendant

Case Number: 2:24-CV-00074-APG-NJK

Dept:

**PROOF OF SERVICE**

SABRINA SORENSEN, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Friday, August 9, 2024 a copy of the:
**SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT**

I served the same on **09/11/2024** at **6:20 PM** to:

**Defendant MELANIE O'DANIEL, IN HER INDIVIDUAL CAPACITY**

by leaving the copies with or in the presence of **JANE DOE, White female, 40's, brown hair, brown eyes, 5'5", 140 lbs**, SISTER/CO-RESIDENT, at **306 ALPINE WAY, LAS VEGAS, NV 89124**, pursuant to NRCP Rule 4.2(a)(2) as a person of suitable age and discretion residing therein at the Defendant's usual place of abode.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Thursday, September 12, 2024

SABRINA SORENSEN
Registered Work Card R-2020-00191

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-2009922.01