**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES (FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Latia Alexander, individually as heir of Isaiah T. Williams, and in her capacity as Special Administrator of the Estate of Isaiah T. Williams ("Plaintiff"), by and through her counsel of record, Breeden & Associates, PLLC, hereby file their Stipulation and Order to

MAC: 14687-428 (#5687804.2)

Extend Discovery Deadlines (First Request) by ninety (90) days pursuant to LR II 26-4. The present discovery cutoff date is February 5, 2025.

## I.  DISCOVERY COMPLETED

1. On March 12, 2024 this Court entered the original Discovery Plan and Scheduling Order. (ECF No. 19)

2. Plaintiff served her initial FRCP 26(a)(1) disclosure.

3. Defendants served their initial FRCP 26(a)(1) disclosure.

4. The parties have both served and responded to several rounds of written discovery. To explain to the Court, due to several defendants in this case, several hundred requests have been made and responded to by the Parties, written discovery is voluminous.

5. Defendants have supplemented their disclosure statement seven (7) times, produced 17,000 pages of documents and over 8 hours of body worn camera video.

6. Plaintiff has produced an additional six (6) supplemental disclosures, approximately 2,000 pages of documents and 39 witnesses.

7. In August 2024, Plaintiff amended her complaint to include a new defendant—Melanie O'Daniel.

8. Defendant O'Daniel answered in late August 2024.

9. The Defendants have taken the deposition of Plaintiff Latia Alexander.

10. Plaintiff has deposed defendants Gonzales, Bertuccini, Rothenberg, Backman, Clements and Kubla.

11. The parties recently timely disclosed expert witnesses. Plaintiff disclosed three retained experts and Defendants disclosed one retained expert.

## II.  DISCOVERY TO BE COMPLETED

1. Plaintiff has set Melanie O'Daniel's deposition for December 17, 2024.

2. Plaintiff is in the process of setting witness Det. Roth's deposition for January 8, 2025.

3. Plaintiff is in the process of serving Defendant LVMPD a Notice of Rule 30(b)(6) deposition and the parties are in discussions regarding relevant topics.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-428 (#5687804.2)

4. The parties' experts are preparing to serve rebuttal expert reports.

5. The Defendants need to take the Plaintiff's three expert witnesses' depositions.

6. The Plaintiff needs to take the deposition of Defendants' expert.

### III. REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE COURT

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The primary reason for this request is for the Parties to complete expert discovery. The parties have contacted their experts regarding rebuttal reports and deposition dates. Some of the experts have asked for extensions to submit rebuttal reports. Further, due to counsel's schedules, the experts' schedules, and the holidays, scheduling depositions within the remaining discovery period has proven difficult. For example, Defendants' counsel is starting a two-week trial on December 2, 2024 in *Lobato v. Las Vegas Metro Police Dep't.*, 2:19-cv-01273-RFB-EJY. Defendants' police practices expert is unavailable to complete a rebuttal report or give deposition testimony until mid-January 2025. Plaintiff's counsel is expected to be in trial in early January in a state court matter and completing numerous other depositions in another contentious medical malpractice matter over the same time period, complicating scheduling.

It is anticipated the expert discovery will lead to additional discovery. Lastly, defendant Melanie O'Daniel has only been a party for two months. The parties need to conduct written discovery and investigate the claims and defenses involving her. Therefore, the Parties agree a 90-day extension will allow the Parties to complete the remaining depositions, obtain the transcripts, and file dispositive motions.

Plaintiff wishes to further explain this is a complex civil rights wrongful death action against several law enforcement defendants concerning a fatal police shooting during a search warrant. Plaintiff is expected to seek an eight-figure award. Written discovery has been voluminous and the depositions to be taken are many, justifying an extension.

MAC: 14687-428 (#5687804.2)

**IV.  PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

|  | **EXISTING DEADLINES** | **PROPOSED DEADLINES** |
|---|---|---|
| **Close of Discovery** | February 5, 2025 | **May 5, 2025** |
| **Final Date to Amend Pleadings/Add Parties** | Passed | |
| **Initial Expert Disclosures Deadlines** | Passed | |
| **Rebuttal Expert Disclosure Deadline** | December 5, 2024 | **March 5, 2025** |
| **Final Date for Dispositive Motions** | March 5, 2025 | **June 5, 2025** |
| **Pretrial Order** | April 7, 2025 | **July 7, 2025** |

IT IS SO STIPULATED this 19th day of November, 2024.

MARQUIS AURBACH                         BREEDEN & ASSOCIATES, PLLC

By: *s/Craig R. Anderson*                By: */s/ Adam Breeden*
   Craig R. Anderson, Esq.                  Adam Breeden, Esq.
   Nevada Bar No. 6882                      Nevada Bar No. 8768
   10001 Park Run Drive                     7432 W. Sahara Ave, Ste 101
   Las Vegas, Nevada 89145                  Las Vegas, Nevada 89117
   Attorney for Defendants                  Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated this __ day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

MAC: 14687-428 (#5687804.2)