**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES (FIRST REQUEST)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Latia Alexander, individually as heir of Isaiah T. Williams, and in her capacity as Special Administrator of the Estate of Isaiah T. Williams ("Plaintiff"), by and through her counsel of record, Breeden & Associates, PLLC, hereby file their Stipulation and Order to Extend Discovery Deadlines (First Request) by ninety (90) days pursuant to LR II 26-4. The present discovery cutoff date is February 5, 2025.

MAC: 14687-428 (#5687804.1)

**I.   DISCOVERY COMPLETED**

1. On March 12, 2024 this Court entered the original Discovery Plan and Scheduling Order. (ECF No. 19)

2. Plaintiff served her initial FRCP 26(a)(1) disclosure.

3. The LVMPD Defendants served their initial FRCP 26(a)(1) disclosure.

4. The parties have both served and responded to several rounds of written discovery. To explain to the Court, due to several defendants in this case, several hundred requests have been made and responded to by the Parties, written discovery is voluminous.

5. The LVMPD Defendants have supplemented their disclosure statement seven (7) times and produced 17,000 pages of documents and over 8 hours of body worn camera video.

6. Plaintiff has produced an additional six (6) supplemented disclosures, approximately 2,000 pages of documents and 39 witnesses.

7. In August 2024, Plaintiff amended her complaint to include a new defendant, Melanie O'Daniel.

8. Defendant O'Daniel answered in late August 2024.

9. The LVMPD Defendants have taken the deposition of Plaintiff.

10. Plaintiff has deposed defendants Gonzales, Bertuccini, Rothenberg, Backman, Clements, Kubla and O'Daniel.

11. The parties recently timely disclosed expert witnesses.

**II.   DISCOVERY TO BE COMPLETED**

1. Plaintiff is taking the deposition of Det. Justin Roth on January 8, 2025.

2. The LVMPD Defendants are taking the deposition of Plaintiff's expert Gilbertson on January 21, 2025.

3. Plaintiff is taking the deposition of the LVMPD Defendants' expert Spencer Fomby on January 27, 2025, in Austin, Texas.

MAC: 14687-428 (#5687804.1)

4. Plaintiff is taking the deposition of LVMPD's Rule 30(b)(6) witness in February 2025.

5. The LVMPD Defendants are responding to Plaintiff's third set of written discovery.

6. The LVMPD Defendants need to notice and take the deposition of Plaintiff's recently identified rebuttal experts.

### III. REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE COURT

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The primary reason for this request is for the Parties to complete expert discovery. The parties have contacted their experts regarding rebuttal reports and deposition dates. Some of the experts have asked for extensions to submit rebuttal reports. The only remaining issue is the taking of the LVMPD Defendants' Rule 30(b)(6) deposition. This deposition cannot place until the end of February 2025. The deposition transcript will be required to draft and file dispositive motions. The parties agree a 60-day extension will allow these final depositions to occur and the transcripts to be received in time for dispositive motion filings.

### IV. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

|  | **EXISTING DEADLINES** | **PROPOSED** |
|---|---|---|
| **Close of Discovery** | February 5, 2025 | **April 5, 2025** |
| **Final Date to Amend Pleadings/Add Parties** | Passed |  |
| **Initial Expert Disclosures Deadlines** | Passed |  |
| **Rebuttal Expert Disclosure Deadline** | Passed |  |
| **Final Date for Dispositive Motions** | March 5, 2025 | **May 5, 2025** |

MAC: 14687-428 (#5687804.1)

| **Pretrial Order** | April 7, 2025 | **June 7, 2025** |

IT IS SO STIPULATED this 7th day of January, 2025.

MARQUIS AURBACH                                    BREEDEN & ASSOCIATES, PLLC

By: *s/Craig R. Anderson*                          By: */s/ Adam Breeden*
    Craig R. Anderson, Esq.                               Adam Breeden, Esq.
    Nevada Bar No. 6882                                    Nevada Bar No. 8768
    10001 Park Run Drive                                   7432 W. Sahara Ave, Ste 101
    Las Vegas, Nevada 89145                                Las Vegas, Nevada 89117
    Attorney for Defendants                                Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated this __ day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

MAC: 14687-428 (#5687804.1)