# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LATIA ALEXANDER,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No.: 2:24-cv-00074-APG-NJK

**Order**

[Docket No. 35]

Pending before the Court is the parties' stipulation to continue discovery deadlines by 60 days.[1] Docket No. 35.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).[2] Here, there has been no showing of diligence. The parties' completed discovery recitation is nearly identical to the recitation of completed discovery they submitted on November 19, 2024. *See* Docket No. 35 at 2; *see also* Docket No. 33 at 2.

Further, a request to extend case management deadlines must provide a "statement specifying the discovery completed." Local Rule 26-3. To allow the Court to make a proper determination of whether the parties have been diligent throughout the discovery period, this

---

[1] The parties state that they are requesting an extension of 90 days. Docket No. 35 at 1. The actual dates they request, however, constitute an extension of 60 days. *Id*. at 3.

[2] That a request is jointly submitted "neither mandates allowance of the extension sought nor exempts parties from making the necessary showings to justify that relief. Failure to provide such showings may result in denial of a stipulated request to extend the case management deadlines." *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

1

statement must include the dates on which all discovery occurred. Such information is absent here.³ *See* Docket No. 35 at 2.

Further, the stipulation fails to show that any relief from the case management deadlines is warranted. The stipulation seeks relief based on Defendant Las Vegas Metropolitan Department's Rule 30(b)(6) deposition. Docket No. 35 at 3. The parties submit that the deposition cannot take place until the end of February and that the deposition transcript will be required to file dispositive motions. *Id*. However, the stipulation fails to explain why that circumstance justifies a two-month extension of deadlines. Such an extension, even if good cause did exist, appears excessive on its face in relation to the circumstance identified.

Accordingly, the stipulation to extend is **DENIED**. Docket No. 35.

IT IS SO ORDERED.

Dated: January 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

³ Counsel is well aware of this requirement. *See* Docket No. 34 at 1.