# EXHIBIT 2

# FORCE INVESTIGATION TEAM REPORT



**Joseph Lombardo, Sheriff**

# FORCE INVESTIGATION TEAM REPORT
## FATAL OFFICER-INVOLVED SHOOTING

**FORCE INVESTIGATION TEAM**

**Lieutenant Damon Young**
Office: 702-828-8443
Cell: 702-812-0149
Email: d8252y@lvmpd.com

**Sergeant Michele Iacullo**
Office: 702-828-3273
Cell: 702-449-8211
Email: m7857i@lvmpd.com

**Detective Trever Alsup**
Office: 702-828-0015
Cell: 702-289-5617
Email: t5782a@lvmpd.com

**Detective Marc Colon**
Office: 702-828-0012
Cell: 702-812-0147
Email: m7585c@lvmpd.com

**Detective Jason Leavitt**
Office: 702-828-7309
Cell: 702-860-4160
Email: j5814l@lvmpd.com

**Detective Scott Mendoza**
Office: 702-828-0010
Cell: 702-807-8119
Email: s6878m@lvmpd.com

**Detective Blake Penny**
Office: 702-828-0014
Cell: 702-300-6906
Email: b6042p@lvmpd.com

**Detective Andrew Ubbens**
Office: 702-828-7311
Cell: 702-708-6098
Email: a13119u@lvmpd.com

**LEST Deanna Trujillo**
Office: 702-828-0013
Email: d15162t@lvmpd.com

LVMPD Event: LLV220100037272
Date of Incident: January 10, 2022
Time of Call: 0323 hours
Time of OIS: 0501 hours
Location of Incident: 3050 S. Nellis Boulevard #21-1125
Las Vegas, NV 89121

Primary Detectives: Scott Mendoza, P# 6878
Blake Penny, P# 6042

Subject Officers: Sergeant Russell Backman, P# 6518
Brice Clements, P# 14074
Alex Gonzales, P# 9202
Kerry Kubla, P# 13135
James Rothenburg, P# 13449

Suspect: Isaiah Williams, ID# 8400063

Date of report: March 7, 2022

Submitted by: Detective Scott Mendoza, P# 6878

Signature: _____

Approved by: Lieutenant Damon Young, P# 8252

Signature: _____

WILLIAMS 000210

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

I.    PERSONS INVOLVED/CONTACTED ................................................................. 1
    Subject Officers.................................................................................................. 1
    Witness Officers ................................................................................................ 3
    Civilian Victims ................................................................................................. 3
    Civilian Witness ................................................................................................ 4
II.   ADDITIONAL PERSONNEL ......................................................................... 5
    Clark County Office of the Coroner/Medical Examiner (CCOCME) Personnel ... 5
    Collective Bargaining Association Personnel ..................................................... 6
    Clark County District Attorney's Office Personnel .............................................. 6
    Medical Personnel ............................................................................................ 6
    Police Employee Assistance Program (PEAP) Personnel ................................. 6
III.  INCIDENT TIMELINE ................................................................................. 7
IV.   INCIDENT BRIEFING ................................................................................. 7
V.    SYNOPSIS OF INCIDENT AND INVESTIGATION ....................................... 9
    Scene Overview ................................................................................................ 9
    Investigative Summary ..................................................................................... 10
VI.   INTERVIEW SUMMARIES .......................................................................... 13
    Subject Officers................................................................................................ 13
        Sergeant Backman ..................................................................................... 13
        Officer Clements ......................................................................................... 13
        Officer Gonzales ........................................................................................ 13
        Officer Kubla .............................................................................................. 13
        Officer Rothenburg ..................................................................................... 14
    Witness Officers ................................................................................................ 15
        Officer Bertuccini ....................................................................................... 15
        Officer Werner ............................................................................................ 16
    Civilian Victims ................................................................................................ 17
        Jaime Carrillo ............................................................................................. 17
    Civilian Witness ................................................................................................ 17
        Kwame Crockett ......................................................................................... 17
VII.  PUBLIC SAFETY STATEMENT ................................................................. 19
    Sergeant Backman .......................................................................................... 19

WILLIAMS 000211

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

Officer Clements ................................................................21

Officer Gonzales ...............................................................23

Officer Rothenburg............................................................26

VIII.  DESCRIPTION OF SCENE AND VISIBLE EVIDENCE ...................28

IX.  HOSPITAL ..................................................................30

X.  SCENE WALK-THROUGH ...............................................31

Sergeant Backman .............................................................31

Officer Clements ................................................................31

Officer Gonzales ...............................................................32

Officer Rothenburg............................................................32

XI.  OFFICER WEAPON COUNTDOWNS ................................33

Sergeant Backman .............................................................33

Officer Clements ................................................................34

Officer Gonzales ...............................................................35

Officer Kubla (Handgun) ....................................................36

Officer Kubla (Rifle)............................................................37

Officer Rothenburg............................................................38

XII.  BODY-WORN CAMERA FOOTAGE SUMMARIES .............39

Officer Kubla .....................................................................39

Officer Clements ................................................................40

Officer Werner....................................................................40

Sergeant Backman .............................................................41

Officer Gonzales ...............................................................42

Officer Rothenburg............................................................42

Officer Bertuccini...............................................................43

Officer Eshe ......................................................................43

XIII.  THIRD-PARTY VIDEO AND PHOTOGRAPHIC EVIDENCE ..............44

XIV.  WITNESS CANVASS.......................................................45

XV.  AUTOPSY ...................................................................45

XVI.  FORENSICS REQUESTS/RESULTS ...................................47

Biology/DNA Examination ...................................................47

Firearm Examinations ........................................................47

National Integrated Ballistic Information Network (NIBIN) ............47

Function Testing and Ballistic Comparison Evidence ..................47

WILLIAMS 000212

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**

## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

APPENDIX A ..................................................................................................48

APPENDIX B – ..............................................................................................51

APPENDIX C – ..............................................................................................61

APPENDIX D – ..............................................................................................64

APPENDIX E – ..............................................................................................67

APPENDIX F – ..............................................................................................70

APPENDIX G – ..............................................................................................73

**WILLIAMS 000213**

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
CONTINUATION

**Event: LLV220100037272**

## I.    PERSONS INVOLVED/CONTACTED

**Subject Officers**

Per the Las Vegas Metropolitan Police Department (LVMPD), a subject officer is defined as an officer or supervisor who participated in, directed, or influenced the application of the use of force.

| | |
|---|---|
| Name: | **Sergeant Russell Backman, P# 6518** |
| Date of hire: | 10/06/99 |
| Area of assignment: | SWAT/Silver Team |
| Squad: | Z35 |
| Call sign: | 753Z |
| Shift hours: | 1500-0100 hours |
| Days off: | Thursday/Friday/Saturday |
| Statement given to FIT: | No |
| Weapon | |



| | |
|---|---|
| Make: | Colt |
| Model: | M4 Carbine  556 |
| Caliber: | .223/556 |
| Serial number: | A0375458 |

| | |
|---|---|
| Name: | **Brice Clements, P# 14074** |
| Date of hire: | 06/18/09 |
| Area of assignment: | SWAT/Silver Team |
| Squad: | Z32 |
| Call sign: | Z24 |
| Shift hours: | 1500-0100 hours |
| Days off: | Thursday/Friday/Saturday |
| Statement given to FIT: | No |
| Weapon | |



| | |
|---|---|
| Make: | Glock |
| Model: | 17 |
| Caliber: | 9mm |
| Serial number: | BAGM981 |

WILLIAMS 000214

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
CONTINUATION

**Event: LLV220100037272**

| | |
|---|---|
| Name: | **Alex Gonzales, P# 9202** |
| Date of hire: | 04/09/06 |
| Area of assignment: | SWAT/Silver Team |
| Squad: | Z32 |
| Call sign: | Z11 |
| Shift hours: | 1500-0100 hours |
| Days off: | Thursday/Friday/Saturday |
| Statement given to FIT: | No |
| Weapon | |



| | |
|---|---|
| Make: | Colt |
| Model: | M4 Carbine 556 |
| Caliber: | .223/556 |
| Serial number: | A0375378 |

| | |
|---|---|
| Name: | **Kerry Kubla, P# 13135** |
| Date of hire: | 02/13/08 |
| Area of assignment: | SWAT/Silver Team |
| Squad: | Z35 |
| Call sign: | Z26 |
| Shift hours: | 1500-0100 hours |
| Days off: | Thursday/Friday/Saturday |
| Statement given to FIT: | No |
| Weapon | |



| | |
|---|---|
| Make: | Colt |
| Model: | M4 Carbine 556 |
| Caliber: | .223/556 |
| Serial number: | LE481773 |

| | |
|---|---|
| Name: | **James Rothenburg, P# 13449** |
| Date of hire: | 08/06/08 |
| Area of assignment: | SWAT/Gold Team |
| Squad: | Z34 |
| Call sign: | Z12 |
| Shift hours: | 1500-0100 hours |
| Days off: | Sunday/Monday/Tuesday |
| Statement given to FIT: | Yes |
| Weapon | |



| | |
|---|---|
| Make: | Glock |
| Model: | 17 |
| Caliber: | 9mm |
| Serial number: | BMSP907 |

WILLIAMS 000215

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

### Event: LLV220100037272

**Witness Officers**

Per LVMPD, a witness officer is an officer or supervisor who did not participate in or directly influence the application of the use of force.

| | |
|---|---|
| Name: | **James Bertuccini, P# 8247** |
| Date of hire: | 02/23/04 |
| Area of assignment: | SWAT/Gold Team |
| Squad: | Z34 |
| Call sign: | Z4 |
| Vehicle: | 20547 |
| Shift hours: | 1500-0100 hours |
| Days off: | Sunday/Monday/Tuesday |

Witness officer; provided an audio recorded interview

| | |
|---|---|
| Name: | **Jacob Werner, P# 13017** |
| Date of hire: | 01/16/08 |
| Area of assignment: | SWAT/Silver Team |
| Squad: | Z32 |
| Call sign: | Z15 |
| Vehicle: | 18445 |
| Shift hours: | 1500-0100 hours |
| Days off: | Thursday/Friday/Saturday |

Witness officer; provided an audio recorded interview

**Civilian Victims**

| | |
|---|---|
| Name: | **Jaime Carillo Jr.** |
| Date of birth (DOB): | |
| Social Security number (SSN): |  |
| Nevada OLN: | |
| Race: | Hispanic |
| Height/Weight: | 5'6"/210 pounds |
| Hair/Eyes: | Black/Brown |
| Address: | |
| Phone number: | |
| Employer: | |
| Occupation: | |

WILLIAMS 000216

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

Name:                    **Jamilet Carillo**
DOB:
Address:

Name:                    **Tiffany Jefferson**
DOB:
SSN:
ID number:
Race:                    Black
Height/Weight:           5'5"/190 pounds
Hair/Eyes:               Black/Brown
Address:

Name:                    **Janeth Lopez-Quezada**
DOB:                     08/23/99
SSN:
Race:                    Hispanic
Height/Weight:           5'3"/170 pounds
Hair/Eyes:               Black/Brown
Address:

Phone number:
Employer:
Occupation:

**Civilian Witness**

Name:                    **Kwame Crockett**
DOB:
ID number:
Race:                    Black
Height/Weight:           5'8"/125 pounds
Hair/Eyes:               Black/Brown
Address:

Phone number:

WILLIAMS 000217

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
### CONTINUATION

**Event: LLV220100037272**

**Suspect**

| | |
|---|---|
| Name: | **Isaiah Tyree Williams** |
| Also Known As (AKA): | "Zay" |
| DOB: | ▮▮▮▮ |
| SSN: | ▮▮▮▮ |
| ID number: | 8400063 |
| Race: | Black |
| Height/Weight: | 5'9"/155 pounds |
| Hair/Eyes: | Black/Brown |
| Address: | ▮▮▮▮ |

**Weapon**

| | |
|---|---|
| Make: | Glock |
| Model: | 22 |
| Caliber: | .40 |
| Serial number: | GVP970 |



Criminal charges/offenses:

- Attempted murder with use of a deadly weapon on a first responder - three counts
- Battery with a deadly weapon, substantial bodily harm on a first responder
- Assault with a deadly weapon on a first responder
- Discharging a firearm into an occupied structure – three counts

## II.    ADDITIONAL PERSONNEL

The following persons responded to the primary and/or secondary incident scenes, however, were not documented on the LVMPD unit or briefing logs.

### Federal Bureau of Investigations
   1) Agent Chris McPeak, P# 22833

### Clark County Office of the Coroner/Medical Examiner (CCOCME) Personnel
   1) Coroner Melanie Rouse, P# 484
   2) Coroner Investigative Forensic Supervisor Tiffany Brown, P# 342

| | |
|---|---|
| CCOCME case: | 22-261 |
| Time & date of death: | 1800 hours on January 10, 2022 |
| Seal: | 789445 |

### Davis Funeral Homes & Memorial Park Personnel
   1)    Kevin Mitchell
   2)    John Sheaman

---

WILLIAMS 000218

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

## Collective Bargaining Association Personnel

Las Vegas Police Managers and Supervisors Association (LVPMSA)
1)    Representative Troyce Krumme, P# 7167
2)    Attorney Dan Coe

Las Vegas Police Protective Association (LVPPA)
1)    Representative John Abel, P# 9835
2)    Representative Steve Grammas, P# 6090
3)    Representative Chad Lyman, P# 8262
4)    Representative Gregory Stinnett, P# 8091
5)    Representative Bryan Yant, P# 6956
6)    Attorney Nick Scotti

Fraternal Order of Police (FOP)
1)    Attorney Peter Angulo

## Clark County District Attorney's Office Personnel
1)    Chief Deputy District Attorney Michael Dickerson

## Medical Personnel

American Medical Response (AMR)
1)    Darick Arent (AMR #142)
2)    Ashley Walker (AMR #142)
3)    Kelsee Heringer (AMR #149)
4)    Hailie Schuster (AMR #149)

## Police Employee Assistance Program (PEAP) Personnel
1)    Director Jennifer Benjamins, P# 6964
2)    Peer Counselor Meghan Brunner, P# 14791
3)    Peer Counselor Joseph Hearns, P# 8544
4)    Peer Counselor Brian Kroening, P# 9660

WILLIAMS 000219

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

## III.  INCIDENT TIMELINE

The below timeline is a reconstruction of events which transpired on January 10, 2022, in relation to the fatal officer-involved shooting, that occurred at 3050 S. Nellis Boulevard #21-1125. Details were obtained by the Computer Aided Dispatch (CAD) system and Body Worn Camera (BWC).

| Time (hours) | Description of Event/Action | Source |
|---|---|---|
| 0324 | An investigation/follow-up call was created by Officer Kai Hoskins, P# 9303, for the area of Nellis Boulevard and Vegas Valley Drive. | CAD |
| 0324-0448 | SWAT officers and various members of LVMPD assigned themselves to the call. | CAD |
| 0459:56 | First announcements were made by SWAT personnel at the front door. | BWC |
| 0500:04 | The west window was broken out and a stun stick breach was inserted. | BWC |
| 0500:06 | The front door was rammed for the first time. | BWC |
| 0500:10 | The noise flash diversionary device was deployed. | BWC |
| 0500:11 | The front door was breached after five (5) strikes with the ram. | BWC |
| 0500:12 | Swat Team made entry into the apartment. | BWC |
| 0500:14 | Williams fired his first shot at SWAT Officer Kubla. | BWC |
| 0501 | SWAT Sergeant Garth Findley, P# 8712 broadcasted shots had been fired and an officer had been shot. Sergeant Findley requested additional units to the scene. | CAD |
| 0502 | Medical personnel arrived on the scene. | CAD |
| 0504 | Officer Kubla transported from the scene to UMC Trauma. | CAD |
| 0509 | Williams pronounced deceased by Search and Rescue Officer William Bridges, P# 15219. | CAD |
| 0529 | Two separate ShotSpotter calls were received from the area. (13 rounds / 15 rounds) | CAD |

## IV.  INCIDENT BRIEFING

Upon arrival of investigators, Sergeant Travis Ivie, P# 6405 conducted a briefing. The following persons were present:

1)  Assistant Sheriff Andrew Walsh, P# 5994
2)  Deputy Chief James Larochelle, P# 4353

WILLIAMS 000220

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

3) Deputy Chief Yasenia Yatomi, P# 6402
4) Captain Nicholas Farese, P# 7313
5) Captain Christopher Holmes, P# 7335
6) Lieutenant Jason Johansson, P# 8282
7) Lieutenant Kurt McKenzie, P# 6746
8) Lieutenant Damon Young, P# 8252
9) Sergeant Miguel Garcia, P# 7204
10) Sergeant Michele Iacullo, P# 7857
11) Sergeant Shawn Smaka, P# 6098
12) Detective Trever Alsup, P# 5782
13) Detective Marc Colon, P# 7585
14) Detective Matthew Eschker, P# 12952
15) Detective Jarrod Grimmett, P# 7056
16) Detective Jason Leavitt, P# 5814
17) Detective Denise MacDonald, P# 8076
18) Detective Scott Mendoza, P# 6878
19) Detective Edgar Nahum, P# 15484
20) Detective Robert Ochsenhirt, P# 5438
21) Detective Cesar Sedano, P# 5393
22) Detective Eric Solano, P# 7588
23) Detective Andrew Ubbens, P# 13119
24) Detective Gilbert Valenzuela, P# 8396
25) Detective Gregory Watkins, P# 5471
26) Officer Misael Parra, P# 14415
27) Crime Scene Investigations (CSI) Director Kristin Grammas, P# 7808
28) Crime Scene Analyst (CSA) Supervisor Moretta McIntyre, P# 13207
29) Senior CSA (SCSA) Megan Madonna, P# 15145
30) SCSA Jennifer Manning, P# 8167

Following the briefing, Detective Mendoza was assigned as the lead case agent. FIT detectives Alsup, Colon, Leavitt, Ubbens, Sedano and Valenzuela, were tasked with the responsibility of documenting the crime scenes with the following CSI personnel:

1) SCSA Caitlin King, P# 14372
2) SCSA Madonna, P# 15145
3) SCSA Manning, P# 8167
4) SCSA Ubbens, P# 14792
5) CSA Jillian Davis, P# 18821

WILLIAMS 000221

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
### INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
### FORCE INVESTIGATION TEAM REPORT
CONTINUATION

**Event: LLV220100037272**

## V.    SYNOPSIS OF INCIDENT AND INVESTIGATION

### Scene Overview



Above: Aerial overview of OIS location.

WILLIAMS 000222

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**



Above: Close-up aerial view of OIS location.

## Investigative Summary

On January 10, 2022, at approximately 0500 hours, officers from the LVMPD Special Weapons and Tactics team (SWAT), arrived at 3050 S. Nellis Boulevard #21-1125 (The Boulevard Apartments), to serve a search warrant. The warrant was to further the investigation of a homicide that occurred in the Las Vegas area, and a gang related shooting that occurred in December 2021, at the parking lot of The Boulevard Apartments, just east of apartment #1125. LVMPD Homicide and LVMPD Gang Unit detectives were investigating these two separate incidents. The subject listed in the search warrant that was possibly involved was identified as Wattsel Rembert. LVMPD Homicide Detective Grimmett, obtained a search warrant for apartment #1125 and the LVMPD SWAT team was summoned to serve the warrant.

SWAT officers met at an off-site location and held a briefing. Once the officers received pertinent information and their assignments, the team headed to the complex and surrounded the apartment. After several announcements of their presence before making entry, the breach officer began ramming the front door. Officers Rothenburg and Bertuccini were positioned outside of the west window of the apartment and deployed a stun-stick device through the window and activated a distract toward the living room roof. After five attempts with the ram, the SWAT team was able to make entry through the front door.

WILLIAMS 000223

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

As the team made entry, Isaiah Williams, who was lying on the living room couch, fired a handgun that was equipped with an extended magazine, at the entry team officers. Officer Kubla was the first officer to enter the apartment. Officer Kubla was shot multiple times and fell to the ground. Officer Clements was the second officer to enter, and he sustained a graze injury to his right arm due to a bullet fragment. Officers exchanged gunfire with Williams as he continuously fired his handgun toward the officers inside. Officers Bertuccini and Rothenburg held their positions outside of the west window. Williams aimed his firearm and fired his handgun toward Officer Rothenburg, striking the ballistic shield that Officer Rothenburg was holding for cover. Officer Rothenburg returned fire toward Williams' direction. Wiliams was struck multiple times by gunfire. Williams became incapacitated and was taken into custody. Medical personnel were called for all injured persons.

A second subject that was in the apartment during the shooting was located and identified as Kwame Crockett. Crockett ran from the bedroom toward the kitchen area as officers made entry. Crockett was eventually taken into custody in the living room by officers without incident. Crockett did not sustain any injuries during the incident. Crockett was later interviewed by detectives and released.

Officers Kubla and Clements were transported to The University Medical Center Trauma Unit for medical treatment. Officer Kubla sustained gunshot wounds from Williams to both his left and right arms, and his right upper leg. Officer Clements was treated for the injury to his right arm and released. Williams sustained multiple gunshot wounds and was pronounced deceased on the scene. The scene was then secured for the arrival of detectives.

Due to the officer involved shooting (OIS), detectives from the Force Investigation Team (FIT) were requested and responded to the scene to conduct the investigation.

Detective Mendoza was assigned as the lead FIT case agent. During the investigation, it was learned that Detective Grimmett obtained a search warrant for 3050 S. Nellis Boulevard, #21-1125, related to a homicide that occurred on November 18, 2021. Due to the nature of the crime, the involvement of multiple subjects, and the fact that a firearm was used during the homicide, the LVMPD SWAT team was utilized to serve the search warrant.

Once the team made entry, Willaims began shooting at the SWAT officers. Williams then fired at the SWAT officers who were positioned outside of the west window. These details were confirmed by the officers' BWC. Multiple angles were observed on several BWC that were activated by the SWAT team during the incident.

FIT detectives and CSI personnel entered the scene to document, photograph, and collect any potential evidence. Numerous expended cartridge cases were located in the living area. A firearm with an extended magazine was located next to a couch. There were numerous bullet defects throughout the living room area and also into the ceiling. Residents who lived in the adjoining apartments were contacted and CSI personnel

**WILLIAMS 000224**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

processed their apartments for bullets and bullet defects that were located in their apartments after the shooting. The west window to apartment #1125 was also photographed and processed by CSI. Several spent cartridge cases were located outside on the ground, along with the bullet fired by Williams that struck the ballistic shield.

Three interior cameras were discovered the living room and bedroom of apartment #1125. These cameras were examined by Digital Investigations Bureau Detective Christopher Kratsas, P# 9996. Detective Kratsas discovered the cameras were Wi-Fi based cameras that were not equipped with micro-SD cards. It was determined these cameras did not record any of the events that occurred inside.

FIT detectives made contact with Williams' mother, Latia Alexander, who arrived at the scene. A recorded interview was conducted by FIT detectives with Alexander. During the interview, Alexander stated her son, Isaiah Williams, was living with some friends since December 2021, but she did not know where Williams was staying. Alexander stated that Williams was currently on probation for possession of stolen vehicle.

Detectives asked Alexander if she saw Williams with any firearms and Alexander stated that although she has not seen Williams with any firearms in person, she has seen social media photos of Williams with firearms. Alexander informed detectives that North Las Vegas Police Department (NLVPD) officers conducted a search warrant at her residence in December 2021. The purpose of the search warrant was to arrest Williams and collect any evidence related to two separate armed robbery cases that involved Williams. Williams was not at the residence at the time the search warrant was executed.

Detectives made contact with The Boulevard Apartments manager, Shaneke Lee, who informed detectives that apartment #1125 was leased by Kehaulani Kamano. Kamano was located on January 16th and was interviewed by detectives. Kamano stated she rented the apartment in February of 2019. Kamano wanted to end her lease in November 2019 but was informed she would have to pay approximately $3000.00 to terminate the lease early. Kamano could not afford to pay the fee, so she moved out and allowed her ex-boyfriend, Bentley Brenden, to live at the apartment. She stated she did not know who was currently living in apartment #1125 and was only waiting for the lease to expire on its own in February 2022. Kamano stated she did not know anyone by the name of Isaiah Williams or Wattsel Rembert.

Detectives interviewed Kwame Crockett, the subject that was located inside of the apartment during the incident. Crockett stated he was staying the night at his friend "Zay's" residence, who he confirmed was Isaiah. Crockett believed apartment #1125 belonged to Zay's female cousin whom he has not met. Crockett stated he and Williams went to high school together and they recently met at a party. Crockett stayed the night at the apartment, and he did not know any other persons who lived at that residence. Crockett stated he had no idea as to why the police arrived at the apartment and said he was asleep and did not hear anything prior to being taken to the ground and handcuffed.

---

WILLIAMS 000225

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

Detectives contacted NLVPD Detective Knickerbocker who confirmed the information about the search warrant at Latia Alexander's residence. Detective Knickerbocker stated they linked Isaiah Williams with two armed robbery cases they were working. Detective Knickerbocker stated NLVPD had probable cause to arrest Williams for the robberies that also involved a firearm. NLVPD detectives were also investigating other felony cases that Williams was possibly involved in.

FBI Agent McPeak arrived on the scene and utilized a Positive Identification (PID) device to confirm the identity of Williams by examining his fingerprints. Clark County Coroner Investigator Tiffany Brown arrived and documented the body of Williams. Williams was then transported to the Clark County Coroner's Office by Davis Funeral Home personnel.

## VI.    INTERVIEW SUMMARIES

### Subject Officers

Subject officers may provide a recorded or written statement to FIT investigators; however, since the statement is voluntary, subject officers have the right to decline providing a statement to FIT investigators. If a statement, verbal or written, is provided to FIT investigators, it should be obtained from the subject officers at least 48 hours after the incident. Note: The 48-hour waiting period may be waived by the subject officer.

### Sergeant Backman

On January 10, 2022, at approximately 1123 hours, Sergeant Iacullo asked Sergeant Backman if he would provide a voluntary statement to FIT investigators; Sergeant Backman declined.

### Officer Clements

On January 10, 2022, at approximately 1137 hours, Sergeant Iacullo asked Officer Clements if he would provide a voluntary statement to FIT investigators; Officer Clements declined.

### Officer Gonzales

On January 10, 2022, at approximately 1129 hours, Sergeant Iacullo asked Officer Gonzales if he would provide a voluntary statement to FIT investigators; Officer Gonzales declined.

### Officer Kubla

On January 12, 2022, at approximately 1000 hours, Sergeant Iacullo contacted LVPPA representative Yant to see if Officer Kubla would provide a voluntary statement to FIT investigators. Representative Yant answered on Officer Kubla's behalf and stated Officer Kubla would not provide a statement.

WILLIAMS 000226

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

**Officer Rothenburg**

On January 12, 2022, at approximately 1008 hours, Detectives Mendoza and Ubbens conducted an audio recorded interview with Officer Rothenburg at LVMPD Headquarters. Also present for the interview were FOP attorney Peter Angulo, Lieutenant Young, and Sergeant Iacullo. Below is a summary of the interview; for complete details refer to the interview transcript.

Officer Rothenburg was assigned to the SWAT Gold Team and assisted the SWAT Silver Team with serving a search warrant at 3050 S. Nellis Boulevard. Officer Rothenburg arrived at the meeting point to be briefed of the details and assignments for the team. Officer Rothenburg stated the search warrant was for a homicide suspect who was armed and dangerous. Officer Rothenburg was assigned with Officer Bertuccini as the 2-man stun stick team, which was assigned to the west window of the apartment. Officer Bertuccini's assignment was to deploy the stun stick and Officer Rothenburg was equipped with a ballistic shield and a handgun.

Once Officer Rothenburg was positioned at the window, he heard his team announce several times, "Police, search warrant!" This announcement was heard from the north side of the apartment. Officer Bertuccini deployed the stun stick inside the window and the SWAT team made entry through the front door. Officer Rothenburg stated an additional distract was deployed outside the apartment near the balcony area. Once the team entered, Officer Rothenburg heard distinct gunshots from inside the apartment. Officer Rothenburg's view was obstructed by the smoke from the distract and the window's blinds and curtains, but he was able to see the muzzle flash toward his team, coming from the northwest corner of the apartment.

Once the smoke from the distracts and the obstructions from the window were cleared, Officer Rothenburg saw Williams' gun, equipped with an extended magazine, pointed toward him. Officer Rothenburg saw muzzle flashes from the Williams' gun and felt his ballistic shield being struck by gunfire. Officer Rothenburg activated his handgun light, saw Williams, and fired approximately three rounds at him. Officer Rothenburg saw that Williams was incapacitated and stopped firing. Officers Bertuccini and Rothenburg checked each other to see if they were struck by gunfire. Officer Rothenburg saw one of his team members had been shot and was being taken out of the apartment.

Officer Rothenburg went to the SWAT armored vehicle and observed the medics giving Officer Kubla medical attention as he had been shot several times. Officer Rothenburg stated he fired his handgun because he felt his life and the lives of his team were in danger and he engaged in gunfire to stop the threat.

WILLIAMS 000227

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

**Witness Officers**

Witness officers shall provide a recorded statement to FIT investigators. Witness officer statements will be taken at a date, time, and location determined by FIT investigators.

**Officer Bertuccini**

On January 10, 2022, at approximately 0857 hours, Detective Ubbens conducted an audio recorded interview with Officer Bertuccini at Valley View Drive and Nellis Boulevard. Also present for the interview was PPA representative Lyman. Below is a summary of the interview; for complete details refer to the interview transcript.

Officer Bertuccini and his team were briefed reference a search warrant related to a homicide investigation and received information that one of the two suspects would be at the location of the search warrant. During the service of the warrant, Officer Bertuccini was assigned to the stun stick team which deploys a noise flash diversionary device. Officer Bertuccini's role was to insert the device into the structure after the second search warrant announcement. Officer Bertuccini stated his partner was Officer Rothenburg, who was assigned as cover and who was equipped with a ballistic shield.

The plan called for Officers Bertuccini and Rothenburg to set up on a specific window and for Officer Bertuccini to deploy the distract after the second search warrant announcement was made. Officer Bertuccini explained his assignment was to break the window and place the diversionary device high in the room, close to the ceiling. After the device was activated, Officer Bertuccini was to manually clear the remaining glass from the window.

The device activated along with another nine-bang distract. Once the entry team was inside, Officer Bertuccini heard additional "bangs" which he recognized as gunshots. He saw Officer Rothenburg step to the right and fire approximately two to three rounds towards the corner. Officer Bertuccini transitioned to his handgun, looked into the window, and saw Officer Gonzales over Williams while another officer took an additional suspect into custody. Officer Bertuccini stated he also saw the handgun Williams was holding fall to the ground.

Officer Rothenburg told Officer Bertuccini that his ballistic shield was struck by gunfire twice, so Officer Bertuccini conducted a check of Officer Rothenberg for any possible gunshot wounds. Officer Rothenburg told him one of the other SWAT officers had been struck by gunfire. Officer Bertuccini also noticed a blood trail from the front door. He followed the trail and found that other SWAT officers had taken Officer Kubla away from the apartment. Officer Bertuccini was then assigned as a monitor officer for Officer Rothenburg.

WILLIAMS 000228

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

**Officer Werner**

On January 10, 2022, at approximately 0855 hours, Detective Colon conducted an audio recorded interview with Officer Werner at Vegas Valley Drive and Nellis Boulevard. Also present for the interview was PPA representative Abel. Below is a summary of the interview; for complete details refer to the interview transcript.

Officer Werner, responded to a scheduled search warrant service at 3050 South Nellis Boulevard. Officer Werner was assigned as the third officer to make entry into the apartment.

Upon entry, Officer Werner's responsibility was to secure the bedroom. Distract devices were deployed as officers entered the apartment. Officer Werner observed Crockett in the bedroom and believed he heard gunfire coming from the living room.

Crockett ran from the bedroom into an adjoining bathroom that led to the living room area where he was apprehended by officers. Officer Werner entered the living room and discovered Officer Kubla had been shot. Officer Werner observed Isaiah Williams on the couch who appeared to have been shot. Officer Werner also observed a handgun with an extended magazine near Williams.

Officers removed Officer Kubla from the scene to waiting medical personnel. Officer Werner assisted with securing the crime scene.

**Detective Robert Knickerbocker - North Las Vegas Police Department (NLVPD)**

On January 10, 2022, at approximately 1145 hours, Detective Sedano placed a cellular phone call to NLVPD Investigator Rob Knickerbocker. Also present for the interview was Detective Leavitt. Below is a summary of the phone conversation.

According to Detective Knickerbocker, he and his partner, Detective David Brooks, were conducting an investigation into the criminal activities of Isaiah Williams. During their investigation, they developed probable cause for the arrest of Isaiah Williams. They connected Isaiah Williams with two separate armed robberies within NLVPD jurisdiction.

NLVPD detectives served a search warrant in December of 2021, at the residence belonging to Williams' mother, Latia Alexander. Detectives searched for Isaiah Williams, clothing, and the firearm involved during the robberies. Williams was not at the residence at the time the search warrant was served.

WILLIAMS 000229

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
CONTINUATION

**Event: LLV220100037272**

**Civilian Victims**

**Jaime Carrillo**

On January 10, 2022, at approximately 0940 hours, Detective Sedano conducted an audio recorded interview with Jaime Carrillo at ███████████████████. Below is a summary of the interview; for complete details refer to the interview transcript.

Carrillo stated that he was asleep in his apartment with his girlfriend, Janeth Lopez-Quezada, and seven-month-old daughter, Jamilet Carrillo. At approximately 0330 hours, he was awoken by loud voices. Carrillo stated he heard someone yelling outside and heard "Search Warrant, Search Warrant!" Shortly after, Carillo said he heard several loud banging noises, followed by what he believed to be gunshots. Carillo covered his daughter and girlfriend, then began yelling out for his sister. He quickly realized that his sister had not returned home yet.

Carrillo stated he looked outside his window and observed police officers as they approached his front door. Officers checked on him and the family to make sure no one was injured. Carillo looked around and noticed that several bullets had penetrated the floor of his apartment causing damage within.

Carrillo signed a consent to search for the processing of his apartment and the recovery of any potential evidence.

**Janeth Lopez-Quezada**

On January 10, 2022, at approximately 0945 hours, Detective Sedano conducted an audio recorded interview with Janeth Lopez-Quezada at ███████████████████ Below is a summary of the interview; for complete details refer to the interview transcript.

Lopez-Quezada stated that she was asleep in her apartment with her boyfriend, Jaime Carrillo, and her seven-month-old daughter, Jamilet Carrillo. Lopez-Quezada stated she was awakened by Jaime rolling her over and heard what she believed to be gunshots coming from the apartment below. Jaime told her to stay down with their daughter and she did so until police officers knocked on the door.

**Civilian Witness**

**Kwame Crockett**

On January 10, 2022, at approximately 0734 hours, Detective Leavitt conducted an audio recorded interview with Kwame Crockett at ███████████████. Also present for the interview was Detective Grimmett and Detective Solano. Below is a summary of the interview; for complete details refer to the interview transcript.

WILLIAMS 000230

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

Kwame Crockett stated that he was a Senior at Arbor View High School and had just stayed the night at his friend Zay's residence ███████████████████). Crockett stated his mother was supposed to come to the residence to pick him up that morning and take him to school, which did not happen. Crockett also stated that he was currently on probation.

Crockett stated that he believed the apartment belonged to Zay's cousin, although he had never seen her. Crockett stated that he and Zay (Isaiah Williams) had been hanging out and playing video games while at the residence. Crockett stated that he knew Williams from school but the two hadn't seen each other in a while, but they recently ran into one another at a party. Crockett stated he did not know any other people that were associated with that apartment.

Crockett said he was asleep in the bedroom when something woke him. He jumped up and was immediately taken to the ground by officers. Once in custody, he was removed from the residence. Crockett stated he did not know why the police were at the residence and never heard anything before being taken to the ground by officers.

**Civilian Contacts**

**Latia Alexander**

On January 10, 2022, at approximately 1105 hours, Detective Sedano conducted an audio recorded interview with Latia Alexander at 5070 Vegas Valley Drive (USPS parking lot). Also present for the interview was Detective Leavitt. Below is a summary of the interview; for complete details refer to the interview transcript.

Latia Alexander arrived on the scene and identified herself as the mother of Isaiah Tyree Williams. Alexander stated she believed that Williams was involved in the shooting incident with SWAT officers and possibly was deceased. Alexander stated that she was at home when her neighbor informed her that her son was involved in an incident at 3050 S. Nellis Boulevard. Alexander reached out to her cousin Porcha, who works at the post office located across the street from the shooting scene and asked her if there was any police activity across the street. Alexander was informed that police were everywhere, and she came to the scene to confirm if her son was involved.

Alexander stated that Williams was currently on probation for possession of stolen vehicle, and she kicked her son out of the house a month prior because Williams was 19 years old and he was causing problems for her. Alexander stated that in December 2021, North Las Vegas Police Department (NLVPD) SWAT officers served a search warrant at her residence, looking for her son and any evidence for a robbery.

Alexander provided information regarding the lead detective for NLVPD who was investigating her son. Alexander stated that she has only seen social media posts of her son holding firearms, but she has not personally seen him with a gun. Alexander stated

---

WILLIAMS 000231

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

she has not seen her son for over four weeks and has only spoken with him via social media approximately four days ago.

**Kehaulani Kamano**

On January 16, 2022, at approximately 2346 hours, Detective Mendoza conducted an audio recorded interview with Kehaulani Kamano at 1848 N. Las Vegas Boulevard. Also present for the interview was Detective Valenzuela. Below is a summary of the interview; for complete details refer to the interview transcript.

Kamano stated that in February 2019, she applied for an apartment at The Boulevard Apartments located at 3050 S. Nellis Boulevard. Kamano lived in apartment #21-1125 for approximately nine months, along with her ex-boyfriend, Bentley Brenden. Brenden allowed other friends to stay at the apartment which Kamano did not approve of, so Kamano left the apartment and moved into her grandmother's residence. Kamano contacted the management office and attempted to remove her name from the lease. She was informed that she would have to pay a $3000.00 fee to terminate the lease early. Kamano could not pay the fee, so she allowed Brenden and his friends to stay in the apartment. Kamano did not return to the apartment.

In 2020, Kamano attempted to remove her name from the lease again. She was informed the lease would end in February 2022. Kamano stated she decided to wait for the lease to end since Bentley continued to pay the rent. Kamano stated she did not receive any correspondence from the management office concerning any problems with the rent not being paid or any late payment. Kamano stated she received an email from the management just yesterday concerning the apartment and to contact them. Kamano did not know who was staying in the apartment for the last year and only assumed that Bentley was still living there with his friends.

## VII.   PUBLIC SAFETY STATEMENT

**Sergeant Backman**

On January 10, 2022, at approximately 0745 hours, Detective Alsup interviewed Sergeant Ivie in reference to the Public Safety Statement (PSS) he obtained from Sergeant Backman. Below is the transcript of the interview. <u>Note</u>: Detective Alsup is designated by (TA) and Sergeant Ivie is designated by (TI).

*The following is the transcription of a tape-recorded interview conducted by DETECTIVE Trever Alsup, P# 5782, LVMPD FORCE INVESTIGATION TEAM, on 01/10/2022, at 0745 hours.*

WILLIAMS 000232

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

TA:    *Operator this is Detective Trever Alsup A-L-S-U-P, P# 5782 with the Las Vegas Metropolitan Police Department Force Investigation Team, conducting a recorded PSS interview under event number 220100037272. Interview's being conducted with Sergeant Travis Ivie, I-V-I-E, P# 6405. His call sign today was 680 George Charlie. Date of hire 07/26/99, he's assigned to Gang Crimes. His RDO's are Sunday, Monday, Tuesday. And shift hours are 1500-0100. This is in reference to an officer-involved shooting that occurred on 01-10-2022 at approximately 0503 hours in the area of 3050 South Nellis Las Vegas Nevada. Today's date is January 10, 2022 and the time is 0745 hours. This interview's being conducted at 5070 Vegas Valley in the parking lot of the United States Post Office. Uhh, Travis before we get started, you're not a member of the PMSA is that correct?*

TI:    *That's correct.*

TA:    *And you don't need uhh, any representation from anybody else?*

TI:    *No I do not.*

TA:    *Okay, and you conducted the PSS with Sergeant Backman is that correct?*

TI:    *That's correct.*

TA:    *At approximately what time?*

TI:    *Approximately 0515 hours.*

TA:    *And what I'd like you to do, is the card that you have the PSS on, just read the questions and then tell me what his answer was.*

TI:    *Yes, uhh, number 1 did you discharge your firearm? He stated yes, uhh, if so in what direction? He stated inside the apartment at the suspect. Approximately where were located when you fired? He said inside apartment in living room, uhh,*

**WILLIAMS 000233**

**Event: LLV220100037272**

*were you located when you fired the firearm? Umm, he said, uhh roughly in—in the stack, in the entry. Uhh, uhh, how many shots do you think you fired? Ummm, he said 5 to 7 shots. Ummm, and he believed he was 7 feet away from the suspect. Question number 2 is was anyone injured? He said yes, uhh, if so, what was their description, he said that just advised it was Kubla and the suspect. Kubla being the uhh, injured officer. Uhh, number 3, are there any outstanding suspects, uhh, he said not that he knows of. Uhh he advised that the suspect had a handgun and he believed there are not to be any outstanding suspects. Umm number 4, is It possible the suspect fired rounds at you? He said yes, uhh, corresponding A, if so, what direction were the rounds fired from? He said towards Kerry, which is officer Kerry Kubla. How many shots do you think the suspect fired? He said sounded like a lot, more than 10. Approximately where was the suspect located when they fired? He said he was laying down on the couch. Number 5, do you know if there's any other officers that discharged their firearm? He said he did not know, he said maybe Kubla. He said he could not see who was behind him when he addressed the suspect. Number 6 are there any weapons or evidence that need to be secured? He doesn't know. And uh, 7, uhh, he didn't know.*

*TA:*     *Do you have anything? All right we'll go ahead and stop the interview. Same people are present, and the time is 0808 hours.*

**Officer Gonzales**

On January 10, 2022, at approximately 0810 hours, Detective Alsup interviewed Sergeant Clarkson in reference to the Public Safety Statement (PSS) he obtained from Officer Gonzales. Below is the transcript of the interview. <u>Note</u>: Detective Alsup is designated by (TA) and Sergeant Clarkson is designated by (CC).

**WILLIAMS 000234**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

*he, question how many shots do you think you fired? 2 shots fired. Uhh, is anyone injured? He stated, yes, uhh, SWAT officer uhh if so where and where they were located? They were located inside the apartment. Uhh, are there any outstanding suspects? He stated no, The next question was, uhh is it possible the suspect fired rounds at you? He stated yes, if so what direction were the rounds fired from, from inside the apartment. Uhh, how many shots do you think the suspect fired? A lot. Approximately where was the suspect located when they fired, inside the apartment. The next question was do you know if there's any other officers discharged their firearms? He said yes, SWAT officers, if so who, who were they? Unknown. Approximately where was the officers located when they were fired, uhh he stated inside the apartment. Uhh next question are there any weapons or evidence that need to be secured or protected? He stated yes, if so, where are they located? Uhh, it's the suspect firearm inside the apartment. And uhh, are you aware of any witnesses? He stated yes, if so, what is their location? He said it's inside it was the unknown male inside the apartment that wasn't shot.*

TA:     *Uhh, and after that you concluded the PSS interview?*

TI:     *I did.*

TA:     *Okay. Uhh, that will be it, same people are present, and the time is 0748 hours.*

**Officer Clements**

On January 10, 2022, at approximately 0805 hours, Detective Alsup interviewed Sergeant Casey Clarkson, P# 9170, in reference to the Public Safety Statement (PSS) he obtained from Officer Clements. Below is the transcript of the interview. <u>Note</u>: Detective Alsup is designated by (TA) and Sergeant Clarkson is designated by (CC).

*The following is the transcription of a tape-recorded interview conducted by DETECTIVE Trever Alsup, P# 5782, LVMPD FORCE INVESTIGATION*

**WILLIAMS 000235**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

*TEAM, on 01/10/2022, at 0805 hours. Also present is LVPMSA representative J. Wiggins.*

TA:    *Operator this is Detective Trever Alsup A-L-S-U-P, P# 5782 with the Las Vegas Metropolitan Police Department Force Investigation Team, conducting a recorded PSS interview under event number 220100037272. This interview's being conducted with Sergeant Casey C-L-A-I—C-L-A-R-K-S-O-N, P# 9170. His call sign is 713 Zebra. Date of hire was, is April of 2006. He's assigned to SWAT. His RDO's are Sunday, Monday, Tuesday. And his shift hours are 1500-0100. This interview's in reference to a PSS that was uh- conducted for an officer-involved shooting that occurred on January 10th, 2022, at approximately 0503 hours in the area of 3050 South Nellis. Today's date is January 10, 2022, and the time is 0805. This statement is being conducted inside the uh-PMSA bus which is currently in the area of 5070 Vegas Valley. Also present is LVPMSA representative J. Wiggins W-I-G-G-I-N-S. Uh Sergeant Clarkson you conducted the PSS with Officer Clements, is that correct?*

CC:    *Yes.*

TA:    *All right. What I'd like you to do, are- what time was that taken at?*

CC:    *Was approximately 0520 hours.*

TA:    *Ok, what I'd like you to do is read each question from the PSS card with the corresponding answer that he gave.*

CC:    *So I did the interview with Clements, P# 14074 call sign is Zebra 25. Umm, he advised he was number 2 in the stack and read Public Safety Statement and says number 1, did you discharge your firearm? Uh, he said yes. Approximately where*

WILLIAMS 000236

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

*The following is the transcription of a tape-recorded interview conducted by DETECTIVE Trever Alsup, P# 5782, LVMPD FORCE INVESTIGATION TEAM, on 01/10/2022, at 0810 hours. Also present is LVPMSA representative J. Wiggins.*

TA:    Operator this is Detective Trever Alsup A-L-S-U-P, P# 5782 with the Las Vegas Metropolitan Police Department Force Investigation Team, conducting a PSS interview under event number 220100037272. Interview's being conducted with Sergeant Casey Clarkson, C-L-A-R-K-S-O-N, P# 9170. His call sign is 713 Zebra. Date of hire is, April of 2006. He's assigned to SWAT. His RDO's are Sunday, Monday, Tuesday. And shift hours are 1500-0100. This is in reference to a PSS that was conducted in reference an officer-involved shooting that occurred on 01-10-2022 at approximately 0503 hours in the area of 3050 South Nellis Las Vegas Nevada. Today's date is January 10, 2022, and the time is 0810 hours. Sergeant Clarkson, you conducted a PSS with Sergeant, or I'm sorry, with uh Officer Gonzales, is that correct?

CC:    Yes.

TA:    What I'd like you to do, uhh, what time was that conducted at?

CC:    AT approximately 0525.

TA:    What I'd like you to do, is read the question from the card, from the PSS card and the corresponding answer that he gave.

CC:    Ok, number 1 from the Public Safety Statement is did you discharge your firearm? Umm, if so in what direction? He said yes, toward the suspect on the couch. And approximately where were located when you fired? He advised, I was at the couch when uh, we made entry. How many shots do you think you fired? He advised 2

Page | 24

**WILLIAMS 000237**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**

## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

*shots. Question number 2 is anyone injured? He said, if so what was their description? He advised that Kubla and uhh, Brice Clements and the suspect. Number 3, are there any outstanding suspects? He advised not that he knows of. And to that, what type of weapon he had was a handgun. Number 4, is it possible the suspect fired rounds at you? He said he fired rounds at the team. Which he was,i-indicated himself, ummm, said if so what direction were the rounds fired from, he said, from the suspect on the couch. How many shots do you think the suspect fired? He advised it sounded like a lot, said he, more than 6 or 7. And approximately where was the suspect, he advised the couch. Question number 5, do you know if there's any other officers discharged their firearm? He said yes, he advised Backman, Rothenburg and he thinks a couple more. Uhh, approximately where was the officers located when they fired, he said they were all on the stack, which was his response. Uhh, number 6, are there any other weapons or evidence that needs to be secured or protected? If so, where were they located? He said he had a handgun. And then uhh, 7, uhhh, are you aware of any witnesses? If so, what is their location? He advised none.*

TA:     *Uhh, operator, sorry I forgot to put this in earlier, but umm, also present for this interview was LVPMSA representative J. Wiggins. Do you have anything you want to add?*

JW:     *No thank you.*

TA:     *All right, this is the end of the interview, same people are present, and the time is 0812 hours.*

WILLIAMS 000238

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

**Officer Rothenburg**

On January 10, 2022, at approximately 0814 hours, Detective Alsup interviewed Sergeant Clarkson in reference to the Public Safety Statement (PSS) he obtained from Officer Rothenburg. Below is the transcript of the interview. <u>Note</u>: Detective Alsup is designated by (TA) and Sergeant Clarkson is designated by (CC).

*The following is the transcription of a tape-recorded interview conducted by DETECTIVE Trever Alsup, P# 5782, LVMPD FORCE INVESTIGATION TEAM, on 01/10/2022, at 0814 hours. Also present is LVPMSA representative Jay Wiggins.*

TA:    *Operator this is Detective Trever Alsup A-L-S-U-P, P# 5782 with the Las Vegas Metropolitan Police Department Force Investigation Team, conducting a recorded uh, PSS interview under event number 220100037272. Interview's being conducted with Sergeant Casey Clarkson, C-L-A-R-K-S-O-N, P# 9170. His call sign is 713 Zebra. Date of hire was, April of 2006. He's assigned to SWAT. RDO's are Sunday, Monday, Tuesday. And shift hours are 1500-0100. This interview is in reference to a Public Safety Statement that was uh- conducted uh- reference an officer-involved shooting that occurred on 01, 10 of 2022, at approximately 0503 hours in the area of 3050 South Nellis Las Vegas Nevada. Today's date is January 10, 2022, and the time is 0814 hours. This interview is being conducted inside the LVPMSA bus which is currently located at 5070 Vegas Valley. And also present for the interview is LVPMSA representative J. Wiggins. Uh Sergeant Clarkson you conducted this PSS with Officer Rothenburg, is that correct?*

CC:    *Yes.*

TA:    *And what time was that at?*

CC:    *Uh, approximately 0525 hours. Somewhere around there.*

WILLIAMS 000239

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
**CONTINUATION**

**Event: LLV220100037272**

TA:   What I'd like you to do is read the question from the PSS card with the corresponding answer that he gave you.

CC:   Ok, question number 1 is did you discharge your firearm? He said yes. If you, if so, what was, in what direction? He said that, ummm, towards the suspect as he was at the window. How many shots do you think you fired? He advised 3. Question number 2, is was anyone injured? Uhh, if so what was their description? He advised Officer Kerry Kubla, and the suspect. Question number 3, are there any outstanding suspects? He said he did not know, was his response. Further in question number 3, he advised that the handgun, that he said the suspect had a gun—handgun with an extended mag. He said the suspect's location was on the couch. Question number 4, is it possible the suspect fired rounds at you? If so, what direction were the rounds fired from, he said, yeah, he hit the shield. And he said from the direction they fired from was from the couch. Uhh, how many shots do you think the suspect fired? He advised 10 or more. Uhh, approximately where was the suspect located when they fired, he said laying on the couch. He said, number 5, do you know if any other officers discharged their firearm? He advised Officer Alex Gonzales, and maybe 2 others. Umm, number 6, he said no. Number 7, are you aware of any witnesses? He said uhh, the entry team. And that's it.

TA:   All right. Anything you like to add?

JW:   No.

TA:   I'll go ahead and stop the interview. Same people are present, and the time is 0817 hours.

**WILLIAMS 000240**

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
CONTINUATION

**Event: LLV220100037272**

**\*Officer Kubla**

Officer Kubla was unable to conduct a Public Safety Statement with a supervisor due to

him being injured and transported to the hospital.

## VIII.    DESCRIPTION OF SCENE AND VISIBLE EVIDENCE

On January 10, 2022, at approximately 0700 hours, CSA personnel Madonna, Ubbens, Manning, and Davis responded to 3050 S. Nellis Boulevard #21-1125, to photograph and document the scene, and photograph and collect any potential evidence. The following are some of the photographs taken of the overall scene and items impounded as evidence. For additional details, refer to Appendix A to view SCSA Madonna's corresponding Crime Scene Investigation Report in its entirety, and Appendix B to view SCSA Ubbens' corresponding Evidence Impound Report in its entirety.

 

Above left: Entryway to apartment #21-1125
Above right: Williams' location during the OIS and his firearm

 

Above left: Impacts into the front door from Williams
Above right: Impacts into the ceiling from Williams

WILLIAMS 000241

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

Event: LLV220100037272

 

Above left: Impacts into the TV and window from Williams
Above right: West window of the apartment

 

Above left: Officer Rothenburg's ballistic shield with bullet defects
Above right: Officer Kubla's rifle suppressor with bullet defects

 

Above left: Officer Kubla's thigh holster with bullet defects by Williams
Above right: Officer Kubla's ballistic vest with bullet defect and recovered bullet

WILLIAMS 000242

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

## IX.  HOSPITAL

On January 10, 2022, at approximately 0536 hours, SCSA King responded to the University Medical Center (UMC) Trauma Unit, to photograph and document Officers Clements' and Kubla's injuries and photograph and collect evidence. The following are some of the photographs taken of items impounded as evidence. For additional details, refer to Appendix C to view SCSA King's corresponding Crime Scene Investigation Report in its entirety, and Appendix D to view SCSA King's corresponding Evidence Impound Report in its entirety.

 

Above left: Officer Clements' injury to his right arm
Above right: Close up of Officer Clements' injury to his right arm

 

Above left: GSW to Officer Kubla's right arm
Above right: GSW to Officer Kubla's right leg

 



Above left: Entry GSW to Officer Kubla's left arm
Above right: Exit GSW to Officer Kubla's left arm

**WILLIAMS 000243**

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

## X.    SCENE WALK-THROUGH

The purpose of the scene walk-through was to help investigators develop an understanding of the scene, including identifying officer location(s) at the time deadly force was used, identifying potential physical evidence, and re-creating a timeline of the incident.

**Sergeant Backman**

On January 10, 2022, at approximately 1120 hours, Sergeant Backman provided a walk-through of the scene in the presence of the following persons:

1) Sergeant Iacullo
2) Detective Colon
3) Detective Mendoza
4) Detective Valenzuela
5) LVPMSA Attorney Daniel Coe
6) LVPMSA representative Krumme
7) CSI Director Grammas
8) CSA Supervisor McIntyre

During the walk-through, which was not audio or video recorded, Sergeant Backman relayed the following information:

Sergeant Backman informed detectives where Williams and himself were positioned when shots were fired. Cones were placed to mark the locations. Sergeant Backman stated he saw Williams shooting at him and his team. Sergeant Backman stated he fired his weapon to protect his himself and his team members.

**Officer Clements**

On January 10, 2022, at approximately 1134 hours, Officer Clements provided a walk-through of the scene in the presence of the following persons:

1) Sergeant Iacullo
2) Detective Colon
3) Detective Mendoza
4) Detective Valenzuela
5) LVPPA representative Abel
6) LVPPA representative Lyman
7) LVPPA attorney Nick Scotti
8) CSI Director Grammas
9) CSA Supervisor McIntyre

WILLIAMS 000244

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

### Event: LLV220100037272

During the walk-through, which was not audio or video recorded, Officer Clements relayed the following information:

Officer Clements informed detectives where Williams and himself were positioned when shots were fired. Cones were placed to mark the locations. Officer Clements stated he observed Williams firing his gun at the other officers. Officer Clements saw Officer Kubla fire his weapon and saw him go down to the ground after being shot. Officer Clements said Williams continued to fire his weapon while on the couch and continued to fire at himself and the other officers. Officer Clements fired his weapon to protect his life and his teammate's lives. Officer Clements stated he was struck in the right forearm.

**Officer Gonzales**

On January 10, 2022, at approximately 1126 hours, Officer Gonzales provided a walk-through of the scene in the presence of the following persons:

1) Sergeant Iacullo
2) Detective Colon
3) Detective Mendoza
4) Detective Valenzuela
5) LVPPA Yant
6) LVPPA attorney Nick Scotti
7) CSI Director Grammas
8) CSA Supervisor McIntyre

During the walk-through, which was not audio or video recorded, Officer Gonzales relayed the following information:

Officer Gonzales informed detectives where Williams and himself were positioned when shots were fired. Cones were placed to mark the locations. Officer Gonzales stated upon making entry, he saw Williams shooting at his team. Officer Gonzales saw one of his teammates get shot and go down to the ground. Office Gonzales stated he fired approximately two times to protect himself and the team.

**Officer Rothenburg**

On January 10, 2022, at approximately 1110 hours, Officer Rothenburg provided a walk-through of the scene in the presence of the following persons:

1) Sergeant Iacullo
2) Detective Colon
3) Detective Mendoza
4) Detective Valenzuela
5) FOP attorney Peter Angulo
6) CSI Director Grammas
7) CSA Supervisor McIntyre

WILLIAMS 000245

**Event: LLV220100037272**

During the walk-through, which was not audio or video recorded, Officer Rothenburg relayed the following information:

Officer Rothenburg informed detectives where Williams and himself were positioned when shots were fired. Cones were placed to mark the locations. Officer Rothenburg stated he was carrying a ballistic shield in his right hand and handgun in his left. Officer Bertuccini breached the window and deployed a distract device. Officer Rothenburg looked inside the window and saw Williams firing a handgun with an extended magazine and observed muzzle flash. Officer Rothenburg stated he observed Williams firing his weapon at him and he felt impacts into his ballistic shield. Officer Rothenburg returned fire approximately three times toward Williams to stop the threat to his life and the lives of the other officers.

## XI.    OFFICER WEAPON COUNTDOWNS

On January 10, 2022, Sergeant Backman and Officers Clements, Gonzales, Kubla and Rothenburg, had their duty weapons counted down in the LVMPD Mobile Command Vehicle (MCV), located at 3050 South Nellis Boulevard, to determine the number of rounds each officer fired during the incident. Subject and witness officers were photographed by CSI personnel for appearance purposes and their weapons were photographed for identification purposes.

**Sergeant Backman**

Sergeant Backman's countdown occurred at approximately 1245 hours, and the following persons were present:

1)    Detective Colon
2)    Detective Valenzuela
3)    Sergeant Backman
4)    SCSA Madonna
5)    SCSA Manning
6)    SCSA Ubbens
7)    LVPMSA attorney Daniel Coe
8)    LVPMSA representative Troyce Krumme

Sergeant Backman was dressed in a standard LVMPD long sleeve SWAT uniform. He wore subdued LVMPD patches on each shoulder and an LVMPD SWAT patch over his left breast. Sergeant Backman wore a tactical vest with attached tools and equipment as part of his position in SWAT. Sergeant Backman's rifle was carried on the front of his body and secured with a sling.

**WILLIAMS 000246**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

Prior to the countdown, Sergeant Backman stated he carried 27 cartridges in the magazine loaded in his rifle and one cartridge in the chamber (27+1, 28 total).

| Make | Colt |
|------|------|
| Model | M4 Carbine 556 |
| Serial Number | A0375458 |
| Caliber | .223 |
| Weapon Mounted Light | Surefire |
| Optics | Aimpoint Micro T-2 |
| Ammunition | Remington .223 |
| Cartridge in Chamber | 1 |
| Magazine from Weapon | Capacity: 30 cartridges |
| | Countdown: 24 cartridges |

At the completion of the countdown, it was determined Sergeant Backman discharged his rifle three times during this incident. When compared to evidence at the scene, detectives concluded Sergeant Backman discharged his rifle three times. Sergeant Backman's rifle, magazine used during the OIS, and cartridges were photographed and impounded by SCSA Ubbens.

**Officer Clements**

Officer Clement's countdown occurred at approximately 1200 hours, and the following persons were present:

1) Detective Colon
2) Detective Valenzuela
3) Officer Clements
4) SCSA Madonna
5) SCSA Ubbens
6) LVPPA representative Abel

Officer Clements was dressed in a standard LVMPD long sleeve SWAT uniform. He wore subdued LVMPD patches on each shoulder and an LVMPD SWAT patch over his left breast. Officer Clements wore a tactical vest with attached tools and equipment as part of his position in SWAT. Officer Clements' handgun was carried on the right side of his body and secured in a holster.

Prior to the countdown, Officer Clements stated he carried 17 cartridges in the magazine loaded in his firearm and one cartridge in the chamber (17+1, 18 total).

**WILLIAMS 000247**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

Event: LLV220100037272

| Make | Glock |
|---|---|
| Model | 17 |
| Serial Number | BAGM981 |
| Caliber | 9mm |
| Weapon Mounted Light | Streamlight TLR-1 |
| Ammunition | Speer |
| Cartridge in Chamber | 1 |
| Magazine from Weapon | Capacity: 17 cartridges |
| | Countdown: 4 cartridges |
| Spare Magazine #1 | Capacity: 17 cartridges |
| | Countdown: 17 cartridges |
| Spare Magazine #2 | Capacity: 17 cartridges |
| | Countdown: 17 cartridges |

At the completion of the countdown, it was determined Officer Clements discharged his firearm 13 times during this incident. When compared to evidence at the scene, detectives concluded Officer Clements discharged his firearm 13 times. Officer Clements' firearm, magazine used during the OIS, and cartridges were photographed and impounded by SCSA Ubbens.

**Officer Gonzales**

Officer Gonzales' countdown occurred at approximately 1220 hours, and the following persons were present:

1) Detective Colon
2) Detective Valenzuela
3) Officer Gonzales
4) SCSA Madonna
5) SCSA Manning
6) SCSA Ubbens
7) LVPPA representative Abel

Officer Gonzales was dressed in a standard LVMPD long sleeve SWAT uniform. He wore subdued LVMPD patches on each shoulder and an LVMPD SWAT patch over his left breast. Officer Gonzales wore a tactical vest with attached tools and equipment as part of his position in SWAT. Officer Gonzales' rifle was carried on the front side of his body and secured with a sling.

WILLIAMS 000248

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

Prior to countdown Officer Gonzales stated he carried 27 cartridges in the magazine loaded in his firearm and one cartridge in the chamber (27+1, 28 total).

| Make | Colt |
|---|---|
| Model | M4 Carbine 556 |
| Serial Number | A0375378 |
| Caliber | .223 |
| Weapon Mounted Light | Surefire KE2-B Scout Light |
| Ammunition | Rem .223 |
| Cartridge in Chamber | 1 |
| Magazine from Weapon | Capacity: 30 cartridges |
| | Countdown: 24 cartridges |

At the completion of the countdown, it was determined Officer Gonzales discharged his rifle three times during this incident. When compared to evidence at the scene, detectives concluded Officer Gonzales discharged his rifle three times. Officer Gonzales' rifle, magazine used during the OIS, and cartridges were photographed and impounded by SCSA Ubbens.

**Officer Kubla (Handgun)**

Officer Kubla's countdown occurred at approximately 1330 hours, and the following persons were present:

1)  Sergeant Iacullo
2)  Detective Mendoza
3)  Detective Valenzuela
4)  CSI Director Grammas
5)  SCSA Madonna
6)  SCSA Manning
7)  SCSA Ubbens

Officer Kubla was dressed in a standard LVMPD long sleeve SWAT uniform. He wore subdued LVMPD patches on each shoulder and an LVMPD SWAT patch over his left breast. Officer Kubla wore a tactical vest with attached tools and equipment as part of his position in SWAT. Officer Kubla was not present for the countdown of his weapons due to getting shot and transported to the hospital.

Officer Kubla was transported to the hospital and his weapons were retained by SWAT personnel. It was unknown if Officer Kubla fired any of his weapons during the incident. Officer Kubla's handgun and rifle he was carrying during the incident were processed to prove or disprove if he had fired.

WILLIAMS 000249

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

Sergeant Iacullo contacted LVPPA representative Yant and informed him the countdown of Officer Kubla's weapons. Representative Yant stated that LVMPD personnel could conducted the countdown without any LVPPA personnel present.

Prior to countdown, it was unknown how Officer Kubla had his firearm loaded prior to the incident. Officer Kubla informed Detective Penny the next day that he carried his handgun with one in the chamber and 18 in the magazine.

| Make | Glock |
|---|---|
| Model | 19X |
| Serial Number | BHDT185 |
| Caliber | 9mm |
| Weapon Mounted Light | Valkyrie FL-2 |
| Ammunition | Speer +P |
| Cartridge in Chamber | 1 |
| Magazine from Weapon | Capacity: 19 cartridges |
| | Countdown: 18 cartridges |
| Spare Magazine #1 | Capacity: 17 cartridges |
| | Countdown: 17 cartridges |
| Spare Magazine #2 | Capacity: 17 cartridges |
| | Countdown: 17 cartridges |

At the completion of the countdown, it was determined Officer Kubla did not fire his handgun during this incident. Officer Kubla's firearm, magazines, and cartridges were photographed for documentation and impounded by SCSA Ubbens.

**Officer Kubla (Rifle)**

Prior to countdown, it was unknown how Officer Kubla had his rifle loaded before the incident. Officer Kubla informed Detective Penny the next day that he carried his rifle with 18 in the magazine and none in the chamber. Just prior to the incident, Officer Kubla chambered one round and had 17 rounds in the magazine.

When FIT detectives recovered the weapon from SWAT personnel, the rifle had been downloaded and the round in the chamber had been reloaded into the magazine by SWAT Officer Mark Eshe, P# 14839. This was confirmed by BWC footage.

| Make | Colt |
|---|---|
| Model | M4 Carbine 556 |
| Serial Number | LE481773 |
| Caliber | .223 |
| Weapon Mounted Light | O-light / Odin |
| Optics | Aimpoint Micro T-2 |
| Ammunition | Speer .223 |
| Cartridge in Chamber | 0 |

WILLIAMS 000250

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

| Magazine from Weapon | Capacity: 20 cartridges |
| | Countdown: 17 cartridges |

At the completion of the countdown, it was determined Officer Kubla discharged his rifle one time during this incident. When compared to evidence at the scene, detectives concluded Officer Kubla discharged his rifle one time. Officer Kubla's rifle, magazine used during the OIS, and cartridges were photographed and impounded by SCSA Ubbens.

**Officer Rothenburg**

Officer Rothenburg's countdown occurred at approximately 1215 hours, and the following persons were present:

1) Detective Colon
2) Detective Valenzuela
3) Officer Rothenburg
4) SCSA Madonna
5) SCSA Ubbens
6) FOP Attorney Angulo

Officer Rothenburg was dressed in a standard LVMPD long sleeve SWAT uniform. He wore subdued LVMPD patches on each shoulder and an LVMPD SWAT patch over his left breast. Officer Rothenburg wore a tactical vest with attached tools and equipment as part of his position in SWAT. Officer Rothenburg's handgun was carried on the left side of his body and secured in a holster.

Prior to countdown Officer Rothenburg stated he carried 17 cartridges in the magazine loaded in his firearm and one cartridge in the chamber (17+1, 18 total).

| Make | Glock |
| --- | --- |
| Model | 17 |
| Serial Number | BMSP907 |
| Caliber | 9mm |
| Weapon Mounted Light | Modlite |
| Optics | Trijicon |
| Ammunition | Speer |
| Cartridge in Chamber | 1 |
| Magazine from Weapon | Capacity: 17 cartridges |
| | Countdown: 14 cartridges |

At the completion of the countdown, it was determined Officer Rothenburg discharged his firearm three times during this incident. When compared to evidence at the scene, detectives concluded Officer Rothenburg discharged his firearm three times. Officer Rothenburg's firearm, magazine used during the OIS, and cartridges were photographed and impounded by SCSA Ubbens.

WILLIAMS 000251

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

## XII.    BODY-WORN CAMERA FOOTAGE SUMMARIES

The Axon Flex body-worn camera (BWC) time stamps videos in Zulu Time, also known as Greenwich Mean Time (GMT), which is the world time based on a 24-hour clock. The time is based on the Prime Meridian, which is zero degrees longitude and passes through Greenwich, England.

Officers activated their BWCs at different times during the incident. There is a seven-hour negative difference between the event time and displayed Zulu Time. Axon BWCs also have a "time drift" where the camera's internal clock drifts from actual time based on when the cameras are synced when the camera is docked. Each BWC can display a different time based on a time drift.

The following are summaries of BWC footage from the subject and witness officers who were on scene at the time of the OIS.

**Officer Kubla**

Officer Kubla was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0817 hours.

Officer Kubla's camera footage depicted the following:

Officer Kubla's BWC recording was approximately 16 minutes in length. The footage began with officers boarding their tactical vehicle and were en-route to the apartment complex. Approximately nine minutes later, they arrived at the complex near the target apartment. The team arrived at the front door and announced their presence numerous times. Distracts were also deployed at the west window. The entry officer attempted to breach the door with a ram approximately five times before the front door was finally opened.

Officer Kubla was the first to enter the apartment and located Williams on the couch. Officer Kubla was met with gunfire and fell to the ground. Other officers were seen firing at Williams as he continued to fire his handgun at the officers. The shooting stopped and officers were heard yelling, "suspect down!"

Officer Kubla was carried out of the apartment by the other SWAT officers to the parking lot. Officer Kubla informed the officers he had been shot in his arms and leg. Officers removed Officer Kubla's tactical gear as they applied tourniquets to his arms and leg. Officer Kubla's gear and BWC was removed and placed on the ground. The footage then showed the ground and audio can be heard. Officer Kubla's gear was placed in the tactical vehicle and his BWC was deactivated.

WILLIAMS 000252

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

Event: LLV220100037272

**Officer Clements**

Officer Clements was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0819 hours.

Officer Clements' camera footage depicted the following:

Officer Clements' BWC recording was approximately 44 minutes in length. The footage began with officers boarding their tactical vehicle and were en-route to the apartment complex. Approximately nine minutes later, they arrived at the complex near the target apartment. Officer Clements and the team arrived at the front door and announced their presence numerous times. Distracts were also deployed at the west window.

The entry officer attempted to breach the door with a ram approximately five times before the front door was finally opened. Officer Clements was the second officer to enter the apartment. Immediately after he entered, multiple gunshots were heard, and Williams was seen lying on the couch and firing a handgun toward the officers. Officer Clements returned fire toward Williams' direction until Williams stopped firing.

An officer yelled, "He' hit, he's hit, let's go!" As Officer Clements assisted with carrying Officer Kubla out of the apartment, another officer was seen taking another subject into custody that was inside the apartment. Officer Clements assisted the other officers with carrying Officer Kubla to the tactical vehicle that was parked in the parking lot where Officer Kubla received medical treatment.

Officer Clements informed another officer that he injured his arm. As the officer checked Officer Clements for any gunshot wounds, his vest was removed from his person and placed in the tactical vehicle. Officer Clements BWC was attached to the vest. Officer Clements' BWC was still activated for approximately 28 minutes. The BWC was then deactivated by an unknown officer as he entered the rear of the tactical vehicle.

**Officer Werner**

Officer Werner was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0805 hours.

Officer Werner's camera footage depicted the following:

Officer Werner's BWC recording was approximately 28 minutes in length. The footage began with officers boarding their tactical vehicle and were en-route to the apartment complex. Approximately 11 minutes later, they arrived at the complex near the target apartment. Officer Werner and the team arrived at the front door and announced their

WILLIAMS 000253

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

presence numerous times. Distracts were also deployed at the west window. The entry officer attempted to breach the door with a ram approximately five times before the front door was finally opened. Officer Werner was the third officer to enter the apartment. Before Officer Werner made entry, multiple gunshots were heard.

Officer Werner immediately entered the bedroom and located a subject in the bedroom. The subject ran into the bathroom and exited another door that led toward the living room area. Officer Werner held his position at the bathroom door and yelled for another officer to assist him as he lost sight of the subject. Assisting officers arrived at his location and Officer Werner searched for any additional subjects inside. Officers secure both subject in handcuffs and requested medical personnel to the apartment. Officers located the suspect's firearm in the living room near Williams. Officers then moved Williams from the couch to the ground and placed him on his back and medical aid was rendered.

Officer Werner secured the area until fire department personnel arrived and assessed Williams. Officer Werner remained with the medical personnel as they assessed Williams. Officer Werner returned toward the parking lot and deactivated his BWC.

**Sergeant Backman**

Sergeant Backman was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0727 hours.

Sergeant Backman's camera footage depicted the following:

Sergeant Backman's BWC recording was approximately 18 minutes in length. The footage began with officers boarding their tactical vehicle and were en-route to the apartment complex. Approximately 10 minutes later, they arrived at the complex near the target apartment. Sergeant Backman and the team arrived at the front door and announced their presence numerous times. Distracts were also deployed at the west window. The entry officer attempted to breach the door with a ram approximately five times before the front door was finally opened. Sergeant Backman was the fourth officer to enter the apartment. Before Sergeant Backman entered the apartment, multiple gunshots were heard.

Sergeant Backman then entered the living room and Williams was seen lying on the couch and firing a gun toward the entry team. Officers returned fire and Williams stopped moving and dropped the handgun which fell to the ground. Another subject was seen in the living room and officers took him into custody. Officers were yelling commands and continued to clear the apartment for any other subjects. Sergeant Backman exited the apartment and informed an officer that he fired his weapon. Sergeant Backman re-entered the apartment and requested medical personnel. Officers were seen moving Williams to the ground and they began rendering medical aid to him. Sergeant Backman exited the apartment and spoke with another officer. Sergeant Backman then deactivated his BWC.

WILLIAMS 000254

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU
## FORCE INVESTIGATION TEAM REPORT
**CONTINUATION**

**Event: LLV220100037272**

### Officer Gonzales

Officer Gonzales was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0723 hours.

Officer Gonzales' camera footage depicted the following:

Officer Gonzales' BWC recording was approximately 19 minutes in length. The footage began with officers boarding their tactical vehicle and were en-route to the apartment complex. Approximately 11 minutes later, they arrived at the complex near the target apartment. Officer Gonzales and the team arrived at the front door and announced their presence numerous times. Distracts were also deployed at the west window. The entry officer attempted to breach the door with a ram approximately five times before the front door was finally opened. Officer Gonzales was the fifth officer to enter the apartment. Before Officer Gonzales made entry, multiple gunshots were heard.

As Officer Gonzales entered, Williams was seen lying on a couch and firing his handgun toward the entry officers. As officers returned fire, Williams stopped moving and another subject who was in the living room was taken into custody. Officer Gonzales remained with Williams as the other officers searched for any other subjects. Officer Gonzales assisted with securing Williams in handcuffs. Officer Gonzales was then instructed to go outside, and he deactivated his BWC.

### Officer Rothenburg

Officer Rothenburg was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0720 hours.
Officer Rothenburg's camera footage depicted the following:

Officer Rothenburg's BWC recording was approximately 21 minutes in length. The footage began with Officer Rothenburg and Officer Bertuccini in their vehicle waiting to drive to the apartment complex. Approximately 11 minutes later, they arrived at the complex near the target apartment. Officer Rothenburg arrived at the west window of the apartment with Officer Bertuccini and was holding a ballistic shield. Officers with the entry team were heard announcing their presence. The window was then broken out and glass was cleared from the window. Officer Rothenburg instructed Officer Bertuccini to activate the distract device.

A loud blast was heard, along with the blast of a nine-bang distract. The view of Officer Rothenburg's BWC was obstructed by his ballistic shield. Apparent gunshots could be heard coming from inside the apartment. A tactical light from Officer Rothenburg's handgun was activated and it appeared that Officer Rothenburg fired rounds from his handgun. Officer Rothenburg informed another officer that he had taken rounds into his ballistic shield. Officer Rothenburg remained outside at the west window as the entry team

WILLIAMS 000255

Event: **LLV220100037272**

entered. Officer Bertuccini conducted a physical check of Officer Rothenburg to make sure he was not struck with gunfire. Officer Rothenburg informed Officer Bertuccini that he had fired his weapon. Officer Rothenburg stated he saw the suspect firing, then turned toward his direction and shot the ballistic shield.

Officer Rothenburg quickly went to the tactical vehicle where officers were treating Officer Kubla for his injuries. Officer Rothenburg returned to the west window and met with Officer Bertuccini. Officer Rothenburg examined his ballistic shield and discovered several bullet defects. Officer Rothenburg returned to the tactical vehicle and examined Officer Clements' arm who received a ricochet injury during the shooting. Shortly after, Officer Rothenburg deactivated his BWC.

**Officer Bertuccini**

Officer Bertuccini was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0831 hours.

Officer Bertuccini's camera footage depicted the following:

Officer Bertuccini's BWC recording was approximately 21 minutes in length. The footage began with Officer Bertuccini and Officer Rothenburg in their vehicle waiting to drive to the apartment complex. Approximately 11 minutes later, they arrived at the complex near the target apartment. Officer Bertuccini arrived at the west window of the apartment with Officer Rothenburg. Officers with the entry team were heard announcing their presence. Officer Bertuccini was holding a pole stun device and broke the window. He then inserted the device toward the ceiling of the apartment.

Officer Bertuccini activated the distract device which discharged a loud blast. A second distract device which detonated nine separate blasts was also deployed. Multiple gunshots were heard from inside the apartment. Officer Bertuccini continued to clear the glass and obstructions from the window area with the pole. Once it was clear, Officer Bertuccini checked Officer Rothenburg for any injuries. Officer Bertuccini responded to the parking lot and met with the other officers who were treating Officer Kubla. Officer Bertuccini returned to the west window of the apartment. Officer Bertuccini and Officer Rothenburg went back to the tactical vehicle and examined Officer Clements' arm for a ricochet injury. Officer Bertuccini deactivated his BWC.

**Officer Eshe**

Officer Eshe was wearing a BWC at the time of the incident and the camera was activated. The camera was collected by Sergeant Iacullo and secured. The video footage captured was later viewed by FIT personnel on January 10, 2022, at 0809 hours.

**WILLIAMS 000256**

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

Event: LLV220100037272

Officer Eshe's camera footage depicted the following:

Officer Eshe's BWC recording was approximately 31 minutes in length. The footage began with officers boarding their tactical vehicle and were en-route to the apartment complex. Approximately eight minutes later, they arrived at the complex near the target apartment. Officer Eshe and the team arrived at the front door and announced their presence numerous times. Distracts were also deployed at the west window. The entry officer attempted to breach the door with a ram approximately five times before the front door was finally opened. Officer Eshe was the seventh officer in the stack. As the officers entered the apartment, multiple gunshots were heard. Officer Eshe was not able to enter, and he was held up at the front door.

Officers were seen carrying the injured officer out of the apartment. Officer Eshe made his way into the apartment and took custody of the second subject that was located inside. Officer Eshe took the subject outside and asked him if he had been shot. The subject stated "no" and they walked to a vehicle in the parking lot. Officer Eshe searched the subject and requested another officer to his location. Officer Eshe took some gear to the tactical vehicle and downloaded a weapon.

Officer Eshe remained in the parking lot with the subject, who later identified himself as "Kwame". Once Kwame was taken by detectives, Officer Eshe began putting up crime scene tape to secure the scene. Officer Eshe then conducted knock and talks at the surrounding apartments to make sure the tenants were safe and not injured.

There were 16 other officers that had their BWC activated during the incident. These officers were a part of the SWAT team and were assigned to assist with the service of the search warrant. Footage of their BWC either did not capture the incident inside the apartment or it revealed the same footage as the involved officers listed above.

## XIII.    THIRD-PARTY VIDEO AND PHOTOGRAPHIC EVIDENCE

Internal cameras inside 3050 S. Nellis Boulevard #21-1125

Three Wi-Fi cameras were located inside of apartment #21-1125. One camera was located on a desk, facing the living room area. Two cameras were discovered in the bedroom with one positioned on the T.V. stand which faced the bedroom. The other camera was positioned in the window frame and faced toward the front entrance to the apartment.

After the incident, an unknown subject who possessed remote access to the cameras, contacted detectives through the camera audio speaker system and instructed them to exit the apartment. The cameras were then unplugged and faced downward for safety purposes.

WILLIAMS 000257

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
CONTINUATION

**Event: LLV220100037272**

LVMPD Digital Investigations Bureau (DIB) Detective Chris Kratas, P# 9996, arrived on the scene to collect any video evidence from the camera system. It was discovered none of the cameras were equipped with a Micro SD card. An SD card is necessary for the cameras to record and store any video footage. Detective Kratas also discovered these cameras did not have cloud video storage. No video evidence was obtained from the camera system within the apartment. The cameras were photographed and left in the residence.

## XIV.   WITNESS CANVASS

On January 10, 2022, at approximately 0940 hours, Detectives Leavitt and Sedano conducted a witness canvass at the apartments in building #21. Below is a summary of the canvass.

| LOCATION | PERSON CONTACTED | INFORMATION OBTAINED |
|---|---|---|
| Apartment 1124 | Tiffany Jefferson | Consent card signed to process her residence for bullet impact evidence. Did not witness the incident. |
| Apartment 1126 | None | Photographed a bullet impact to exterior pillar of balcony. |
| Apartment 2124 | None | No impacts into the residence. |
| Apartment 2125 | Jaime Carillo Jr. | Conducted a recorded interview. Signed consent card to process the residence for bullet and bullet impact evidence. |
| Apartment 2125 | Janeth Lopez-Quezada | Conducted a recorded interview. |

## XV.   AUTOPSY

On January 11, 2022, at approximately 0737 hours, under CCOCME case 22-0261, an autopsy was performed on the body of Isaiah Williams at the CCOCME by Doctor Jan Gorniak.

The following persons were in attendance:

1)    Detective Penny
2)    SCSA Stephanie Smissen, P# 16064
3)    Forensic Assistant Jeanine Rashbaum
4)    Forensic Technician Rita Aiken

WILLIAMS 000258

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
**CONTINUATION**

**Event: LLV220100037272**

The following items of evidence were impounded:

1) One (1) Buccal Swab Kit from Isaiah Williams
2) One (1) right handbag
3) One (1) left handbag
4) One (1) white sheet bearing apparent blood
5) One (1) pair of black "Polo" sweatpants bearing apparent blood and defects-size S
6) One (1) pair of blue "Hanes" underwear bearing apparent blood and defects-size S
7) One (1) Nevada Driver's License in the name of Aaron Christensen DOB 4/27/91 with a defect
8) One (1) metal fragment
9) One (1) metal fragment

On January 11, 2022, at approximately 1605 hours, CSA Michelle Grund, P# 18818, obtained eleven (11) bullets and bullet fragment from the hands of Forensic Assistant Rashbaum. The items were impounded as evidence.

Findings from Doctor Gorniak during the autopsy of Isaiah Williams:

1) Gunshot wounds of the left trunk and left lower extremity
   a) Perforation of the colon
   b) Perforation of the stomach
   c) Perforation of the heart
   d) Perforation of the right lung
   e) Perforation of the left ilium
   f) Left femur fracture
   g) Left tibia fracture
   h) Left tarsal fractures
   i) Hemothoraces

Upon the completion of toxicology testing, the following results were noted:

**Positive Findings:**

| Compound | Result | Units | Matrix Source |
|----------|--------|-------|---------------|
| Nicotine | Positive | ng/mL | 002 - Heart Blood |
| Delta-9 Carboxy THC | 15 | ng/mL | 002 - Heart Blood |
| Delta-9 THC | 7.2 | ng/mL | 002 - Heart Blood |

**WILLIAMS 000259**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**INTERNAL OVERSIGHT & CONSTITUTIONAL POLICING BUREAU**
**FORCE INVESTIGATION TEAM REPORT**
**CONTINUATION**

**Event: LLV220100037272**

On February 24, 2022, the CCOCME provided FIT with completed reports reference their investigation of the death of Isaiah Williams. After a thorough review of facts and circumstances and a complete autopsy, Doctor Gorniak opined Williams died as a result of gunshot wounds of the left trunk and left lower extremity. The manner of death was homicide.

## XVI.   FORENSICS REQUESTS/RESULTS

**Biology/DNA Examination**

On January 20, 2022, an LVMPD Forensic Laboratory Request was submitted by Detective Mendoza for biology/DNA analysis.

On February 18, 2022, Forensic Scientist Alison Rubino, P# 14784, submitted the Report of Examination: Biology/DNA Forensic Casework. Refer to Appendix E for results.

**Firearm Examinations**

National Integrated Ballistic Information Network (NIBIN)

On January 12, 2022, an LVMPD Forensic Laboratory Request was submitted for Williams' firearm and cartridge cases for NIBIN comparison.

On January 12, 2022, NIBIN Administrator Kathy Geil, P# 15650, submitted the Report of Examination: Firearms. Refer to Appendix F for results.

Function Testing and Ballistic Comparison Evidence

On January 20, 2022, an LVMPD Forensic Laboratory Request was submitted by Detective Mendoza on Sergeant Backman and Officers Clements, Gonzales, Kubla, and Rothenburg's firearms for a function test.

The Forensic request included Williams' firearm for a function test and ballistic comparison evidence.

On February 23, 2022, Forensic Scientist Stephanie Fletcher, P# 6650, submitted the Report of Examination: Firearms. Refer to Appendix G for results.

WILLIAMS 000260

# APPENDIX A –

WILLIAMS 000261

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# CRIME SCENE INVESTIGATION REPORT

| Incident | | Sector/Beat | Event Number | |
|---|---|---|---|---|
| Officer Involved Shooting (Fatal) | | J3 | 220100037272 | |
| Requesting Officer | Division | Date | Time | |
| S. Mendoza #6878 | IOCP | 01/10/2022 | 0700 | |
| Victim(s) | Location(s) | | | |
| LVMPD; K. Kubla #13135 & B. Clements #14074 | 3050 S. Nellis Bvd #21/1125 | | | |

### Connecting Reports and Related Event Numbers

☒ Evidence Impound Report    ☐ Officer's Report    ☐ _____

☒ Related Event Number(s): 211100073200, 211200073272

**DOCUMENTATION**
☒ Crime Scene Photography  ☐ Comparative Photography
☐ Aerial Photography  ☒ Diagram(s)
☐

**FOOTWEAR AND TIRE EVIDENCE**
☐ Footwear  ☐ Tire
☐ Lift(s) / Cast(s)  ☐ Original Surface(s)
☐ Photograph(s)  ☐ Exemplar(s)

**LATENT PRINT EVIDENCE**
☐ Processing Conducted
☐ Lift(s) / Cast(s)
☐ Photograph(s)
☐ Eliminations
☐ Negative Results
☐

**BIOLOGICAL EVIDENCE**
☐ Apparent Blood  ☐ Apparent Semen
☒ Possible DNA  ☐ Unknown Substance(s)
☒ Swab(s)  ☐ Original Surface(s)
☐ Buccal Swabs  ☐

**TOOL MARK EVIDENCE**
☐ Cast(s)  ☐ Original Surface(s)
☐ Photograph(s)  ☐ Tool(s)

**FIREARMS EVIDENCE**
☒ Bullet(s) / Fragment(s)
☒ Cartridge Case(s)
☒ Cartridge(s)
☒ Weapon(s)
☐

**OTHER**

**VEHICLE(S):**
Vehicle 1:  2019 FORD F550  LVMPD SWAT Bearcat (19903) NV: LVMP0799  VIN: 1FDAF5HT2KEC36262
Vehicle 2:  2019 FORD F550  LVMPD SWAT Bearcat (18913) NV: LVMP0811  VIN: 1FDAF5HT3HED12824

**GENERAL INFORMATION:**
On 1/10/2022, I arrived at the above listed location at approximately 0700 hours reference an officer involved shooting investigation.

Also present were Crime Scene Analyst Director K. Grammas #7808, FIT Lt. D. Young #8252, FIT Sgt. M. Iacullo #7857, FIT Detectives M. Colon #7585, G. Valenzuela #8396, T. Alsup #5782, S. Mendoza #6878, J. Leavitt #5814, C. Sedano #5393, A. Ubbens #13119, CIRT Lt K. McKenzie #6746, CIRT Sgt. S. Smaka #6098, CIRT Detectives G. Watkins #5471, D. MacDonald #8076, M. Eschker #12952, Homicide Sgt. J. Scott #4532, Homicide Detectives J. Grimmett #7056, E. Solano #7588, R. Oschsenhirt #5438, Crime Scene Analyst Supervisor M. McIntyre #13207, Senior Crime Scene Analysts (SCSA) J. Manning #8167 and H. Ubbens #14792, along with numerous patrol detectives and patrol officers. The scene was secured with crime scene tape and officers.

| Crime Scene Analyst Supervisor | P# | Date Approved | Crime Scene Analyst | P# |
|---|---|---|---|---|
| | 13207 | 2/14/2022 | M. MADONNA | 15145 |

Qualtrax Number: LVMPD CSI 3816
Document Number: ISD6
Issued By: CSI DIR
Revision Date: 10/01/2020
Page 1 of 8

LVMPD Crime Scene Investigations Section/5555 W. Badura Ave.  Suite #150/ Las Vegas, Nevada 89118

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## CRIME SCENE INVESTIGATION REPORT
### CONTINUATION

| | | | |
|---|---|---|---|
| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
| Location: | 3050 S. Nellis Bvd #21/1125 | Date: | 01/10/2022 |

Ubbens #14792. Digital images were also taken of LVMPD Bearcats 18913 and 19903 as well as equipment inside by SCSA J. Manning #8167.

**ADDITIONAL PHOTOGRAPHY:**
Officer locations were marked with orange cones and labeled stands. Additional digital images were taken, and approximate measurements of the following perspective views were recorded as follows:

*Officer Perspective Photography*
- OFFICER 1 (J. ROTHENBURG #13449): outside of the west window of Apartment #1125, southwest of the reported suspect location. Perspective photos were done in a general direction showing an approximate 180° view from north to south.

  The following approximate measurements were taken:
  Rothenburg to the subject's location (Williams) – 9'3"

- OFFICER 2 (B. CLEMENTS #14074): in the living room, east of the window and south of the entry door, south of Officers 3 and 4, and southeast of the reported suspect location. Perspective photos were done in a general direction showing an approximate 180° view from south to north.

  The following approximate measurements were taken:
  Clements to the subject's location (Williams) – 11'7"

- OFFICER 3 (SGT. R. BACKMAN #6518): in the living room, east of the window and south of the entry door, between Officers 2 and 4, and southeast of the reported suspect location. Perspective photos were done in a general direction showing an approximate 180° view from south to north.

  The following approximate measurements were taken:
  Backman to the subject's location (Williams) – 11'2"

- OFFICER 4 (A. GONZAELES #9202): in the living room, east of the window and south of the entry door, north of Officers 2 and 3, and east of the reported suspect location. Perspective photos were done in a general direction showing an approximate 180° view from south to north.

  The following approximate measurements were taken:
  Gonzales to the subject's location (Williams) – 9'11"

**ADDITIONAL INFORMATION:**
SCSA C. King #14372 responded to UMC Trauma to document Officer K. Kubla #13135. Please see her reports for further details. SWAT breaching equipment was released back to SWAT by Director K. Grammas #7808.

| Crime Scene Analyst | | P# |
|---|---|---|
| M. MADONNA | | 15145 |

Page 8 of 8

# APPENDIX B –

**WILLIAMS 000264**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# EVIDENCE IMPOUND REPORT

☒ EVIDENCE     ☐ FOUND PROPERTY     ☐ SAFEKEEPING     Event Number: **220100037272**

| Incident: | Requesting Officer: | Division: | Date: |
|---|---|---|---|
| Officer Involved Shooting (Fatal) | S. Mendoza #6878 | IOCP | 01/10/2022 |

| Victim(s): |
|---|
| LVMPD; K. Kubla #13135 & B. Clements #14074 |

| Location: |
|---|
| 3050 S Nellis Blvd. 21-1125 |

| Vehicle(s): |
|---|
| |

| Additional Information: |
|---|
| Decedent: Isaiah Williams (DOB 11/17/2002) |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Package 1** | |
| **Item 1** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the exterior west side of the apartment, under the south most window sash |
| **Item 2** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the exterior west side of the apartment, under the south most window sash northeast of item 1 |
| **Item 3** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the exterior west side of the apartment, under the south most window sash, southeast of items 1 & 2 |
| **Item 4** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" (bearing apparent blood [cleaned]) | from the exterior north front entry cement pad, north of the main entry door |
| **Item 5** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the exterior aspect of the main entry door threshold |
| **Item 6** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the northeast corner of the living room, behind the entry door |
| **Item 7** | |
| one (1) cartridge case bearing the headstamp "SPEER 16 223 REM" | inside of a black and white shoe which was lined up against the north living room wall, between the main entry door and the couch |
| **Item 8** | |
| one (1) cartridge case bearing the headstamp "SPEER 16 223 REM" | from the living room floor, between the first and second row of shoes against the north wall, between the main entry door and the couch |

| CSA Supervisor: | P#: | Date Approved | Crime Scene Analyst: | P#: |
|---|---|---|---|---|
| | 13207 | 2/14/2022 | Heather Ubbens | 14792 |

Quatrax Number: LVMPD CSI 3817
Document Number: LVMPD TSD 10
Issued By: CSI DIR
Revision Date: 04/05/2018
Page 1 of 9

WILLIAMS 000265

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## EVIDENCE IMPOUND REPORT
### CONTINUATION

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Package 2** | |
| **Item 9** | |
| one (1) cartridge case bearing the headstamp "SPEER 16 223 REM" | from the living room floor, between the couch and the main entry door, southeast of items 7 & 8 |
| **Item 10** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" (bearing apparent blood [cleaned]) | from the living room floor east of the decedent's right shoulder |
| **Item 11** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" (bearing apparent blood [cleaned]) | from the living room floor, adjacent to the water cooler along the east wall |
| **Item 12** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" (bearing apparent blood [cleaned]) | from the living room floor, east of the decedent's head |
| **Item 13** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the living room floor west of the kitchen bar top counter |
| **Item 14** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" (bearing apparent blood [cleaned]) | from the living room floor, south of the decedent, west of item 13 |
| **Item 15** | |
| one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" (bearing apparent blood [cleaned]) | from the from the living room floor, adjacent to the decedent's left arm |
| **Item 16** | |
| one (1) cartridge case bearing the headstamp "SPEER 14 223 REM" | from the living room couch, atop the middle cushion |
| **Package 3** | |
| **Item 17** | |
| one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room couch, between the west most cushion and the west arm |
| **Item 18** | |
| one (1) cartridge case bearing the headstamp "BLAZER 40 S&W" | from the living room floor, between the west end of the couch and the west wall |
| **Item 19** | |
| one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, between the west end of the couch and the west wall, south of item 18 |

| Crime Scene Analyst | P#: |
|---|---|
| Heather Ubbens | 14792 |

Page 2 of 9

WILLIAMS 000266

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## EVIDENCE IMPOUND REPORT
### CONTINUATION

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Item 20**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, between the west end of the couch and the west wall, south of 19 |
| **Item 21**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, between the west end of the couch and the west wall, south of 20 |
| **Item 22**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, south of the west most couch cushion |
| **Item 23**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor under the black stool with item 26 |
| **Item 24**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, between items 22 & 25 |
| **Package 4**<br>**Item 25**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, adjacent to the west wall, south of item 21 |
| **Item 26**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor under the black stool with item 23 |
| **Item 27**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, south of the black stool, adjacent to item 28 |
| **Item 28**<br>one (1) cartridge case bearing the headstamp "WIN 40 S&W" | from the living room floor, south of the black stool, adjacent to item 27 |
| **Item 29**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the west living room floor, west of item 28 |
| **Item 30**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the west living room floor, south of item 29 |
| **Item 31**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, south of the stool, and south of item 28 |

| Crime Scene Analyst: | P#: |
|---|---|
| Heather Ubbens | 14792 |

Page 3 of 9

WILLIAMS 000267

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## EVIDENCE IMPOUND REPORT
## CONTINUATION

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Item 32**<br>one (1) cartridge case bearing the headstamp "WIN 40 S&W" | from the living room floor, east of the west wall window, and south of item 30 |
| **Package 5**<br>**Item 33**<br>one (1) cartridge case bearing the headstamp "AMMO INC 40 S&W" | from the living room floor, east of the west wall window, and south of item 32 |
| **Item 34**<br>one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the floor, in the threshold between the kitchen and the bathroom |
| **Item 35**<br>one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the living room floor under the decedent's right foot |
| **Item 36**<br>one (1) cartridge case bearing the headstamp "FEDERAL 40 S&W" | from the living room floor, south of the black stool, adjacent to item 31 |
| **Item 37**<br>one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from the living room floor, under the east edge of the couch |
| **Item 38**<br>one (1) cartridge case bearing the headstamp "SPEER 16 223 REM" | From the living room floor, along the north wall, between the couch and the main entry door, with item 39 |
| **Item 39**<br>one (1) cartridge case bearing the headstamp "SPEER 16 223 REM" | from the living room floor, along the north wall, between the couch and the main entry door, with item 38 |
| **Item 40**<br>one (1) cartridge case bearing the headstamp ". SPEER . 9mm LUGER+P" | from atop of the couch, near the northeast corner |
| **Package 6**<br>**Item 41**<br>one (1) cartridge case bearing the headstamp "SPEER 15 223 REM" | from the living room floor, under the north/south couch projection |
| **Package 7**<br>**Item 42**<br>one (1) bullet | from the ground on the exterior of the apartment, west of the west facing apartment window, adjacent to items 1, 2, and 3 |

| Crime Scene Analyst: | | P#: |
|---|---|---|
| Heather Ubbens | | 14792 |

Page 4 of 9

WILLIAMS 000268

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
### EVIDENCE IMPOUND REPORT
### CONTINUATION

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Item 43**<br>one (1) bullet fragment | from the apartment main entry threshold |
| **Item 44**<br>one (1) bullet fragment | from the living room floor, near the north wall, between the main entry door and the east edge of the couch, with item 45 |
| **Item 45**<br>one (1) bullet fragment | from the living room floor, near the north wall, between the main entry door and the east edge of the couch, with item 44 |
| **Item 46**<br>one (1) bullet fragment | from the living room floor, south of the decedent's left hand |
| **Item 47**<br>one (1) bullet fragment | from the living room floor, adjacent to the living room to patio door |
| **Item 48**<br>one (1) bullet | from the living room floor, near the collection of shoes, below the east edge of the couch |
| **Item 49**<br>one (1) bullet fragment | from on top of a grey hooded sweatshirt on the northeast corner of the couch |
| **Package 8**<br>**Item 50**<br>one (1) bullet with a red material embedded in it | from the living room floor, adjacent to the southwest corner of the north/south couch projection |
| **Item 51**<br>one (1) bullet fragment | from the living room floor, under the black stool |
| **Item 52**<br>one (1) bullet fragment | from the living room floor, between the black stool and the south edge of the couch |
| **Item 53**<br>one (1) bullet | from the living room floor between the west side of the couch and the west wall |
| **Item 54**<br>one (1) bullet | from the living room floor between the north back of the couch and the north wall |
| **Item 55**<br>one (1) bullet fragment | from the living room floor, under the couch |
| **Item 56**<br>one (1) bullet fragment | from the living room floor, under the couch |
| **Item 57**<br>one (1) bullet fragment | from the living room floor, under the couch |

| Crime Scene Analyst: Heather Ubbens | P#: 14792 |
|---|---|

Page 5 of 9

WILLIAMS 000269

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## EVIDENCE IMPOUND REPORT
### CONTINUATION

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Package 9** | |
| **Item 58** | |
| two (2) bullet fragments embedded with carpet fibers | from the living room floor between the northwest corner of the couch and the north wall (trajectory path J) |
| **Item 59** | |
| one (1) bullet | from the northeast bathroom wall, above the door from the bathroom to the bedroom, inside of apartment #1124 (trajectory path T) |
| **Item 60** | |
| one (1) bullet | from on top of the living room carpet of apartment #2125, west of item 61 (trajectory path N) |
| **Item 61** | |
| one (1) bullet | from between the living room floor and the carpet of apartment #2125, east of item 60 (trajectory path O) |
| **Item 62** | |
| one (1) bullet | from on top of the dining room carpet of apartment #2125, near the southwest corner of the apartment (trajectory path P) |
| **Package 10** | |
| **Item 63** | |
| one (1) firearm: Glock, 22, .40, sn/ GVP970, black/black, 4.5" barrel, Austria, semi-automatic (swabbed for DNA) | from the living room, between the black stool and the couch, east of item 22 |
| **Item 63A** | |
| one (1) cartridge bearing the headstamp "FEDERAL 40 S&W" | loaded in chamber of the firearm (item 63) |
| **Item 63B** | |
| one (1) black "GLOCK" magazine with a 22 marked capacity (swabbed for DNA) | seated in the firearm (item 63) |
| **Item 63C** | |
| two (2) cartridges bearing the headstamp "FEDERAL 40 S&W" | loading in the magazine (item 63B) |
| **Package 11** | |
| **Item 64** | |
| one (1) swab with possible DNA | from the surfaces of the firearm (item 63) |
| **Item 65** | |
| one (1) swab with possible DNA | from the surfaces of the magazine (item 63B) |
| **Package 12** | |
| **Item 66** | |
| one (1) black "MTECH" MT664BK-SO knife with a green paracord wrapped handle (broken) approx. 3" curved blade bearing apparent blood | from the living room floor, just interior to the main entry door |

| Crime Scene Analyst | P#: |
|---|---|
| Heather Ubbens | 14792 |

Page 6 of 9

WILLIAMS 000270

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## EVIDENCE IMPOUND REPORT
### CONTINUATION

| | | | |
|---|---|---|---|
| **Incident:** | Officer Involved Shooting (Fatal) | **Event Number:** | 220100037272 |
| **Location:** | 3050 S Nellis Blvd. 21-1125 | **Date:** | 01/10/2022 |

| **Description of Evidence** | **Location of Recovered Evidence** |
|---|---|
| **Package 13** | |
| **Item 67** | from the hands of B. Clements #14074 |
| one (1) firearm: Glock, 17, 9mm, sn/ BAGM981, black/black, 4.25" barrel, Austria, semi-automatic, with a "STREAMLIGHT" TLR-1 HL mounted light with a sn/ 218977 | |
| **Item 67B** | seated in the firearm (item 67) |
| one (1) black "GLOCK" magazine with a 17 marked capacity | |
| **Package 14** | |
| **Item 67A** | loaded in the chamber of the firearm (item 67) |
| one (1) cartridge bearing the headstamp ". SPEER . 9mm LUGER+P" | |
| **Item 67C** | loaded in the magazine (item 67B) |
| four (4) cartridges bearing the headstamp ". SPEER . 9mm LUGER+P" | |
| **Package 15** | |
| **Item 68** | from the hands of J. Rothenburg #13449 |
| one (1) firearm: Glock, 17 GEN 5, 9mm, sn/ BMSP907, black/black, 4.5" barrel, Austria, semi-automatic, with a "MODLITE" PLH-V2-27659 mounted light with an unknown sn, and a "Trijicon" RM06 2PE1:19 sn/439119 | |
| **Item 68B** | seated in the firearm (item 68) |
| one (1) black "PMAG" magazine with a 17 marked capacity | |
| **Package 16** | |
| **Item 68A** | loaded in the chamber of the firearm (item 68) |
| one (1) cartridge bearing the headstamp ". SPEER . 9mm LUGER+P" | |
| **Item 68C** | loaded in the magazine (item 68B) |
| fourteen (14) cartridges bearing the headstamp ". SPEER . 9mm LUGER+P" | |
| **Package 17** | |
| **Item 69** | from the hands of A. Gonzales #9202 |
| one (1) rifle: COLT, M4 CARBINE, 5.56MM, sn/ A0375378, black/black, 12.5" barrel, USA, semi-automatic, with a "SUREFIRE" SCOUT LIGHT KE2-B mounted light sn/ A114669, a brown PEQ ATP-100-A14 sn/184443, an "Aimpoint" Micro T-2 2MOA sn/ W3938012, and a camouflage "MULTICAM" sling | |

| Crime Scene Analyst: | P#: |
|---|---|
| Heather Ubbens | 14792 |

Page 7 of 9

WILLIAMS 000271

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## EVIDENCE IMPOUND REPORT
### CONTINUATION

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Item 69B**<br>one (1) black "PMAG" magazine with a marked 30 capacity | seated in the rifle (item 69) |
| **Package 18**<br>**Item 69A**<br>one (1) cartridge bearing the headstamp "SPEER 16 223 REM" | loaded in the chamber of the rifle (item 69) |
| **Item 69C**<br>twenty-four (24) cartridges bearing the headstamps; twenty (20) "SPEER 16 223 REM", three (3) "SPEER 13 223 REM", and one (1) "SPEER 14 223 REM" | loaded in the magazine (item 69B) |
| **Package 19**<br>**Item 70**<br>one (1) rifle: COLT, M4 CARBINE, 5.56MM, sn/ A0375458, black/black, 18" barrel, USA, semi-automatic, with a "SUREFIRE" KE1-H mounted light sn/ A107713, brown PEQ ATP-100-A14 sn/486340, an "Aimpoint" Micro T-2 2MOA sn/ W3938002, and a green sling | from the hands of R. Backman #6518 |
| **Item 70B**<br>one (1) black "PMAG" magazine with a marked 30 capacity | seated in the rifle (item 70) |
| **Package 20**<br>**Item 70A**<br>one (1) cartridge bearing the headstamp "SPEER 16 223 REM" | loaded in the chamber of the rifle (item 70) |
| **Item 70C**<br>twenty-four (24) cartridges bearing the headstamps; twenty (22) "SPEER 16 223 REM", one (1) "SPEER 20 223 REM", and one (1) "SPEER 15 223 REM" | loaded in the magazine (item 70B) |
| **Package 21**<br>**Item 71**<br>one (1) rifle: COLT, M4 CARBINE, 5.56MM, sn/ LE481773, black/black/tan, 16" barrel, USA, semi-automatic, with a "OLIGHT" Odin sn/ K61300763 mounted light, brown PEQ ATP-100-A14 sn/(obliterated)48, an "Aimpoint" Micro T-2 2MOA sn/ W3938033 on a "UNITY" optics riser, and a "VTAC" black sling (bearing apparent blood [cleaned]) | from the hands of K. Grammas #7808 |

| Crime Scene Analyst | | P#: |
|---|---|---|
| Heather Ubbens | | 14792 |

Page 8 of 9

WILLIAMS 000272

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**EVIDENCE IMPOUND REPORT**
**CONTINUATION**

| Incident: | Officer Involved Shooting (Fatal) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | 3050 S Nellis Blvd. 21-1125 | Date: | 01/10/2022 |

| **Description of Evidence** | **Location of Recovered Evidence** |
|---|---|

**Package 22**
**Item 72**
one (1) tan "LANCER" magazine with no marked capacity        from the hands of K. Grammas #7808

**Item 72A**
seventeen (17) cartridges bearing the headstamps;
sixteen (16) "SPEER 16 223 REM" and one (1) "SPEER        loaded in the magazine (item 72A)
15 223 REM"

**Package 23**
**Item 73**
one (1) firearm: Glock, 19X, 9mm, sn/ BHDT185, tan/tan,        from the hands of K. Grammas #7808
4" barrel, Austria, semi-automatic, with a "OLIGHT"
VALKYRIE PL-2 mounted light sn/ J03120194, and a
"Trijicon" RM06 2PE1:19 sn/ 532659 (bearing apparent
blood [cleaned])

**Item 73B**
one (1) tan "GLOCK" magazine with a 17 marked capacity    seated in the firearm (item 73)

**Package 24**
**Item 73A**
one (1) cartridge bearing the headstamp ". SPEER . 9mm
LUGER+P"        loaded in the chamber of the firearm (item 73)

**Item 73C**
eighteen (18) cartridges bearing the headstamp ". SPEER
. 9mm LUGER+P"        loaded in the magazine (item 73B)

**Package 25**
**Item 74**
one (1) green "CRYE-PRECISION" tactical belt with a two
spare magazine holder, a handcuff pouch containing one        from the hands K. Grammas #7808
white metal pair of handcuffs, and a broken
"SAFARILAND" holster all bearing apparent blood

**Item 75**
two (2) black "GLOCK" magazines with marked 17
capacities        inside of the spare magazine holder on the tactical belt
        (item 74)

**Package 26**
**Item 75A**
thirty-four (34) cartridges headstamp ". SPEER . 9mm
LUGER+P"        loaded in the spare magazines (item 75)

| Crime Scene Analyst | P#: |
|---|---|
| Heather Ubbens | 14792 |

Page 9 of 9

WILLIAMS 000273

# APPENDIX C –

WILLIAMS 000274

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE INVESTIGATION REPORT

| Incident | | | Sector/Beat | Event Number |
|---|---|---|---|---|
| Fatal Officer Involved Shooting (Follow Up) | | | U3 | 220100037272 |
| Requesting Officer | | Division | Date | Time |
| S. Mendoza #6878 | | IOCP | 1/10/2022 | 0536 |
| Victim(s) | | Location(s) | | |
| LVMPD | | UMC Trauma | | |

*Connecting Reports and Related Event Numbers*

☒ Evidence Impound Report   ☐ Officer's Report   ☒ LVMPD Form 131-Money Accounting Report
☐ Related Event Number(s): _____

**DOCUMENTATION**
☒ Crime Scene Photography   ☐ Comparative Photography
☐ Aerial Photography   ☐ Diagram(s)
☐ _____

**LATENT PRINT EVIDENCE**
☐ Processing Conducted
☐ Lift(s) / Cast(s)
☐ Photograph(s)
☐ Eliminations
☐ Negative Results
☐ _____

**FIREARMS EVIDENCE**
☐ Bullet(s) / Fragment(s)
☐ Cartridge Case(s)
☐ Cartridge(s)
☐ Weapon(s)
☐ _____

**FOOTWEAR AND TIRE EVIDENCE**
☐ Footwear   ☐ Tire
☐ Lift(s) / Cast(s)   ☐ Original Surface(s)
☐ Photograph(s)   ☐ Exemplar(s)

**BIOLOGICAL EVIDENCE**
☐ Apparent Blood   ☐ Apparent Semen
☐ Possible DNA   ☐ Unknown Substance(s)
☐ Swab(s)   ☐ Original Surface(s)
☐ Buccal Swabs   ☐ _____

**TOOL MARK EVIDENCE**
☐ Cast(s)   ☐ Original Surface(s)
☐ Photograph(s)   ☐ Tool(s)

**OTHER**

**VEHICLE(S):**

**GENERAL INFORMATION:**

On January 10, 2022, at approximately 0536 hours, I arrived at UMC Trauma in reference to a follow-up to a Fatal Officer Involved Shooting investigation.

A patient belonging bag and a knotted black trash bag were on the floor adjacent to trauma bay 11. Bloodstained, olive green colored cargo style pants with a black belt around the waist (**Item 1**) were in the patient belonging bag. There were defects in the front right pocket and the right pant leg on the front and back sides. A money clip (**Item 11**) was in the front right pocket. US paper currency totaling $203 (**Item 13**) was in the money clip along with banking cards, an LVMPD employee identification card in the name of Kerry Kubla, a Wex Fleet brand card, and a Nevada Driver's license in the same name (**Item 12**). The edges of the US currency were torn and all the cards in the money clip contained a defect. There were additional pocket contents in the cargo style pants including: zip ties, a balaclava, keys attached to a paracord keychain, a folding knife, a cell phone, and two tourniquets (**Item 9**).

| Crime Scene Analyst Supervisor | P# | Date Approved | Crime Scene Analyst | P# |
|---|---|---|---|---|
| *[signature]* | 14793 | 1/06/22 | C. King *[signature]* | 14372 |

Qualtrax Number: LVMPD CSI 3815
Document Number: ISD6
Issued By: CSI DIR
Revision Date: 10/01/2020
Page 1 of 2

LVMPD Crime Scene Investigations Section/5555 W. Badura Ave.  Suite #180/ Las Vegas, Nevada 89118

WILLIAMS 000275

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## CRIME SCENE INVESTIGATION REPORT
### CONTINUATION

| | | | |
|---|---|---|---|
| Incident: | Fatal Officer Involved Shooting (Follow Up) | Event Number: | 220100037272 |
| Location: | UMC Trauma | Date: | 1/10/2022 |

The knotted black trash bag contained a headset and helmet bearing apparent blood, black colored Merrell brand boots bearing apparent blood stains, and multiple cut clothing items, which were further documented at the CSI Section.

**Officer B. Clements #14074**

Officer Clements was on a gurney in trauma bay 4. He was covered with a blanket and a green uniform shirt was on the gurney beneath him. The shirt was undamaged however, there was apparent blood on the right elbow pad. Officer Clements had an area of red discoloration/raised skin on his right forearm.

**Officer K. Kubla #13135**

Officer K. Kubla was lying on a gurney in trauma bay 11 covered with a blanket. A cardboard splint was on his left forearm. The splint was removed by medical staff and two injuries were observed. A gunshot injury was noted on his right forearm and additional gunshot-type injuries were on his right thigh in two locations.

**Photography**

Digital images were taken showing: the above listed individuals for condition, identification, and injuries (photographed with and without a scale); the contents of the patient belonging bag and knotted trash bag for condition, identification, and defects.

Additional digital images were taken showing: the interior of AMR ambulance 534 to show apparent blood and medical debris throughout.

**CSI Section**

The cut clothing items were further documented/photographed at the CSI Section on 1/10/2022. The clothing included: a green uniform shirt with "LVMPD" and "SWAT" patches and a defect to the right sleeve (**Item 2**), an olive green, Black Rifle Coffee Company T-shirt (**Item 3**), a black Under Armour shirt with defects to the right sleeve (**Item 4**), a piece of olive-green fabric with a defect (**Item 5**), and a piece of black fabric with defects (**Item 6**). The above listed clothing items were stained with apparent blood. Additional contents in the knotted black trash bag included: a pair of grey/black socks (**Item 7**), a cut pair of bloodstained Mechanix Wear brand gloves (**Item 8**), and three pieces of a wristwatch (**Item 10**). The face of the wristwatch was detached and damaged. A portion of the watch band was also detached, and there was apparent blood, as well as damage to the edge of the watch case.

**Evidence**

The above listed items were recovered and impounded into evidence. See Evidence Impound Report for further information.

No further action taken.

| Crime Scene Analyst | | P# |
|---|---|---|
| C. King | *[signature]* | 14372 |

Page 2 of 2

WILLIAMS 000276

# APPENDIX D –

WILLIAMS 000277

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## EVIDENCE IMPOUND REPORT

| ☒ EVIDENCE | ☐ FOUND PROPERTY | ☐ SAFEKEEPING | Event Number: 220100037272 |
|---|---|---|---|

| Incident: | Requesting Officer: | Division: | Date: |
|---|---|---|---|
| Fatal Officer Involved Shooting (Follow Up) | S. Mendoza #6878 | IOCP | 01/10/2022 |

| Victim(s): |
|---|
| LVMPD |

| Location: |
|---|
| UMC Trauma |

| Vehicle(s): |
|---|

| Additional Information: |
|---|

| Description of Evidence | Location of Recovered Evidence |
|---|---|
| **Package 1** | |
| Item 1 | One (1) pair of cut, olive-green colored, Crye Precision brand cargo-style pants, size 34 with a black belt around the waist; bearing apparent blood stains and containing defects to the front/back of the right leg and the right front pocket | From the patient belonging bag on the floor of UMC Trauma adjacent to bay 11 |
| Item 2 | One (1) cut, olive-green colored, Crye Precision brand shirt with LVMPD and SWAT patches, size XL; bearing apparent blood stains and containing defects to the right sleeve | From the black knotted trash bag on the floor of UMC Trauma adjacent to bay 11 |
| Item 3 | One (1) cut, olive-green colored, Black Rifle Coffee Company brand T-shirt, size XL, bearing apparent blood stains | Inside item 2 |
| Item 4 | One (1) cut, black colored, Under Armour brand, Cold Gear shirt, size XL; bearing apparent blood stains and containing a defect to the right sleeve | Inside item 2 |
| Item 5 | One (1) cut piece of olive-green colored fabric stained with apparent blood and containing a defect | Same as item 2 |
| Item 6 | One (1) cut piece of black colored fabric bearing apparent blood stains and containing defects | Same as item 2 |
| Item 7 | One (1) pair of black/grey colored Puma brand socks stained with apparent blood | Same as item 2 |

| CSA Supervisor: | P#: 11743 | Date Approved 1/05/22 | Crime Scene Analyst: C. King | P#: 14372 |
|---|---|---|---|---|

Quatrax Number: LVMPD CSI 0075
Document Number: LVMPD TSD 10
Issued By: CSI DIR
Revision Date: 04/05/2018
Page 1 of 2

LVMPD Crime Scene Investigations Section / 5555 W. Badura Ave.  Suite #180 / Las Vegas, Nevada 89118

WILLIAMS 000278

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## EVIDENCE IMPOUND REPORT
### CONTINUATION

| Incident: | Fatal Officer Involved Shooting (Follow Up) | Event Number: | 220100037272 |
|---|---|---|---|
| Location: | UMC Trauma | Date: | 01/10/2022 |

| | **Description of Evidence** | **Location of Recovered Evidence** |
|---|---|---|
| Item 8 | One (1) pair of cut, black colored, Mechanix Wear brand gloves (unknown size) stained with apparent blood | Same as item 2 |
| **Package 2** | | |
| Item 9 | Two (2) black colored Tourniquets (unknown brand) bearing "NSN6515-01-521-7976" | From the lower pant leg pockets of item 1 |
| **Package 3** | | |
| Item 10 | Multiple bloodstained pieces of a damaged wristwatch to include: a section of an olive-green colored watchband, a damaged glass watch face, and a section of watchband attached to a damaged Fenix 5X Plus case, serial #5G5048067 | Same as item 2 |
| **Package 4** | | |
| Item 11 | One (1) white metal Storus brand money clip bearing apparent blood stains | From the front right pocket of item 1 |
| **Package 5** | | |
| Item 12 | Pieces of multiple bloodstained cards, all in the name of Kerry Kubla, and each bearing a defect including: a Nevada Driver's license #1800516157, a Las Vegas Metropolitan Police Department Wex Fleet card #045500112334, a CitiBank Visa partial card #20785766, a Silver State Schools Credit Union card #4153250002820610, and a Las Vegas Metropolitan Police Department employee identification card | From item 11 |
| **Package 6** | | |
| Item 13 | US currency totaling $203 to include: ten (10) $20 bills and three (3) $1 bills, with all bills bearing apparent blood stains and containing damage along the edges; with an accompanying LVMPD Form 131 (Money Accounting Report) | From item 11 |

| Crime Scene Analyst: | | P#: |
|---|---|---|
| C. King | *(signature)* | 14372 |

Page 2 of 2

WILLIAMS 000279

# APPENDIX E –

WILLIAMS 000280

| Las Vegas Metropolitan Police Department<br>**Forensic Laboratory**<br><br>Report of Examination<br><br>**Biology/DNA** | **Distribution Date:** | February 18, 2022 |
|---|---|---|
| | **Agency:** | LVMPD |
| | **Location:** | OIO |
| | **Primary Case #:** | 220100037272 |
| | **Incident:** | OIS |
| | **Requester:** | Mendoza, Scott |
| | **Lab Case #:** | 22-00679.3 |

| **Subject(s):** | WILLIAMS, ISAIAH (Suspect) |
|---|---|

The following evidence was received and examined:

| Lab Item # | Impound Pkg # | Impound Item # | Description | Available for Additional Testing? |
|---|---|---|---|---|
| Item 38 | 016064 - 1 | 1 | Reference Standard from Isaiah Williams | Yes |
| Item 40 | 014792 - 11 | 64 | Swab from a firearm | No |
| Item 41 | | 65 | Swab from a magazine | No |
| The column entitled "Available for Additional Testing?" refers to the physical item(s) of evidence specifically outlined in the "Description". This availability reflects the disposition at the time the physical item was returned to secure storage. | | | | |

**Results, Opinions, and Interpretations:**

**STR Processing**

The following evidence was subjected to PCR amplification at the following STR genetic loci: TH01, D3S1358, vWA, D21S11, TPOX, DYS391, D1S1656, D12S391, SE33, D10S1248, D22S1045, D19S433, D8S1179, D2S1338, D2S441, D18S51, FGA, D16S539, CSF1PO, D13S317, D5S818, and D7S820. The sex-determining Amelogenin locus was also examined. Where applicable, STRmix was used for interpretation.

**Lab Item 38: Reference Standard from Isaiah Williams**
A full male DNA profile was obtained.

**Lab Item 40: Swab from a firearm**
Number of Contributors:        2, at least one male
Individually Included:        Isaiah Williams (Item 38) LR = approximately 5.96 nonillion, $5.96 \times 10^{30}$

The probability of observing the mixture DNA profile is approximately 5.96 nonillion times more likely if it originated from Isaiah Williams (Item 38) and one unknown random contributor than if it originated from two unknown random contributors.

**Lab Item 41: Swab from a magazine**
Number of Contributors:        3, at least two males
Individually Included:        Isaiah Williams (Item 38) LR = approximately 5.85 nonillion, $5.85 \times 10^{30}$

The probability of observing the mixture DNA profile is approximately 5.85 nonillion times more likely if it originated from Isaiah Williams (Item 38) and two unknown random contributors than if it originated from three unknown random contributors.

**Notes and Disclaimers**
*Administrative:*
1. The evidence was returned to secure storage.
2. Dates of laboratory testing: 1/21/22 - 2/1/22
3. This report does not constitute the entire case file. The case file may be comprised of worksheets, images, analytical data and other documents.
4. Refer to the table beginning on the first page of this report for the disposition of the physical item(s) of evidence received and examined by the laboratory. DNA extracts generated for each item, and cuttings taken from the physical evidence for laboratory processing, have been retained by the laboratory. This includes items previously denoted as not having physical sample available for additional testing. Information regarding the volume and quantity of DNA extract remaining is contained in the case file.

WILLIAMS 000281

Primary Event #: 220100037272
Lab Case #: 22-00679.3

5.  The reported DNA profile results can aid in answering questions regarding who may have deposited DNA on an item of evidence and where this DNA was deposited. However, the presence or absence of a DNA profile cannot answer questions with regards to the timeframe and/or circumstances in which the DNA was deposited on an item of evidence.

6.  For comparison purposes, please collect reference buccal swab(s) from individuals believed to be involved in (or who have had reasonable access to) this incident. When a reference buccal swab is obtained, please submit a Forensic Laboratory Request in Property Connect to complete the case.

*STR Processing:*

1.  Where applicable, likelihood ratios (LR) were calculated to assess whether each submitted reference standard is statistically included or excluded, individually, as a contributor to the reported DNA profile(s). The reported LR value for an "Individually Included" or "Uninformative" reference standard is reflective of the likelihood ratio calculation associated with the listed individual, without being considered in combination with other reference standards, except where an "Assumed Contributor" is denoted. The LR value answers the question "How many times more (or less) likely is it to observe the evidence DNA profile if the individual listed is a contributor to the DNA profile, than if the person listed is not a contributor?"

2.  The number of contributors utilized during STRmix interpretation is the most likely number required to reasonably explain the observed evidence DNA profile. This assessment was made during analysis with consideration of the quality of the DNA profile data.

3.  The likelihood ratios are based upon propositions that can explain the evidence. This includes assumptions as to the number of contributors present in the DNA profile and, unless otherwise noted, that each unknown contributor is unrelated to the named reference standards. Since a range of propositions might explain the evidence, either interested party to this case, prosecution and/or defense, may request an additional likelihood ratio that incorporates an additional proposition more accurately representing their position. All requests must be submitted in a timely manner, must be reasonable given the test results, and must be within the capability and validated application of the program used.

4.  Statistical probabilities were calculated using the recommendations of the National Research Council (NRC II) utilizing the NIST database (Hill, C.R., Duewer, D.L., Kline, M.C., Coble, M.D., Butler, J.M. (2013) U.S. population data for 29 autosomal STR loci. Forensic Sci. Int. Genet. 7: e82-e83 and Steffen, C., Coble, M., Gettings, K., Vallone, P. Corrigendum to 'U.S. Population Data for 29 Autosomal STR Loci' [Forensic Sci. Int. Genet. 7 (2013) e82-83]. Forensic Sci. Int. Genet. 31 (2017) e36-e40). The probability that has been reported is the most conservative value obtained from the US Caucasian (CAU), African American (AA), and Hispanic (HSP) population databases. All likelihood ratios calculated by the LVMPD are truncated to three significant figures.

The results reported above relate only to the items received and examined. The results are stated under the heading "Results, Opinions, and Interpretations".

*Allison Rubino*

Allison Rubino, P#14784
Forensic Scientist

- END OF REPORT -

WILLIAMS 000282

# APPENDIX F –

WILLIAMS 000283

| Las Vegas Metropolitan Police Department | | | Distribution Date: | January 12, 2022 |
|---|---|---|---|---|
| **Forensic Laboratory** | | | Agency: | LVMPD |
| | | | Location: | Forensic Laboratory |
| Report of Examination | | | Primary Case #: | 220100037272 |
| | | | Incident: | OIS |
| | | | Requester: | Fastrack, NIBIN |
| **Firearms** | | | Lab Case #: | 22-00679.1 |
| **Subject(s):** | None Listed | | | |

The following evidence was received and examined for entry into the National Integrated Ballistic Information Network (NIBIN):

Event# 220100037272/Lab# 22-00679

| Lab Item # | Impound Pkg # | Impound Item # | Description |
|---|---|---|---|
| 1 | 014792-10 | 63 | One Glock model 22, 40 S&W semiautomatic pistol, serial number GVP970 |
| 2 | 014792-10 | 63B | One magazine |
| 3 | 014792-3 | 17 | One 40 S&W cartridge case |
| 4 | 014792-3 | 18 | One 40 S&W cartridge case |
| 5 | 014792-3 | 19 | One 40 S&W cartridge case |
| 6 | 014792-3 | 20 | One 40 S&W cartridge case |
| 7 | 014792-3 | 21 | One 40 S&W cartridge case |
| 8 | 014792-3 | 22 | One 40 S&W cartridge case |
| 9 | 014792-3 | 23 | One 40 S&W cartridge case |
| 10 | 014792-3 | 24 | One 40 S&W cartridge case |
| 11 | 014792-4 | 25 | One 40 S&W cartridge case |
| 12 | 014792-4 | 26 | One 40 S&W cartridge case |
| 13 | 014792-4 | 27 | One 40 S&W cartridge case |
| 14 | 014792-4 | 28 | One 40 S&W cartridge case |
| 15 | 014792-4 | 29 | One 40 S&W cartridge case |
| 16 | 014792-4 | 30 | One 40 S&W cartridge case |
| 17 | 014792-4 | 31 | One 40 S&W cartridge case |
| 18 | 014792-4 | 32 | One 40 S&W cartridge case |
| 19 | 014792-5 | 33 | One 40 S&W cartridge case |
| 20 | 014792-5 | 36 | One 40 S&W cartridge case |

**Results, Opinions, and Interpretations:**

The firearm was test fired and representative images of a test fired cartridge case were entered into NIBIN by Kathy Geil, P# 15650.

The evidence cartridge cases were visually screened into one group based on similar characteristics.

*The visual screening examination listed above is a preliminary screening and is not comprehensive or conclusive. Confirmation of visual screening requires microscopic comparison. This can be requested through the submission of a separate Forensic Laboratory Request.*

Representative images of the cartridge case from Lab Item 7 were entered into NIBIN by Kathy Geil, P# 15650.

The NIBIN correlations were reviewed by Kathy Geil, P# 15650.

The entry of the test fired cartridge case from Lab Item 1 has resulted in possible association(s) with:

Event# 220100037272/Lab# 22-00679

| Lab Item # | Impound Pkg # | Impound Item # | Description |
|---|---|---|---|
| 7 | 014792-3 | 21 | One 40 S&W cartridge case |

WILLIAMS 000284

Primary Event #: 220100037272
Lab Case #: 22-00679.1

A review of the database images of these cartridge cases has been performed. The information above is preliminary and is to be used only as an investigative lead. The possible association(s) listed above have not been confirmed. Confirmation requires a microscopic comparison of the actual cartridge cases. If comparison and confirmation are needed, please submit a Forensic Laboratory Examination Request. Confirmations involving non-LVMPD evidence will require coordination with the Outside Jurisdiction to facilitate submission of the evidence and the Laboratory Examination Request.

Please note that no further action will be taken on this case unless a request for examination is received by the Forensic Laboratory.

The following evidence was received, but not examined for the purposes of this report:
**Event# 220100037272/Lab# 22-00679**

| Lab Item # | Impound Pkg # | Impound Item # | Description |
|---|---|---|---|
| - | 014792-10 | 63A | One cartridge |
| - | 014792-10 | 63B | Two cartridges |
| - | 014729-5 | 34, 35, 37-40 | Each Impound Item is one cartridge case |

The evidence is returned to secure storage.
Start date of testing:  01/12/2022
End date of testing:  01/12/2022

This report does not constitute the entire case file. The case file may be comprised of worksheets, images, analytical data and other documents.

The results reported above relate only to the items received and examined. The results are stated under the heading "Results, Opinions, and Interpretations."

Kathy Geil, P#15650
NIBIN Administrator

- END OF REPORT -

WILLIAMS 000285

# APPENDIX G –

WILLIAMS 000286

| | | | |
|---|---|---|---|
| **Las Vegas Metropolitan Police** Department<br>**Forensic** Laboratory<br><br>**Report of Examination**<br><br>**Firearms** | **Distribution Date:**<br>**Agency:**<br>**Location:**<br>**Primary Case #:**<br>**Incident:**<br>**Requester:**<br>**Lab Case #:**<br>Supplemental 1 | February 23, 2022<br>LVMPD<br>OIO<br>220100037272<br>OIS<br>Mendoza, Scott<br>22-00679.4 | |
| **Subject(s):** | WILLIAMS, ISAIAH  (Suspect) | | |

The following evidence was received and examined:

**Event# 220100037272/Lab# 22-00679**

| Lab Item # | Impound Pkg # | Impound Item # | Description |
|---|---|---|---|
| 1* | 014792-10 | 63 | One Glock model 22, 40 S&W semiautomatic pistol with serial number GVP970 |
| 2* | 014792-10 | 63B | One magazine |
| 21 | 008167-2 | 2 | One bullet fragment |
| 22 | 014792-7 | 42 | One bullet |
| 23 | 014792-9 | 59 | One bullet |
| 24 | 014792-9 | 60 | One bullet |
| 25 | 014792-9 | 61 | One bullet |
| 26 | 014792-9 | 62 | One bullet |
| 27 | 014792-13 | 67 | One Glock model 17 Gen4, 9mm Luger semiautomatic pistol with serial number BAGM981, and an attached Streamlight TLR-1 HL flashlight |
| 28 | 014792-13 | 67B | One magazine |
| 29 | 014792-15 | 68 | One Glock model 17 Gen5, 9mm Luger semiautomatic pistol with serial number BMSP907, an attached MODLITE flashlight and a Trijicon RM06 Red Dot sight |
| 30 | 014792-15 | 68B | One magazine |
| 31 | 014792-17 | 69 | One Colt model M4 Carbine, 5.56 NATO select fire rifle with serial number A0375378, an attached Aimpoint rear sight, a SUREFIRE flashlight, a laser illuminator, and a green fabric sling |
| 32 | 014792-17 | 69B | One magazine |
| 33 | 014792-19 | 70 | One Colt model M4 Carbine, 5.56 NATO select fire rifle with serial number A0375458, an attached SANDMAN-S suppressor, an Aimpoint rear sight, SUREFIRE flashlight, a laser illuminator, and a green fabric sling |
| 34 | 014792-19 | 70B | One magazine |
| 35 | 014792-21 | 71 | One Colt model M4 Carbine, 5.56 NATO select fire rifle with serial number LE481773, an attached suppressor with cover, an Aimpoint rear sight, an OLIGHT flashlight, a laser illuminator, and a black fabric sling |
| 36 | 014792-23 | 73 | One Glock model 19X, 9mm Luger semiautomatic pistol with serial number BHDT185, an attached OLIGHT flashlight and a Trijicon RM06 Red Dot sight |
| 37 | 014792-23 | 73B | One magazine |
| 39 | 014792-22 | 72 | One magazine |

*Previously examined; see the laboratory report generated under this event number for further information.

## Results, Opinions, and Interpretations:

### Firearms and Magazines

The Glock model 22 pistol (Lab Item 1) was examined, test fired, and determined to be operational with no noted malfunctions. This pistol has a barrel length of approximately 4 9/16 inches and an overall length of approximately 8 1/16 inches.  This pistol has a

WILLIAMS 000287

Supplemental 1                                                                                    Primary Event #: 220100037272
                                                                                                        Lab Case #: 22-00679.4

double action trigger pull of 7 (+/- 3/4) pounds, which was measured using dead weights. The submitted magazine (Lab Item 2) fits and functions in this pistol and has a capacity of twenty-two cartridges.

The Glock model 17 Gen4 pistol (Lab Item 27) was examined, test fired, and determined to be operational with no noted malfunctions. This pistol has a barrel length of approximately 4 9/16 inches, an overall length with the light attached of 8 1/2 inches, and an overall length with the light removed of approximately 8 inches. This pistol has a double action trigger pull of 7 1/4 (+/- 3/4) pounds, which was measured using dead weights. The submitted magazine (Lab Item 28) fits and functions in this pistol and has a capacity of seventeen cartridges.

The Glock model 17 Gen5 pistol (Lab Item 29) was examined, test fired, and determined to be operational with no noted malfunctions. This pistol has a barrel length of approximately 4 9/16 inches, an overall length with the light attached of 9 3/16 inches, and an overall length with the light removed of approximately 8 1/16 inches. This pistol has a double action trigger pull of 6 1/4 (+/- 3/4) pounds, which was measured using dead weights. The submitted magazine (Lab Item 30) fits and functions in this pistol and has a capacity of seventeen cartridges.

The Colt rifle with serial number A0375378 (Lab Item 31) was examined, test fired in semi and full automatic modes, and determined to be operational with no noted malfunctions. This rifle has a barrel length of approximately 12 1/2 inches, an overall length with the stock collapsed of 27 3/16 inches, and an overall length with the stock extended of approximately 30 3/8 inches. This rifle has a semi-automatic trigger pull of 6 3/4 (+/- 3/4) pounds and a full-automatic trigger pull of 10 (+/- 3/4) pounds, which were measured using dead weights. The submitted magazine (Lab Item 32) fits and functions in this rifle and has a capacity of thirty cartridges.

The Colt rifle with serial number A0375458 (Lab Item 33) was examined, test fired in semi and full automatic modes, and determined to be operational with no noted malfunctions. This rifle has a barrel length of approximately 16 7/8 inches, an overall length with the stock collapsed of 31 7/8 inches, and an overall length with the stock extended of approximately 35 1/8 inches (all measurements obtained with the suppressor attached). This rifle has a semi-automatic trigger pull of 5 1/4 (+/- 3/4) pounds and a full-automatic trigger pull of 9 3/4 (+/- 3/4) pounds, which were measured using dead weights. The submitted magazine (Lab Item 34) fits and functions in this rifle and has a capacity of thirty cartridges.

The Colt rifle with serial number LE481773 (Lab Item 35) was examined, test fired in semi and full automatic modes, and determined to be operational with no noted malfunctions. This rifle has a barrel length of approximately 16 13/16 inches, an overall length with the stock collapsed of 31 9/16 inches, and an overall length with the stock extended of approximately 34 13/16 inches (all measurements obtained with the suppressor attached). This rifle has a semi-automatic trigger pull of 6 (+/- 3/4) pounds and a full-automatic trigger pull of 9 1/2 (+/- 3/4) pounds, which were measured using dead weights. The submitted magazine (Lab Item 39) fits and functions in this rifle and has a capacity of twenty-one cartridges. An apparent bullet impact was present on the muzzle end of the suppressor. There was also an apparent bullet impact present on the muzzle end of the suppressor cover with material missing from the right side of the cover adjacent to the impact. Both the muzzle end of the suppressor and the damaged area of the suppressor cover were tested for the presence of lead by Kathy Geil, P# 15650, with positive results.

The Glock model 19X pistol (Lab Item 36) was examined, test fired, and determined to be operational with no noted malfunctions. This pistol has a barrel length of approximately 4 1/16 inches, an overall length with the light attached of 8 3/8 inches, and an overall length with the light removed of approximately 7 1/2 inches. This pistol has a double action trigger pull of 5 3/4 (+/- 3/4) pounds, which was measured using dead weights. The submitted magazine (Lab Item 37) fits and functions in this pistol and has a capacity of nineteen cartridges.

**Comparisons**

The evidence bullet fragment and bullets were examined and microscopically compared to the test fired bullets from the submitted firearms with the following results:

- The bullet fragment (Lab Item 21) was determined to be consistent with nominal .38, .40, and .45 calibers, to include 9mm Luger, 10mm Auto, 40 S&W, 45 Auto, and 45 GAP. This bullet fragment could not be conclusively identified or eliminated as having been fired from two of the Glock pistols (Lab Items 1 & 27), or from the same firearm(s) that fired Lab Items 22-26, due to damage and lack of repeatable marks. This bullet fragment was eliminated as having been fired from two of the

WILLIAMS 000288

Supplemental 1                                                    Primary Event #: 220100037272
                                                                 Lab Case #: 22-00679.4

Glock pistols (Lab Items 29 & 36) and the Colt rifles (Lab Items 31, 33, & 35) due to differences in class characteristics.
Firearms manufactured with general rifling characteristics similar to those present in this bullet fragment include, but may
not be limited to, Bersa, FIE, Girsan, Glock, Heckler & Koch, IMI (Uzi), IWI, Kahr Arms, Sites, & Vektor.

• The five bullets (Lab Items 22-26) were determined to be consistent with nominal .40 caliber, to include 10mm Auto and 40
  S&W. These bullets have similar general rifling characteristics as those of the test fired bullets from the Glock model 22
  pistol (Lab Item 1), however they could not be conclusively identified or eliminated as having been fired from this pistol, or
  from a single firearm, due to damage and lack of repeatable marks. These bullets were eliminated as having been fired
  from the Glock pistols (Lab Items 27, 29, & 36) and from the Colt rifles (Lab Items 31, 33, & 35) due to differences in class
  characteristics. Firearms manufactured with general rifling characteristics similar to those present on these bullets include,
  but may not be limited to, Bersa, Glock, Heckler & Koch, IMI, Kahr Arms, and Vektor.

NOTE: The trigger pull uncertainty is based on a combined standard uncertainty multiplied by a coverage factor K=2 providing a
confidence level of ~95%.

The following evidence was received, but not examined for the purposes of this report:

Event# 220100037272/Lab# 22-00679

| Lab Item # | Impound Pkg # | Impound Item # | Description |
|---|---|---|---|
| - | 014792-10 | 63A | One cartridge |
| - | 014792-10 | 63C | Two cartridges |
| - | 014792-7 | 43-47 & 49 | Each item is one metal fragment |
| - | 014792-7 | 48 | One bullet |
| - | 014792-9 | 58 | Two metal fragments |
| - | 014792-22 | 72A | Seventeen cartridges |

The evidence is returned to secure storage.

Start date of testing: 01/26/2022
End date of testing:  02/16/2022

This report does not constitute the entire case file. The case file may be comprised of worksheets, images, analytical data and other
documents.

The results reported above relate only to the items received and examined. The results are stated under the heading "Results,
Opinions, and Interpretations."

*Stephanie Fletcher*

Stephanie Fletcher, P#6650
Forensic Scientist

- END OF REPORT -

WILLIAMS 000289