# EXHIBIT 4

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT PRESS RELEASE

**Las Vegas Metropolitan Police Department**
**Office of Public Information**
400-B S. Martin L. King Blvd. Las Vegas, NV 89106
Office (702) 828-3394   Fax (702) 828-1550



*Joseph Lombardo, Sheriff*

January 10, 2022

**FOR IMMEDIATE RELEASE**

Director Jamie Ioos
Sergeant Miguel Garcia
Officer Larry Hadfield
Officer Aden OcampoGomez
Officer Misael Parra

# LVMPD Investigates 2nd OIS of 2022

On January 10, 2022 at approximately 5:01 a.m., LVMPD SWAT officers were serving a search warrant at an apartment in the 3000 block of South Nellis Boulevard. This was part of a follow-up investigation for a murder that occurred in November 2021. While officers were serving the search warrant, there was an exchange of gunfire between the officers and a suspect. Two officers were struck by gunfire and transported to UMC with non-life-threatening injuries. The suspect sustained multiple gunshot wounds and was pronounced deceased at the scene.

This is the 2nd officer involved shooting of 2022. Per LVMPD policy, the identity of the officers involved will be released after 48 hours.

Captain Nicholas Farese provided a media statement that may be viewed by clicking the following link: https://youtu.be/s6fEqzkm98s

This is an ongoing investigation. Anyone with any information about this incident is urged to contact the LVMPD Force Investigation Team at 702-828-8452. To remain anonymous, contact Crime Stoppers by phone at 702-385-5555, or on the internet at www.crimestoppersofnv.com

PO 011 01-10-22
LLV220100037272 MP

