**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** |

MAC: 14687-428 (#5775579.1)

1    Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kerry Kubla,
2 Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and
3 Melanie O'Daniel ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach,
4 and Plaintiff Latia Alexander, individually as heir of Isaiah T. Williams, and in her capacity
5 as Special Administrator of the Estate of Isaiah T. Williams ("Plaintiff"), by and through her
6 counsel of record, Breeden & Associates, PLLC, hereby, pursuant to LR 26-3, stipulate to
7 extend the deadline for the parties to file dispositive motions (First Request) by sixty-days
8 pursuant to LR II 26-3. The present dispositive motion deadline is March 5, 2025.

**I.    DISCOVERY COMPLETED**

1. The discovery cut off in this case was February 5, 2025.

2. During the eleventh-month discovery period, the parties completed the following discovery.

   a. On March 12, 2024, this Court entered the original Discovery Plan and Scheduling Order. (ECF No. 19).

   b. Plaintiff served her initial FRCP 26(a)(1) disclosure on February 23, 2024.

   c. The LVMPD Defendants served their initial FRCP 26(a)(1) disclosure on March 5, 2024.

   d. Ongoing since April 3, 2024, the parties have both served and responded to several rounds of written discovery. To explain to the Court, due to several defendants in this case, several hundred requests have been made and responded to by the Parties, written discovery is voluminous.

   e. The LVMPD Defendants have supplemented their disclosure statement seven (7) times and produced 17,000 pages of documents and over 8 hours of body worn camera video:

   - First Supplemental Disclosure on March 14, 2024.
   - Second Supplemental Disclosure on April 8, 2024.
   - Third Supplemental Disclosure on May 17, 2024.

MAC: 14687-428 (#5775579.1)

1. - Fourth Supplemental Disclosure on June 26, 2024.
2. - Fifth Supplemental Disclosure on August 1, 2024.
3. - Sixth Supplemental Disclosure on September 3, 2024.
4. - Seventh Supplemental Disclosure on October 15, 2024

f.   Plaintiff produced an additional seven (7) supplemented disclosures, with approximately 2,000 pages of documents and 39 witnesses:

- First Supplemental Disclosure on March 8, 2024.
- Second Supplemental Disclosure on June 18, 2024.
- Third Supplemental Disclosure on July 26, 2024.
- Fourth and Fifth Supplemental Disclosures on August 9, 2024.
- Sixth Supplemental Disclosure on November 5, 20224.
- Seventh Supplemental Disclosure on December 19, 2024.

g.   In August 2024, Plaintiff amended her complaint to include a new defendant, Melanie O'Daniel.

h.   Defendant O'Daniel answered in late August 2024.

i.   The LVMPD Defendants deposed Plaintiff on August 23, 2024.

j.   Plaintiff deposed defendants Gonzales on July 8, 2024; Bertuccini on July 12, 2024; Rothenberg on July 17, 2024; Backman on October 3, 2024; Clements on October 8, 2024; Kubla on October 11, 2024; and O'Daniel on December 17, 2024.

k.   On January 7, 2025, the parties submitted their Stipulation and Proposed Order to Extend the Discovery Deadlines (First Request) (ECF No. 35) in this case, which the magistrate judge denied with a request for more specific dates of when discovery took place (ECF No. 36).

l.   Plaintiff deposed Det. Justin Roth on January 8, 2025, and Sgt. Garth Findley on February 5, 2025.

m.   The parties timely disclosed expert witnesses on November 5, 2024, and rebuttal expert witnesses on December 19, 2024.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

          n.      The LVMPD Defendants deposed Plaintiff's expert Gilbertson on January 21, 2025.

          o.      Plaintiff scheduled the depositions of LVMPD's expert witness and Rule 30(b)(6) witnesses within the discovery cut-off. Both depositions had to be cancelled due to an unexpected illness.

          p.      The parties have since rescheduled the depositions but had to do so outside of the discovery period.

## II. DISCOVERY TO BE COMPLETED

1. Plaintiff is taking the deposition of the LVMPD Defendants' expert Spencer Fomby on February 18, 2025.

2. Plaintiff is taking the deposition of LVMPD's Rule 30(b)(6) witness on February 21, 2025 and dates in March that are currently being worked out..

## III. REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE COURT

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties have not received any discovery extensions in this case. As represented above, both parties conducted significant discovery in this complicated case in under one-year. The parties have worked together to avoid unnecessary court intervention or delays.

The parties anticipated on having all discovery complete before the February 5, 2025 deadline. However, on the eve of the deposition of Defendants' expert and Rule 30(b)(6) witness, an unexpected illness occurred that required the rescheduling of the depositions. The parties have reset Defendants' expert deposition for February 18, 2025 and part of the Rule 30(b)(6) deposition for February 21, 2025. However, some of the Rule 30(b)(6) deponents are not available until mid-March 2025.

MAC: 14687-428 (#5775579.1)

**IV. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

    1.    **Dispositive motions moved from** March 5, 2025 to May 5, 2025.

    2.    **Joint Pretrial Order will be due 30 days after the resolution of dispositive motions.**

This extension will ensure that all deposition transcripts are available prior to the filing of dispositive motions and that any dispositive motions will be properly and fully briefed.

IT IS SO STIPULATED this 10th day of February, 2025.

| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: */s/ Adam Breeden*<br>Adam Breeden, Esq.<br>Nevada Bar No. 8768<br>7432 W. Sahara Ave, Ste 101<br>Las Vegas, Nevada 89117<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated this __ day of February, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE