CORRINE P. MURPHY, ESQ.
Nevada Bar No. 10410
**MURPHY'S LAW**
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
Tel: (702) 820-5763
cmurphyslawattorney@gmail.com
and
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity; DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00074-APG-NJK<br><br>**SUPPLEMENT PURSUANT TO ORDER [ECF NO. 42] RE: PLAINTIFF'S MOTION TO FILE UNDER SEAL [ECF NO. 37] ON PLAINTIFF'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER BETWEEN THE PARTIES [ECF NO. 38]** |

Plaintiff, LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS, by and through her counsels of record Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES,

PLLC, and Corrine P. Murphy, Esq. of MURPHY'S LAW, hereby submits her SUPPLEMENT PURSUANT TO ORDER [ECF NO. 42] RE: PLAINTIFF'S MOTION TO FILE UNDER SEAL [ECF NO. 37] ON PLAINTIFF'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER BETWEEN THE PARTIES [ECF NO. 38].

Pursuant to this Court's March 21, 2025 Order [ECF No. 42], below is a list of documents Plaintiff attached to her Plaintiff's Modify Stipulated Protective Order Between the Parties [ECF NO. 38], upon which Plaintiff filed a Motion to Seal [ECF No. 37], listing which documents are, and are not covered by the current protective order:

| # | DESCRIPTION | CONFIDENTIAL / SUBJECT TO PROTECTIVE ORDER |
|---|---|---|
| 1. | Critical Incident Review Team Administrative Report ("CIRT Report") | YES |
| 2. | Force Investigation Team Report ("FIT Report") | NO – published publicly |
| 3. | Office of Internal Oversight Review: Key Findings, Conclusions and/or Recommendations of an Officer-Involved Shooting: Fatal | NO – published publicly |
| 4. | Las Vegas Metropolitan Police Department Press Release | NO – published publicly |
| 5. | Tactical Review Board LVMPD Interoffice Memorandum ("TRB Memo") | YES |
| 6. | Initial Report of Defense Expert, Spencer Fomby | YES – contains passages to CIRT Report |

For the three (3) documents currently subject to the March 12, 2024 Stipulated Protective Order [ECF No. 21] ("Protective Order"), should this Court order the documents unsealed, there are portions in the documents which ought to be redacted prior to unsealing.

…

Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD") is in the superior position to advise which specific passages ought to be redacted. Still, Plaintiff offers the below that ought not to be publicly available. Further, for passages regarding an underlying murder investigation, Plaintiff reasonably believes the investigation is complete. To the extent the underlying murder investigation is not complete, Plaintiff suggests certain passages ought to be redacted, as outlined below.

**1. CIRT Report**

| BATES | REDACTED PASSAGE |
|---|---|
| LVMPD 004267 | Personal information regarding officer involved and Firearm serial # |
| LVMPD 004268 | Personal information regarding officer involved and Firearm serial # |
| LVMPD 004269 | Personal information regarding officer involved and Firearm serial # |
| LVMPD 004270 | Personal information regarding officer involved and Firearm serial # |
| LVMPD 004271 | Personal information regarding officer involved and Firearm serial # |
| LVMPD 004272-74 | Personal information of additional employees involved |
| LVMPD 0004275 | Deceased's personal information and firearm serial # |
| LVMPD 004476 | Murder suspects' personal information |
| LVMPD 004281 | Murder investigation facts |
| LVMPD 004284-88 | Murder investigation facts |
| LVMPD 004293 | Suspect DOB |
| LVMPD 004299-302 | Information regarding murder investigation informant |
| LVMPD 004417 | Firearm serial # |
| LVMPD 004418 | Firearm serial # |
| LVMPD 004419 | Firearm serial # |
| LVMPD 004420 | Firearm serial # |
| LVMPD 004421 | Firearm serial # |
| LVMPD 004422 | Firearm serial # |

…

**5. TRB Memo**

The TRB Memo addresses the underlying murder investigation throughout the document. LVMPD may want to redact information about the underlying murder investigation, if that investigation is active. Other than that, Plaintiff does not reasonably believe there are any portions that ought to be redacted.

**6. Spencer Fromby Defense Expert Report**

The Spencer Fromby Expert Report addresses the underlying murder investigation, and further cites the CIRT Report. Pursuant to § II, Scope, of the Protective Order [ECF No. 21], "[t]he protection conferred by this Protective Order covers not only Protected Material, but also any information copied or extracted therefrom…"[1] LVMPD may want to redact information about the underlying murder investigation, if that investigation is still active. Other than that, Plaintiff does not reasonably believe there are any portions that ought to be redacted, aside from the references to the CIRT Report which are currently subject to the Protective Order [ECF No. 21].

DATED: March 24, 2025.

**MURPHY'S LAW**

/s/ Corrine P. Murphy
CORRINE P. MURPHY, ESQ.
Nevada Bar No. 10410
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
and
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

---

[1] See pg. 3:18-20.

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2025**, a true and correct copy of the foregoing **SUPPLEMENT PURSUANT TO ORDER [ECF NO. 42] RE: PLAINTIFF'S MOTION TO FILE UNDER SEAL [ECF NO. 37] ON PLAINTIFF'S MOTION TO MODIFY STIPULATED PROTECTIVE ORDER BETWEEN THE PARTIES [ECF NO. 38]** was via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>Craig R. Anderson, Esq.<br>**MARQUIS AURBACH**<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendants* |
| | Via receipt of copy (proof of service to follow) |

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*
**BREEDEN & ASSOCIATES, PLLC**