**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell
  Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (SECOND REQUEST)** |

1   Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Latia Alexander, individually as heir of Isaiah T. Williams, and in her capacity as Special Administrator of the Estate of Isaiah T. Williams ("Plaintiff"), by and through her counsel of record, Breeden & Associates, PLLC, hereby agree and jointly stipulate the following:

1. The deadline for filing dispositive motions is **April 11, 2025.** (ECF No. 40.)

2. The parties are waiting for the deposition transcript of LVMPD's Rule 30(b)(6) witnesses that is critical to the parties' claims and defenses.

3. Defense counsel is out of the office April 8 and 9, 2025 for oral argument at the Ninth Circuit Court of Appeals in the case of *Browning v. Las Vegas Metro Police Dep't.*, Case No. 24-2034.

4. Therefore, the parties request a 21-day extension to file dispositive motions until **May 2, 2025**.

5. This request for an extension of time is not sought for an improper purpose or other purpose of delay. The parties are requesting a 21-day extension because they agree the outstanding deposition transcript is important for summary judgment purposes and defense counsel will not have adequate time to incorporate it into defendants' dispositive motion due to the scheduled oral argument.

6. WHEREFORE, the parties respectfully request the dispositive motion deadline be extended to and including **May 2, 2025**.

/ / /

/ / /

/ / /

MAC: 14687-428 (#5835920.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED this 3rd day of April, 2025.

| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
|---|---|
| By: *s/Craig R. Anderson*<br>    Craig R. Anderson, Esq.<br>    Nevada Bar No. 6882<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorney for Defendants | By: */s/ Adam Breeden*<br>    Adam Breeden, Esq.<br>    Nevada Bar No. 8768<br>    7432 W. Sahara Ave, Ste 101<br>    Las Vegas, Nevada 89117<br>    Attorney for Plaintiff |

MURPHY'S LAW

By: *s/Corrine P. Murphy*
    Corrine P. Murphy, Esq.
    Nevada Bar No. 10410
    2620 Regatta Dr., Ste. 102
    Las Vegas, Nevada 89128
    Attorney for Plaintiff

## **ORDER**

The above Stipulation is hereby GRANTED

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

MAC: 14687-428 (#5835920.1)