**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW, PC**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00074-APG-NJK<br><br>**JOINT STATUS REPORT REGARDING ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL [ECF NO. 48]** |

/ / /

/ / /

The undersigned counsel hereby submit this Joint Status Report in this matter to comply with the Court's Order entered on April 8, 2025 [ECF No. 48] directing the Parties to submit such a report. The Court's Order does not mention a Status Report, but the minute order electronically accompanying it does. Therefore, in an abundance of caution the parties are submitting this Status Report. The Order directed Plaintiff to file an unsealed, redacted version of their prior motion, and Defendants were to file an unsealed, redacted version of their expert report no later than April 11, 2025. On April 11, Defendants filed their redacted version of their expert report [ECF No. 49]. Following a discussion between counsel, it was agreed that the Motion to Modify Stipulated Protective Order required no redactions so Plaintiff's counsel filed an unsealed copy of their motion on April 11, 2025 [ECF No. 50]. The Parties believe they have both complied with the Court's directives.

| | |
|---|---|
| Dated this 15th day of April, 2025. | Dated this 15th day of April, 2025. |
| **BREEDEN & ASSOCIATES, PLLC** | **MARQUIS AURBACH** |
| /s/ Adam J. Breeden | /s/ Craig Anderson |
| ADAM J. BREEDEN, ESQ.<br>Nevada Bar No. 008768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Phone: (702) 819-7770<br>Fax: (702) 819-7771<br>Adam@Breedenandassociates.com<br>*Attorneys for Plaintiff* | CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Phone: (702) 382-0711<br>Fax: (702) 382-5816<br>canderson@maclaw.com<br>*Attorney for Las Vegas Metro Police Dept.* |