**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell
  Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE (THIRD REQUEST)** |

      Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Latia Alexander, individually as heir of Isaiah T. Williams, and in her capacity as Special Administrator of the Estate of Isaiah T. Williams ("Plaintiff"), by and through her counsel of record, Breeden & Associates, PLLC and Murphy's Law, PC, hereby agree and jointly stipulate the following:

      1.      The original deadline for filing dispositive motions was April 11, 2025. ECF No. 40.

      2.      On April 7, 2025, the Parties stipulated, and the Court granted, a 21-day extension allowing filing on or before May 2, 2025. ECF No. 47.

      3.      On May 1, 2025, the LVMPD Defendants filed a motion to extend page limit as their summary judgment is 66-pages. (ECF No. 53.)

      4.      The Court granted the LVMPD Defendants' request to exceed page limits on May 2, 2025. (ECF No. 54.)

      5.      On May 1, 2025, Plaintiff's counsel and the LVMPD Defendants' counsel met and conferred on page limits, exhibits, and dispositive motions in general.

      6.      Plaintiff's lead counsel informed the LVMPD Defendants' counsel he had pre-planned personal obligations out of the country which limited the time their office had to work on the motion. Plaintiff's counsel currently has a draft of Plaintiff's summary judgment motion but feels it needs additional work and an enlargement of the page limitation.

      7.      The LVMPD Defendants agreed to stipulate with Plaintiff to also filing a dispositive page motion that exceeds the 30-page limit.

      8.      Based on this agreement and Plaintiff's requests, the LVMPD Defendants do not oppose a 14-day extension to file dispositive motions until **May 16, 2025**.

      9.      The LVMPD Defendants will also file their dispositive motion on May 16, 2025.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-428 (#5873996.1)

1    10.    This request for an extension of time is not sought for an improper purpose or
2 other purpose of delay.

3    11.    WHEREFORE, the parties respectfully request the dispositive motion
4 deadline be extended to and including **May 16, 2025**.

IT IS SO STIPULATED this 2nd day of May, 2025.

| MARQUIS AURBACH | BREEDEN & ASSOCIATES, PLLC |
|---|---|
| By: *s/Craig R. Anderson* | By: */s/ Adam Breeden* |
| Craig R. Anderson, Esq. | Adam Breeden, Esq. |
| Nevada Bar No. 6882 | Nevada Bar No. 8768 |
| 10001 Park Run Drive | 7432 W. Sahara Ave, Ste 101 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89117 |
| Attorney for Defendants | Attorney for Plaintiff |

MURPHY'S LAW

By: *s/Corrine P. Murphy*
    Corrine P. Murphy, Esq.
    Nevada Bar No. 10410
    2620 Regatta Dr., Ste. 102
    Las Vegas, Nevada 89128
    Attorney for Plaintiff

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

MAC: 14687-428 (#5873996.1)