# TABLE OF CONTENTS

## EXHIBITS A THROUGH W ATTACHED TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## LVMPD, ET AL. ADV. ESTATE OF ISAIAH WILLIAMS

## CASE NO. 2:24-CV-00074-APG-NJK

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Plaintiff Latia Alexander Deposition |
| B | Defendant Lt. Melanie O'Daniel Deposition |
| C | Defendant Sgt. James Backman Deposition |
| D | Non-Party Sgt. Garth Findley Deposition |
| E | Defendant Ofc. Kerry Kubla Deposition |
| F | Defendant Ofc. Brice Clements Deposition |
| G | Defendant Ofc. Alex Gonzales Deposition |
| H | Defendant Ofc. James Bertuccini Deposition |
| I | Defendant Ofc. James Rothenburg Deposition |
| J | January 7, 2022 Search Warrant |
| K | December 31, 2021 Search Warrant |
| L | LVMPD SWAT Manual (2021) |
| M | SWAT Incident Action Plan |
| N | Photo of Stun Stick |
| O | LVMPD's Stun Stick Training PowerPoint |
| P | Deposition of LVMPD SWAT Rule 30(b)(6) (Lt. Adrian Beas) |
| Q | Body Worn Camera Videos |
| R | Defendant Police Practices Expert Witness Spencer Fomby Deposition |
| S | Plaintiff Police Practices Expert Witness Gregory Gilbertson |
| T | Photo of Ofc. Rothenburg's ballistic shield |
| U | LVMPD Force Investigative Team Report |

| | |
|---|---|
| V | Deposition of LVMPD Critical Incident Review Process Rule 30(b)(6) witness (Deputy Chief Reggie Rader) |
| W | Deposition of LVMPD Critical Incident Review Team Rule 30(b)(6) witness (Detective Justin Roth) |