# Exhibit J - January 7, 2022 Search Warrant

1/7/2022



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
Event #: ___211100073200___

**STATE OF NEVADA  )**
                   ) ss:
**COUNTY OF CLARK  )**

Jarrod Grimmett, P# 7056, being first duly sworn, deposes and says that he is the affiant herein and is a Detective with the Las Vegas Metropolitan Police Department (LVMPD) presently assigned to the Homicide. That he has been employed with the LVMPD for the past 20 years and has been assigned to the Homicide for the past 5 years.

There is probable cause to believe that certain property hereinafter described will be found at the following described premises, to-wit: **1. 3050 S. Nellis Boulevard, Apartment #1125, Las Vegas, Nevada, in the Boulevard Apartments. Further described as a two-story, multi-family apartment complex. The structure has a gray and tan colored stucco exterior. Apartment #1125 is in the northwest portion of the complex on the ground level. The numbers 1125 are black in color, on a white placard, located eye level east of the brown colored, north facing front door;**
**2. Any and all persons located at/within the premise to be searched during the service of this search warrant.**

The property referred to and sought to be seized consists of the following:

**1. Any and all firearms.**

**2. Firearms related paraphernalia to include ammunition, cartridge cases, holsters, magazines, gun boxes, gun parts, paperwork, and/or cleaning kits.**



1/7/2022

CERTIFIED COPY
ELECTRONIC SEAL

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: 211100073200

3. Cellular phones.

4. Any and all electronic surveillance equipment to include DVR systems, computer hard drives, and actual surveillance video from the residence of 3050 S. Nellis Boulevard, Apartment #1125, Las Vegas Nevada 89121.

5. Clothing

6. Limited articles of personal property which would tend to establish the identity of persons in control of said premises, which items of property would consist in part of and include, but not limited to papers, documents, and effects which tend to show possession, dominion, and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed, or stored on computer disc. Objects which bear a person's name, phone number or address.

The property hereinbefore described constitutes evidence which tends to demonstrate that the criminal offense of **Murder** has been committed.

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered: On November 18, 2021, at approximately 0249 hours,

CONFIDENTIAL

1/7/2022

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT
(Continuation)

Event #: 211100073200

LVMPD dispatch received a 9-1-1 call from Sam's Town Hotel and Casino Security Officers, reporting a person was shot. Patrol officers and medical personnel were dispatched to the scene at 5111 Boulder Highway, Las Vegas, Nevada.

Upon arrival Patrol Officers and located a black male adult, later identified as Nicolas Thomas with apparent gunshot wound to the shoulder. Medical personnel arrived and transported Nicolas Thomas to Sunrise Hospital where Nicolas succumbed to his injury and was pronounced deceased.

Patrol Investigation Detectives arrived and determined further investigation from the Homicide Section was warranted. Homicide Sergeant Scott was notified and arrived on scene with Detectives Deeds, Solano, Grimmett. Detective Sanborn responded to Sunrise Hospital. Homicide Detectives received a briefing from Patrol Officer Colon Saldivar. Detective Grimmett was assigned the responsibility of documenting the scene with crime scene analysts, Detectives Deeds and Solano were assigned to interview available witnesses. Detective Sanborn documented the decedent at the Sunrise Hospital.

During an interview and review of Sam's Town Hotel and Casino surveillance, it was determined Nicolas Thomas was shot while seated at a bus stop near the intersection of Nellis Boulevard and Boulder Highway. Homicide Detectives obtained video surveillance from nearby businesses and discovered an SUV arrived in the area at approximately 0244 hours. The vehicle appeared to be occupied by at least three unknown persons. Two of those persons, both black males with a thin build, exited the vehicle and approached the bus stop and initiated verbal contact with Nicolas Thomas.

Page 3
LVMPD 001633

CONFIDENTIAL

1/7/2022

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: 211100073200

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

The driver of the vehicle repositioned the vehicle south of the bus stop and appeared to wait.

Homicide Detective Grimmett and Sanborn reviewed the surveillance footage obtained from Chase Bank located near the intersection. The vehicle appeared to be an older, smaller SUV, possibly a Kia Sportage. As the vehicle repositioned, the driver's side rear brake light illuminated much brighter than the passenger side rear, indicative of the taillight being cracked or broken.

Without any apparent provocation, Thomas was shot by one of the black males. The suspects ran back toward the vehicle and fled in the SUV southbound on Nellis Boulevard. Thomas ran toward the Sam's Town Hotel and Casino for help, reported to security he had been shot and collapsed on the casino floor.

On November 19, 2021, an autopsy was performed on the body of the decedent, Nicolas Thomas, by Clark County Medical Examiner Doctor Timothy Dutra. During the autopsy, a small caliber projectile was removed from the body of Thomas and was deemed the cause of his demise. Doctor Dutra determined the cause of death was a gunshot wound and the manner of death was ruled a homicide.

On December 21, 2021, LVMPD Detectives were contacted by Janetta Rembert who requested to speak with Detectives. Homicide Detectives Grimmett and Solano met with Janetta at LVMPD Headquarters and conducted a recorded interview. On December 10, 2021, Janetta reviewed a LVMPD media release regarding the shooting. The media release contained a small clip of the surveillance footage obtained from Chase Bank.

Page 4
LVMPD 001634

CONFIDENTIAL

1/7/2022

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: 211100073200

Upon review of the surveillance footage, Janetta immediately recognized one of the suspects as her stepson, Wattsel Rembert ▮▮▮▮ LVMPD ID#8199165. Janetta contacted several other family members who reviewed the footage, and all concluded it was Wattsel. Janetta contacted Wattsel and confronted Wattsel about his involvement in the shooting. Wattsel was with a friend known as CJ and while speaking with Janetta, Wattsel advised CJ, they were captured on video surveillance, thus admitting involvement. As the conversation concluded, Wattsel stated he wouldn't be caught.

Janetta also provided directions to Wattsel's place of residence with the Boulevard Apartment located at 3050 S. Nellis Boulevard. Janetta explained Wattsel is believed to share the residence with CJ and several other armed, recreational drug users. Detectives Grimmett and Solano followed the directions and identified the place of residence at 3050 S. Nellis Boulevard, Apartment #1125.

Homicide Detective Solano conducted a search of LVMPD records and identified Corvell Jeremiah Fisher ▮▮▮▮ ID#8173081 as a close associate of Wattsel's. LVMPD records also revealed Corvell was known to use the moniker CJ.

Janetta also provided Facebook profile names for Wattsel (Kodak Blacc) and Corvell (Cj Dagreat). As recent as December 10, 2021, Corvell posted a video of him holding what appears to be an assault rifle.

Detective Grimmett also learned Wattsel and several others were involved in a shooting under investigation by Gang Detective Edgar Nahum. Detective Nahum reported Wattsel and several others fired several rounds at a vehicle after being involved in a traffic

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

1/7/2022



CERTIFIED COPY
ELECTRONIC SEAL

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
**(Continuation)**

Event #: 211100073200

accident on December 18, 2021.

Your affiant believes the service of a search warrant at the residence would likely lead to the discovery of the identity of the black males associated with Wattsel, the possibly the recovery of the weapon used in the commission of the murder.

Your affiant further states this search warrant is not a no-knock search warrant as defined by SB50 Section 1.9.

A nighttime service of this Search Warrant would allow officers to reduce the risk of injury to both the suspect alleged herein, as well as the officers and detectives engaged in said execution, by using the cover of darkness to disguise law enforcement activities. It should also be noted, Apartment 1125 is embedded within the Boulevard Apartment Complex. Later in the evening or during the early morning hours there would be a lower amount of citizen's outside, which would also reduce the risk of injury to those citizens in the surrounding area. Your affiant prays that this warrant authorizes a search of the suspect premise at any hour of the day or night. This is not a no-knock warrant.

Your affiant requests that this affidavit be sealed as this investigation involves an active and ongoing investigation which may lead to a loss of evidence and contamination of integrity of the criminal investigation.

CONFIDENTIAL

1/7/2022

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**
(Continuation)

Event #: 211100073200

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

WHEREFORE, affiant requests that a Search Warrant be issued directing a search for and seizure of the aforementioned items at the location set forth herein anytime day or night

/s/ Jarrod Grimmett P#7056

**Detective Jarrod Grimmett, AFFIANT**

**Subscribed and sworn to before me this**   __7th__ day of __January__, __2022__

Dated this 7th day of January, 2022

_____
**JUDGE**

CB8 201 266F 375C
Michael Villani
District Court Judge

Pam Weckerly
**Approved by:**

1/7/2022



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(5))

# SEARCH WARRANT

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

The State of Nevada, to any Peace Officer in the County of Clark. Proof by Affidavit having been made before me by Detective Jarrod Grimmett, P# 7056, said Affidavit attached hereto and incorporated herein by reference, that there is probable cause to believe that certain property, namely

*1. Any and all firearms.*

*2. Firearms related paraphernalia to include ammunition, cartridge cases, holsters, magazines, gun boxes, gun parts, paperwork, and/or cleaning kits.*

*3. Cellular phones.*

*4. Any and all electronic surveillance equipment to include DVR systems, computer hard drives, and actual surveillance video from the residence of 3050 S. Nellis Boulevard, Apartment #1125, Las Vegas Nevada 89121.*

*5. Clothing*

*6. Limited articles of personal property which would tend to establish the identity of persons in control of said premises, which items of property would consist in part of and include, but not limited to papers, documents, and effects which tend to show possession, dominion, and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and*

LVMPD 360 (Rev. 10/21) WORD 2010

LVMPD 001638

CONFIDENTIAL

1/7/2022

# SEARCH WARRANT
(Continuation)

Page 2

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed, or stored on computer disc. Objects which bear a person's name, phone number or address.

presently located at:

1. 3050 S. Nellis Boulevard, Apartment #1125, Las Vegas, Nevada, in the Boulevard Apartments. Further described as a two-story, multi-family apartment complex. The structure has a gray and tan colored stucco exterior. Apartment #1125 is in the northwest portion of the complex on the ground level. The numbers 1125 are black in color, on a white placard, located eye level east of the brown colored, north facing front door; 2. Any and all persons located at/within the premise to be searched during the service of this search warrant..

And as I am satisfied that there is probable cause to believe that said property is located as set forth above and that based upon the affidavit attached hereto there are sufficient grounds for the issuance of the Search Warrant. Furthermore, I acknowledge this is not a no-knock search warrant as defined by SB50 Section 1.9.

LVMPD 001639

CONFIDENTIAL

1/7/2022



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

# SEARCH WARRANT
(Continuation)

Page 3

You are hereby commanded to search forthwith said premises for said property, serving this warrant anytime day or night, and if the property is there to seize it, prepare a written inventory of the property seized, and make a return for me within ten days.

Dated this ___7th___ day of ___January___, __2022__

Dated this 7th day of January, 2022

_____ /s/ signature
JUDGE

B79 2B5 C249 6EF5
Michael Villani
District Court Judge

LVMPD 001640

CONFIDENTIAL

1/7/2022



CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

IN RE: SEARCH WARRANT for  )
                           )
                           )
                           )           ORDER SEALING
                           )             AFFIDAVIT
3050 S. Nellis Boulevard, Apartment #1125  )
Las Vegas, Nevada 89121    )
                           )
_____)

Upon the ex parte application of Detective Jarrod Grimmett, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the Affidavit in support of the attached Search Warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Affidavit in support of the attached Search Warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the Affidavit be left at the premises along with the Search Warrant in lieu of the Affidavit in support of the Warrant.

DATED this ___7th___ day of _____January_____, __2022__.

Dated this 7th day of January, 2022

*[signature]*

JUDGE 8E8 0F6 9413 A20C
Michael Villani
District Court Judge

/s/ Jarrod Grimmett P#7056
AFFIANT

LVMPD 360 (Rev. 10/21) WORD 2010

LVMPD 001641

CONFIDENTIAL