# Exhibit K - December 31, 2021 Search Warrant

12/30/2021
UNITED STATES OF AMERICA · DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT · COUNTY OF CLARK · STATE OF NEVADA
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Event #: 211100073200

**STATE OF NEVADA** )
) **ss:**
**COUNTY OF CLARK** )

Jarrod Grimmett, P# 7056, being first duly sworn, deposes and says that he is the affiant herein and is a Detective with the Las Vegas Metropolitan Police Department (LVMPD) presently assigned to the Homicide. That he has been employed with the LVMPD for the past 20 years and has been assigned to the Homicide for the past 5 years.

There is probable cause to believe that certain property hereinafter described will be found at the following described premises, to-wit: **1. 4475 Jimmy Durante Boulevard, Apartment #326, Las Vegas, Nevada 89122, in the Harmon Hills Apartments. Further described as a two-story, multi-family apartment complex. The structure has a brown and tan colored exterior. Apartment #326 is located on the ground floor in the southwest portion of the complex. The numbers 326 as black in color, on a white placard, located eye level on the west facing, brown colored, front door; 2. 2006, Green, Kia Sportage, Nevada License Plate 263S09, Vehicle Identification Number KNDJF723X672205383; 3. Any and all persons located at/within the premise to be searched during the service of this search warrant**

The property referred to and sought to be seized consists of the following:

12/30/2021




CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**

# APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

**(Continuation)**

Event #: 211100073200

**1. Any and all firearms.**

**2. Firearms related paraphernalia to include ammunition, cartridge cases, holsters, magazines, gun boxes, gun parts, paperwork, and/or cleaning kits.**

**3. Cellular phones.**

**4. Any and all electronic surveillance equipment to include DVR systems, computer hard drives, and actual surveillance video from the residence of 4475 Jimmy Durante Boulevard, Apartment #326, Las Vegas Nevada 89122.**

**5. Clothing**

**6. Limited articles of personal property which would tend to establish the identity of persons in control of said premises, which items of property would consist in part of and include, but not limited to papers, documents, and effects which tend to show possession, dominion, and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed, or stored on computer disc. Objects which bear a person's name, phone number or address.**

12/30/2021
UNITED STATES OF AMERICA
DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT COUNTY OF CLARK
STATE OF NEVADA
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

**(Continuation)**

Event #: 211100073200

The property hereinbefore described constitutes evidence which tends to demonstrate that the criminal offense of **Murder With Use of a Deadly Weapon** has been committed.

In support of your affiant's assertion to constitute the existence of probable cause, the following facts are offered: On November 18, 2021, at approximately 0249 hours, LVMPD dispatch received a 9-1-1 call from Sam's Town Hotel and Casino Security Officers, reporting a person was shot. Patrol officers and medical personnel were dispatched to the scene at 5111 Boulder Highway, Las Vegas, Nevada.

Upon arrival Patrol Officers and located a black male adult, later identified as Nicolas Thomas with apparent gunshot wound to the shoulder. Medical personnel arrived and transported Nicolas Thomas to Sunrise Hospital where Nicolas succumbed to his injury and was pronounced deceased.

Patrol Investigation Detectives arrived and determined further investigation from the Homicide Section was warranted. Homicide Sergeant Scott was notified and arrived on scene with Detectives Deeds, Solano, Grimmett. Detective Sanborn responded to Sunrise Hospital. Homicide Detectives received a briefing from Patrol Officer Colon Saldivar. Detective Grimmett was assigned the responsibility of documenting the scene with crime scene analysts, Detectives Deeds and Solano were assigned to interview available witnesses. Detective Sanborn documented the decedent at the Sunrise Hospital.

During an interview and review of Sam's Town Hotel and Casino surveillance, it was determined Nicolas Thomas was shot while seated at a bus stop near the



CONFIDENTIAL

12/30/2021
UNITED STATES OF AMERICA
DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT COUNTY OF CLARK
STATE OF NEVADA
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))



intersection of Nellis Boulevard and Boulder Highway. Homicide Detectives obtained video surveillance from nearby businesses and discovered an SUV arrived in the area at approximately 0244 hours. The vehicle appeared to be occupied by at least three unknown persons. Two of those persons, both black males with a thin build, exited the vehicle and approached the bus stop and initiated verbal contact with Nicolas Thomas. The driver of the vehicle repositioned the vehicle south of the bus stop and appeared to wait.

Homicide Detective Grimmett and Sanborn reviewed the surveillance footage obtained from Chase Bank located near the intersection. The vehicle appeared to be an older, smaller SUV, possibly a Kia Sportage. As the vehicle repositioned, the driver's side rear brake light illuminated much brighter than the passenger side rear, indicative of the taillight being cracked or broken.

Without any apparent provocation, Thomas was shot by one of the black males. The suspects ran back toward the vehicle and fled in the SUV southbound on Nellis Boulevard. Thomas ran toward the Sam's Town Hotel and Casino for help, reported to security he had been shot and collapsed on the casino floor.

On November 19, 2021, an autopsy was performed on the body of the decedent, Nicolas Thomas, by Clark County Medical Examiner Doctor Timothy Dutra. During the autopsy, a small caliber projectile was removed from the body of Thomas and was deemed the cause of his demise. Doctor Dutra determined the cause of death was a gunshot wound and the manner of death was ruled a homicide.

12/30/2021
UNITED STATES OF AMERICA
DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT
COUNTY OF CLARK
STATE OF NEVADA
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

**(Continuation)**

Event #: 211100073200

LVMPD Homicide Investigative Specialist Kathryn Redmann researched recent vehicle stops involving an older, dark colored Kia Sportage and located a vehicle stop on September 2, 2021, under LVMPD event 210900003428. At the time of the stop, the green, 2006 Kia Sportage was unregistered. The driver was identified as Ariel Soto [redacted]. A review of the body worn camera footage from the car stop showed the rear driver's side brake light was intact.

Homicide Detective Grimmett researched the vehicle's current registration status and discovered, after the traffic stop, Ariel Soto registered the vehicle with the Department of Motor Vehicles on October 13, 2021. The vehicle registration bear Nevada license plate 263S09. A search of the License Plate Reader (LPR) database revealed on October 27, 2021, a photograph of the vehicle was captured and revealed a now broken driver's side brake light, thus consistent with the surveillance footage from Chase Bank.

Homicide Detective Grimmett was also able to identify Devante Reynolds [redacted], as a close associate of Ariel Soto's. Covert surveillance was established on Ariel Soto and Devante Reynolds' address of 4475 Jimmy Durante Boulevard, Apartment #326 and the 2006 Green Kia Sportage belonging to Ariel Soto. During surveillance, Investigators confirmed Ariel and Devante were residing at the residence. Investigators also noted several other black males were associated with the residence and use of Ariel Soto's vehicle. Several of the black males fit the physical description of those involved in the shooting. One of the males was observed wearing clothing like the clothing worn by the shooter, a Puma brand sweatshirt with a vertical stripe down both sleeves. Your



CONFIDENTIAL

12/30/2021
UNITED STATES OF AMERICA
DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT
COUNTY OF CLARK
STATE OF NEVADA
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))



affiant believes the service of a search warrant at the residence and on the vehicle would likely lead to the discovery of the identity of the black males associated with Ariel Soto, the residence, and the use of the 2006 Kia Sportage used in the commission of the murder.

Your affiant further states this search warrant is not a no-knock search warrant as defined by SB50 Section 1.9.

A nighttime service of this Search Warrant would allow officers to reduce the risk of injury to both the suspect alleged herein, as well as the officers and detectives engaged in said execution, by using the cover of darkness to disguise law enforcement activities. It should also be noted, Apartment 326 is embedded within the Harmon Hills Apartment Complex. Later in the evening or during the early morning hours there would be a lower amount of citizen's outside, which would also reduce the risk of injury to those citizens in the surrounding area. Your affiant prays that this warrant authorizes a search of the suspect premise at any hour of the day or night. This is NOT a no-knock warrant.

Your affiant requests that this affidavit be sealed as this investigation involves an active and ongoing investigation which may lead to a loss of evidence and contamination of integrity of the criminal investigation.

12/30/2021

UNITED STATES OF AMERICA
DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT
COUNTY OF CLARK
STATE OF NEVADA

CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

**(Continuation)**

Event #: 211100073200

WHEREFORE, affiant requests that a Search Warrant be issued directing a search for and seizure of the aforementioned items at the location set forth herein anytime day or night

/s/ Jarrod Grimmett P#7056

**Detective Jarrod Grimmett, AFFIANT**

**Subscribed and sworn to before me this** **30th** **day of** **December** **, 2021**

**Dated this 30th day of December, 2021**

**JUDGE**

**BF9 016 DEEF C6EF**
**Linda Marie Bell**
**District Court Judge**

/s/ P. Weckerly

**Approved by:**



CONFIDENTIAL

12/30/2021




CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

## SEARCH WARRANT

**STATE OF NEVADA )**
**) ss:**
**COUNTY OF CLARK )**

The State of Nevada, to any Peace Officer in the County of Clark. Proof by Affidavit having been made before me by Detective Jarrod Grimmett, P# 7056, said Affidavit attached hereto and incorporated herein by reference, that there is probable cause to believe that certain property, namely

***1. Any and all firearms.***

***2. Firearms related paraphernalia to include ammunition, cartridge cases, holsters, magazines, gun boxes, gun parts, paperwork, and/or cleaning kits.***

***3. Cellular phones.***

***4. Any and all electronic surveillance equipment to include DVR systems, computer hard drives, and actual surveillance video from the residence of 4475 Jimmy Durante Boulevard, Apartment #326, Las Vegas Nevada 89122.***

***5. Clothing***

***6. Limited articles of personal property which would tend to establish the identity of persons in control of said premises, which items of property would consist in part of and include, but not limited to papers, documents, and effects which tend to show possession, dominion, and control over said premises, including but not limited to keys, canceled mail envelopes, rental agreements and receipts, utility and telephone bills, prescription bottles, vehicle registration, vehicle repairs and***

12/30/2021
UNITED STATES OF AMERICA DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT COUNTY OF CLARK STATE OF NEVADA
CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

**SEARCH WARRANT**
**(Continuation)**

**Page 2**

***gas receipts. Items which tend to show evidence of motive and/or the identity of the perpetrator such as photographs and undeveloped film, insurance policies and letters, address and telephone records, diaries, governmental notices, whether such items are written, typed, or stored on computer disc. Objects which bear a person's name, phone number or address.***

*presently located at:*

**1. 4475 Jimmy Durante Boulevard, Apartment #326, Las Vegas, Nevada 89122, in the Harmon Hills Apartments. Further described as a two-story, multi-family apartment complex. The structure has a brown and tan colored exterior. Apartment #326 is located on the ground floor in the southwest portion of the complex. The numbers 326 as black in color, on a white placard, located eye level on the west facing, brown colored, front door; 2. 2006, Green, Kia Sportage, Nevada License Plate 263S09, Vehicle Identification Number KNDJF723X672205383; 3. Any and all persons located at/within the premise to be searched during the service of this search warrant.**

And as I am satisfied that there is probable cause to believe that said property is located as set forth above and that based upon the affidavit attached hereto there are sufficient grounds for the issuance of the Search Warrant. Furthermore, I acknowledge this is not a no-knock search warrant as defined by SB50 Section 1.9.

12/30/2021




CERTIFIED COPY
ELECTRONIC SEAL (NRS 1.190(3))

**SEARCH WARRANT**
**(Continuation)**

**Page 3**

You are hereby commanded to search forthwith said premises for said property, serving this warrant anytime day or night, and if the property is there to seize it, prepare a written inventory of the property seized, and make a return for me within ten days.

**Dated this 30th day of December , 2021**

**Dated this 30th day of December, 2021**

**JUDGE**

**729 BAE 54FF 2924**
**Linda Marie Bell**
**District Court Judge**

CONFIDENTIAL




| | |
|---|---|
| **IN RE: SEARCH WARRANT for** <br> **2006 Kia Sportage, NV License Plate 263S09** <br> **4475 Jimmy Durante Boulevard, Apartment #326** <br> **Las Vegas, Nevada 89122** | **ORDER SEALING AFFIDAVIT** |

Upon the ex parte application of Detective Jarrod Grimmett, a commissioned officer with the Las Vegas Metropolitan Police Department and Affiant, to seal the Affidavit in support of the attached Search Warrant, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Affidavit in support of the attached Search Warrant be ordered sealed pending further order of this Court except that copies may be provided to the office of the Clark County District Attorney and the District Attorney may provide copies to a Defendant in a criminal proceeding as part of the criminal discovery process, and

IT IS FURTHER ORDERED a copy of this order sealing the Affidavit be left at the premises along with the Search Warrant in lieu of the Affidavit in support of the Warrant.

DATED this 30th day of December, 2021.

**Dated this 30th day of December, 2021**

JUDGE

**A89 A7D C361 CA0D**
**Linda Marie Bell**
**District Court Judge**

/s/ Jarrod Grimmett P#7056
AFFIANT