# Exhibit M - Incident Action Plan

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# SEARCH WARRANT INCIDENT ACTION PLAN:
## SWAT SERVICE REQUEST

| PRINT | | Event Number: | LLV211100073200 |
|---|---|---|---|

LVMPD recognizes that the service of a search warrant by the SWAT Team is specifically impactful to the entire community. A SWAT search warrant service is logistically demanding and may involve various levels of risk. As such, attempts to de-escalate and reduce risk should be prioritized prior to the search warrant being served. This IAP and subsequent details should outline and provide a brief synopsis of the investigation. Furthermore, justification will be done through the articulation of the affiant's investigation to determine whether the use of a SWAT Team is needed to serve the search warrant. The use of the SWAT Team should be objectively reasonable considering the totality of circumstances.

*All information in the SWAT Service Request must be supported within the Application/Affidavit for Search Warrant. In the narrative, include information referencing the suspect's criminal history, weapons, etc.*

**INCIDENT:**

| Incident Type (Crime):<br><br><br>Homicide Investigation | SWAT Service Location:<br>1.) 3050 South Nellis Boulevard, Building #21, Apartment #1125 Las Vegas, Nevada 89121<br><br>2.) 4475 Jimmy Durante #326 Las Vegas, NV 89122 |
|---|---|

| Prior SWAT contact? ☐ Yes ☒ No | | |
|---|---|---|
| If yes, Event #: | | |
| Date/Time of Planned Operation:<br>Date    Monday 01-10-22<br>Morning preferable | Area Command:<br><br>SEAC | Sector/Beat:<br><br>J3 & J4 |
| Recommended Time for Recon:<br>**Daytime** | Requested SWAT Recon Vehicle:<br>Plain Car | |

| Affiant Name:<br>Detective Jarrod Grimmett | Contact #:<br>(702) 287-2581 | Section/Unit:<br>HSCB |
|---|---|---|

**DE-CONFLICTION NOTIFICATIONS:**

| ☒ RISSAFE | ☐ ISD<br>Choose an item. | ☐ HSD<br>Choose an item. | ☐ Outside Agency<br>_____ | ☐ Fusion Center<br>Crime Cameras |
|---|---|---|---|---|
| Date: 1/6/2022<br>Time: 1530 | Date: Date<br>Time: | Date: Date<br>Time: | Date: Date<br>Time: | Date: Date<br>Time: |
| Was there a conflict?<br>☐ Yes ☒ No | Was there a conflict?<br>☐ Yes ☐ No | Was there a conflict?<br>☐ Yes ☐ No | Was there a conflict?<br>☐ Yes ☐ No | Was there a conflict?<br>☐ Yes ☐ No |

LVMPD 289d (Rev. 11/21) Word 365

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: __LLV211100073200__

*SUSPECT INFORMATION:*

| Name: | | Monikers: | |
|---|---|---|---|
| Corvell Fisher | | "CJ" | |
| ID#: 8173081 | Age/DOB: ███ | | SS#: ███ |
| Race: B | Sex: Male | | Ht. & Wt.: 6'2" & 135 |
| Hair & Eye Color: BLK. & BRO. | Business/School: Unknown | | Occupation: Unknown |
| Phone #: | Address: | | |

ATTACHED TO THIS COVER SHEET IS/ARE *(check all that apply)*:

☒ Photo(s)   ☐ Weapon(s) Info   ☒ III *(NCIC)* Printout   ☒ DMV Printout   ☒ SCOPE Printout
☒ CIU Work Up   ☒ Social Media Work Up   ☐ Other Printout/Info ____
*Note: All violent criminal history & firearms information must be in the narrative.*

Narrative: | FYI |

On November 18, 2021, at approximately 0249 hours, LVMPD Patrol Officers responded to a call of a person shot, located at Sam's Town Casino 5111 Boulder Hwy. Patrol Officers arrived and located Nicolas Thomas, on the casino floor with apparent GSW to the right shoulder. Medical personnel responded and transported Thomas to Sunrise Hospital where Thomas was pronounced deceased. Detectives have identified two persons of interest in this investigation:
- Corvell Fisher - currently on house arrest with CCDC for Batt DV (F) 12-05-21
- Wattsell Rembert

Video surveillance was obtained from neighboring businesses that identified a suspect vehicle that dropped off Fisher & Rembert at the crime scene. Immediately after the shooting, both suspects ran back to the waiting vehicle which fled south on Nellis Blvd, then east on Harmon ultimately going south on Boulder Highway out of camera view. Detectives identified the suspect vehicle as a Kia Sportage belonging to Airel Soto. Soto has an address of 4475 Jimmy Durante. The suspect vehicle in the video is depicted as having a broken right taillight and based on investigative research Airel Soto's right rear taillight was broken which was observed on LPR database.

Information on the suspects and vehicle was given to media outlets for the public's help in identifying these individuals. Detectives met with an individual who came forward and identified herself to detectives as the stepmother to Rembert. She was able to positively identify Rembert as one of the suspects in the video surveillance. This stepmother provided detectives with additional information implicating Corvell Fisher as the second individual observed in the surveillance video.

Detectives were provided information associating Fisher and Rembert to the 3050 S. Nellis address.

Corvell Fisher has priors for:

- PCS Narcotics
- Selling Narcotics
- Robbery
- Escape
- PPPFA
- Burglary

Fisher was observed on Facebook possessing numerous firearms.

Wattsell Rembert has priors for:
- PCS Narcotics
- Selling Narcotics
- Misdemeanor Offenses

PLEASE SEE CIU WORKUP'S ,

Page 2 of 11

CONFIDENTIAL

LVMPD 001603

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: __LLV211100073200__

| Name: Wattsel Rembert | | Monikers: |
|---|---|---|
| ID#: 8199165 | Age/DOB: ▮▮▮ | SS#: ▮▮▮ |
| Race: Black | Sex: Male | Ht. & Wt.: 6'3" |
| Hair & Eye Color: BLK. & BRO. | Business/School: N/A | Occupation: Unknown |
| Phone #: | Address: | |

**ATTACHED TO THIS COVER SHEET IS/ARE** *(check all that apply):*
☒ Photo(s)  ☐ Weapon(s) Info  ☒ III *(NCIC)* Printout  ☒ DMV Printout  ☒ SCOPE Printout
☒ CIU Work Up  ☒ Social Media Work Up  ☐ Other Printout/Info _____
*Note: All violent criminal history & firearms information must be in the narrative.*

Narrative:

CONFIDENTIAL
LVMPD 001604

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #:  **LLV211100073200**

On November 18, 2021, at approximately 0249 hours, LVMPD Patrol Officers responded to a call of a person shot, located at Sam's Town Casino 5111 Boulder Hwy. Patrol Officers arrived and located Nicolas Thomas, on the casino floor with apparent GSW to the right shoulder. Medical personnel responded and transported Thomas to Sunrise Hospital where Thomas was pronounced deceased. Detectives have identified two persons of interest in this investigation:

- Corvell Fisher - currently on house arrest with CCDC for Batt DV (F) 12/05/21
- Wattsell Rembert

Video surveillance was obtained from neighboring businesses that identified a suspect vehicle that dropped off Fisher & Rembert at the crime scene. Immediately after the shooting, both suspects ran back to the waiting vehicle which fled south on Nellis Blvd, then east on Harmon ultimately going south on Boulder Highway out of camera view. Detectives identified the suspect vehicle as a Kia Sportage belonging to Airel Soto. Soto has an address of 4475 Jimmy Durante. The suspect vehicle in the video is depicted as having a broken right taillight and based on investigative research Airel Soto's right rear taillight was broken which was observed on LPR database.

Information on the suspects and vehicle was given to media outlets for the public's help in identifying these individuals. Detectives met with an individual who came forward and identified herself to detectives as the stepmother to Rembert. She was able to positively identify Rembert as one of the suspects in the video surveillance. This stepmother provided detectives with additional information implicating Corvell Fisher as the second individual observed in the surveillance video.

Detectives were provided information associating Fisher and Rembert to the 3050 S. Nellis address.

Corvell Fisher has priors for:
- PCS Narcotics
- Selling Narcotics
- Robbery
- Escape
- PPPFA
- Burglary
Fisher was observed in Facebook possessing numerous firearms.

Wattsell Rembert has priors for:
- PCS Narcotics
- Selling Narcotics
- Misdemeanor Offenses

PLEASE SEE CIU WORKUP'S

Add Suspect

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: __LLV211100073200__

*OTHER PERSONS PRESENT:*

| Name: Devante Reynolds | Monikers: | |
|---|---|---|
| ID#: | Age/DOB: ▮ | SS#: ▮ |
| Race: Black | Sex: Male | Ht. & Wt.: 6'3" |
| Hair & Eye Color: BLK. & BRO | Business/School: | Occupation: |
| Phone #: | Address: 4475 Jimmy Durante | |

ATTACHED TO THIS COVER SHEET IS/ARE *(check all that apply)*:
☒ Photo(s)  ☐ Weapon(s) Info  ☒ III *(NCIC)* Printout  ☒ DMV Printout  ☒ SCOPE Printout
☐ CIU Work Up  ☐ Social Media Work Up  ☐ Other Printout/Info _____
*Note: All violent criminal history & firearms information must be in the narrative.*

Narrative: FYI

Possibly a youth basketball coach. Reynolds has priors for:

Attempt Murder
Discharging a Gun into Occupied Structure
CCW w/o permit.

| Name: Airel Soto | Monikers: | |
|---|---|---|
| ID#: 6108567 | Age/DOB: ▮ | SS#: ▮ |
| Race: Black | Sex: Female | Ht. & Wt.: 5'1" 182 LBS |
| Hair & Eye Color: BLK, BRO | Business/School: UNK | Occupation: UNK |
| Phone #: UNK | Address: 4475 Jimmy Durante apartment 326 Las Vegas, Nevada 89122 | |

ATTACHED TO THIS COVER SHEET IS/ARE *(check all that apply)*:
☒ Photo(s)  ☐ Weapon(s) Info  ☐ III *(NCIC)* Printout  ☒ DMV Printout  ☒ SCOPE Printout
☐ CIU Work Up  ☐ Social Media Work Up  ☐ Other Printout/Info _____
*Note: All violent criminal history & firearms information must be in the narrative.*

Narrative:

Soto has work cards for childcare and unarmed security guard jobs.

Add Other Person Present

CONFIDENTIAL
LVMPD 001606

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: __LLV211100073200__

**PREMISE:**

| ATTACHED TO THIS COVER SHEET IS/ARE *(check all that apply)*: |
|---|
| ☐ Photo(s)          ☒ Internet Based Aerial Photo(s) |

Narrative: __FYI__

1.) 3050 S. Nellis Boulevard, Apartment #1125, Las Vegas, Nevada, in the Boulevard Apartments. Further described as a two-story, multi-family apartment complex. The structure has a gray and tan colored stucco exterior. Apartment #1125 is in the northwest portion of the complex on the ground level. The numbers 1125 are black in color, on a white placard, located eye level east of the brown colored, north facing front door;

2.) 4475 Jimmy Durante Boulevard, Apartment #326, Las Vegas, Nevada 89122, in the Harmon Hills Apartments. Further described as a two-story, multi-family apartment complex. The structure has a brown and tan colored exterior. Apartment #326 is located on the ground floor in the southwest portion of the complex. The numbers 326 as black in color, on a white placard, located eye level on the west facing, brown colored, front door; 2.

**CHILDREN, DISABLED, AND/OR HANDICAPPED PERSONS ARE BELIEVED TO BE PRESENT:**

**CHILDREN:**

| Present at Location  Male    Age: Mid School    Disabled: No |
|---|
| Narrative: |
| School aged children possibly live at the Jimmy Durante address. This is based on physical surveillance which Soto left the address and picked up children from the Agasi Prep School on 12-15-21. |

Add Children

**ELDERLY (≥ 65 years old) or DISABLED:**

| Present at Location  Choose an item. Disabled: Choose an item. Photo Attached: Choose an item. |
|---|
| If identified: Name: _____ Age: _____ |
| Criminal history information attached: Choose an item. |
| Narrative: |
| No elderly were observed during physical surveillance. |

Add Elderly/Disabled Person

CONFIDENTIAL
LVMPD 001607

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# SEARCH WARRANT INCIDENT ACTION PLAN
## (Continuation)

Event #: __LLV211100073200__

**HOMEOWNER:**

| Name: See below narrative | | Monikers: | |
|---|---|---|---|
| ID#: | Age/DOB: | | SS#: |
| Race: | Sex: Choose an item. | | Ht. & Wt.: |
| Hair & Eye Color: | Business/School: | | Occupation: |
| Phone #: | Address: | | |

**ATTACHED TO THIS COVER SHEET IS/ARE** (check all that apply):

☐ Photo(s)   ☐ Weapon(s) Info   ☐ III (NCIC) Printout   ☐ DMV Printout   ☐ SCOPE Printout
☐ Other Printout/Info _____

*Note: All violent criminal history & firearms information must be in the narrative.*

Narrative: __FYI__

1.) 3050 South Nellis Boulevard, Building #21, Apartment #1125 is an apartment located inside "The Boulevard Apartments," which is a high density low income multi unit apartment complex. According to our Person Reporting (PR), the individuals associated to this apartment have no legal rental aggreement with apartment management, and are essentially using this as a flop apartment.

2.) 4475 Jimmy Durante  #326 Las Vegas, NV 89122 is an apartment located inside the Harmon Arms Apartments which is a high density low income multi unit apartment complex. Physical surveillance has been conducted on this apartment which has identified different individuals coming and going from this particular apartment.

According to our PR who provided the identity of the suspect, the 3050 Nellis address is used as a "Flop house" and different people come and go from that property. Additionally, no IDL checks or confirmation with property management were not conducted because this could have potentially compromised the investigation and tipped off the suspect, or any friendlies the suspect has in the apartment complexes.

Add Homeowner

CONFIDENTIAL

LVMPD 001608

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: __LLV211100073200__

*WEAPONS:*

Narrative:   FYI

It is believed that firearms would be present, in both apartments. Fisher is observed on Facebook with different firearms.
Under LVMPD Event Number LLV211200073272 an MP5 styled rifle was recovered in a search warrant from a car registered to Rembert, LVMPD Gangs is investigating this case. Both Fisher and Rembert have been observed with high caliber rifles.

*VEHICLE:*

| Year: | Make: | Model: | Color: | License: | Lic. St. | ATTACHED TO THIS COVER SHEET IS/ARE *(check all that apply):* | | |
|-------|-------|--------|--------|----------|----------|---|---|---|
| 2006 | Kia | Sportage | Green | 263 S09 | Nev | ☒ DMV Printout | ☐ WVS Printout | ☒ Photo |

Narrative:   FYI

Ariel Soto is the R/O of this vehicle who lives at the 4475 Jimmy Durante address. Based on the surveillance it seems as if this is the only vehicle associated with these individuals. This vehicle seems to be a communal vehicle that everybody uses.

Add Vehicle

*EVIDENCE:*

Narrative:   FYI

Homicide detectives are looking for a small-caliber pistol possibly a .22 or .25 caliber firearm/revolver. There was no cartridge case recovered at the crime scene, and the victim was shot only once.

CONFIDENTIAL
LVMPD 001609

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: __LLV211100073200__

**INVESTIGATION:**

| Narrative: **FYI** |
|---|

On November 18, 2021, at approximately 0249 hours, LVMPD Patrol Officers responded to a call of a person shot, located at Sam's Town Casino 5111 Boulder Hwy. Patrol Officers arrived and located Nicolas Thomas, on the casino floor with apparent GSW to the right shoulder. Medical personnel responded and transported Thomas to Sunrise Hospital where Thomas was pronounced deceased. Detectives have identified two persons of interest in this investigation:

- Corvell Fisher - currently on house arrest with CCDC for Batt DV (F) 12/05/21
- Wattsell Rembert

Video surveillance was obtained from neighboring businesses that identified a suspect vehicle that dropped off Fisher & Rembert at the crime scene. Immediately after the shooting, both suspects ran back to the waiting vehicle which fled south on Nellis Blvd, then east on Harmon ultimately going south on Boulder Highway out of camera view. Detectives identified the suspect vehicle as a Kia Sportage belonging to Airel Soto. Soto has an address of 4475 Jimmy Durante. The suspect vehicle in the video is depicted as having a broken right taillight and based on investigative research Airel Soto's right rear taillight was broken which was observed on LPR database.

Information on the suspects and vehicle was given to media outlets for the public's help in identifying these individuals. On December 21st, 2021 homicide detectives met with Janetta Rembert, stepmother of Wattsel Rembert who was able to positively identify Rembert as an individual seen in the media release video. Janetta confronted Wattsel about this media release and Wattsel indicated the police will never find him. Additional family members of Janetta's have positively identified Fisher as the second subject in the video. Janetta showed homicide detectives a picture of the apartment door where she last knew Wattsel to be staying at the 3050 S. Nellis address.

Janetta communicated with Wattsel through Facebook messenger, however, when detectives went to preserve his account, Wattsel had already deleted it.

Fisher is a person of interest in an ongoing Gang investigation. Under EV# LLV211200073272

**INTELLIGENCE (ALL SECTIONS REQUIRED):**

| WAS SURVEILLANCE DONE? | | YES☒ NO☐ |
|---|---|---|
| DETAILS (REQUIRED) **FYI** | | |

CIS SQUAD 3 (UC SQUAD) CONDUCTED COVERT SURVEILLANCE ON BOTH ADDRESSES, THEIR VEHICLES WERE APPROACHED FROM AN UNKNOWN BMA ON 12-30-21 AT THE 3050 S. NELLIS ADDRESS.

4475 JIMMY DURANTE 12/15/21. 12/17/21, & 12/30/21
3050 S. NELLIS 12/30/21

1. SURVEILLANCE DETECTIVES WERE ABLE TO IDENTIFY NUMEROUS PEOPLE COMING AND GOING FROM BOTH APARTMENTS, HOWEVER THEY WERE NEVER ABLE TO LAND THE SUSPECTS AT EITHER APARTMENT.

2. NO DOGS WERE OBSERVED BY SQUAD 3, YOUNG SCHOOL AGED CHILD APPROX. 8 YEARS OLD INSIDE THE JIMMY DURANTE ADDRESS.

3. BOTH APARTMENTS HAVE LOOKOUTS JIMMY DURANTE ADDRESS HAD A MALE SITTING BY THE FRONT DOOR, AND 3050 S. NELLIS SURVEILLANCE DETECTIVES WERE CONFRONTED BY AN UNKNOWN MALE WHO EXITED THE TARGET ADDRESS AND APPROACHED THEIR VEHICLES.

4. NO CCTV ON BOTH APARTMENTS WAS NOTICED.

5. SURVEILLANCE DETECTIVES BRIEFED CASE DETECTIVES ON THE OUTCOME OF THEIR SURVEILLANCES.

6. PRE-WARRANT SERVICE SURVEILLANCE WILL BE CONDUCTED BY HOMICIDE DETECTIVES 45 MINUTES PRIOR TO SWAT EXECUTING WARRANT.

Page 8 of 14

CONFIDENTIAL

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #:  LLV211100073200

7. PATROL WILL DO TAKE WAYS FROM THE TARGET ADDRESS AND GANG UNIT DETECTIVES WILL BE AVAILABLE AS AN ADDITIONAL RESOURCE IF NEEDED.

| WAS ELECTRONIC SURVEILLANCE DONE? | YES☐ NO☒ |
|---|---|

DETAILS (REQUIRED)     FYI

THE KIA SPORTAGE IS USED AS A COMMUNAL VEHICLE AND BASED OFF THE PHYSICAL SURVEILLANCE THE SUSPECTS WERE NEVER OBSERVED IN THE KIA. DETECTIVES CANNOT ASSOCIATE A VEHICLE TO THE SUSPECTS FOR THE APPLICATION OF A GPS TRACKER.

IMMEDIATELY FOLLOWING THE HOMICIDE ON 11-18-21, DETECTIVES DID NOT HAVE ANY PERSONS OF INTEREST IDENTIFIED. NOT UNTIL 12-21-21 WERE DETECTIVES ABLE TO OBTAIN PC BASED OFF JANETTA'S IDENTIFICATION. JANETTA REMBERT SAID SHE COMMUNICATED WITH WATTSEL THROUGH FACEBOOK MESSENGER, BUT WHEN DETECTIVES WENT TO PRESERVE HIS MESSENGER ACCOUNT IMMEDIATELY FOLLOWING THE INTERVIEW WITH JANETTA IT HAD BEEN DELETED.

1. NO VEHICLE ASSOCIATED TO THE SUSPECTS, TO APPLY A GPS TRACKER.

2. NO WORKING PHONE NUMBER ASSOCIATED TO SUSPECTS TO APPLY FOR A PRECISION PEN.

3. NO TASS CAMERAS WERE REQUESTED BECAUSE TASS WOULD NEED CONSENT FROM PROPERTY MANAGEMENT TO AFFIX A CAMERA AND THIS COULD POTENTIALLY ALERT THE SUSPECTS.

4. NO ADDITIONAL CCTV'S WERE OBSERVED DURING RECON OF THE LEGAL PREMISE AND BY SURVEILLANCE DETECTIVES.

5. IT WOULD BE DIFFICULT TO HAVE TASS APPLY COVERT CAMERAS IN THE COMPLEXES DUE TO THE CRIMINAL ELEMENTS OCCUPYING THESE APARTMENT COMPLEXES.

| HAVE OTHER METHODS OR OPTIONS BEEN CONSIDERED PRIOR TO THE USE OF SWAT? | YES☒ NO☐ |
|---|---|

DETAILS (REQUIRED)     FYI

THE USE OF PATROL AND OR MAJOR VIOLATORS WAS NOT VIABLE DUE TO THE HIGH PROPENSITY OF VIOLENCE THAT COULD OCCUR AND SWAT IS TRAINED AND EQUIPPED FOR WARRANT SERVICE.

DUE TO THE PROPENSITY OF THE VIOLENCE FROM THESE HOMICIDE SUSPECTS. SWAT IS TRAINED AND EQUIPPED TO CONDUCT THESE TYPES OF OPERATIONS.  A SURROUND AND CALL-OUT WOULD SEEM ACCEPTABLE UNDER THESE CIRCUMSTANCES TO REDUCE THE RISK OF AN OIS BY ROP/CATS, DURING THE ATTEMPTED APPREHENSION OF SUSPECTS.

DETECTIVES KNOW THAT THE 3050 S. NELLIS ADDRESS ALONG WITH OTHER NEIGHBORING APARTMENT COMPLEXES ARE ACTIVE WITH NUMEROUS INDIVIDUALS TO INCLUDE CHILDREN AT ALL HOURS OF THE DAY AND NIGHT. THE USE OF SWAT IN THE MORNING HOURS IS ADVANTAGEOUS FOR DETECTIVES BELIEVING THEIR SUSPECTS COULD BE IN THE APARTMENTS, AND THE

CONFIDENTIAL
LVMPD 001611

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #: <u>LLV211100073200</u>

SAFETY FOR THE COMMUNITY AND SWAT OFFICERS INVOLVED IN THIS OPERATION TO MINIMIZE RISK OF AN OFFICER INVOLVED SHOOTING.

1. BOTH ADDRESSES SEEM TO BE OCCUPIED IN THE DAYTIME.

2. BOTH SUSPECTS ARE BELIEVED TO BE UNEMPLOYED.

3. THE LAST INTERACTION WATTSEL HAD WITH HIS STEPMOTHER WAS BACK IN DECEMBER PRIOR TO HER SPEAKING WITH DETECTIVES. SHE HAS NOT SPOKEN TO HIM SINCE THAT DATE AND REFUSES TO CONTACT HIM ANYMORE DUE TO RETALIATION AGAINST HER AND HER FAMILY.

4. DETECTIVES WERE OPTING FOR A SWAT RAID VERSUS CATS/ROP UTILIZATION TO MINIMIZE A RISK OF USE OF FORCE.

---

| CAN THE SUSPECT BE TAKEN AWAY FROM THE RESIDENCE? | YES ☐ NO ☒ |
|---|---|

DETAILS (REQUIRED)   FYI

THERE IS NO PATTERN OF LIFE ESTABLISHED SINCE PHYSICAL SURVEILLANCE DID NOT SEE OUR SUSPECTS IN ANY VEHICLE.

HOMICIDE DETECTIVES BELIEVE IT WOULD BE A CHALLENGE TO ATTEMPT A TAKEAWAY IF:
1. THE SUSPECTS WERE OCCUPYING A VEHICLE, BUT THEY WERE NEVER PUT INSIDE A VEHICLE, OTHER THAN THE NIGHT OF THE SHOOTING.
2. DETECTIVES BELIEVE THEY WOULD FLEE AND THE RISK TO THE COMMUNITY WOULD ENDANGER LIVES, IF THEY WERE IN A VEHICLE.
3. ADDITIONALLY, IF THE SUSPECTS WERE TAKEN AWAY IN A VEHICLE THE USE FOR SWAT WOULD BE NEEDED DUE TO THE NATURE OF THE CRIME AND THE NEED TO GET INSIDE THE APARTMENTS FOR EVIDENCE COLLECTION I.E. FIREARMS AND CLOTHING ASSOCIATED TO THE MURDER.

---

| CAN YOU ESTABLISH A PATTERN OF LIFE FOR THE SUSPECT OR THE RESIDENCE? | YES ☐ NO ☒ |
|---|---|

DETAILS (REQUIRED)   FYI

THE HOMICIDE OCCURRED AT 3 AM, AND IT IS UNCLEAR ON WHEN THEY ARE ACTIVE. IT IS PRESUMED THEY ARE ACTIVE IN THE EVENING AND LATE HOURS SINCE THIS IS WHEN THE SHOOTING TOOK PLACE.

IT WAS DIFFICULT TO ESTABLISH A PATTERN OF LIFE AT THE 3050 S. NELLIS ADDRESS BECAUSE SURVEILLANCE SQUAD WAS CONFRONTED BY AN INDIVIDUAL WHO EXITED THE TARGET APARTMENT AND APPROACHED THEIR VEHICLES. THIS WOULD SUBSTANTIATE THE FACT THAT THERE IS FRIENDLIES INSIDE THIS COMPLEX ASSOCIATED TO THE TARGET APARTMENT.

1. AIREL SOTO WAS OBSERVED IN THE SURVEILLANCE LEAVING TO GO PICK UP SCHOOL AGED CHILDREN AT AGASSI PREP AND RETURNING BACK TO THE JIMMY DURANTE ADDRESS. ADDITIONALLY, SURVEILLANCE SQUAD OBSERVED AN 8 YO BOY INSIDE THE RESIDENCE ON ONE OCCASION.

2. AIREL SOTO'S LAST KNOWN JOB WAS AS A SECURITY OFFICER, IT IS UNKNOWN IF SHE STILL HAS THIS JOB. BASED ON SURVEILLANCE THERE IS A LOT OF PEOPLE THAT COME AND GO FROM THE JIMMY DURANTE ADDRESS DURING THE DAY.

CONFIDENTIAL

LVMPD 001612

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# SEARCH WARRANT INCIDENT ACTION PLAN
## (Continuation)

Event #:  LLV211100073200

| IS THERE EXIGENCY TO SERVE THIS WARRANT? | YES☒ NO☐ |
|---|---|

EXPLAIN: (REQUIRED)    FYI

1. THERE IS A THREAT TO THE COMMUNITY, BY HAVING THESE INDIVIDUALS REMAIN OUT OF CUSTODY. ADDITIONALLY, LVMPD GANG UNIT HAS PC TO ARREST EV# LLV LLV211200073272 FOR A SHOOTING THAT TOOK PLACE IN DECEMBER 2021.

2. THE NEED TO OBTAIN PHYSICAL EVIDENCE I.E. CLOTHING, AND A FIREARM WHICH REMAINS OUTSTANDING.

3. AN EARLY MORNING SWAT RAID (NON-SIMULTANEOUSLY) WOULD GREATLY BE BENEFICIAL FOR THE FURTHERANCE OF THIS INVESTIGATION AND THE SAFETY OF THE SUSPECTS, OFFICERS AND COMMUNITY.

CONFIDENTIAL

LVMPD 001613

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# SEARCH WARRANT INCIDENT ACTION PLAN
## (Continuation)

Event #:  LLV211100073200

*CATS / ROP USE ONLY:*

Narrative:  FYI

Approved by Lt.

SWAT Sgt.          DA Consulted:

| | | Name | Search Responsibilities |
|---|---|---|---|
| Searching Unit | 1. | Detective Grimmett | |
| | 2. | Detective Solano | |
| | 3. | Gang Unit | |
| | 4. | SEAC | |
| | 5. | Homicide | |
| | 6. | Homicide | |
| | 7. | Homicide | |
| | 8. | Homicide | |
| | Supervisor: | Sgt. Jon Scott | |
| | Visible Police Present: | | |
| | Visible Police Present: | | |

Add Position

CONFIDENTIAL
LVMPD 001614

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## SEARCH WARRANT INCIDENT ACTION PLAN
### (Continuation)

Event #:  LLV211100073200

*APPROVAL/NOTIFICATION SECTION:*

ERIC SOLANO 7588
IAP Completed By (Printed Name/P#)

IAP Completed By (Signature)

1/5/2022
Date and Time

JOM SCOTT 4632
Approving Section Sgt. (Printed Name/P#)

Approving Section Sgt. (Signature)

1/5/22
Date and Time

The section lieutenant or authorized lieutenant designee of equal rank (no acting lieutenants) will be responsible for coordinating a Tier I response of the Tiered Response Incident Protocol (TRIP), within 24 hours.

LT. JASON JOHANSSON 8287
Section Lt. (Printed Name/P#)

Section Lt. (Signature)

1/6/2022
Date and Time

I acknowledge that this IAP and the synopsis of the investigation has been vetted. Further, reasonable attempts to de-escalate have been satisfactorily met and the need for a search warrant service by a SWAT team is necessary.

CPT D. KOREN
Bureau Cpt. (Printed Name/P#)

Bureau Cpt. (Signature)

1/6/22
Date and Time

*REVIEWER COMMENTS:*

_____
_____
_____
_____
_____
_____
_____

Page 10 of 11

CONFIDENTIAL

LVMPD 001615

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# SEARCH WARRANT INCIDENT ACTION PLAN
## (Continuation)

Event #:  LLV211100073200

*SWAT USE ONLY: APPROVED SEARCH WARRANT SERVICE TACTIC*

Narrative:  FYI

☐ Approved    ☐ Denied

| Printed Name | P# |
|---|---|

| Signature | Date/Time |
|---|---|

| Notified Affiant | Date/Time |
|---|---|

| SWAT Recon Officer Printed Name | P# | Signature | Date/Time |
|---|---|---|---|

| Lt. Approval for CET Warrants | P# | Signature | Date/Time |
|---|---|---|---|

CONFIDENTIAL

LVMPD 001616