# Exhibit N - Photographs of Stun Stick



LVMPD 002057



LVMPD 002058