# Exhibit O - LVMPD Stun Stick Lesson Plan

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**STANDARDIZED LESSON PLAN**



| | |
|---:|:---|
| **Title of Instruction:** | **Stun Stick** |
| **LVMPD Course Code:** | |
| **POST Course Code:** | |
| **Length of Course:** | **2 Hours** |
| **Target Audience:** | **SWAT personnel** |
| **Instructor:** | **As Approved by the LVMPD SWAT Section** |
| **Method of Instruction:** | **Lecture, Discussion, Practical Application** |
| **Date of Instruction:** | **Varies** |
| **Lesson Plan Author:** | **Officer Kevin McCord P#2951** |
| **Date Prepared:** | **June 5, 2003** |
| **Date Revised:** | **April 10, 2019** |
| **Revision Author:** | **Officer Jay James P#6715** |
| **Advanced Training Approval by & Date:** | **Officer Steve Hutchason P#7088** <br> **April 13, 2019** |

<u>**In accordance with NV POST NAC 289.310 and NRS 289.510 All lesson plans will be revised every 24 months from original approval date.**</u>

LVMPD 009808

# STATEMENT OF GOALS & OBJECTIVES

## Instructional Goal:

To teach officers proper set-up and deployment procedures to utilize a Stun-Stick (Bang Pole)

## Instructional Objectives/Learning Outcomes:

After completion of the course students:

1. Demonstrate proper set-up a stun-stick

2. Demonstrate how to properly deploy a stun-stick

3. Demonstrate proper communication used with stun stick operations

# ITEMS AND MATERIALS

### Facility Materials

Classroom with desks and chairs

Computer with PowerPoint access

Facility restrooms

Pens and paper

Emergency medical equipment for accidental injuries

Fire Extinguisher(s)

### Student Materials

Long sleeve uniform shirt preferably No-drip No-Melt or Nomex

Uniform pants No-drip No-Melt or Nomex

Boots

Helmet

Tactical Vest

Eye / Ear Protection

Gloves

LVMPD 009810

# INSTRUCTOR GUIDELINES

## WHAT TO DO | WHAT TO SAY

| WHAT TO DO | WHAT TO SAY |
|---|---|
| Introduction | Give short intro of self (Background, experience, etc.)<br><br>State objectives and goals and safety concerns |
| Lecture | **What is a Stun Stick**<br><br>The Stun Stick is a traditional Fire Department pike pole commonly used as a brake and rake. The pike pole has been modified to be able to accept a Def-Tech Multi-port Plus diversionary device (Flash Bang).<br><br>**Stun Stick Set-Up**<br><br>Determine if a Fire Department pike pole that has been converted to a Stun-Stick or a commercially manufactured bang pole is going to be utilized,<br>• Using a wrench or pliers, unscrew the base plate that holds the body of the diversionary device.<br>• The base plate will open in 2 pieces, remove the section not attached to the bang pole.<br>• Place the diversionary device between the 2 plates and return the base plate on top of the diversionary device.<br>• Tighten the screws to hold the divisionary device in plate.<br>• Using wire cutters or small bolt cutters, clip the spoon to the M201A1 fuse on the diversionary device at the initial bend traveling from bottom to top. (This will allow the spoon to fully deploy when the pin is pulled. Leaving the whole spoon on will increase the chances of the spoon catching on something and causing the diversionary device not to detonate).<br>• Locate the snap clip / small carabineer attached to the pull cord near the top of the diversionary device. |

- Clip and lock it into the pull ring "pin" of the diversionary device.
- 

**How is the Stun Stick Deployed**

Now that the Stun-Stick is set-up, understand that just prior to deployment the operator may need to prep the diversionary device pull ring tabs by slightly bending them together.

The Stun-Stick pole has a breaching tip usually a metal spike or spikes that are utilized to beach the window glass of the desired deployment location. Once the window glass is removed, the Stun-Stick is inserted into the window and pushed as high as possible with the room its being insert into.
(This is done as a safety consideration to ensure that the diversionary device is not detonated within the head or face or people that may be inside that room).
The stun stick will be deployed at the highest point of a window to create a diversion without endangering lives. After the diversionary device has been introduced and detonated Officer can utilize the stun stick as a break and rake tool.

The Stun-Stick being used as a break and rake tool can now be used to remove the window and window coverings from a structure to allow the cover Officer(s) to get a visual inside the window to visually clear a portion of the room or cover the room until the entry teams physically occupies that room

*Utilization of a Stun-Stick or bang pole enhances the safety and effectiveness of the operation but precludes the possibility of injuries by tossing/contact errors, no "ignition in the hand" and no flying body impacts. It also reduces the probability of the most common diversionary device injuries.*

The Stun Stick team will usually consist of two Officers.

1. Cover Officer
2. Stun Stick Officer

LVMPD 009812

| | |
|---|---|
| | |
| | **Instruction and Demonstration of the Stun Stick positions and techniques.**<br><br>**Cover Officer**<br><br>1. The cover Officer and the Stun Stick Officer move to the desired target window.<br><br>2. The two-man team will take up a position either to the left or to the right of the window, depending on their approach. Ideally they will not cross past the target window as to not compromise the team or cause someone on the inside to come to the window.<br><br>3. The cover Officer will take up a position to provide lethal / non-lethal cover to the stun-stick Officer who will not have a weapon in his hand.<br><br>4. The Stun-Stick Officer will utilize the left or right side of the window for cover.<br><br>5. The Stun-Stick Officer will breach either the top right side or the top left side of the window with the window breaching option that is attached to either the pike pole or commercially manufactured bang pole.<br><br>6. Once the diversionary device is deployed, the cover Officer will attempt to visually clear the room the device was deployed in and/or give verbal commands to people inside.<br><br>**Stun-Stick Officer**<br><br>1. Once in position with the cover Officer, Stun Stick Officer will utilize the stucco, block or wood portion of the wall next to the window for cover and or concealment.<br><br>2. To deploy the device, the Stun-Stick Officer will breach either the top right side or the top left side of the window with the window |

breaching option that is attached to either the pike pole or commercially manufactured bang pole.

3. Once the stun-stick has been introduced inside a structure, the stun-stick will be pushed to the top of the room as close to the ceiling as possible. There are a few reasons why this is important, but most importantly, it helps reduce the possibility of unintended injuries if the diversionary device is as high as possible in the room and secondly, it gives a tactical advantage by creating lag time increasing effectiveness of the stun stick tactic.

4. The Stun Stick Officer pulls on the handle/cord which pulls the diversionary device pin out and activates the M201A1 fuse to set off the device.

5. Once the distract device has been deployed, the stun stick Officer has the option of raking out the window or removing the window coverings.

**Communication**

1. The stun stick usually will be deployed on the verbal command of "***DISTRACT, DISTRACT, DISTRACT***" from the assistant team leader or Team leader unless the plan dictates otherwise.

2. If the stun-stick Officer cannot deploy the diversionary device, it fails to detonate, or the stun-stick team is slow to deploy the device and an entry element enter the room the diversionary device is set to be deployed in, the command of *"**NO BANG, NO BANG, NO BANG**"* should be used.

**Command Initiated.**

Command Initiated Diversionary Device Load

Used in conjunction with the reloadable diversionary device body, is most commonly used in tactical situations by Law Enforcement and Corrections and was designed for instantaneous and remote initiation. It is well suited for either staging with the optional staging (holding) device or for

LVMPD 009814

| | |
|---|---|
| | operations utilizing bang poles. Some assembly, optional equipment, and additional training are required. These types of deployments allow the bottom port to be positioned to focus the pressure (blast) wave towards or away from a target area.<br><br>Command Initiated reload produces a loud report, brilliant flash, and short heat duration. It contains no separating sub-munitions, and does not eject any particles or fragments. It also supplies the necessary level of over-pressure to achieve the desired distraction effect in dynamic situations.<br><br>The Command Initiated diversionary device unit should only be deployed in areas that have been visually observed to be clear of potential hazards and are to only be used when properly inserted and tightened into the diversionary device body. Do not discharge the reload without the use of the diversionary device body.<br>*CAUTION: DO NOT cut the Thermo Tube lead prior to splicing additional lengths of Thermo Tube. The Thermo Tube lead has been protected from moisture with a plastic nipple that is to be removed at the time of splicing.* |
| Practical | Students will conduct practical exercise based on the demonstration parameters given above |

# BIBLIOGRAPHY

LVMPD Basic SWAT School (2007)

LVMPD SWAT Intermediate School Training. (2008)

LVMPD SWAT Section Policy (revised 2019)

National Tactical Officers Association NTOA Tactical Response and Operations Standards for Law Enforcement Agencies (2015)

LVMPD SWAT Tactical Manual. (2016)

Safariland Training Group Diversionary Device Instructor Course (2018)

J&N Tactical Bang-Pole operational guidelines (www.flashbangpole.com) (2008)

LVMPD SWAT team discussion group (2019)

Officer Dewane Ferrin

Officer Jay James

Officer Karl Knowles

Officer James Bertuccini

Officer John Susich

Officer Levi Hancock

(Group involved in thousands operational missions with LVMPD SWAT.)

# TEST QUESTIONS

## Stun Stick

**Instructor:** _____

**Name:** _____     **Date:** _____

**P#:** _____                              **Score:** _____

## Practical Application

1. Demonstrate through practical application the proper set up for stun stick.

    **PASS / FAIL**

2. Demonstrate through practical application proper stun stick deployment.

    **PASS / FAIL**

3. Demonstrate through practical application proper communication techniques for stun stick tactics

    **PASS / FAIL**

LVMPD 009817

# TEST QUESTION ANSWERS

1. Demonstrate through practical application the proper set up for stun stick.

    *Determine if a Fire Department pike pole that has been converted to a Stun-Stick or a commercially manufactured bang pole is going to be utilized,*

    - *Using a wrench or pliers, unscrew the base plate that holds the body of the diversionary device.*
    - *The base plate will open in 2 pieces, remove the section not attached to the bang pole.*
    - *Place the diversionary device between the 2 plates and return the base plate on top of the diversionary device.*
    - *Tighten the screws to hold the divisionary device in plate.*
    - *Using wire cutters or small bolt cutters, clip the spoon to the M201A1 fuse on the diversionary device at the initial bend traveling from bottom to top. (This will allow the spoon to fully deploy when the pin is pulled. Leaving the whole spoon on will increase the chances of the spoon catching on something and causing the diversionary device not to detonate).*
    - *Locate the snap clip / small carabineer attached to the pull cord near the top of the diversionary device.*
    - *Clip and lock it into the pull ring "pin" of the diversionary device.*

2. Demonstrate through practical application proper stun stick deployment.

    - *Once in position with the cover Officer, Stun Stick Officer will utilize the stucco, block or wood portion of the wall next to the window for cover and or concealment.*
    - *To deploy the device, the Stun-Stick Officer will breach either the top right side or the top left side of the window with the window breaching option that is attached to either the pike pole or commercially manufactured bang pole.*
    - *Once the stun-stick has been introduced inside a structure, the stun-stick will be pushed to the top of the room as close to the ceiling as possible. There are a few reasons why this is important, but most importantly, it helps reduce the possibility of unintended injuries if the diversionary device is as high as possible in the room and secondly, it gives a tactical advantage by creating lag time increasing effectiveness of the stun stick tactic.*
    - *The Stun Stick Officer pulls on the handle/cord which pulls the diversionary device pin out and activates the M201A1 fuse to set off the device.*
    - *Once the distract device has been deployed, the stun stick Officer has the option of raking out the window or removing the window coverings.*

3. Demonstrate through practical application proper communication techniques for stun stick tactics.

    - *The stun stick usually will be deployed on the verbal command of "DISTRACT, DISTRACT, DISTRACT" from the assistant team leader or Team leader unless the plan dictates otherwise.*
    - *If the stun-stick Officer cannot deploy the diversionary device, it fails to detonate, or the stun-stick team is slow to deploy the device and an entry element enter the room the diversionary device is set to be deployed in, the command of "NO BANG, NO BANG, NO BANG" should be used.*

LVMPD 009818