# Exhibit Q - Body Worn Camera Video

- Sgt. Russell Backman
- Ofc. James Bertuccini
- Ofc. Kai Hoskins
- Ofc. Kerry Kubla
- Ofc. Brice Clements
- Ofc. Alex Gonzales
- Ofc. James Rothenburg