# Exhibit T - Photographs of James Rothenburg's ballistic shield





LVMPD 002061



LVMPD 002062



#3816

LVMPD 002063