**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com

Attorney for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS, and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; MELANIE O'DANIEL, in her individual capacity and DOES I-XX, inclusive,<br><br>Defendants. | Case Number:<br>2:24-cv-00074-APG-NJK<br><br>**LVMPD DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBIT Q ATTACHED TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 55)** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel ("LVMPD Defendants"), by and through their counsel, Marquis Aurbach, hereby submit their Notice of Manual Filing of Exhibit Q attached to their Motion for Summary Judgment (ECF No. 55).

/ / /

/ / /

/ / /

MAC: 14687-428 (#5893785.1) 5/16/2025 9:59 AM

Exhibit Q is a flash drive containing the body worn camera videos of Sgt. Russell Backman, Ofc. James Bertuccini, Ofc. Kai Hoskins, Ofc. Kerry Kubla, Ofc. Brice Clements, Ofc. Alex Gonzales and Ofc. James Rothenburg.

Dated this 16th day of May, 2025.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants LVMPD, Kerry Kubla, Brice Clements, Alex Gonzales, Russell Backman, James Rothenburg, James Bertuccini and Melanie O'Daniel

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' NOTICE OF MANUAL FILING OF EXHIBIT Q ATTACHED TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 55)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 16th day of May, 2025.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: N/A

*s/Sherri Mong*
An employee of Marquis Aurbach

MAC: 14687-428 (#5893785.1) 5/16/2025 9:59 AM