## INDEX OF EXHIBITS

| # | Description |
|---|---|
| 1. | CIRT Report – Confidential filed under seal as Exhibit 1 to Plaintiff's Motion to Modify Protective Order filed under seal on February 4, 2025 *(identified but not attached)* |
| 2. | Deposition Transcript of Kerry Kubla, taken October 11, 2024 |
| 3. | Deposition Transcript of James Bertuccini, taken July 12, 2024 |
| 4. | Deposition Transcript of Latia Alexander, taken August 23, 2024 |
| 5. | Deposition Transcript of James Rothenburg, taken July 17, 2024 |
| 6. | Deposition Transcript of Melanie O' Daniel, taken December 17, 2024 |
| 7. | Deposition Transcript of Russell Backman, taken October 3, 2024 |
| 8. | Deposition Transcript of Justin Roth, taken January 8, 2025 |
| 9. | Deposition Transcript of Reggie Rader, taken February 21, 2025 |
| 10. | Deposition Transcript of Adrian Beas, taken March 28, 2025 |
| 11. | Deposition Transcript of Brice Clements, taken October 7, 2024 |
| 12. | Deposition Transcript of Garth Findley, taken February 5, 2025 |
| 13. | Body Worn Camera Footage of Defendant Russell Backman |
| 14. | Body Worn Camera Footage of Defendant Brice Clements |
| 15. | Body Worn Camera Footage of Defendant James Rothenburg |
| 16. | Body Worn Camera Footage of Defendant Kerry Kubla |
| 17. | Body Worn Camera Footage of Defendant James Bertuccini |
| 18. | Body Worn Camera Footage of Defendant Alex Gonzales |
| 19. | LVMPD Swat Manual |
| 20. | Nevada POST manual excerpt on knock and announce |
| 21. | Statement of Kwame Crockett |
| 22. | Statement of Janeth Lopez-Quezada |
| 23. | Nancy L. Grugle, Ph.D., CHFP Expert Report |