# Exhibit 1

CIRT Report – Confidential filed under seal as Exhibit 1 to Plaintiff's Motion to Modify Protective Order filed under seal on February 4, 2025 *(identified but not attached)*