# Exhibit 13

# Body Worn Camera Footage of Defendant Russell Backman