# Exhibit 14

# Body Worn Camera Footage of Defendant Brice Clements