# Exhibit 15

# Body Worn Camera Footage of Defendant James Rothenburg