# Exhibit 16

# Body Worn Camera Footage of Defendant Kerry Kubla