# Exhibit 17

# Body Worn Camera Footage of Defendant James Bertuccini