# Exhibit 18

# Body Worn Camera Footage of Defendant Alex Gonzales (Two Videos)