# Exhibit 19

# Exhibit 19

LAS VEGAS METROPOLITAN POLICE DEPARTMENT

*Special Weapons and Tactics*



SWAT Section Manual
Revised: December 2021

M. O'Daniel, Lieutenant



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

CONTENTS

| | | |
|---|---|---|
| 1.0 | Special weapons and tactics | 8 |
| 1.01 | LVMPD SWAT History | 9 |
| 1.02 | SWAT Mission | 13 |
| 1.02.01 | Mission Philosophy | 13 |
| 1.03 | SWAT Vision | 13 |
| 1.04 | SWAT Goals | 13 |
| 1.05 | SWAT Section Strategic Plan | 14 |
| 1.06 | Organizational Chart | 15 |
| 1.07 | SWAT Section Organizational Chart | 16 |
| 2.00 | SWAT Personnel and Position Responsibilities | 17 |
| 2.01 | Personnel | 17 |
| 2.02 | SWAT Personnel Selection | 20 |
| 2.02.01 | Physical Fitness Standards | 21 |
| 2.02.02 | Conditions of Assignment | 22 |
| 2.02.03 | Dismissal | 23 |
| 2.02.04 | Reinstatement | 23 |
| 2.02.05 | Personal Appearance | 23 |
| 2.02.06 | Uniform | 23 |
| 2.02.07 | Outside Employment | 25 |
| 2.02.08 | Recruitment | 25 |
| 3.00 | Operations and Procedures | 25 |
| 3.01 | Team Activation and Command Structure during a SWAT Deployment | 25 |
| 3.02 | SWAT Call-out Emergency Communicator | 26 |
| 3.03 | SWAT Response Protocols: | 26 |
| 3.04 | Call-out Protocols | 27 |
| 3.04.01 | Primary on call Team Leader | 29 |
| 3.04.02 | Secondary On-Call Team Leader | 30 |
| 3.04.03 | Assistant Team Leader | 30 |
| 3.04.04 | Operators | 30 |
| 3.04.05 | Patrol Liaison Officer | 31 |
| 3.04.06 | First SWAT Officer on Scene | 31 |
| 3.04.07 | Recon Team | 32 |

LVMPD 001383



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

| | | |
|---|---|---|
| 3.04.08 | Team Members | 32 |
| 3.04.09 | Sierra Teams | 32 |
| 3.04.10 | SWAT Commander Response | 33 |
| 3.04.11 | Post Incident Debrief | 34 |
| 3.04.12 | After Action Reports | 34 |
| 3.05 | Off Duty Call-outs | 34 |
| 3.06 | Tactical Philosophy Statements | 35 |
| 3.06.01 | Tactical Advantage | 35 |
| 3.06.02 | Risk Management | 35 |
| 3.06.03 | De-escalation Efforts | 35 |
| 3.06.04 | Hostage Rescue Tactic | 36 |
| 3.06.05 | Room Clearing | 36 |
| 3.06.06 | Sierra Operations | 36 |
| 3.06.07 | Breacher Operations | 36 |
| 3.06.08 | Tactical K9 PSD (Patrol Service Dog) Operations | 37 |
| 3.07 | Barricaded Subject Incident | 37 |
| 3.07.01 | SWAT Internal Communications Plan | 37 |
| 3.08 | Suicidal Subject Incident | 38 |
| 3.09 | Hostage Taker Incident | 38 |
| 3.10 | Hostage Siege | 39 |
| 3.11 | Active Assailant | 39 |
| 3.12 | SWAT Emergency Response | 39 |
| 3.13 | MACTAC | 39 |
| 3.13.01 | Counter Assault Team (CAT) Response to a Complex Coordinated Attack | 39 |
| 3.13.02 | Civil Unrest/Riot Response | 42 |
| 3.14 | High Risk Search Warrant Service | 42 |
| 3.15 | Response at High Risk Events / Venues | 43 |
| 3.16 | Dignitary Protection | 43 |
| 3.17 | Crime Suppression | 43 |
| 3.18 | Firearm Destruction Detail | 43 |
| 3.19 | Narcotic Destruction Detail | 43 |
| 3.20 | Participation in Community Events | 43 |
| 3.21 | Mutual Aid | 44 |
| 4.00 | TRAINING | 44 |

LVMPD 001384



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

4.01        Training Management ................................................................. 44
4.01.01        Firearms ............................................................................ 46
4.01.02        Firearms Training/Qualification ....................................... 46
4.01.03        Defensive Tactics (DT) ..................................................... 47
4.01.04        Reality-Based, Force on Force Training ........................... 47
4.01.05        Specialized Cadres and Competencies ........................... 48
4.01.06        Sierra Team ...................................................................... 48
4.01.07        Breaching .......................................................................... 48
4.01.08        Training .............................................................................. 49
4.01.09        Failure to Maintain Competencies ................................... 49
4.02        SWAT Basic Training Curriculum .......................................... 50
4.03        New Sergeant Training Program ........................................... 50
4.04        New Officer Training Program ............................................... 53
4.05        Interoperability with Department Entities .............................. 57
4.06        In-Service Training ................................................................. 57
4.07        Testing and Evaluation (T&E) Process ................................. 57
4.07.01        Upon Completion of T&E ................................................... 59
4.08        Specialty Vehicle Operations Training ................................... 59
4.09        Seminar / Conference Training Requests .............................. 60
4.10        Ride Along .............................................................................. 60
5.00        Equipment .............................................................................. 61
5.01        Ballistic vests ......................................................................... 61
5.02        Less Lethal Option .................................................................. 61
5.04        Ballistic Helmet ...................................................................... 61
5.05        Vehicles and Authorization for use ........................................ 61
5.06        Specialized Weapons – Individual Issue ............................... 62
5.07        Issuance of Department Ammunition and Equipment ........... 63
5.08        Body Worn Camera Procedure ............................................... 63
5.09        Enhanced SWAT Capabilities ................................................ 67
5.09.01        Breaching Shotgun ............................................................ 67
5.09.02        Explosive Breaching .......................................................... 67
5.09.03        Heavy Weaponry ............................................................... 68
5.09.04        Semi-Automatic and Automatic Modes of Fire .................. 68
5.09.05        Use of Chemical Agents .................................................... 68

LVMPD 001385



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

| | | |
|---|---|---|
| 5.09.06 | Use of Less Lethal Specialty Munitions | 68 |
| 5.09.07 | Use of Noise/Flash Diversionary Devices (NFDD) | 69 |
| 5.09.08 | Rope / Climbing | 69 |
| 5.09.09 | Sierra Team Precision Rifle | 69 |
| 5.09.10 | Munitions and Weapons Security | 69 |
| 5.10 | Specialty Vehicle Operations | 70 |
| 5.10.01 | SWAT Vehicles-Specialized (Bear and Bear Cats) | 70 |
| 5.10.02 | Specialty Vehicle-Authorization for Use | 71 |
| 5.10.03 | Specialty Vehicle Maintenance/Service | 71 |
| 5.10.04 | Tactical Operation Center (TOC) | 71 |
| 5.10.05 | Tactical Rescue Vehicle (TRV) | 71 |
| 5.10.06 | Raid Van and Suburbans | 71 |
| 5.11 | Inspections | 72 |
| 6.00 | Administrative Reports | 72 |
| 6.01 | SWAT Section Daily Log | 72 |
| 6.02 | Reporting Overtime / Callout | 73 |
| 6.03 | Facilities Maintenance and Security | 73 |
| 6.04 | Semi-annual Report | 73 |
| 6.05 | Range Gate Codes and SWAT House Keys | 74 |
| 6.06 | Monthly and Quarterly Audit Emails | 74 |
| 6.07 | After Action Reports and SWAT Officer's Reports | 74 |
| 7.00 | Crisis Negotiation Team | 74 |
| 7.01 | Crisis Negotiations Team Mission | 75 |
| 7.02 | Crisis Negotiation Team Personnel | 75 |
| 7.02.01 | SWAT Bureau Commander | 75 |
| 7.02.02 | Crisis Negotiator Team Leader (CNTL) | 75 |
| 7.02.03 | Assistant Team Leader | 76 |
| 7.02.04 | SWAT Tactical Negotiations Logistics Coordinator Officer (TNLO) | 76 |
| 7.02.05 | Selection Criteria | 76 |
| 7.02.06 | Crisis Negotiation Team Member | 76 |
| 7.03 | Selection Criteria | 77 |
| 7.04 | Crisis Negotiation Team Positions and Responsibilities | 78 |
| 7.04.01 | Primary Negotiator | 78 |
| 7.04.02 | Secondary Negotiator | 78 |

LVMPD 001386



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

7.04.03       Intelligence Officer(s)......................................................... 78

7.04.04       Intelligence Coordinator .................................................. 78

7.04.05       Scribe................................................................................ 78

7.04.06       Search Warrant Officers .................................................. 79

7.04.07       Patrol Liaison Officer ....................................................... 79

7.04.08       Crisis Negotiation Team Volunteers ............................... 79

7.04.09       Volunteer Psychologist/ Psychiatrist .............................. 79

7.04.10       Selection Criteria ............................................................. 79

7.05          Uniform ............................................................................. 80

7.06          Training.............................................................................. 80

7.06.01       Availability for Training Days............................................ 82

7.07          Call Out Procedures......................................................... 82

7.07.01       On Call Status.................................................................. 82

7.07.02       Use of Alcohol.................................................................. 82

7.07.03       Unavailable for Duty ........................................................ 83

7.07.04       Removal from the Team ................................................... 83

7.07.05       Callout to a Hi-Jacked Plane in Clark County ................ 84

7.07.06       Barricade Operational Guideline...................................... 84

7.07.07       HRT Operational Guideline............................................... 85

8.00          Sierra Team....................................................................... 86

8.01          Mission .............................................................................. 86

8.02          Definitions.......................................................................... 87

8.03          Sniper/Observer Role and Responsibilities .................... 90

8.04          Utilization of Deadly Force............................................... 91

8.05          Sniper/Observer Directives Governing the Use of Deadly Force.............. 92

8.06          Sniper/Observer Selection ............................................... 93

8.06.01       Selection Process ............................................................ 93

8.07          Sniper/Observer Status .................................................... 95

8.08          Data Book .......................................................................... 97

8.08.01       Each Data Book will contain the following cards:........... 97

8.08.02       Zero Confirmation Target.................................................. 98

8.08.03       Cold Bore Confirmation Target ........................................ 98

8.08.04       Round Count Log............................................................... 98

8.08.05       Maintenance Log Cards.................................................... 98



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

| | | |
|---|---|---|
| 8.09 | Sniper Weapons System (s) | 98 |
| 8.10 | Sniper Weapon System Qualifications | 99 |
| 8.11 | Deployment of Sniper/Observer Team and Reporting Procedures | 100 |
| 8.12 | Sniper/Observer Reporting Procedures | 101 |
| 8.13 | Operational Equipment | 101 |
| 8.14 | Less Lethal Option | 103 |
| 8.15 | American Sniper Association | 103 |
| 8.16 | Other Definitions | 104 |
| 9.00 | Search Warrant Service | 107 |
| 9.01 | Procedure | 108 |
| 9.01.01 | Authorization phase | 111 |
| 9.01.02 | Planning phase | 113 |
| 9.01.03 | Reconnaissance phase | 114 |
| 9.02 | Warrant Service Briefing | 116 |
| 9.03 | Service of Warrant | 117 |
| 9.04 | Tactical Debrief | 118 |
| 10.00 | Breaching | 119 |
| 10.01 | Definitions | 119 |
| 10.02 | Basic Breaching Skill Methods | 125 |
| 10.03 | Advanced Breaching Skill Methods | 125 |
| 10.04 | Breacher | 125 |
| 10.05 | Master Breacher | 125 |
| 10.07 | Operational Master Breacher | 125 |
| 10.08 | Breaching Cadre | 126 |
| 11.00 | Less Lethal | 126 |
| 11.01 | Noise/Flash Distraction Devices (NFDD) | 126 |
| 11.02 | Low Roll Distraction Device | 128 |
| 11.03 | The 4-Gram Distraction Device | 129 |
| 11.04 | The Stinger Grenade | 129 |
| 11.05 | 40mm Aerial Warning/Signaling Munition | 130 |
| 11.06 | Chemical Munitions | 130 |
| 11.07 | Outdoor Chemical Munitions | 133 |
| 11.07.01 | The Triple-Chaser Grenade (Saf-Smoke & CS) | 133 |
| 11.07.02 | Spede-Heat Grenade | 134 |

LVMPD 001388



# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
*Special Weapons and Tactics*

11.07.03   Riot Control Grenade ................................................................ 134

11.07.04   Han-Ball Rubber Ball Grenade (Saf-Smoke & CS) ................................ 135

11.07.05   Colored Smoke Grenades ........................................................ 135

11.07.06   Military Style Maximum Smoke Grenade .......................................... 136

11.07.07   Saf-Smoke Grenade ............................................................. 137

11.07.08   Pocket Tactical Grenade (Saf-Smoke & CS) ..................................... 137

11.08.00   Indoor Chemical Munitions ..................................................... 138

11.08.01   OC Vapor Aerosol Grenade ...................................................... 138

11.08.02   The Aerosol Grenade ........................................................... 138

11.08.03   40mm Ferret Round ............................................................. 139

11.08.04   Tri-Chamber Flameless Grenade (OC & CS) ....................................... 140

11.08.05   Pepperball Launcher............................................................141

11.08.06    Aerosol Munitions                                                          141

11.09.00   Less Lethal Control Devices ................................................... 141

11.09.01   Launcher ...................................................................... 142

11.09.02   40mm eXact iMpact Sponge Round ................................................ 142

11.09.03   40mm Direct Impact Round ...................................................... 143

11.09.04   40mm Direct Impact Extended Range Round........................................ 144

11.09.05   40mm Wood Baton Round.......................................................... 144

11.09.06   40mm Foam Baton ............................................................... 145

11.09.07   40mm Rubber Baton.............................................................. 145

12.0       Vertical Access and High Angle Operations ..................................... 146

APPENDIX ................................................................................ 151

## 1.00   Special weapons and tactics

LVMPD Special Weapons and Tactics exists to preserve peace and conduct rescues in support of the Sheriff of Clark County's obligations as set forth in NRS 248.090 & 092, This is done, in

LVMPD 001389



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

part, through LVMPD SWAT's response to high-risk incidents which exceed the tactical capabilities of first responding law enforcement assets.

The objective of this manual is to codify the day-to-day operations of the Las Vegas Metropolitan Police Department's Special Weapons and Tactics (SWAT) team. The procedures codified in this document are consistent with the department's objectives, policies, procedures, and conform with the best practices and policies recognized by the National Standards set forth from the International Association of Chiefs of Police (IACP) and the National Tactical Officer Association (NTOA).

Each mission may call upon different means for a successful resolution. The guidelines are intended so officers and supervisors assigned to the SWAT section employ their knowledge, skills, and abilities (KSA's) to formulate methods of operation and plans of action for the missions assigned to the section. As the section's technical and tactical skills increase and broaden, guidelines will be amended.

The purpose of this manual is to provide officers assigned to the SWAT section with written guidelines for which they are to operate. As such, this document does not include a standard method for handling all critical incidents to which the section may be assigned.

Officers will maintain their own copies of the manual with updates and changes and are required to know and adhere to the guidelines therein while assigned to the SWAT section.

If an officer becomes aware of a conflict between LVMPD policy, Civil Service rule, or current contract, it is their responsibility to bring it to the attention of SWAT section supervisors. Tactical principles are constantly changing. What is current tactical thinking today may become obsolete tomorrow. As such, this document does not include a standard method for handling all tactical missions which the section may be assigned.

Once a year or as needed the Tactical Commander (TC) will review and make recommendations for any needed changes to this manual. All changes to this manual must be approved by the SWAT Commander.

## 1.01    LVMPD SWAT History

*This section of the policy manual is included only as a historical record and as a way to familiarize new members as to the progression of the Special Weapons and Tactics team within the Metro organization.*

The Las Vegas Metropolitan Police Department Special Weapons and Tactics Section was created in 1974 with the title of 'Tactical Unit' and was more commonly referred to as the 'Back-up Squad'. This 'Squad' was divided into two teams which provided seven-day a week coverage on swing shift. Each team consisted of a Sergeant and five officers. The common day was Wednesday and was reserved for training, although training was sparse during the first two years.

LVMPD 001390



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Initially the officers worked exclusively in uniform, driving marked police vehicles. When off-duty, they put their gear in the trunks of their personal cars. They were on call by means of a home phone or monitoring personal scanners while away from their residences.

The original concept was to provide the Patrol Bureau with a force of officers who could handle a variety of situations without depleting the squads assigned to the areas. Some of the duties were as follows:

- Saturate high crime areas.
- Assist any patrol squad upon request with any unique problem or situation.
- Cut down the robbery rate and 'high fear' street crimes by predicting possible 'hot spots', and by devising methods to cause in progress apprehension of suspects.

The officers deployed numerous methods to achieve these goals, some of which included uniform in black and white, uniform in plain cars, plainclothes, on foot, in alleys, atop buildings, etc. Through trial and error methods and many successes which followed, it became clear that the plainclothes mode was a more successful approach. It was also becoming clear; Patrol officers were contacting the Unit more and more to assist them with problems they could not handle by virtue of their high visibility. These requests included surveillance of stolen vehicles, following suspicious persons on foot or in vehicles, making 'walk-thru' or bar checks for suspicious persons, etc. Tactical missions and search warrant services were a rare occurrence and required the request of a high-ranking officer for the use of the unit. During this period the unit did successfully complete a hostage rescue of Nita Jetland at the Home Savings and Loan located at Maryland Parkway and Karen.

From 1974-1976 the only special equipment issued to the officers were semi-automatic AR-15's. Officers were provided one call-out uniform and expected to purchase needed gear. The majority of the equipment was surplus military items. The AR-15's were maintained in the department armory and could only be released by the order of the Deputy Chief of Patrol. The term SWAT was not used. The section was using a .243 caliber bolt action 700 BDL sniper rifle and changed to a .308 caliber rifle after the home savings and loan incident. On July 4, 1976, the phrases 'Back-Up Squad' and 'Tactical Unit' were eliminated and the true title 'S.W.A.T.' was officially sanctioned.

In 1976 the unit also received fully automatic M-16's which were kept in the armory and were only issued out during training exercises. In addition, the Department had possession of several Smith & Wesson M-76 and MAC 10 sub-machine guns which were also utilized. The M-76's were purchased by the old Clark County Sheriff's Department and the MAC 10's were purchased in 1982.

From 1979-1980 the SWAT Section obtained enough vehicles to outfit one entire on duty team. The on-call team kept the vehicles during the work week, and on the common day of Wednesday the officers would drive to the on-coming team's homes, pick up the officer, and proceed to training. This was required to be conducted prior to the duty day. At the end of the shift on Wednesday the new on-call team would drive the team members, who were on their days off.

LVMPD 001391



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

The officer would store his gear in his home until coming to work the next week. There was a large portion of off duty time spent doing the weekly vehicle swaps.

During this period the teams consisted of seven officers each. The majority of call-outs were handled by these officers, and it was a rarity to receive permission to call in other officers to assist. In 1980 the SWAT section finally obtained pagers for everyone. Officers handed off weapons to the on-coming team.

In 1986 SWAT obtained the Beretta PM12S submachine guns and officers were assigned take-home weapons. Officers did not have assigned vehicles until 1990 when enough vehicles were obtained to outfit the entire section.

By the late 1980's the City and County were starting to see the arrival of the gang trend, and gang violence driven by the arrival of rock cocaine. At the time, there was no department policy requiring units serving search warrants to utilize the SWAT unit. A department policy mandating the use of the unit for certain high-risk warrants was drafted and implemented. During this period officers were tasked with a street narcotics role. Officers conducted mini narcotics unit operations when not assigned to tactical missions. The use of informants, undercover, and CI buys were an expected portion of the SWAT officer's duties.

Search warrant service began to increase. Officers were not provided time for physical training. The team training schedule consisted of three days a month or thirty hours total. As the increase in tactical missions occurred, the need for additional emphasis on the tactical team functions leadership, and items such as Aim points, ballistic helmets, ballistic shields, and tactical gas masks were purchased. Items such as LASH sets, door rams, and light mounted weapons, enabled the unit to better accomplish the mission.

In 1988 the use of Shock Lock and the deployment of distracts was allowed. The building of the tactical training facility was accomplished with no monetary support from the department. The facility was a two-story, multi-room facility that replaced a one room entry training house.

By the 1990's the unit had evolved into a full-time tactical unit with an emphasis on tactical duties. Vehicles were purchased to accomplish the unit's mission. The suburban's, vans, and APC's are examples. By 1990 the section had all new vehicles. The equipment programs had revamped and upgraded the sniper package, pyrotechnic package, and the gas package. Training has been continually upgraded through the years. During the late 1980's and early 1990's four additional officers were added to each team. In 1993 the use of the Tactical Medic program was started. The use of K9 for assistance was also implemented and is now considered routine.

The section is responsible for the administration, training, supervision, and deployment of the Crisis Negotiators Team. The Crisis Negotiators Team is comprised of fourteen officers and civilians who work in various areas of the department. Prior to assignment to the section, the unit functioned under a different chain of command and did not report to the tactical unit.

LVMPD 001392



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

As of 1994, the SWAT Unit's major task has been to serve high risk warrants for the entire department, as well as assisting other law enforcement agencies with their high risk warrants. SWAT executed approximately 200 high risk warrants per year for the five years from 1996-2001. The number of tactical call-outs continued to increase. Another task is training provided to the department. Twenty five percent of SWAT's time is dedicated to internal skills, warrant service tactics, and riot control tactics for over three thousand officers who have attended our in-service and basic training classes.

In 1999 an incident occurred in Colorado known as 'Columbine'. A high school was attacked by two students who were armed with numerous weapons as well as explosives. The incident was neither a barricade nor a hostage crisis. It was a killing spree. Twelve students were killed as well as a teacher. This type of incident became known as an 'Active Shooter'. The section, led by the Training Section, developed a tactical response to this type of event and eventually instructed all department members to respond appropriately and effectively. This training is now standard for all recruits in the academy. Because of a documentary of the SWAT team filmed by the Discovery Channel, numerous agencies from around the country have inquired as to this training and have benefitted from our 'Active Shooter' training videos and lesson plans.

In 2001 an aggressive push to incorporate new technology and update the weapons and tactical equipment utilized by the teams was initiated. This push was carried forward by the SWAT Commander assigned to the unit at the time, as well as the Command Staff of the agency. In the five years from 2002-2007 the unit replaced all of its weaponry to include the Colt Commando M-16/M-4/M1A2, H & K MP5, Glock 17C, AR-10, Accuracy International .308, Barrett 50 caliber, FN303, 37- and 40-millimeter multi-launchers, and the X-26 Taser. The unit also standardized the handgun carried by operators. Prior to 2007 operators carried personally owned handguns of the caliber and brand they preferred (within department policy). The explosive breaching capabilities of the unit were greatly expanded from 2001 and on. The unit has, by informal survey, the most live mission explosive breaches of any police unit in the country. The federal government works closely with the unit to produce training for several agencies around the world.

From 2001-2005 the SWAT Commander made a concentrated effort to add to the technological capabilities of the unit. The unit was able to design and create funding for a mobile Tactical Operations Center which went into service in early 2006. A tactical robot, the Andros V, was delivered at the same time. In the fall of 2005 and again in early 2006, the unit took delivery of the first purpose built tactical Armored Personnel Carriers the Lenco Bear Cats. In early 2007, an additional APC was added, the larger Lenco Bear.

Many changes in the 'tactical package' also took place during this time frame. The unit brought on volunteer psychologists and psychiatrists to respond on call outs. A search warrant writing team was also put together and rolls with the call out teams. The search warrant team is able to save hundreds of man hours because they are able to obtain a warrant for a target location, usually within twenty minutes of their arrival on scene. The use of the TASS (Technical and Surveillance Section) section on call outs was also increased. Now the technology to hear and listen in on the target location rolls with the team on all call outs.

LVMPD 001393



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Agencies around the country could benefit from the talents, experience, and expertise of the officers in this unit, and it was decided that the unit should host an Intermediate SWAT School. In 2003 the unit hosted its first Intermediate SWAT School and it has been well attended and well received each year.

In the fall of 2005, the unit played host to the National Tactical Officers Association Conference (NTOAC). It was the largest conference to date for the organization. There were over nineteen different training sites utilized with over five hundred of the nation's best tactical officers in attendance. This event placed the unit squarely in the eye of the national tactical community, and our reputation grew as a result.

## 1.02   SWAT Mission

The mission of the Las Vegas Metropolitan Police Department SWAT team, in conjunction with the Crisis Negotiation Team, is to secure the voluntary surrender of individuals in crisis and/or to conduct high-risk operations in support of our department's initiatives.

### 1.02.01      Mission Philosophy

The team's philosophy is to peacefully resolve critical incidents and high-risk situations with no loss of life through managing risk and incorporating intelligence into the tactical decision-making process. Even if this mission is not immediately accomplished, both teams are equipped with the ability to gather crucial intelligence and buy valuable time which will allow for better decision-making and tactical planning.

The Las Vegas Metropolitan Police Department demands that officers hold the highest regard for the dignity and liberty of all persons, and place minimal reliance upon the use of force. The department respects the value of every human life, and the application of deadly force is a measure to be employed only in the most extreme circumstances.

The sanctity of human life is paramount and SWAT officers will make every attempt to preserve life.

While life safety is a priority of SWAT, the specific circumstances will dictate the level of force necessary to adequately protect the public and the officers involved. Resolution of some incidents may require the specific application of various levels of force, up to and including deadly force.

## 1.03   SWAT Vision

The vision of the LVMPD SWAT section is to preserve life through excellence in intelligence-based tactical high-risk operations.

## 1.04   SWAT Goals

The goals of the LVMPD SWAT section are:

LVMPD 001394



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Ensure timely and appropriate response to the tactical needs of the community and the department.
- Enhance the effectiveness of SWAT missions through training and tactics.
- Use technology to effectively advance the section.
- Promote a positive image of SWAT through public relations.
- Provide excellent service.
- Render support to the department by providing tactical training at both the basic and in-service levels.

**1.05   SWAT Section Strategic Plan**
Lead through empowerment and accountability

- Determine methods to better delegate tactical decision making to supervisors/designees
- Give SWAT officers the flexibility and authority to research best practices and hold them responsible for the takeaways
- Ensure that commander's intent is executed by the SWAT leadership
- Value our employees and those we serve
- Research and utilize new technologies that enhance tactical operations and officer safety
- Constantly further the overall education of SWAT officers
- Develop supervisors as leaders in addition to subject matter experts
- Focus on methods to enhance response times for callouts on critical incidents
- Develop a succession plan for SWAT Leadership to strengthen continuity of operations
- Recognize the family impact of the SWAT mission and support the officer and the family needs as much as possible
- Focus on improving tactics that value the sanctity of life
- Maintain readiness to respond to the needs of the community that is beyond the capability of a traditional response
- Maximize trust, transparency and communication
- Develop methods to display/demonstrate SWAT operations to key personnel
- Communicate reasons and methodology behind the changes of standard operating procedures
- Develop and enhance community relationships

LVMPD 001395



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**1.06    Organizational Chart**



LVMPD 001396



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**1.07    SWAT Section Organizational Chart**



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

## 2.00    SWAT Personnel and Position Responsibilities

### 2.01    Personnel

**SWAT Bureau Commander:** The SWAT commander holds the rank of captain and is responsible for the overall command of SWAT.

**SWAT Tactical Commander (TC):** The Tactical Commander holds the rank of lieutenant and is responsible to the administration of the SWAT section's mission. Will oversee search warrants or any other operation deemed high risk, all training within the section, responsible for deployment of the SWAT team, tactical decision-making and resolution of tactical operations.

**SWAT Back-up Tactical Commander:** A back-up TC will be available to cover specific TC duties on a regular interval as directed by the SWAT Commander. This position is held by the lieutenant assigned to the SWAT Bureau Homeland Security Saturation Team. The back-up TC will, at a minimum, cover SWAT Notifications through dispatch and cover callout in the absence of the primary TC.

**Team Leader:** The Team Leader holds the rank of sergeant and is responsible for the administration of a team of officers assigned to his team as well as the tactical planning on operations. Each Team Leader has supervisory duties associated with their assigned team. Duties and responsibilities include, but are not limited to, the following:

- When deployed at a SWAT incident and at the direction of the Tactical Commander, Team Leaders are in charge of all personnel assigned to containment, entry, less lethal plans and other related responsibilities.
- Ensures the safe and efficient performance of team members by conducting briefings, exercising supervisory oversight, addressing disciplinary problems, and critiquing of operations.
- Performs all general duties and responsibilities required of a field supervisor.

**Sierra Cadre Team Leader (SCTL):** The Sierra (Sniper/Observer or S/O) Team Leader holds the rank of sergeant and is responsible for the administration of a team of officers assigned to the SWAT Section Sierra cadre. Duties and responsibilities include, ensuring quarterly qualifications are done and sends an email to the Tactical Commander for any Sierra who has not qualified for the respective quarter. Ensures team training is done and is consistent for all Sierra's.

A senior Sierra Officer will serve as the Sierra Coordinator on tactical operations and command liaison between the Sierra Officers and the TOC. The Sierra Sergeant will *not* deploy as a S/O. The Sierra Coordinator's primary responsibility is coordination of Sierra activities with the TOC in support of the overall tactical plan.

LVMPD 001398



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Team Leaders will ensure the Sierra officers are wearing the BWC on their person and place the BWC on a tripod and/or helmet and pointed downrange once they are in their Final Firing Position.

When deployed in the Bearcat on the turret, snipers will leave their BWC on their helmets.

The Sierra Team Leader will ensure the safe and efficient performance of team members by conducting briefings, exercising supervisory oversight, addressing disciplinary problems, and critiquing of operations.

Performs all general duties and responsibilities required of a field supervisor and reports all matters pertaining to the Sierra Cadre to the Tactical Commander. Oversees all the team's deployments, equipment, records and training.

**SWAT Training Team Leader:** A sergeant responsible for all tactical training and the documentation of training as well as preservation of foundational training/best practice doctrine.

**Assistant Team Leader (ATL):** Holds the rank of Police Officer II-A2 and possesses the knowledge, skills, and abilities to assist the Team Leader with operations during a tactical incident. Assistant Team Leaders coordinate the placement of personnel, assists in developing tactical strategies, and implement those strategies when approved and authorized by the Team Leader and/or Tactical Commander.

Duties and responsibilities include, but are not limited to the following:

- Helps the TL determine the best locations for placement of SWAT team members, identifies safest approach routes, best entry points, and recommends tactical options.
- Recons and pre-plans for high-risk search warrants by planning tactics, assists with assigning team member responsibilities for the plans, and provides those recommendations to the Team Leader who will initiate and command the high-risk search warrant service.
- Ensures the Team Leader is fully briefed on operations.
- In the absence of the Team Leader, the Assistant Team Leader on duty will ensure that the day-to-day operations of the team are uninterrupted, remain fluid and are consistent with the goals and directives of the Team Leader.
- Enhances the effectiveness of the team through guidance and training.

The Assistant Team Leader is appointed by the Team Leader and Tactical Commander for that respective team.

**Team Member / Officer:** Team members hold the rank of Police Officer II-A2 and are currently assigned to SWAT as an operator within the section.



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Newly Assigned Member / Officer:** Newly assigned SWAT personnel are given a 12-month probation and 6--month rating period to assess their overall competence, confidence, and ability to support the SWAT mission.

**SWAT Logistics Coordinator:** Maintains all of the equipment used by the Crisis Negotiations and SWAT Team, assists in the maintenance of all SWAT section vehicles and related equipment. Responsible for the maintenance and accountability of weapons, equipment, ammunition, distraction devices, specialty impact munitions, pyrotechnics, and other administrative tasks assigned by the Tactical Commander.

Assists the tactical operations of the team when needed, acts as the Patrol Liaison Officer between the SWAT Tactical Commander and the Patrol Incident Commander, along with any other assignment given by the SWAT command staff.

**Training Team:** Will consist of officers who are subject matter experts responsible for bureau, agency and outside agency training. Officers will be assigned to Training Team at the Tactical Commander's discretion. Primary responsibilities consist of but are not limited to the following:

- Preserving tactical philosophy and doctrine
- Forecasting annual training strategy
- Planning, developing, implementing, coordinating, and evaluating training curriculum
- Ensuring uniformity of training amongst the separate squads within SWAT
- Use of Force training
- Seeking viable outside training opportunities to support best practice within SWAT
- Oversight and coordination of scenario-based training
- Firearms/Defensive tactics
- Physical fitness testing
- Administering the Basic and Intermediate SWAT schools
- Administration of training and qualification in firearms and special weapons manipulations
- Training in special purpose vehicles operations
- Maintaining training records and ensuring hard copies are backed up into OnBase
- Revising LVMPD SWAT approved lesson plans on a 24-month interval
- De-escalation training
- Reporting SWAT training status to the Tactical Commander

The Training Team shall have a coordinated training effort with other criminal justice agencies to increase effectiveness, improve coordination, and promote better understanding in the sharing of knowledge and resources.

Members are encouraged to seek out training that would prove beneficial to the section and submit documentation through their respective chain of command for consideration to attend. Documentation would include a course schedule, location, dates and times, tuition, and associated fees. Memos should be submitted as soon as the operator becomes aware of the

LVMPD 001400



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

course as the budget for training is limited. At the conclusion of the training a memo will be written that includes the take aways and lessons learned in the class. All outside training requests will be submitted through an officer's respective chain of command, will be reviewed by the Tactical Commander and the Sergeants for viability before being forwarded to the SWAT Commander.

**Auxiliary Personnel:** SWAT will use auxiliary personnel, including volunteers, in areas where their expertise and services are most beneficial to the section, department, and community. Auxiliary personnel are not sworn officers and will not perform duties as such. Auxiliary personnel will not be armed while engaged in functions of the section. To further the safety and security of auxiliary personnel they will receive familiarization training in the standard tactical practices of the section. In any tactical or critical environment wherein the section is deployed, auxiliary personnel will assist only upon request of the Tactical Commander.

**Cadre:** A group of officers led by a Team Leader who possess the specialized tactical knowledge and/or skills utilized by the section. The Team Leader for their perspective cadre will be responsible for the training, outside training, equipment and will have a succession plan in place for future cadre members who will come up from the ranks. The Cadre TLs may recommend which officers are assigned to each specialty cadre. *The final decision of cadre assignment rests with the Tactical Commander.*

**2.02    SWAT Personnel Selection**

Recognizing the nature of SWAT operations requires:

- Leadership
- Discipline
- Integrity
- Accountability
- Emotional Intelligence
- Functional fitness
- Mission-capable professionals


The LVMPD SWAT section will select its members through a fair and non-discriminatory process, which measures an applicant's ability to be trained in and perform the essential tasks deemed necessary for the performance of SWAT missions and contribute positively to the progression of the section.

Members of the LVMPD SWAT section must possess certain personal characteristics, abilities, and traits, some of which are courage, self-discipline, initiative, decisiveness, accountability, loyalty, maturity and a thorough understanding of team and teamwork. Individual abilities include good motor coordination, good shooting skills, and the capability to think clearly, and perform decisively even while under great stress. Applicants who possess these traits and are in good

LVMPD 001401



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

physical condition are usually capable of being trained in the essential tasks required of SWAT operators. The selection process is designed to measure the quality of the candidate against the traits, characteristics, and abilities.

New officers/sergeants must be CIT and Rifle Certified to apply for SWAT.

**2.02.01 Physical Fitness Standards**

Levels of performance are required for carrying out SWAT missions or tasks. Therefore, evaluation of individual officer performance must be measured. It is essential the guidelines that all members assigned to the section are physically ready to perform the tasks of SWAT officers.

Every officer must pass a physical fitness (PT) standards semi-annually. The PT test is optional for SWAT leadership. Every commissioned member from the rank of sergeant and below, must pass an obstacle course as an entry requirement for transfer into the section. These tests will only be administered by a SWAT Sergeant.

In order to support the physical fitness standards of the section, one hour of on-duty time is designated to physical fitness training. This training need not be structured or specified by the supervisor.

Below are the current SWAT Physical Fitness (PT) Standards:

- 1.5 Mile Run          14:40 minutes
- 300 Meter Run         64.3 seconds
- 1 Rep Bench Press     84% of body weight
- Push Ups 40           1 minute
- Sit Ups 40            1 minute
- Body-Weight Pull Ups  2
- Vertical Jump         15.5 inches

**SWAT O Course**

- 9:30 minute timed course (individual)
- 10 second penalty for every round not hitting within the desired location of the target

The O Course test will be completed during the testing process coordinated through Human resources at the time designated by the SWAT transfer testing dates. These tests will only be administered by a SWAT Sergeant and overseen by the Tactical Commander and/or the Bureau Commander.

All scheduled physical fitness tests are considered mandatory events to be completed in a timely manner set by the Training Section. Those officers who miss the scheduled time will make up

LVMPD 001402



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

the test within two weeks of returning to duty. Those injured must have proper documentation on file to be exempt from any portion of the tests. When they return to full duty after an extended absence or injury they will be expected to pass a physical fitness tests before they become operational on missions.

Since the performance of the team is a collaborative effort, if any officer feels unable to meet the SWAT physical fitness standards, the officer should inform his Team Leader and request a transfer outside of the SWAT Section. Admitting that you can no longer complete the SWAT mission is courageous and it will be the Tactical Commander's intent to accommodate the requesting officer.

**2.02.02    Conditions of Assignment**

Candidates must be willing and able to do the following at the time of transfer:
- Be on call twenty-four hours a day, seven days a week, (24/7), and be responsive to a department-issued communicator
- Routinely work varying hours, shifts, and frequent overtime/callout. An officer who is consistently unavailable for callout or overtime on their RDO's will be considered for dismissal from the unit in consultation with Labor Relations.
- Be able to respond to callouts and arrive at any location in the Las Vegas valley within 45 minutes under normal conditions
- Accept direction from SWAT Training Sergeant, SWAT Lieutenant, Primary SWAT Tactical Commander and SWAT Commander as it pertains to training, administrative tasks and operations. Insubordination and circumventing the chain of command regarding the aforementioned factors will not be tolerated at any time and will be considered reason for dismissal from the unit.
- Teamwork is essential to the success of SWAT operations and those who demonstrate the unwillingness or inability to respectfully and professionally operate within the team environment will be subject to dismissal at the discretion of the SWAT Commander.
- SWAT is a specialized section that comes with extreme risks and responsibilities, as such all members will act with professionalism at all times. Any derogatory, inflammatory comments, or subversive actions will be subject to dismissal at the recommendation of the Tactical Commander and discretion of the SWAT Commander.
- Be responsible for the care and maintenance of an LVMPD vehicle, firearms, and other issued equipment
- Ensure efficiency and timeliness with all administrative paperwork, documentation and after-action reports
- Accept the risks associated with the duty requirements of a SWAT officer
- Successfully pass the 120-hour Basic SWAT School
- Maintain physical fitness to section standards and be evaluated annually

LVMPD 001403



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Satisfactorily complete any or all of the following tests without notice: physical fitness, weapons qualification, specific tactical assignment, as well as any other scheduled testing

**2.02.03      Dismissal**

The very nature of SWAT operations and the responsibilities therein requires discipline, physical fitness, and mission-capable individuals. Members must be able to function as individuals within a team environment for long hours under physically and mentally stressful conditions and varying environments.

To maintain this section's ability to respond to every challenge, task, and mission to which it is assigned, only these operators who maintain the skills, standards, and qualities equal to the task will remain within the section. All SWAT team members must maintain adequate levels of performance based on the individual, team, and bureau skills as enumerated in department policy and section guidelines.

Failure to maintain adequate levels of performance or physical fitness standards will be grounds for dismissal from the section. Any team member may be dismissed when there is a consensus from leadership and backed up by documentation of performance-related issues. The SWAT bureau commander will be the final authority for such a dismissal.

**2.02.04      Reinstatement**

Officers that are re-assigned to the section must successfully complete Basic SWAT School prior to being deemed fully operational. Officers out for an extended period of time pending an administrative review may be required to attend mandatory refresher training at the discretion of the Tactical Commander and approved by the SWAT Commander prior to going operational.

**2.02.05      Personal Appearance**

While on duty and/or representing the department, uniformed or otherwise, all members of the department will be neat and clean in their appearance in public, and hairstyles will be reasonable, conservative and appropriate. All members of the SWAT section will conform to the Personal Appearance Policy in the Department Manual 4/107.00.

LVMPD maintains a "clean-shaven" policy. However, the department recognizes that a certified medical condition aggravated by shaving may prevent some department members from complying with the established policy. Absent a certified medical condition, all members of LVMPD SWAT will be held to the "clean-shaven" policy while on duty.

**2.02.06      Uniform**

SWAT BDU:
Will be worn during duty hours (except during tactical operations or training). It will be worn While assigned to community events and/or other administrative assignments.

LVMPD 001404



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

SWAT Tactical Response Uniform:
Will be worn during duty hours during tactical operations and training. The Tactical Response Uniform will be purchased for future transfers to the SWAT section. Absent this Tactical Response Uniform, the member will wear the LVMPD issued BDU uniform.

Shirt
1. Long Sleeved Shirt
   a. Purpose built for tactical operations and designed to be no melt/no drip and worn under body armor for extended periods of time.
   b. Torso fabric consists of a light weight, moisture wicking, material.
   c. Sleeves consisting of a Mil-Spec 50/50 NYCO ripstop type material with reinforced elbows and/or capable of accepting built-in elbow pads.
   d. Both sleeves must contain hook-and-loop fabric on the shoulders in order to affix LVMPD patches for identification purposes.
2. Colors
   a. SWAT and tactical support unit personnel are authorized to wear OD or Ranger Green shirts.
   b. SWAT snipers Sierras are authorized to wear multi-camouflage patterns consistent with SWAT operating procedures and environmental operational requirements.

Pants
1. Fatigue style pants with cargo pockets and reinforced knees and/or be capable of accepting built-in knee pads.
2. Pants may not be worn bloused.

Hats
1. SWAT and tactical support unit personnel are authorized to wear baseball caps that are black or OD Green, or Ranger Green in color. SWAT specific hat will have a Metro Star on the front, centered above the bill. All lettering will be subdued and consistent in color with current subdued lettering utilized by LVMPD Logistics.
2. SWAT Snipers Sierras, while deployed on Tactical Operations, are authorized to wear headgear conducive to effective camouflage that is consistent with SWAT operating procedures and environmental operational requirements.

Flight/Jump Suits
1. SWAT personnel are ONLY authorized to wear LVMPD issued OD Green or Ranger Green flight/jumpsuits with subdued lettering as a "Crisis Dress" option i.e. Active Shooter and only for tactical callouts. The Flight suit WILL NOT be worn for search warrants or training exercises.

Patches
1. Patches can be either sewn or affixed to the uniform with hook-and-loop style material.
2. Color
   a. All SWAT personnel are authorized to wear Subdued and/or IR reflective SWAT patches and identification markers. The members assigned to SWAT must have a

LVMPD 001405



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

patch on each side with the Sergeants donning Sergeant stripes subdued below each shoulder patch, consistent with a LVMPD Patrol uniform.

    i.   SWAT members must also wear a last name patch with hook and loop construction on the rear center of their LVMPD issued ballistic helmets.

    ii.   SWAT members must also wear a subdued "LVMPD SWAT" on the front chest centered and a reflective "POLICE" patch on the rear upper back sections of their outer body armor/plate carriers. This must be visible on the front and rear to the public.

    iii.   These additional patches must be uniform in size, font, color and placement amongst the enter SWAT Section.


**2.02.07      Outside Employment**

SWAT section members that engage in outside employment will conform to LVMPD Policy 5/101.35 outside employment as stated in the Department Manual. If a member is to present a department or section debrief to an outside forum the SWAT Commander must approve.

If the member receives payment for the presentation, this presentation will be considered outside employment and must conform to policy. Members who use the SWAT section or department in their respective biographies (print/digital) will ensure if they are attaching photo(s) which are in accordance to this policy and the Personal Appearance Policy 4/107.00, Section II, as noted in the Department Manual.

**2.02.08      Recruitment**

It will be the job of every SWAT member to actively recruit at all levels. These prospective candidates can participate in a ride a long, training or any other event to give them experience within the SWAT world. All SWAT members are encouraged to develop informal education courses to any department member expressing interest in coming to SWAT.

**3.00   Operations and Procedures**

**3.01   Team Activation and Command Structure during a SWAT Deployment**

Patrol Incident Commander (IC): Commands department resources at a critical event. The Incident Commander has the authority to direct the operation and is responsible for its outcome.

SWAT Commander: The SWAT Commander (or designee) will respond to all SWAT Emergency Response call outs. The SWAT Commander will oversee all SWAT operations during the operation.

SWAT Tactical Commander: The SWAT Tactical Commander responds to all SWAT call-outs to act as an intermediary between the Incident Commander and SWAT and will be responsible for the tactical operations, balancing the perspectives of each. In the absence of the SWAT

LVMPD 001406



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Tactical Commander, a Lieutenant (the designated Back-up Tactical Commander) shall fulfill this function in conjunction with the SWAT Commander or the SWAT Commander's designee.

When an Incident Commander requests SWAT, the Tactical Commander or his designee will determine if the service request meets SWAT criteria and/or is an appropriate use of SWAT resources using the below listed factors but not limited to:

- Severity of crime at issue.
- Whether the suspect(s) are posing a significant and or an immediate articulable threat to the public.
- Whether the need for immediate apprehension of the suspect(s) outweighs the perceived force created by the presence of a tactical team.
- Whether the suspect is known to officers and/or can be apprehended at a later time.
- Whether the suspect has exceeded patrols capability to get him into custody i.e. suicidal subject at extreme heights
- Probable cause to arrest information.
- Weapons used or seen.
- Drug/alcohol involvement.
- Threat to life and safety of citizens, law enforcement, and/or hostage(s).
- Situation is beyond capability of responding unit(s).
- The suspect(s) is known to officers and can be apprehended at a later time based on relative circumstances (akin to vehicular pursuit screening).
- Other relevant information to gather and subsequently communicate via the communicator:
  - Type of incident and crime
  - Target Address
  - Command Post location
  - Additional occupants inside
  - Type of weapons
  - Major Cross Streets

*The Tactical Commander memorializes notes from the initial request via the Tactical Commander After Action Report*

**3.02    SWAT Call-out Emergency Communicator**
Time permitting, the Tactical Commander will send out an "Alert" text prior to the communicator to the Team Leaders as a preparatory message. The Tactical Commander will then activate the communicator when appropriate (verbally as a recorded message and, time permitting, via a text message to all Team Leaders).

**3.03    SWAT Response Protocols:**

LVMPD 001407



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Procedure:

The Tactical Commander (Or his designee in cases of absence) receives initial notification and determines the appropriate tactical response. The response will be broadcasted to the tactical team (s) via the communicator along with any other pertinent information.

Upon arrival, the Tactical Commander or his designee needs to vet the information given by the Incident Commander or others on scene and convert it into intelligence.

The primary aim of intelligence is to support effective decision-making. Intelligence attempts to bring the commander an awareness of all things that have taken place, all that is taking place, and to the extent possible, all that will take place. It provides perspective. This awareness and perspective are collectively referred to as "situational awareness". This concept describes a commander's complete understanding of the significance and relationships of every facet of the operation. It includes factors such as intentions and capabilities of a suspect, but also other influences such as training, weather, and lighting conditions.

Once the intelligence is gathered and evaluated, the Tactical Commander will then begin to formulate the tactical operations plan. The Tactical Commander will designate a SWAT Team Leader to take charge of and supervise the tactical component of the operation (physical tactics, deployment of personnel, etc.). The Tactical Commander in conjunction with the Crisis Negotiations Team Leader will oversee the Crisis Negotiations Team component of the operation (intelligence, negotiations, etc.)

**SWAT Team Leader:** Takes direction from the Tactical Commander and directly supervises all tactics during SWAT operations, including insertion with the entry team, where the Team Leader will be in a position to provide supervision and direction. The Team Leader works closely with an Assistant Team Leader to develop tactics and strategies and relays those tactics and strategies to the Tactical Commander for consideration and final approval.

**Assistant Team Leader:** Works closely with the SWAT Team Leader to develop tactics and strategies which are forwarded to the Tactical Commander for consideration. The SWAT Assistant Team Leader will assist the Team Leader with the management of SWAT personnel assigned to the containment and entry team, as well as provide immediate direction to entry team personnel when appropriate and upon authorization from the Team Leader.

**SWAT Officer:** Works with the SWAT Team Leader and Assistant Team Leader to adhere as closely as possible to tactics and strategies that have been approved by the Tactical Commander.

**Crisis Negotiations Team:** The Crisis Negotiations Team Leader will manage the Crisis Negotiations Team to include the psychologist and report to the Tactical Commander.

**3.04   Call-out Protocols**



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Once notified, on-duty SWAT personnel shall respond in a department-approved vehicle and bring with them all issued equipment necessary to fulfill their particular assignment. The Team Leader will select the appropriate number of SWAT personnel to respond to the call-out. This determination will be based on the critical incident needs of the incident. Every position will be justified to ensure there is enough manpower to control the inner perimeter and not risk officer safety, however there will not be an overabundance of officers who are not instrumental for the mission success. All personnel request will be audited and approved by the Tactical Commander.

While on call, every operator will respond to all texts/communicator messages/phone calls, originating from their chain of command. This includes officers and supervisors on their RDO's. An officer and supervisor, on their RDO'S, wishing to go off call may do so, but he must notify his supervisor, request permission, and inform him when and for how long he will be unavailable.

The purpose of this guideline is to define the terms used for call-outs, the responsibilities of section supervisors and officers on call-outs, and normal call-out procedures.

The SWAT section of the LVMPD is required to provide response to tactical situations within 45 minutes. As such, every member of the unit is subject to call-out, twenty-four hours a day, seven days a week. Officers are provided cell phones, vehicles, training, and a call-out roster to ensure this capability exists and is maintained.

Officers assigned to the unit who are not capable of maintaining the ability to be on call on a regular basis will be reassigned for the good of the department. Further, an officer may ask for reassignment at any time. There will be NO formal record made of such a request by an officer.

While in contact with the on-scene supervisor (via phone or radio), the Tactical Commander WILL NOT advise on tactical steps to be taken by patrol officers until SWAT has control of tactical operations. The Tactical Commander determines the location of SWAT staging location and activates the team.

The Tactical Commander responds to scene without delay.

- Establishes Tactical Operations Center physically or mobile and assigns personnel in needed roles.
- Gathers intelligence
- Ensures elements are deployed as needed
- Consults with Team Leader and/or on scene Incident Commander as to tactical response plan.
- Upon conclusion, debriefs with the Crisis Negotiations Team element, Patrol Incident Commander, tactical element, briefs, and handles inquiries from staff.
- Tactical Commander will provide a written After-Action Report within 30 days of the incident when feasible.

LVMPD 001409



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**3.04.01        Primary on call Team Leader**

- Receives notification from Tactical Commander via the communicator system, obtains pertinent information for dissemination to his/her team, and ensures all his/her team members receive information via the communicator.
- Sends group text for his/her team to respond including the location of call-out; staging location; response route (if known); type of call (time sensitive search warrant, Tactical Response or Emergency Response); details of call as appropriate/available; equipment & specialty assignments (Bear Cat/BEAR/); assignments as appropriate (Recon/containment teams/immediate action team, entry team, etc.); instructions for return text from each operator to confirm receipt of call out.
- Determines the need for additional SWAT personnel and makes request through additional Team Leaders.
- Responds to scene and gathers necessary information from the Tactical Commander, on scene supervisors, detectives, and/or witnesses as appropriate.
- Makes personnel assignments and adjustments as needed.
- Confers with Tactical Commander to formulate tactical response, SWAT Immediate Action Team, order of operations, and contingency plans in a timely and efficient manner, with the priority to relieve patrol officers/detectives on the inner perimeter in an expeditious manner.
- Ensures verbal reminder to activate Body Worn Cameras (BWC) is announced.
    - Officers without BWC will not deploy on a Tactical Response mission.
    - Officers without BWC will only deploy on an Emergency Response with approval from the Tactical Commander. This decision will be based on the nature of incidents. The officer's respective supervisor will address non-compliance via progressive discipline.
    - Officers have a BWC malfunction will notify the TOC over the SWAT Simplex radio channel. The Tactical Commander and SWAT Commander will make the decision whether or not to keep the officer deployed. This decision will be based on the critical incident needs, to include emergency response, manpower and specialty assignments. Whenever feasible the BWC will be replaced on-scene.
    - Team Leaders will not advise any team member to de-activate the BWC until the conclusion of the event, this includes rechecks and any suspect contact after he/she has been taken into custody.
- Adjust plan as necessary.
- Briefs team and ensures tactical equipment is available and ready for deployment.
- Provides Tactical Commander with recon to include deployment location of operators.
- In consultation with Tactical Commander adjust tactical plan, personnel, and equipment as needed.

LVMPD 001410



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Notifies Tactical Commander of tactical deployments, less lethal and custody plan and any contingencies for recording in the log and to forewarn patrol and other units in the area.
- At the conclusion of the mission ensures all equipment is recovered, suspect and occupant information is document, custody officer information is documented (who/when/where taken into custody), photos of damage are taken, debrief location is designated, and oversees debrief of the mission.
- Debriefs assisting agencies and/or units and relinquishes scene to appropriate unit.

**3.04.02      Secondary On-Call Team Leader**

- Monitors text and cell phone unless physically out of town and/or off call status.
- If out of town requests another Team Leader to cover or assigns Assistant Team Leader as point of contact for call out.
- Notifies Tactical Commander and other Team Leaders of new point of contact and duration of off call status.
- Receives request for additional personnel, type of personnel, i.e., sniper, breacher, etc.
- Collects details of call out to include location, staging area, best route in, etc.
- Calls group text of appropriate team and requests additional operators for call out(s)
- Creates list of available operators to respond to call out from those available.
- Calls group page and lists those operators who are to respond to call out.
- Calls Tactical Liaison Sergeant or primary on call Sergeant and gives him list of those operators responding and estimated response time.

**3.04.03      Assistant Team Leader**

- Ensures donning and activation of BWC prior to tactical operations.
- With direction from the Team Leader formulates initial and tactical plans and order of operations.
- Ensures needed equipment is available and brought to the correct locations.
- Assists the Team Leader with the plan for containment, immediate action teams, etc. are ensures they are properly staffed, located, and equipped.
- Notes locations and personnel assignments for reporting
- Ensures recon is completed and provided to the Team Leader.
- Assists in orderly and productive debrief of call.
- Completes after action report and submits to team leader for approval and clerical for transcription and filing.

**3.04.04      Operators**

- Cell phone will be carried at all times unless the officer is physically out of town.

LVMPD 001411



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- All operators are on call unless prior arrangements have been made with their respective supervisor.
- Receives communicator reference callout.
- Notifies Team Leader of receipt of notification by return text or phone call as requested by Team Leader.
- Logs on with dispatch by radio on channel other than that channel working the callout. Operators will monitor SWAT1 channel for further instructions such as ingress routes to the scene, etc.
- Upon arrival parks vehicle in location and manner which allows operator to deploy as rapidly as possible but does not restrict the response of other personnel. On an event that is deemed a crisis will be required to change dress-no civilian clothes. Receives orders from Team Leader, Assistant Team Leader, or Tactical Commander and/or begins response as appropriate for incident and/or position, for example, if first to respond on a hostage situation, the correct response may be to form an immediate action/entry team; if a service of search warrant with time sensitive stipulations, the first operator may need to start the recon.
- Directs responding operators with best approach routes via group text.
- Don and activate Body Worn Cameras prior to tactical operations.
- Deploys as directed and/or as per team assignment. First on scene units must decide the appropriate course of action based on experience and abilities. On a hostage scene it may be appropriate to immediately deploy as an immediate action team with on scene patrol officers. On a relatively static barricade scene, the first unit may ready for a recon of the target. **Reconnaissance of the target location will be conducted by two officers.
- Upon completion of mission, ensures all tactical gear is recovered from scene unless otherwise directed as in the case of an O.I.S. If so assigned, completes drawing of target location and gathers intelligence information reference suspects/victims.
- Responds to debrief location.
- Completes reports, recon drawing, photos, etc. as required.

**3.04.05        Patrol Liaison Officer**

A full time Patrol Liaison Officer has been identified and will be that communication component between the Tactical Commander and the Incident Commander. In the event this officer is unavailable, the Crisis Negotiations Team Leader will assign an officer in his place.

**3.04.06        First SWAT Officer on Scene**

- Arrives and locates SWAT staging area from units on scene. Adjusts location if necessary. **If HRT gathers critical Intelligence to support HRT response**
- Assesses situation, scene, and preliminary information.

LVMPD 001412

 **LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Dress or crisis dress and don/activate BWC takes direction from Tactical Commander, Team Leader, Assistant Team Leader, or initiates response as appropriate.
- In some cases, it may be appropriate to begin a recon, form an officer/hostage rescue team, immediate action team, etc.
- Advises responding units of best response route and location of Tactical Operations Center.
- Advises Tactical Commander of any critical intel and initial deployment location.

**3.04.07        Recon Team**

- Contacts the Tactical Commander then deploys and gathers target information.
- Consideration should be made to recon a like residence or structure in the area.

**3.04.08        Team Members**

- Respond to staging area or as directed.
- Dresses as appropriate for mission and don/activate BWC.
- Conducts check of equipment and weapons. Ensures proper ammo is loaded and/or carried for assigned tasks.
- Stand by at a location or deploy as directed by the Tactical Commander.
- Conducts tactical mission as directed.

**3.04.09        Sierra Teams**

- **Deployment Parameters:**

- Any Sergeant assigned to supervise the Sierras on an operation *WILL NOT* deploy as a Sniper/Observer, rather he/she will fill the Sierra Coordinator role which does not involve the use of precision rifles/sniper platforms.
- The Sergeant (or his assigned Sierra Coordinator) will also ensure that all Sierras are wearing their BWC on their helmets when they initially deploy downrange and to their FFP (Final Firing Position). Once in their FFP they will fix their BWC to a mount or helmet that will be next to their rifles and pointed downrange at the same angle and direction of the sniper rifle and anticipated suspect contact.
- When a Sergeant moves forward with the Sierra teams downrange, the sergeant will alternate between Sierra FFP and provide direction and oversight on critical incidents.
- The Sergeant may be assigned to the TOC as directed by the Tactical Commander.
- The Sergeant (or his assigned Sierra Coordinator) will ensure the FFP are broadcasted over simplex and sent via text to the Tactical Commander for documentation purposes. Furthermore, the sierra operators will broadcast their BWC deployment once in position on the mount and pointed down range.

LVMPD 001413

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Tactical Responses** – (Suicidal Subject and Barricaded Subject Incidents).
- Sierra Officers will report to tactical staging area and await further details from the TC and subsequent authorization to deploy and locate final positions. Officers will be deployed to provide overwatch for tactical officers as they take over the inner perimeter from patrol.

**Emergency Responses** – (Hostage Taker, Active Shooter, Complex Coordinated Attack Incidents).
- Sierras will auto-deploy to a location informed by the TC via Emergency Communicator or LVMPD radio communication.
- Sierras will:
  - Dress as appropriate for mission and don/activate BWC. Officers will wear their BWC on their helmets when they initially deploy downrange and to their FFP (Final Firing Position). Once in their FFP they will fix their BWC to a mount that will be next to their rifles and pointed downrange at the same angle and direction of the sniper rifle and anticipated suspect contact.
  - Once approved, update Team Leader and Tactical Commander with location of deployment.
  - Provide intelligence reports to Tactical Commander as appropriate.

When a Sniper/Observer 2-officer team is in place, only one is authorized to be on lethal coverage at a time. Any deviation from this on an operation must be communicated to the command post and approved by the Tactical Commander. Observers will orient themselves and their weapons to the area of responsibility then switch to binoculars. This does not include the transition period when the sniper and observer are switching roles. During this transition period, the primary sniper will remain on lethal coverage until the observer is set into the primary sniper role into their final firing position. Once this takes place, then the relieved sniper will transition to the observer role and will switch to binoculars.

When Sierra Officers are assigned to Sniper/Observer (S/O) roles on a mission, they will wear their BWC on their person as soon as the deploy downrange. Once the S/O has reached their Final Firing Position, they will place their BWC on a specialized tripod mount or helmet. The BWC will then be pointed down range in the same direction as the rifle scope and likely suspect contact.

**All S/O deployments to the target location must be communicated and approved by the Tactical Commander.**

**3.04.10    SWAT Commander Response**

In addition to the response of the Tactical Commander, the SWAT Commander (or designee) will respond to all Emergency Response operations.

LVMPD 001414



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**3.04.11        Post Incident Debrief**

Tactical debriefs are a review and critical critique of the actions taken or not taken and thoughts by all personnel involved during a tactical operation or high-risk police encounter to include the lessons learned. A debrief following a tactical operation or a high-risk police encounter is essential and will be mandatory because it serves as an invaluable source in determining lessons learned from the incident so that good performance continues, satisfactory performance improves, and poor performance is not replicated.

**3.04.12        After Action Reports**

After Action Reports (AAR) will be generated after every call out (i.e.: Barricade, Hostage Rescue) by the Tactical Commander or designee and be submitted to the SWAT Commander. The AAR format used can be found in the SWAT Bureau H drive and will include:

- Initial Information given by requestor
- Response by Tactical Commander
- Need for SWAT response
- Preplanning and information sharing
- De-escalation objectives
- 4th Amendment analysis
- Discrepancies between initial information reported and CNT intelligence brief
- Tactical priorities set by Tactical Commander
- Recommendations for tactical procedures or improvement in tactics/containment plan to include training plans to address identified issues

If there are incidents which merit immediate notification (to include but not limited to: suspect breaks containment/escapes, suspect or LVMPD employee is significantly injured, police action is used at the incorrect address or against incorrect individual) a phone call notification to the Homeland Security Division Deputy Chief will be completed immediately following the incident. Based upon the discussion with the HSD Deputy Chief, a follow up e-mail detailing the event will be sent to the SWAT chain of command up to and including the Sheriff.

In the event, someone breaks containment and or escapes, the SWAT Commander and OIO will review the incident. The findings of the event will be forwarded to the Homeland Security Division Deputy Chief.

**3.05   Off Duty Call-outs**

Members of SWAT designated on "stand-by" are to remain available during off-hours and therefore able to respond to an off-hour emergency call-out, arriving at the incident location within 45 minutes after notification. SWAT personnel on stand-by shall not consume alcoholic beverages or any substance that could alter or inhibit the decision-making process during a

LVMPD 001415



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

SWAT deployment. Once notified, SWAT personnel shall respond in a department-approved vehicle and bring with them all issued equipment necessary to perform their particular assignment. The number of off-duty SWAT members which will respond to a call-out will be determined by the lead Team Leader Sergeant, and at the discretion of, the Tactical Commander based on the needs of the incident.

### 3.06    Tactical Philosophy Statements

### 3.06.01        Tactical Advantage

The result of a planned action designed toward gaining voluntary compliance and/or custody of the subject of an LVMPD SWAT Tactical or Emergency Response.

### 3.06.02        Risk Management

The SWAT section is committed to protecting people, their property and rights, while providing the best in public safety and service. The proper application of the use of force is essential for policing. There are circumstances where individuals will not comply with the law unless compelled or controlled by the use of force. Officers must remain mindful that they derive their authority from the community and that unreasonable force degrades the legitimacy of that authority. In a use of force incident, the governmental interest must match the level of force and intrusion upon an individual's constitutional rights.

It is the policy of this department, as well as the SWAT section, that officers hold the highest regard for the dignity and liberty of all persons, and place minimal reliance upon the use of force. The department respects the value of every human life, and the application of deadly force is a measure to be employed only in the most extreme circumstances.

### 3.06.03        De-escalation Efforts

The SWAT section recognizes the emphasis that the department places on de-escalation. Department policy 6/002.00 states:

*Policing requires that at times an officer must exercise control of a violent or resisting subject to make an arrest, or to protect members of the community, the officer, or other officers, from risk of imminent harm. Clearly, not every potential violent confrontation can be de-escalated, but officers do have the ability to impact the direction and the outcome of many situations they handle, based on their decision-making and the tactics they choose to employ.*

*When reasonable under the totality of circumstances, officers should gather information about the incident, assess the risks, assemble resources, attempt to slow momentum, and communicate and coordinate a response. In their interaction with subjects, officers should use advisements, warnings, verbal persuasion, and other tactics and alternatives to higher levels of force. Officers should recognize that they may withdraw to a position that is tactically more secure or allows them greater distance in order to consider or deploy a greater variety of force*

LVMPD 001416



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

*options. Officers shall perform their work in a manner that avoids unduly jeopardizing their own safety or the safety of others through poor tactical decisions.*

Strong threat assessments and deployment strategies will be the emphasis of SWAT command and control to ensure that all attempts to de-escalate a volatile critical indent are carefully weighed. With the ultimate goal of preserving life, SWAT will prioritize the utilization of available proven LVMPD tactical and crisis negotiation options which are used to reduce the likelihood of an encounter with an armed and dangerous subject.

**3.06.04    Hostage Rescue Tactic**

Hostage rescues are dynamic and rapidly evolving incidents involving victims who are placed in imminent jeopardy by a hostage taker(s). SWAT members, once directed to conduct a crisis entry, will utilize the action most likely to preserve the lives of hostages, officers and if possible, the armed and presently dangerous subject.

**3.06.05    Room Clearing**

High risk entries involve SWAT members thinking on their feet and making structural reads in rapid succession. SWAT members will adhere to the time proven LVMPD SWAT philosophy directing them to: Take it as it comes, with the priority of life safety.

**3.06.06    Sierra Operations**

The average Sniper deployment in American Law Enforcement is more than 50 yards from a suspected target location. With this in mind, in coordination with Tactical Command and while operating in Condition 1, Sniper/Observers serve as intelligence gatherers and may use deadly force via a precision weapon system in defense of their own life or the life of another when those persons cannot reasonably defend themselves against an imminent threat to life.

**3.06.07    Breacher Operations**

Tactical breaching is an essential skillset to any tactical team and crucial to conduct high-risk entries. LVMPD SWAT deploys explosive breaching specialists, the parameters of which are governed by the ATF (Bureau of Alcohol, Tobacco, and Firearms) empowering law enforcement explosive Breachers as "emergency response personnel". Explosive breaching cannot be deployed solely for destructive purposes rather to gain access to high-risk locations and/or to provide a line of sight to create a tactical advantage over an armed and dangerous subject.

LVMPD 001417

 **LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Therefore, LVMPD SWAT utilizes intelligence and structural analysis in coordination with Tactical Command to implement precision breaching with the minimal amount of force necessary to accomplish SWAT objectives and create a tactical advantage.

### 3.06.08      Tactical K9 PSD (Patrol Service Dog) Operations

Patrol Service Dogs and their trained handlers are an effective de-escalation tool during tactical operations for containment, use of force, and in many cases during slow and methodical searches associated with high-risk room clearing.

With this in mind SWAT will deploy PSD(s):
- As a use of force tool to obtain and maintain a tactical advantage and de-escalate an imminent confrontation between SWAT and a subject that poses and immediate threat.
- As a precision search tool to locate a subject that poses an immediate threat to both create and maintain a tactical advantage.

### 3.07    Barricaded Subject Incident

In Barricaded Subject Incidents, it shall be the policy of this department to consider the lives of the innocent civilians and officers involved to be of the utmost importance, and whenever possible, to enhance the prospects of peacefully resolving the incident through communication with the suspect, and to develop and maintain the ability to use alternative approaches to resolve the incident.

A barricaded suspect poses an extreme danger not only to officers who seek to arrest him or her, but to other persons as well. Good judgment demands that a tactical plan be developed rather than immediately rushing into a barricaded suspect.

After careful consultation with the Incident Commander the SWAT Tactical Commander will deploy the SWAT team and all supporting elements when a subject who is believed to have been involved in a criminal act or is a significant threat to themselves or the lives and/or safety of others; refuses to submit to arrest and may be armed; is in a position of advantage, affording cover and concealment, or is contained in an open area and the presence or approach of police officers could precipitate an adverse reaction by the subject.

**Not all patrol barricades rise to the level of a SWAT callout. The ultimate decision lies with the Tactical Commander and SWAT Commander.**

### 3.07.01 SWAT Internal Communications Plan

In Barricaded Subject Incidents or other critical incidents, tactics, and movements will first be discussed over the phone between the Team Leader and Tactical Commander. The Tactical

LVMPD 001418



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Commander will then approve the plan over the radio to the Team Leader who will then direct the Assistant Team Leader to communicate the plan to the team. When movements are required during an operation, the Tactical Commander will approve the movement then relinquish radio control to an identified officer who will control that movement. Only emergency radio traffic will occur during the movement. Once the movement is complete, the Tactical Commander will control the radio.

**3.08    Suicidal Subject Incident**

SWAT will not respond to incidents involving vague suicide threats. The suicidal person should be armed with a deadly weapon, capable of causing injury to others, or in an elevated position where falling creates a high probability of death in order to have a full SWAT response. All requests will be carefully considered by the Tactical Commander prior to committing SWAT resources.

When the Incident Commander at a scene determines that a Crisis Negotiator may be of assistance, the Incident Commander should consult with the SWAT Tactical Commander. Based on the totality of the circumstances, the SWAT Tactical Commander will determine if an activation of Crisis Negotiations and SWAT tactical support is warranted. The SWAT Tactical Commander will respond and become the Tactical Operations Commander and manage all aspects of the SWAT Tactical and Crisis Negotiations Team mission.

**3.09    Hostage Taker Incident**

In hostage situations, it shall be the policy of this department to consider the lives of the hostages, civilians, and officers involved to be of the utmost importance and whenever possible; enhance the prospects of peacefully resolving the incident through communications with the suspect, to develop and maintain the ability to use alternative approaches to resolve the incident should communications fail, and to make every reasonable effort to effect the safe release of the hostages.

A person who uses hostages to effect an escape, commit crime, or further a cause, and poses a clear and present danger to the hostages and to the public at large, is a Hostage Taker Incident.

Criminals who use hostages to affect their escape are desperate individuals who, if allowed to escape, pose a continuing threat to their hostage and to the public at large. Assurance that a hostage will be released unharmed is often times a meaningless promise. A tactical intervention should ensure when there is reasonable cause to believe that a life taking has begun, that the hostage (s) are in imminent peril, or a window of opportunity exists that, when exploited, has a reasonable probability of a successful outcome with the hostage (s) being rescued.

The department's ability to protect the safety of a hostage who is allowed to be removed from the presence of officers is greatly impaired. The safety of the hostages is best assured by keeping them in the presence of officers and by preventing their removal by the suspect. SWAT

LVMPD 001419



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

will respond to those incidents defined by department policy at the request of the Incident Commander after the SWAT Tactical Commander has been briefed and approved the request.

## 3.10    Hostage Siege

SWAT personnel will respond to incidents involving multiple assailants who lay siege to multiple victims. The magnitude of the siege and access to multiple victims could generate a large number of hostages. The hostage siege may be a prolonged event requiring special tactics, negotiators, and specialized equipment for its resolution. However, distinct from a more traditional Barricaded Subject Incident or Hostage Taker Incident, the suspect's primary objective of the siege may be to capture multiple hostages and do so for the principle purpose of affecting mass casualties. Therefore, rapid and aggressive countermeasures initiated by SWAT personnel may be necessary to impede the siege and mitigate catastrophic loss of life.

## 3.11    Active Assailant

A swift and immediate deployment of SWAT personnel in those cases to ongoing, life threatening situations where delay could otherwise result in death or great bodily injury to innocent persons. SWAT will provide leadership and assist patrol assets by forming active shooter elements to locate the assailant (s) and stop the deadly behavior.

## 3.12    SWAT Emergency Response

Certain SWAT calls will be classified as Emergency Responses. Examples of Emergency Responses are SWAT "All" Personnel Calls, HRTs, Active Shooter events, or events where the suspect is currently using a firearm or some other type of mass casualty weapon. Examples of situations not meeting an Emergency Response are static barricades, events where suspect possesses a firearm but not currently using the firearm, or where the suspect is not known to possess a firearm.

In addition to the response of the Tactical Commander, the SWAT Commander (or his designee filling in as the SWAT Commander) will respond to all Emergency Response events.

## 3.13    MACTAC

SWAT personnel will respond to multiple attack incidents involving multiple assailants who are actively involved in aggressive and deadly attacks against multiple victims at multiple locations. SWAT will provide leadership, tactical prowess to assist patrol assets, exploit and deploy specialized equipment and assets to locate the assailant (s) to stop the deadly behavior.

### 3.13.01      LVMPD Homeland Security Division Counter Assault Team (CAT) Protocol in Response to a Complex Coordinated Attack

**Complex Coordinated Attack (CCA) –** May be defined as a violent assault or series of assaults that employs one or more types of weapons, intends to injure or kill large numbers of people, and meets the following two criteria:

LVMPD 001420



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- The attack is multi-phased or takes place at multiple sites, or both. (Phases can include assault phases, such as shootings, bombings, and arsons; and/or non-assault phases such as hostages, car chases, sieges, barricades, kidnappings, and manhunts, etc.
- The attack must take place within geographic and temporal circumstances that result in unusual strain on command, information sharing/situational awareness, and/or resource allocation (Ryan, 2013, GTSC).

**LVMPD SWAT Counter Assault Team (CAT)** – A tactical element, staffed by LVMPD SWAT, SAR assets and K9, designed to contain and terminate coordinated attacks against critical infrastructure and/or dignitaries within Clark County and other areas as designated by the Sheriff.

**Composition**

As a result of the most recent CCA training facilitated by FEMA, the SWAT Bureau has identified the framework for an optimal response to a CCA utilizing designated CATs comprised of personnel from SWAT, Search and Rescue, Air Support, ARMOR and K9. Because case studies have demonstrated that local law enforcement tends to be unaware that they are defending against a CCA until a second or third event within the respective CCA has occurred, the LVMPD will initiate a tactical team staging protocol or "CAT Protocol" to maximize tactical team coverage. Each CAT will be composed of a multidisciplinary group of SWAT Officers (Breachers, snipers, Gas/LL), SAR Officers/Medics, a dedicated K9 Officer/Handler.

**Deployment**

CATs will deploy with direction from the Tactical Commander (TC) and/or SWAT Commander (SC) via LVMPD Communicator specifically labeling the event as a "CAT Protocol Emergency Response" and respond based on preliminary intelligence provided therein. Although there are a number of variables that will inform the nuances of specific deployments, the framework will remain consistent and analogous with current SWAT New Year's Eve Quick Response Force (QRF) personnel deployments. The protocol will be discharged in the following manner (in response to a hypothetical CCA on or near Las Vegas Blvd):

- The TC will utilize the LVMPD Communicator to give a preliminary brief and label the incident as a "CAT Protocol Emergency Response".
    1. Approved tactical K9 handlers and Search and Rescue personnel will be added to the Communicator distribution as needed.

- Predetermined CATs will respond to North (CAT1)/Central (CAT2)/South (CAT3) Las Vegas Blvd. staging locations and staging location determined by Tactical Commander based on incoming intelligence. (CAT4).

- Aerial Platform Overwatch is not authorized unless approved from the HSD Deputy Chief. Upon approval from the HSD Deputy Chief, an Aerial Platform Overwatch

LVMPD 001421



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

(APO) unit will be deployed for Counter Sniper capabilities consisting of two LVMPD SWAT Sierra Officers and an approved LVMPD Air Support helicopter (CS1).
1. CS1 will have the primary responsibility of threat identification and CAT support as well as enhancing containment capabilities.

- Should the incipient event involve the ongoing loss of life, a minimum 1 CAT will self-deploy to respond while the others will stage or respond as determined by the TC.

- Should the incipient event be mitigated by the initial patrol Strike Teams and Rescue Task Force (RTF) members, CATs will stage at the North/Central/South/Air Support locations to await further.

- Each CAT will operate on a separate and predetermined truncated LVMPD "SWAT" Profile Motorola radio channel.

- CAT Team Leaders will ensure one member is operating on SWAT 1 to communicate mission-critical intelligence with the TC/SC.

- A TC (SC, Primary TC) will respond to a secure Tactical Operations Center (TOC) to support the tactical operations and coordinate with the Command Post.
1. Circumstances may arise which dictate that more than one TOC be stood up depending on the severity of the CCA, in this instance the SC will determine which TC will be assigned to a specific TOC.

- The Crisis Negotiation Team (CNT) will respond to the secure Tactical Operations Center (TOC) to gather intelligence, via crisis negotiations and/or investigative means, and inform decision-making and tactical planning.
1. Two Negotiators will respond to LVMPD Communications to be a liaison between the TOC and the Communications Bureau.
2. Two additional Negotiators will respond to the Nevada Fusion Center at LVMPD HQ to be a liaison with Counter Terrorism and ensure intelligence is being shared and not duplicated.
3. The remaining Team Members will respond to the TOC(s) and report to the Team Leader where they will be assigned many tasks such as Scribe, Intelligence Coordinator, Assistant Team Leader, Primary Negotiator, Secondary Negotiator (if necessary) etc.
4. All information will be analyzed and converted into intelligence then passed on directly to the TC and/or SC for decision-making purposes.

- An FD Battalion Chief will be requested to each TOC as necessary to assist in forming RTFs in support of CAT operations.

**Tactical Support**



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

If the SC or TC determine that LVMPD possesses the capacity to mitigate the CCA threat with internal tactical resources and has identified the need to request neither Henderson PD nor NLV PD SWAT to support the ongoing CCA, these teams will be requested to remain on standby to cover tactical team requests in the east and west halves of the Las Vegas Valley on approval of the Sheriff or his/her designee. In order to maintain functional SWAT resources to cover incidents away from Las Vegas Blvd., the following steps will be discharged by our partner agencies as a function of the LVMPD HSD CCA/CAT Protocol:

- Henderson PD SWAT will be requested to monitor and respond to any incidents east of the I15.

- North Las Vegas PD SWAT will be requested to monitor and respond to any incidents west of the I15.

- FBI SWAT will be called upon as necessary to support ongoing tactical operations.

**3.13.02        Civil Unrest/Riot Response**

Response, deployment and the determination to standby will be made by the Tactical/SWAT Commander. The Tactical Commander will oversee all SWAT assets to include SWAT teams from outside jurisdictions. All assets will work in conjunction to provide tactical options to the Incident Commander. All Riot based authorizations will come from the Tactical Commander with regards to chemical munitions and less lethal options.

The Tactical Commander will designate a primary SWAT sergeant to create a blanket event number for the duration of the RIOT. This event will contain all elements of the use of force investigation.  The investigation will work in concert with LVMPD Department policy.

**3.14    High Risk Search Warrant Service**

SWAT will execute search warrant services when it is determined that during the service of the warrant, there may be a confrontation involving; the need for a forced entry, a suspect possessing exceptional weaponry, a suspect who has a documented violent history, involving a fortified structure, or other situations that may exist that require specialized personnel, training, and/or equipment. The process delineating SWAT duties related to High Risk Warrant requests can be found in section 9.01 of this manual.

LVMPD department policy 5/200.00 has defined what High-Risk Warrants are:

- Forced entry
- Unknown or violent criminal history associated with persons likely to be present during warrant service
- Likelihood that weapons will be encountered

LVMPD 001423



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**3.15    Response at High Risk Events / Venues**

SWAT personnel will be deployed and pre-staged at events that are deemed high risk due to vetted intelligence, and/or high-profile events where a significant risk of violence could occur to large numbers of persons which would require the immediate response of SWAT personnel.

**3.16    Dignitary Protection**

SWAT personnel may be called upon to assist other details tasked with the responsibility for protecting visiting dignitaries.

All requests for dignitary protection will be facilitated through the department's official channels. SWAT Section on occasion provides dignitary or special circumstance protection and security upon request and with the approval of the SWAT Commander.

As a rule, approval originates with the Homeland Security Division, Counter Terrorism Section, and all requests for assistance from outside agencies must be routed through them. The SWAT section does not provide dignitary protection services to persons who are not already afforded protection from one of the federal agencies normally charged with dignitary protection services.

While providing support to the U.S. Secret Service or other government agencies, LVMPD personnel are governed by LVMPD policy. SWAT personnel will only take direction from SWAT supervision.

Operational protocol with any group will be established prior to the mission during the planning phase.

**3.17    Crime Suppression**

SWAT personnel may be called upon to augment police efforts to combat major crime sprees.

**3.18    Firearm Destruction Detail**

SWAT personnel may be tasked to assist the Evidence Vault with the transportation and security of the firearms until such time as they are destroyed.

**3.19    Narcotic Destruction Detail**

SWAT personnel may be tasked to assist the Evidence Vault with the transportation and security of narcotics until such time as they are destroyed. Currently, the HSST is the primary section providing support to the Logistics Bureau for planned narcotics destruction details.

**3.20    Participation in Community Events**

LVMPD 001424



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

The SWAT section will participate in community activities which enhance the positive image of the department and the section. Participation in community/school events exerts a positive influence on our citizens and helps encourage a positive response to public contacts by all of law enforcement.

All events will be formally requested via email to the Tactical Commander. Once requested, the event will be logged and assessed for participation. The SR LEST will organize and place on calendar once approved by the Tactical Commander.

*Note: If any of the above missions are denied an email will be forwarded up the chain of command to the SWAT Commander and cc'd to the SRLEST with a detailed explanation as to why the services were denied. SRLEST will track those denials for the quarterly reports.*

**3.21    Mutual Aid**

The SWAT section recognizes the need to assist our partners agencies within the law enforcement community. SWAT also recognizes that our partners will be called upon to assist LVMPD in its mission. When SWAT operators/personnel are requested by other agencies, or to assist our agency, all uses of force for LVMPD personnel will fall under LVMPD department policy. The Tactical Commander will receive requests from other agencies for SWAT personnel support and discuss with the SWAT Commander in order to determine when resources are sent to other jurisdictions. When it is determined that LVMPD SWAT operators will respond, a SWAT Sergeant will accompany the operators. The SWAT commander will be advised immediately when SWAT responds outside of Clark County for any reason. In the event that a partner law enforcement agency requests a full LVMPD SWAT squad or an All-Call for an emergency response, the Tactical Commander will advise the SWAT Commander who will then forward the request through the Deputy Chief of HSD to the Assistant Sheriff level for approval. If and when approval is granted, the Tactical Commander will respond with the appropriate LVMPD tactical package and assume primary command of the operation with the requesting agency supporting the operation.

**4.00   TRAINING**

**4.01    Training Management**

Police agencies have an obligation to train their police officers for the recurring tasks officers will face during their career. Where it is foreseeable that a police officer will face a particular task that may result in harm to another person, the officer's agency must provide training on how to conduct that task in a manner which is consistent with generally accepted practices in law enforcement. What is generally accepted is defined by the law enforcement profession and by the court decisions analyzing police conduct.

The foundational case on failure to train is the City of Canton vs Harris (1983).

Courts have cited that failure to document training or scenario-based training can hold an agency liable. SWAT scenario-based training will include shoot/don't shoot decision making. Training

LVMPD 001425



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

will include an interactive firearms simulator where officers would have to give verbal commands, make decisions regarding cover, and in some cases make the ultimate decision of whether to shoot or don't shoot. This training documentation is critical towards a confident defense towards an allegation of failure to train.

In developing shoot/don't shoot training, SWAT will introduce as many possible scenarios that officers are likely to face. Every possible scenario cannot be foreseen, but many can be and training should be geared to the recurring circumstances officers must deal with. Some examples would include situations that may be de-escalated by a proper police response to emotionally disturbed persons, response to off duty situations, response to suicide by cop situations, and armed barricaded subject incidents.

The Tactical Commander, on a continuous basis will conduct an assessment, evaluation or audit of the tactical team to address potential civil liability, reduce the risks associated with operations, and to ensure the team is operating within current standards. This will include, but is not limited to, a review of policies, procedures, operations, supervision, training, and litigation, use of force, documentation, discipline, and standards/certifications. The SWAT Section Manual will be reviewed on a semi-annual basis by the TC with an email of recommended changes sent to the SWAT Commander. Any changes to the SWAT Section Manual must be approved by the Homeland Security Deputy Chief of designee.

The Training Team has a responsibility to provide basic, intermediate, and advanced SWAT training to ensure the mission, goals, and vision of the section are accomplished. Training will be a primary focus to ensure that training is accomplished each month. Additionally, he/she will report quarterly to the SWAT Commander and Lieutenant regarding training progress, deficiencies, trends, documentation issues.

- Wednesday each week (SWAT will not conduct any planned operations on Wednesdays without approval of the SWAT Commander), all SWAT Tactical Sergeants and Officers will participate in section team training with all the SWAT teams. This multi-team training will be focused on critical skills maintenance based upon mission capabilities and current emergency operational tempo
- Any skills that require certifications may be incorporated into the required multi-team training
- Any sustainment training will be in addition to scheduled multi-team training

In an effort to identify and avoid omitting those core competencies that are critical to the effectiveness and capabilities of the SWAT section, a yearly training calendar has been created to identify those core subjects. The yearly training calendar will list topics that will be addressed on a specific date. However, training scheduled on the yearly calendar is subject to change due to spontaneous missions and/or non-discretionary deployments. When changes are made, every effort should be made to reschedule the training missed as a result of operational needs.

Semi-annually, the Tactical Commander will direct the Training Team sergeant to socialize a training focus for squad-level sustainment training and to conduct a Unit Training Reinforcement

LVMPD 001426



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Evaluation. All unit learning objectives are reinforced and evaluated via scenarios. All support elements IE Crisis Negotiations Team, TASS, Armor, and K9 will participate. Results will be used to evaluate progress. The Office of Internal Oversight and Constitutional Policing will be invited to observe.

Advanced Teamwork and De-Escalation Scenarios will be used that are directly related to dynamic and rapidly evolving situations. SWAT officers will be expected to combine all the KSA's they have learned, utilize teamwork, proper de-escalation and available resources to deal with the individual problems.

*All SWAT personnel are required to attend Wednesday training days. SWAT personnel will be required to obtain prior approval for any missed training days. This request for approval must be reviewed by the Tactical Commander, and if approved at that level, the officer will make up the missed training through the training Team Leader (scheduled leave will be the only exception to this procedure).*

**4.01.01        Firearms**

A Team Leader will be assigned to the firearms cadre and tasked with oversight to ensure all members of the firearms cadre are confident with the skills required for an effective firearms instructor. A senior SWAT firearms instructor will be assigned to directly assist the Team Leader to ensure all required tasks within this cadre are met.

SWAT personnel assigned to the firearms cadre will be responsible for providing verbal and hands-on instruction in the use of lethal and less lethal weaponry in the SWAT inventory. This will ensure the team members are able to deploy all weapons proficiently and safely. When necessary, firearm cadre members will provide remedial training to SWAT personnel.

Firearms cadre members must complete the departments Handgun Instructor Training School and qualify with the departments standard qualifications courses each quarter.

SWAT firearms instructors will evaluate current training methodology, individual marksmanship proficiency, and review trends in firearms training throughout the law enforcement community. This will ensure all firearms training is mission specific and contemporary.

**4.01.02        Firearms Training/Qualification**

Due to the specialized nature of the SWAT mission, SWAT personnel are required to maintain a level of weapons proficiency. In order to maintain this high level of proficiency, SWAT personnel will be required to attend mandatory weapons marksmanship programs and weapons qualifications. These quarterly qualifications will include Sierra weapon systems. All SWAT members will be required to pass minimum qualifications standards of 90% on all weapon systems. All SWAT members will also be required to pass the Department quarterly Nevada POST qualifications.

LVMPD 001427



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

SWAT personnel who fail to qualify on any given quarterly qualification will immediately be remediated. If after the remediation and by the end of quarter deadline a member of the SWAT section is unable to qualify with a SWAT issued firearm, that SWAT member will not be deployable until a minimum level of proficiency is achieved on all issued weapon systems. Due to the stringent requirement to maintain a high level of weapons proficiency, any member of the SWAT section who fails to attend three consecutive scheduled firearms training sessions will not be deployable until they successfully participate and pass the required firearms competency tests. The respective TL and/or Training TL must notify the TC immediately of the failure to qualify by the quarter deadline and/or attend three consecutive planned firearm training sessions. After a determination that the SWAT officer has qualified (if missed/failed qualifications) or demonstrated competency (if three consecutive missed training sessions), he/she will be returned to full operational status.

In the event an officer/sergeant assigned to SWAT has not qualified on his/her weapon systems by the end of a respective calendar year quarter (SWAT standards), he/she will not deploy on tactical missions as an operator until the qualification is completed.

If any SWAT officer/sergeant fails to qualify with all of his/her issued/operational weapon systems by the end of each quarter, he/she will immediately notify the SWAT Lieutenant via an email through the chain of command. In the event the qualification is not completed by the end of a respective quarter he/she will not be permitted to deploy on a SWAT operation until the respective qualification is successfully completed and may be subject to progressive discipline unless exceptional circumstances exist.

**4.01.03    Defensive Tactics (DT)**

A Team Leader will be assigned to the DT cadre and tasked with the oversight to ensure all members of the DT cadre are competent in the skills required to teach defensive tactics to SWAT personnel. A senior SWAT DT Instructor will be assigned to directly to assist the Team Leader that the required tasks are met. DT cadre personnel are responsible for training other team members in department authorized Use of Force options. DT cadre personnel are also responsible for identifying, testing and evaluating contemporary less lethal tools and distraction devices. The DT cadre will also evaluate current training methodology and tactical trends in the law-enforcement community thereby ensuring all DT training is contemporary and mission specific.

**4.01.04    Reality-Based, Force on Force Training**

Reality–based, Force-on-Force training introduces the officer to the stressors often associated with critical event scenarios. Force-on-Force training subjects the officer to a "live adversary" capable of inflicting pain and an immediate attack against the officer. Because officers are dealing with a live adversary, SWAT trainers are able to instruct the adversary to role-play to a specific scenario. In that way, the trainer can satisfy specific needs delineated in the training objectives. Force-on-Force training is thought provoking and provides flexibility in the Use of Force issues while maintaining the officer's ability to immediately respond with realistic but simulated force options as the scenario changes. Finally, Reality-Based training with respect to

LVMPD 001428



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Deadly Force cannot be limited to routine firearms qualifications and proficiency testing. To best prepare SWAT personnel to deal with stressors that are often associated with critical events, SWAT personnel will conduct and participate in Force-on Force training every deployment period.

**4.01.05        Specialized Cadres and Competencies**

Specialize cadres are comprised of SWAT personnel trained in mission specific duties. These cadre members require additional maintenance training over and above SWAT core training in order to maintain their expertise with that mission specific duty. Below is a list of those cadres, a description of the cadre, and the responsibility of cadre members. SWAT Team Leaders, who are cross trained in the various tactical disciplines within SWAT are assigned to and responsible for the specific cadre. The cadre supervisor overseeing training and record-keeping for that cadre and ensures the core competencies are maintained for members of the cadre.

**4.01.06        Sierra Team**

A fulltime Team Leader will be assigned as the Sierra Cadre Leader. The Sierra Cadre TL in conjunction with the Training TL are tasked with the management and oversight of the entire sniper curriculum/program. Sierra Team Leader will ensure that all members of the Sierra cadre are confident in the skills required to be an effective SWAT Sierra. A senior SWAT Sierra Coordinator will be directed to assist the Sierra Team Leader to ensure that the required tasks are met. Training and the Sierra Cadre will continually evaluate current training methodology, individual marksmanship proficiency trends in sniper training throughout the law enforcement community to ensure that the sniper training is mission specific and contemporary.

Sierras must attend every sniper course included in the Sierra Curriculum before the Tactical Commander makes the decision as to the operational status of the sniper. Additionally, Sierras must complete the respective quarterly qualification (reconfirmation of zero will not suffice) with all issued weapon systems prior to the end of each quarter or be temporarily de-activated as a Sierra until qualifications are met, documented and acknowledged by the TC.

**4.01.07        Breaching**

A Team Leader will be assigned to the Breaching Cadre and tasked with oversight to ensure that all members of the Breaching Cadre are confident in the skills required to be an effective SWAT Breacher. A senior SWAT team member from each entry team will be assigned to directly assist the Team Leader to ensure the tasks are met. SWAT Breachers will be required to construct, place and detonate explosive devices at a door, window or other location in order to open an entry point for other SWAT team members or equipment to gain rapid unrestricted access to the objective. SWAT Breachers will have a primary responsibility to train other SWAT members on safety protocols necessary to work around explosives.

Breacher cadre will evaluate current training in methodology, individual competencies, trends in breacher training throughout the law enforcement explosive ordnance community, and to ensure that the training is mission specific and contemporary. Any breacher who fails to attend three

LVMPD 001429



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

consecutive deployment periods will be required to pass the competency test prior to redeployment is the SWAT breacher.

**4.01.08        Training**

A Team Leader will be assigned to supervise Training Team (full-time trainers) and the other members of the Training Cadre on Training Team training days. This Team Leader will be tasked with oversight to ensure that all members of the SWAT Sections receive uniform training in best practice and that all training is documented on a Training After Action Report which must be turned in to the Sr. LEST and scanned into OnBase. He/she must ensure that any and all training rosters are submitted to Advanced Training utilizing the current LVMPD web-based learning platform

*Hostage Rescue/Search Warrant will be competencies managed by the Training Section.*

**4.01.09        Failure to Maintain Competencies**

Due to the specialized nature of SWAT missions it is paramount the personnel assigned to SWAT maintain high levels of competency with all aspects of the SWAT mission. At the discretion of the Tactical Commander, and with concurrence of the SWAT commander, those members assigned to SWAT that are unable to maintain high levels of competency and deemed non deployable will be removed from the SWAT section in accordance with the current department procedures.

The Training Team or any other trainer will provide the Tactical Commander a comprehensive written After Action Report listing of all individual and team training; including; but not limited to; the names of the personnel in attendance, date/duration of training, instructor(s), location, the subject matter trained, deficiencies, corrective action taken if any. Training Team will also incorporate an overview of the training to include lessons learned for future training endeavors. This AAR will be sent to the Tactical Commander for review.

**Definitions for the classifications of training and procedures for documentation:**

Formal Training:

Specialized training to enhance skills, knowledge and abilities beyond the level taught in the basic SWAT School or advanced training. This training develops and initiates the training program based on the appropriate job task analysis, including lesson plans with performance objectives.

Procedure

- Instructor will complete a Training Roster
- Instructor will forward the completed roster to SR LEST
- The SR LEST will enter the roster into UMLV

LVMPD 001430



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- The roster is scanned into OnBase

**4.02    SWAT Basic Training Curriculum**

Will be reviewed annually, and changes shall include a risk assessment based of the following criteria:

- Case law review: Implications of national and jurisdictional rulings and precedents on current training, operations and policy.
- Training updates: Ensuring agency policy corresponds with latest training received. Compliance with applicable law as well as an ongoing assessment of risk management processes.
- Operational practices: Ensuring actual operational tactics are reflective of policy and a risk assessment of team assignments and tactical incident responses are consistent with the priority of life model.
- Lesson Plans will be reviewed every two years.

*Basic SWAT School curriculum will be housed within the Training Section and stored on the H: Drive*

**4.03    New Sergeant Training Program**

The LVMPD SWAT section will conduct a field training program to train all newly assigned officers and sergeants. This training program not only assists in the transition to becoming a Team Leader but serves as a guide in determining if the sergeant possesses the knowledge, skills, and ability to become an effective, operational Team Leader. SWAT operates as a team and failure by any portion of the team to take proper action can result in the death or injury to other SWAT officers or civilians.

Every effort will be made by all members of the SWAT section to ensure the success of new members. Any new sergeant who has problems in any of the training areas will be given remedial training to assist in developing the skills required to be a successful Team Leader. This remedial training will be directed by the Tactical Commander, coordinated through the Training Section or it can be conducted by the designated team trainers and Training Cadre liaisons. In any event, the remedial training will be documented by the Tactical Commander.

If a new sergeant continues to have problems and is not responding to training, the Tactical Commander will meet with the new sergeant's previous and current Team Leader and the Training Section to determine the best course of action in training the new sergeant. If the new sergeant continues to have training issues and is not responsive to training, after consultation with the Tactical Commander, the SWAT Commander will determine if it's in the best interest of the SWAT section to remove the new sergeant from the section. This decision will be based on

LVMPD 001431



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

the recommendations of the new sergeant's trainers, the Training Section, and documented training records.

This program is six months in duration and is broken into three phases listed below:

**Phase I:**

The first full work week in the section will be considered a 'zero' time period and is not evaluated. This period is to be used to acclimate the new sergeant to the section. This period should be used for equipment and key issues and learning non-critical incident processes. During this time period, the new sergeant will receive a copy of the section manual and SWAT field guide and will have the training program explained. The new sergeant will also be given access to the appropriate H drive folders. Lesson plans for each individual tactic will be available on the H drive.

**Phase II:**

The Phase 2 process is three months (minus Phase I week) in duration consisting of an assignment to a team as directed by the Tactical Commander. The objective of this period is to develop the new sergeant to be able to perform multiple tasks with minimal supervision. The new sergeant will have a monthly meeting with the Tactical Commander and will receive monthly written evaluations from the Tactical Commander with input from the Training Section and the appropriate Team Leaders. There will be three evaluations in total should the Sergeant continue to progress. This phase may be extended by the Tactical Commander based on recommendations from the Team Leaders and the Training Section. The Tactical Commander will respond to operations and observe the Sergeant in training. He/she  shall be responsible for filling out the monthly evaluations and placing signed copies in the training binder provided to the Sergeant. The Training Section will monitor the progress of the newly assigned Sergeant and provide supplemental training as directed by the Tactical Commander.

Recognizing the operational tempo of the section, it is permissible for the evaluations to be completed no later than one week after the end of each evaluation period.

The evaluations completed will contain observations as well as the material from operational debriefs as they relate to the new sergeant. The foundation for improvement in this section is the debriefing of each action. No one is immune to the debrief process and everyone is required to participate. The new sergeant should look upon this time as an opportunity to enhance their training by learning from the mistakes that are made by themselves and other officers.

During Phase II the new sergeant will receive an end of phase summation of their performance from the Tactical Commander. This summation will be provided to and reviewed by the SWAT Commander. This summation may include information from the Training Section in reference to the new sergeant's performance during training and operations.

During all phases of this program, each new sergeant will attend all multi squad team training. Any exceptions must be approved by the Tactical Commander. This training will be documented

LVMPD 001432



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

by the Training Section and included in the new sergeant's training binder. Any disagreements as to the new sergeant's performance in the Training Section documentation will be brought to the attention of the Tactical Commander. If the dispute cannot be resolved at that level, the SWAT commander will have the final determination.

The end of phase summation will be discussed with the new sergeant before the start of the next evaluation period and shall include new material to be discussed and remedial actions to improve documented performance issues. The summations will be signed by the new sergeant and the Team Leader and will be placed in the new sergeant's training binder.

The new sergeant will become familiar with all entry man duties during Phase II. Duties like employing a distract, breaking and raking windows, shield movements, manual breaching, employment of a stun stick, conducting a recon, and qualifying with a 40mm launcher will be trained and performed on live missions. The new sergeant will also become proficient in each position during controlled entry tactics and slow & methodical search warrant services. The new sergeant must perform each task to a satisfactory level before moving to Phase III. These tasks shall be documented on the evaluation reports.

If the new sergeant is comfortable handing Team Leader duties, he/she may begin taking responsibility for these during Phase II. Some of these duties may include reviewing search warrants, working with team members to assign recons, coordinating with K9 and medics, coming up with plans with the Assistant Team Leader during search warrant services, suggesting changes to an Assistant Team Leader's plan, handling Team Leader responsibilities during a barricade, working with affiants to schedule warrant services, scheduling team training with the Training Section, and other appropriate tasks. Care should be taken not to overwhelm the new sergeant.

**Phase III:**

Upon the completion of the requirements of Phase II and based on evaluations of the team sergeants, the new sergeant will move to the third phase. Phase III should start during month four. The objective of this period is to develop the new sergeant to be able to perform multiple tasks with little or no supervision. During this phase the new sergeant will continue to be evaluated on a monthly basis but will no longer require monthly meeting with the Tactical Commander. There should be three written evaluations during phase III. As in Phase II, the new sergeant will be required to attend all formalized training. The Team Leaders and Tactical Commander will continue to observe and mentor the  new sergeant, with the intent of assisting the new sergeant in his/her progress, during this phase. The Tactical Commander has the discretion of which team the new sergeant will be assigned to, and the assignment may rotate.

Phase III is three months in duration (months 4,5 & 6) and can be increased based on unacceptable performance. Any extensions must be approved by the Tactical Commander.

This period is marked by an increase in the assumption of responsibilities by the new sergeant. During this period the reduction of operational supervision is the goal. By this we are looking to develop the new sergeant to be able to perform as a Team Leader with limited supervision. The

LVMPD 001433



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

new sergeant should be prepared to complete most assigned tasks without supervision, but the assigned team sergeant will be available to answer questions as they arise. The new sergeant should become comfortable with the Team Leader position during this phase and the existing team leader should allow the new sergeant to handle most, if not all, team leader responsibilities.

Evaluations will be drafted by the Tactical Commander on a monthly basis. An end of phase summation will be discussed with the new sergeant and shall include new material to be discussed and remedial actions to improve documented performance issues. The monthly evaluations will be signed by the new sergeant and the Tactical Commander and placed in the training binder.

The new sergeant should be aware of the general response protocol to all critical incidents. At the beginning of Phase III, the new sergeant must be prepared to perform in any position of the entry line and will be comfortable in the team leader position. The new sergeant will also have also handled several barricades and many search warrant executions as a team leader.

**Record Keeping**

It is the duty of the Training Team Sergeant to keep a training file, either electronically or paper, on each new sergeant. This file will contain all Training Team evaluations and training reports. The training file does not take the place of the Supervisor's Employee Performance File (SEPF), which is maintained by the Tactical Commander The new sergeant will be responsible for providing the Training Team Sergeant copies of all documentation at the end of every month. This is done to ensure the Training Section is aware of any areas of concern that are documented in the binder can be worked on through training and so there is a backup in case the new sergeant's binder is lost. Any documentation of training remediation shall be included in the file. This is to be made available to the Tactical Commander upon request.

**4.04  New Officer Training Program**

It is the guideline of the LVMPD SWAT section to conduct a field training program to train all newly assigned officers. This section will cover only the officer training program. This training program not only assists in the transition to becoming a SWAT officer, but serves as a guide in determining if the officer possesses the knowledge, skills, and ability to become a SWAT officer. SWAT operates as a team and failure by any portion of the team to take proper action can result in the death or injury to other SWAT officers or civilians.

Every effort will be made by all members of the SWAT section to ensure the success of new members. Any new officer who has problems in any of the training areas will be given remedial training to assist in developing the skills required to be a successful SWAT officer. This remedial training can be coordinated through the Training Section or it can be conducted by the designated team trainers and The Training Section. In any event, the remedial training will be documented on the daily/weekly evaluation forms. If a new officer continues to have problems and is not responding to training, the team sergeant will bring it to the attention of the Tactical Commander. The Tactical Commander will meet with the new officer's previous and current SWAT training officers, sergeant(s) and the Training Section to determine the best course of action in training the new officer. If the new officer continues to have training issues and is not



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

responsive to training, the Tactical Commander will determine if it's in the best interest of the SWAT section to remove the new officer from the section. This decision will be based on the recommendations of the new officer's trainers, sergeant(s), the Training Section, and documented training records.

This program is six months in duration and is broken into three phases listed below:

**PHASE I:**

The first full work week in the section will be considered a 'zero' time period and is not evaluated. This period is to be used to acclimate the new officer to the section. This period should be used for equipment and key issues and earning non-critical incident processes. During this time period, the new officer will receive a copy of the section manual and SWAT field guide and will have the training program explained. The new officer will also be given access to the appropriate H drive folders. Lesson plans for each individual tactic will be available on the H drive. The new officer will not enter the team's callout rotation but will respond to all warrant services and callouts with his or her assigned training officer when the training officer is called out. The new officer will also receive training, in the form of TNLO check-ride, in the operations of SWAT Specialty Vehicles. The new officer will subsequently forward a memo through the chain of command via the respective TL for an "F" driver's license endorsement.

**PHASE II:**

The Phase 2 process is three months in duration (minus the Phase I week) with the new officer assigned to an entry team of the Tactical Commander's discretion. The new officer receives weekly written evaluations during this phase. This phase may be extended by the section lieutenant based on recommendations from the team sergeants and the Training Section. The training officer shall be responsible for filling out the weekly evaluations and placing signed copies in the training binder provided to the new officer. The Team Leader will also sign the forms and ensure the new officer understands his or her successes and deficiencies. Team Leaders shall organize, with assistance from the Training Section, weekly training for the benefit of the new officer and the team.

All training documents should be signed and dated on the shift for which they are documented. Recognizing the operational tempo of the section, it is permissible if the paperwork is completed no later than the following duty day after the reported shift.

The evaluations completed by the SWAT Training Officers (STO) and Team Leaders will contain observations as well as the material from operational debriefs as they relate to the new officer. The foundation for improvement in this unit is the debriefing of each action. No one is immune to the debrief process and everyone is required to participate. The new officer should look upon this time as an opportunity to enhance their training by learning from mistakes that are made by other officers.

During Phase II the new officer will receive a monthly summation of their performance from their Team Leader. This summation will be noted on the respective weekly evaluation and reviewed

LVMPD 001435



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

with the new officer and the Tactical Commander respectively. This summation may include information from live missions, the Training Section (reference the new officer's performance during training), and team sustainment training. During all phases of this program, each new officer will attend all the Training Section training. Any exceptions must be approved by the assigned Team Leader.

This weekly training will be documented by the lead the Training Section trainer and included in the new officer's training binder. Any disagreements as to the new officer's performance in the weekly Training Section training will be brought to the attention of the lead the Training Section trainer. If the dispute cannot be resolved at that level, the Tactical Commander will have the final say. The monthly summation will include new material to be discussed and remedial actions to improve documented performance issues. The monthly summations will be signed by the new officer and the team sergeant and will be placed in the new officer's training binder. These reports should document the team leader's knowledge of training issues and any remedial training that may be required. The report should list objectives to be completed and timelines for completion. This discussion allows the new officer to receive feedback on his or her performance in both training and actual operations. This report will be signed by both the Team Leader and new officer.

The new officer will become familiar with all entry duties during Phase II. The new officer will be able to perform duties like throwing a distract, breaking and raking windows, using a shield, setting up and using a stun stick, ramming a door, and using a Halligan tool. He should also attend the Mechanical, Manual, Ballistic, Thermal, and Hydraulic (MMBTH) class as soon as possible so he understands how to properly use all of the tools in the equipment truck. The new officer will also become proficient in each position during controlled entry tactics and slow & methodical search warrant services. Assistant Team Leader's and team leaders should expose the new officer to the #1 and #2 positions (can be 5 or 6, 7 or 8, etc.) within the entry element so he/she can learn how to make reads as well as watch how more seasoned officers make reads. Walkthroughs of premises are encouraged after search warrant services are complete and it is safe to do so. This will assist the new officer immensely and give him the opportunity to ask veteran officers questions. The new officer will also learn how to perform recons, pick up armored vehicles, and will be given a walkthrough of the equipment truck during Phase II.

**PHASE III:**

Upon the completion of the requirements of Phase II and based on evaluations of the team STOs and Team Leaders, the new officer will move to the third phase. Phase III should start during month 4. During this phase the new officer will be assigned to the other entry team (if he/she is making the progress in the program) and continue to be evaluated on a weekly schedule. He or she will be required to attend all multi squad formalized training. This weekly evaluation will be conducted by the assigned STO. The STO will be observing and mentoring during this phase. The Tactical Commander has the discretion of which team the new officer will be assigned to and the assignment may rotate.

LVMPD 001436



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Phase III is three months in duration (months 4-6) and can be increased based on unacceptable performance. Any extensions must be approved by the Team Leader in consultation with the Tactical Commander.

This period is marked by an increase in the assumption of responsibilities by the new officer. During this period the reduction of operational supervision of the new officer is the goal. By this we are looking to develop the new officer to be able to perform as an independent member of the team with limited supervision. The new officer should be prepared to complete most assigned tasks without supervision, but the assigned STO will be available to answer questions as they arise.

Evaluations will be drafted by the STO and presented on a weekly basis. This summation will be discussed with the new officer before the start of the new work cycle and shall include new material to be discussed and remedial actions to improve documented performance issues. The weekly evaluations will be signed by the new officer, STO, and the Team Leader and placed in the training binder.

The new officer will continue to receive monthly contact reports from the team leader to document work-related issues and any remedial training that is required. Remedial training may be conducted at the team level or the Team Leader may ask the Training Section to set up the training and gear it toward correcting the new officer's deficiencies.

The objective of this period is to develop the new officer to be able to perform multiple tasks with limited supervision. The officer should be aware of the general response protocol to all critical incidents. At the beginning of Phase III, the new officer must be prepared to perform in any position to the entry element. Because of the high-risk nature of SWAT operations, the new officer shall advise his/her STO if they feel they are not prepared for any specific role assignment. This is part of the development and safety is of the utmost importance, therefore it is the new officer's responsibility to communicate legitimate concerns to his/her STO and subsequently the STO's responsibility to report these concerns to the primary ATL and TL or the respective mission.

All newly assigned SWAT personnel, including officers, are in an evaluation status for the first 6 months. At the end of Phase III of the officer training program, officers will continue to meet with their team leader every month until the conclusion of the 12-month probationary period. These meetings will be documented on Contact Reports. Once the 12 months are up, the Tactical Commander will meet with the TLs and decide if the new officer has successfully passed his/her probation. If the training documentation indicates that the new officer cannot meet SWAT standards, the Tactical Commander will make a recommendation to the SWAT Commander to transfer the new officer from SWAT. The SWAT Commander may approve or deny this recommendation.

**Record Keeping**

It is the duty of the Training Team Sergeant to keep a training file, either electronically or paper, on each new officer. This file will contain all Training Team evaluations and training reports. The

LVMPD 001437



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

training file does not take the place of the Supervisor's Employee Performance File (SEPF), which is maintained by the Tactical Commander. The new officer will be responsible for providing the Training Team Sergeant copies of all documentation at the end of every month. This is done to ensure Training Team is aware of any areas of concern that are documented in the binder can be worked on through training and so there is a backup in case the new sergeant's binder is lost. Any documentation of training remediation shall be included in the file. This is to be made available to the Tactical Commander upon request.

**4.05    Interoperability with Department Entities**

In order to guard against complacency and insularity, and to achieve an ever-improving and mission ready capability, it is critical for SWAT personnel to work closely with other department entities. Periodic interoperability training will occur annually by way of Field Training Exercises (FTX) to exercise several department assets that maybe called upon to resolve a critical incident. On a smaller scale, SWAT personnel assigned to specialized cadres will train with department resources commensurate with that specialty.

**4.06    In-Service Training**

Officers assigned to the section are called upon to provide training in the in service and basic police academy.

Training conducted by the section will include a lesson plan that is inspected by an officer who has attended instructor development. A copy of the lesson plan will be on file with the section and with the advanced training.

To ensure compliance with Department policy SWAT personnel will not train others in SWAT tactics without first getting approval from the Tactical Commander.

Unit personnel assigned to the section will be afforded the opportunity to attend schools in tactical areas of concern based on their current unit assignment, and at the discretion of the Tactical Commander.

**4.07    Testing and Evaluation (T&E) Process**

SWAT command encourages members to participate in the positive progression of the section. Members are encouraged to explore and research new equipment, weapons, tactics, etc. which would advance the tactical abilities of the SWAT section.

To maintain a coordinated effort which is efficient, productive, and fiscally responsible, a systematic and documented approach is necessary. Officers will not indemnify the department for any equipment or materials.

**Officer**

LVMPD 001438



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Recognizes a need for testing and evaluation of equipment, weapons, etc. OR is assigned to test and evaluate equipment, weapons, etc.
- Emails the Logistics Team Leader with a recommendation for T&E.
  - Include the purpose, need, and function of the item. The narrative or attached memo will also note vendor information, pricing (if available), and any vendor requirements for testing and evaluation of their product. For example, deposits, length of time permitted for T&E, shipping requirements and costs, etc.

**Team Leader**

- Reviews email narrative/memo and considers approval or denial.
- If denied forward memo back to the officer detailing the reason for the denial.
- If approved, forwards to Tactical Commander.

**Tactical Commander**

- Reviews email narrative/memo and considers approval or denial.
- If denied, responds to SWAT Procurement email detailing the reason for the denial.
- If approved and forwards to the SWAT commander.

**SWAT Commander**

- Reviews email narrative/memo and considers approval or denial.
- If denied forward denial back to the Tactical Commander detailing the reason for the denial.
- If approved, and the items are related to firearms and ammunition, the Tactical Commander will be directed to provide a memo to the Organizational Development Bureau Captain, Lieutenant, and the Range Master detailing the requested T&E items.
- If approved, forwards to the AA/Sr. LEST and SWAT TNLO for ordering/purchasing the requested items.

**AA/Sr. LEST**

- Receives approval, orders item, arranges for payment costs associated with item.
- Notifies sergeant of approval/disapproval for T&E and time period of T&E.
- Maintains copy of T&E request and associated reports.
- Tracks shipping dates and return requirements to ensure item is returned within deadlines.

**Officer**

- Tracks delivery of item during the T&E period.

LVMPD 001439



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Ensures all appropriate personnel have occasion to provide input regarding the item.
- Creates and distributes forms or documents to be completed by personnel participating in the T&E.
- Collects evaluation forms and compiles information regarding T&E of item.

**4.07.01    Upon Completion of T&E**

**Officer**

- Collects all items associated with T&E within time limits for return to owner, and coordinates with bureau AA/Sr. LEST to return/purchase item.

**Tactical Commander**

- The Tactical Commander will make a recommendation to purchase or not to the SWAT commander
- If the purchase is related to a weapon or ammunition, the Tactical Commander will present to Firearms Committee for approval, then to the Training Governance Committee for Final approval.

**SWAT Commander**

- If approved, the SWAT Commander will submit for purchase

**4.08    Specialty Vehicle Operations Training**

Members of the section (and persons who regularly assist on tactical missions such as K9, Search and Rescue, and Tactical Doctors) may be assigned to drive one of the 'specialty' vehicles. Before operating any specialty vehicle, each operator must first be properly licensed and trained. Because of their size and weight, the TOC and Bear require an "F" DMV endorsement to operate in the State of Nevada. As such, operators will deliver a letter signed by the SWAT commander to the DMV for the endorsement. Members will not operate these vehicles until properly licensed.

Members required to operate any specialty vehicle will attend training produced by the Training Section. This training will include minor maintenance issues, operations of internal systems, emergency equipment, four-wheel drive systems, etc. Team members will operate the Bear Cats on the roadway, in a large parking lot, and maneuver around cones and speed bumps. The officers will also practice stopping and starting procedures, backing, engaging/dis-engaging four-wheel drive and locking hubs, and driving while four wheel drive is engaged, etc. The team members will also be tasked with pinching or blocking in a vehicle, as would be done in a hostage situation or a barricaded suspect in a vehicle. Other training will be included as necessary.

SWAT personnel will take the lead in training for department members when called upon.

LVMPD 001440



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

## 4.09    Seminar / Conference Training Requests

SWAT command's vision is to provide opportunities for outside training to section personnel as funding and resources are available. Officers wishing to attend training need to do the following and submit a travel request through the chain of command. Officers should attend outside training every two years.

- Researches schools, conferences, symposiums desired.
- Submits memo electronically to supervisor listing type of training, location, dates, times, and registration fees, etc. Member should include web-site information as appropriate. If needed, hard copies of flyers/advertisements should also be forwarded to the supervisor.
- If authorized to attend the training, will at the conclusion submit a memo through the chain of command discussing the key takeaways and lessons learned from the training.

**Team Leader**

- Reviews request for completeness and as appropriate, forwards to the Tactical Commander.

**Tactical Commander**

- Reviews request and takes appropriate action.
- If approved, forwards request to the bureau AA for action.

**SWAT Commander**

- Reviews and approves or denies request.

**Officer:** If approved for training, follows department policy 5/103.04 (receipts) and 5/108.20 (Reporting extra-departmental training).

## 4.10    Ride Along

It is recognized that certain benefits may be derived from allowing certain individuals to be exposed to SWAT activities. Requests to ride-a-long and observe SWAT activities will be directed to the Tactical Commander for approval prior to the ride along. All media and production company ride-along must be coordinated through the Office of Public Information per policy.

Non-departmental personnel will complete and Agreement Assuming Risk of Injury or Damage, Waiver and Release of Claims and Indemnity Agreement, LVMPD 145 prior to riding with SWAT. Copy of policy governing observers will be provided as directed in policy.

- Photocopy of observer's identification, and/or police credentials will be attached to waiver and forwarded to the Tactical Commander.

LVMPD 001441



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Observers will not take any police action while accompanying the team. Observers will not ride in the Bear or Bear Cats on a live mission unless approved by the Tactical and SWAT Commander.
- Team Leaders and Assistant Team Leaders will ensure observers are protected from danger as much as possible. When feasible, appropriate, and available, observers will wear protective gear.

## 5.00   Equipment

### 5.01   Ballistic vests

It is required that all uniforms are readily identifiable as police when involved in tactical missions. Heavy vests and load bearing vests will display 'Police' logos. On search warrant or raid missions 'gold' colored insignias will be displayed to include the LVMPD star patch, 'Police' on front and back of the vest as well as the shoulder guards, if worn. The LVMPD patch will be visible on both shoulders.

Officers engaged in planned, high risk tactical situations will wear the section issued vest and helmet. Exceptions to this policy are granted only by the Team Leader under circumstances wherein the tactical mission is better served by wearing body armor of a 'light vest/patrol vest' configuration. An example would be open field movements, extended perimeter positions, or type/level of threat, etc.

### 5.02   Less Lethal Option

For the purposes of this manual, all SWAT officers are required to carry an Intermediate Force Tool option on either on their person, in their deployment kits or anywhere capable of immediate deployment should the utilization of low level or intermediate force be necessary.

LVMPD approved options as defined in LVMPD 6/002.00 are:

- OC Spray (Oleoresin Capsicum)
- ECD (Electronic Control Device)
- Expandable Straight Baton

### 5.04   Ballistic Helmet

Operators engaged in planned, high risk tactical situations will wear the section issued ballistic helmet. Ballistic helmet will be worn while riding the rails or on the exterior of any vehicle.

### 5.05   Vehicles and Authorization for use

All section personnel are authorized the use of department take home vehicles by department policy 5/207.08. The SWAT commander is the fleet manager for all vehicles.

LVMPD 001442



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

It is the policy of the section to maintain a 45-minute response time to emergencies in which SWAT has been requested. Officers are responsible for the proper care and maintenance of section vehicles. Team Leader will do a quarterly inspection of the vehicles.

All take home vehicles will be equipped with emergency equipment to include a red-light front and rear, siren, wigwags, corner strobes, radio, alarm system, and tinted windows. Additionally, every vehicle wherein automatic weapon and/or explosives are maintained will be equipped with a security vault(s) or box(s). Each officer will ensure tactical equipment, weapons, and explosives are stored within the vault/box when not in use. If a vault/box is not available or is inoperable, operators will secure their weapons/explosives within their residence, and ensure their supervisor is aware of the possibility of an extended response time.

Department policy 4/103.09 and 5/207.08, state in part, that no department member will operate a department vehicle while impaired by the use of alcohol. Further, if an officer anticipates consuming alcohol, they will not operate their department vehicle and will notify their supervisor they will not be available for call out. Failure to adhere to this directive could lead to discipline.

If an officer is going to be out of town on vacation or training, the department vehicle will be garaged or stored at the SWAT office, or at the nearest substation.

First/second failure to service assigned vehicles will result in a contact report in the officer's bureau file. Repeated violations could result in dismissal from the section.

**5.06    Specialized Weapons – Individual Issue**

SWAT officers may carry department approved, personally owned handguns and rifles. The recommended handgun caliber is 9mm. SWAT Snipers are prohibited from using personally owned sniper rifles while deployed as SWAT Snipers with the only exception being with the Special Purpose Rifle "SPR".  SWAT officers are able to participate in the SPR program as defined in LVMPD policy.

SWAT is authorized to use optics on handguns, and this will be in accordance with department policy.

Covert Officers – Dressed so as to have the ability to operate in a police capacity while remaining undetected as officers. Covert officers will always have proper identification, carry one intermediate force option tool and be versatile in their ability to blend into any setting while still retaining the ability to identify as an officer and act in a law enforcement capacity.

It is the SWAT officer's responsibility to be prepared for immediate and sometimes extended periods of deployment. Therefore, individual team members shall ensure that individually assigned equipment is in proper working order and deployable at all times. Further, SWAT officers shall properly secure all weapons, ammunition and equipment in their assigned SWAT vehicles. During tactical operations, protective equipment shall be worn at all times unless

LVMPD 001443



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

mission requirements dictate otherwise. The SWAT logistical sergeant will be responsible for the inventory and sign out procedures.

SWAT personnel will not be allowed to "buy back" weapons or equipment that are auctioned off, traded in or deemed undesirable to be in service.

SWAT will qualify both with SWAT qualifications and Department qualifications each quarter.

**5.07    Issuance of Department Ammunition and Equipment**

Department ammunition is defined as any piece of ammunition purchased by the department and issued to an officer. This ammunition includes but is not limited to ammunition for handguns, shotguns, rifles, automatic weapons, shock locks, distracts, less lethal/chemical devices, simmunition style marking rounds, and blanks. Under no circumstances will an officer give, trade, or sell to another individual ammunition that has been issued to them. Any ammunition signed out to any SWAT personnel will be identified as property of LVMPD. This will be accomplished by having each box of ammunition stamped 'Property of LVMPD'. Upon separation from the section all officers will return all unused munitions.

Officers will not store an excessive amount (more than 2,000 rounds) of ammunition in their department owned vehicles. Officers will sign for all equipment, including regular distributions of ammunitions, less lethal munitions, chemical munitions, distraction devices or other reoccurring allotment. Individual inventory will be managed by the SWAT logistics sergeant and maintained by the section SRLEST.

Specialty equipment and/or weapons will not be transferred between operators or Team Leader without approval and oversight from the logistic sergeant.

SWAT personnel, to whom any item of equipment issued, are responsible for the care, maintenance and deployment of the equipment. Officers transferring out of SWAT will return all issued equipment to logistics sergeant.

The SWAT TL via the TNLO will reconcile the returned equipment against the officer's individual inventory record and inspect for damage.

**5.08    Body Worn Camera Procedure**

All SWAT officers and sergeants will utilize Body-Worn Cameras (BWC) during the execution of its specialized missions. SWAT will comply with LVMPD Department Policy 5/210.01, Body Worn Camera, where applicable. SWAT officers/sergeants will ensure their respective BWC is set in covert/stealth mode to eliminate potential officer safety compromising beeps and flashing lights.

**Non-Compliance:**

LVMPD 001444



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- **Tactical Response**
  - o In the event a SWAT BWC wearer responds to a planned operation or Tactical Response without his/her BWC, they will immediately notify the TL in charge of the mission and be directed to retrieve their respective BWC before deploying on the event. If retrieving the BWC is not an option, he/she will be directed to the TOC, if applicable, to assist with admin. duties for the mission. If it is associated with callout payment, the time wasted to retrieve a forgotten BWC will not be included in the time the officer is compensated. These incidents will be documented and met with progressive discipline.
- **Emergency Response**
  - o In the event a SWAT BWC wearer responds to an "All-Call" emergency without his/her BWC, they will deploy as needed due to the nature of (a hostage taker, active shooter, complex coordinate attack, etc.) "All-Call" incidents, which present an objectively-articulable significant threat to life. Prior to clearing from the event, when safe to do so, the officer will notify his/her supervisor or designee.

Due to the impact of BWC footage on operational effectiveness and public trust, a documented pattern of BWC non-compliance may be addressed with an Administrative Transfer at the discretion of the SWAT Commander and HSD Deputy Chief.

**Method of Deployment:**

SWAT BWC wearers will don their issued BWC on their person in the below manner:
- Officers assigned to non-Sniper/Observer tactical roles will wear their BWC on their tactical helmets.
- Sierra Officers assigned to Sniper/Observer roles on a mission, will wear their BWC on their tactical helmet. Once the S/O has reached their Final Firing Position, they will remove their BWC from their helmet mount and place them on a specialized tripod mount. The BWC will then be pointed down range in the same direction as the rifle scope and likely suspect contact.
- In plain-clothes surveillance, Officers will ensure they are wearing BWC. If a potentially visible BWC jeopardizes the mission or officer safety, the Sierra Officer will utilize a vehicle hide or other vacant structure to conceal their presence and preserve the mission. The only exception is ff they are unable to use a structure or vehicle hide and they are on foot in a plain clothes capacity and the BWC would jeopardize their covert status or not be feasible, then upon authorization from the Team Leader they may deploy on foot in plain clothes without a BWC.
- Plain-clothes Operations
  - o Department Policy 5/210.01
    - ▪ *Plainclothes Operations*

LVMPD 001445



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- *13. Officers who have been issued a BWC, regardless of assignment, and are conducting pre-planned law enforcement operations will wear a department approved uniform and are required to wear the assigned BWC. An example of pre-planned law enforcement operations would be directed patrol activities where pedestrian and vehicle stops will be made, service of search warrants and other activities that would cause officers to have citizen-suspect contact.*
  - Officers assigned to High-Risk Search Warrant Services as \*plain-clothes surveillance on foot will not wear their BWC in plain view (as they are not in uniform) of the public so as to not indicate to the subject of the search warrant of police presence. This officer will not engage with the public and will have all mandatory use of force equipment to include, immediately available police identification, lethal force option, less-lethal force option and handcuffs. In this instance, the BWC wearer will activate their respective BWC and keep it concealed on their person to record audio associated with the respective event. Once he/she is back in a concealed position (structure, vehicle, etc.) the officer will don the BWC upon their person, if still assigned to the event.
    - \*SWAT Officers assigned in a plain-clothes surveillance capacity, must receive formalized plain-clothes surveillance training on an annual basis.

The following procedures augment department BWC policy and are necessary to address the unique requirements of SWAT operations. A section of the department policy 5/210.01 requires officers to upload all recordings to evidence.com before the end of shift.

**Recording Protocols:**

If safe to do so, SWAT Team Leaders will ensure that a reminder to activate the BWC is broadcasted over the operational radio channel prior to moving forward and assuming tactical operations. In order to support this directive, SWAT BWC wearers will ensure that their respective BWC and associated equipment is maintained and ready for deployment between missions. SWAT Management has a full appreciation for the fact that BWC uploads can be time consuming and the time a BWC must remain on a docking station may impact a SWAT BWC wearer's ability to prepare equipment effectively.

The following are SWAT specific situations where the BWC will be activated:

**Search Warrant Service:**

BWC will be activated at the staging area prior to going downrange and will be de-activated at the conclusion of tactical operations, or upon direction of the TC or designee.

LVMPD 001446



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Tactical Response Incidents - Barricaded, Suicidal Subject Incidents:**

SWAT personnel will turn on their BWC to Standby Mode prior to going downrange while in the staging area. Once downrange, the BWC will be activated for the duration of the incident and will not be deactivated until the conclusion of tactical operations or upon direction of the TC or designee. When a deactivation order is given, each team leader will announce on camera that the team is deactivating their BWC. During a dynamic event, SWAT officers will not be required to announce to any subject that video recording is being conducted. Once the scene is static, the team leader will advise any subject present that the event has, and is, being recorded.

**Emergency Response Incidents - Hostage Taker, Active Shooter, CCA Incidents incorporating crisis dress upon arrival:**

SWAT personnel will fully activate their BWC during the crisis dress phase. If, and only if, the scene de-escalates back down to a barricaded subject situation prior to a crisis entry, will the Barricade, Suicidal Subject criteria be the activation/deactivation standard.

**Downloading Protocols:**

Because SWAT officers do not end or begin their shift at a substation or home office as patrol officers do. SWAT officers cannot leave their camera at a substation for the downloading process due to their callout/response requirement. This requires the officers to respond to one of these locations and wait for the downloading process to complete. If the camera has 2 hours of footage, many times it will take an hour to download. The downloading times depend on how many cameras are being downloaded at once as well as the speed of the IT system at the given location.

Officers will "Tag" label and/or categorize recordings as soon as practical *while still assigned to the event*. Since BWC's can retain a maximum of nine hours of footage, officers must upload their videos prior to reaching this limit or the next workday, whichever occurs first, not to exceed 72 hours (length of RDO's). Officers assigned to SWAT will be given the option to maintain an LVMPD owned docking station at their respective residences. This will allow for daily docking of the BWC. In the absence of this home docking station officers will be required to dock their respective BWC at an LVMPD facility equipped with a docking station. Officers can check on the length of the videos via the "Axon View" smartphone app to know if they're close to the nine-hour limit.

In the event of a reportable Use of Force, citizen complaint, or when directed by a sergeant or above, the employee will upload the BWC by the end of the shift.

**Documentation:**

The presence of BWC video must be noted in the supervising sergeant's investigative Blue Team narrative and any other applicable documentation.

**Audits:**

LVMPD 001447



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Dept. Policy 5/210.01 states:
  - ○ *SUPERVISOR ACCESS*
    - ▪ *Supervisors will only access the BWC video of officers in circumstances of an official policy required investigation. In each case the supervisor, or person accessing the video, will document in the notes section of the specific video reviewed, the reason of the inspection and the person requesting to complete the review. Supervisors will not randomly search or audit an officer's videos outside of these reasons, and without advanced authorization of their lieutenant or bureau/area commander.*

  - ○ Technical issues with BWC and the 'cloud' will occur and will be addressed reasonably on a case by case basis. It will be the Sergeant's responsibility to bring any technical issues to the SWAT Lieutenant's attention;
    - ▪ If an officer is found not compliant, due to personal error or negligence, he/she will receive progressive discipline to start with a documented counseling session. They must view their BWC as any other crucial piece of equipment they don for a tactical operation.

The Project Management and Video Bureau will disseminate their monthly audit to ensure that the BWCs are being used correctly. Any legitimate alibis will be noted, by the respective SWAT Sergeant, in the Daily Logs.

**Training:**

BWC cameras may be used during training when approved by a SWAT sergeant.

### 5.09    Enhanced SWAT Capabilities

### 5.09.01        Breaching Shotgun

Authorized SWAT personnel may employ a 12-gauge shotgun specifically designed to fire munitions that are used to disrupt, push or cut a locking mechanism. Proper use of the breaching shotgun minimizes the risk of injury to the officer, suspects, or other innocent persons and provides rapid access.

### 5.09.02        Explosive Breaching

SWAT personnel who possess specialized training with explosive breaching can construct, place and detonate explosive devices at a door, window, or other entry point to allow team members to gain rapid and unrestricted access to the objective.

LVMPD 001448



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Deployment of this tactical option requires the approval of the Tactical Commander. In exigent circumstances, the Team Leader may approve the deployment with a notification to the Tactical Commander as soon as practical.

**5.09.03    Heavy Weaponry**

Only specially trained SWAT personnel are authorized to deploy heavy weapons within SWAT inventory. Heavy weaponry is defined as 338 calibers and above. Deployment of the heavy weaponry in non-training tactical operations requires prior approval from the Tactical Commander. In the event of a spontaneous, extraordinary incident where deployment of heavy weaponry is paramount to public as well as officer safety, authorization for exigent deployment may be received from the Tactical Commander, or designee. The SWAT commander shall be notified as soon as practicable when heavy weaponry is deployed.

**5.09.04    Semi-Automatic and Automatic Modes of Fire**

Normally, SWAT personnel will deploy and operate the Colt M4, in the semi-automatic mode of fire. When a need arises to transition from the semi-automatic to automatic mode of fire, prior authorization, when feasible, shall be received from the Tactical Commander.

Exigent circumstances may require a weapon to be transitioned from semi-automatic to automatic mode of fire where the above prior authorization is not feasible. Under such circumstances, an officer shall be responsible for articulating said need as soon as the emergency has been abated or at a later appropriate time.

**5.09.05    Use of Chemical Agents**

To minimize injury to suspects, officers, and others or to avoid property damage, the use of a chemical agent, such as tear gas, may be necessary in circumstances where a serious danger to life and property exists and other methods of control or apprehension would be ineffective or more dangerous.

SWAT personnel may employ chemical munitions using specialized delivery systems that range from hand-held devices to multi-launch systems. Only SWAT personnel who have successfully completed specialized training may employ non-conventional less-lethal control devices that are specific to the SWAT section*.*

**5.09.06    Use of Less Lethal Specialty Munitions**

To reduce the number of altercation related injuries to officers and suspects, the department authorizes the use of selected less-lethal control devices. Approved less-lethal devices may be used to control a violent, or potentially violent suspect, when lethal force does not appear to be justifiable and/or necessary; and attempts to subdue the suspect by other conventional tactics have been, or will likely be, ineffective in the situation at hand; or there is a reasonable expectation that it will be unsafe for officers to approach to within contact range of the suspect.

LVMPD 001449



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

SWAT operators will adhere to department policy and manufactures specifications while deploying specialty impact munitions.

SWAT personnel will adhere to department protocols regarding the application, reporting, and any necessary medical treatment associated with the use of less-lethal devices. Only SWAT personnel who have successfully completed specialized training may employ non-conventional less-lethal control devices that are specific to the SWAT section.

**5.09.07        Use of Noise/Flash Diversionary Devices (NFDD)**

Generally, NFDDs may be considered whenever the use of a less-lethal diversion would facilitate entry, enable arrest, or potentially reduce the risk of injury. Only SWAT personnel who have successfully completed specialized training may employ non-conventional less-lethal control devices that are specific to the SWAT section. Only SWAT personnel who have successfully completed a department-approved training course in the proper use and deployment of Noise/Flash/Diversionary Devices (NFDD) shall be authorized to deploy them during actual operations.

**5.09.08        Rope / Climbing**

A SWAT Team Leader will be assigned to the Rope/Climbing cadre and tasked with the oversight to ensure that all members of the cadre are competent in the skills required to operate in an elevated environment. Rope/Climbing cadre personnel will be responsible for establishing secure anchor points for SWAT personnel, manage ropes, and act as safety officers when SWAT personnel are deployed in elevated positions. Additionally, the Rope/Climbing cadre members will assist safety crew chiefs during aircraft operations involving SWAT deployment via rope suspension.

Search and Rescue will be the primary Rope/Climbing cadre during joint operations with SWAT.

See section 12.0 for Vertical Access/High Angle Operation protocols.

**5.09.09        Sierra Team Precision Rifle**

SWAT personnel specially trained as snipers/observers may employ a precision rifle during SWAT operations. The precision rifle shall be stored in a soft-sided or hard container that adequately protects the optics and/or any other sighting mechanism to avoid disruption of sight alignment to ensure that a "cold" precision shot can be made on demand.

**5.09.10        Munitions and Weapons Security**

Weapons and munitions will not be left unattended. Operators who are found to have left any of these items subject themselves to disciplinary action. No weapons or munitions will be stored in lockers or left in the hangar. Inert munitions can be stored above connex.

LVMPD 001450



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Members should be alert to security issues which may arise, and bring these to the attention of their supervisor, or the SWAT Logistics Coordinator who serves as the safety officer.

## 5.10    Specialty Vehicle Operations

The LVMPD SWAT mission dictates that the sections Bear Cats and Bear be designated as armored rescue carriers, escort vehicles, riot control platforms, and breaching elements. They are to be used in tactical situations where a mobile armored unit is needed such as evacuations, insertions, obstacle breaching, and in any off-road or rough-terrain location. They may also be used to escort unarmored vehicles, and to act as point elements in riot situations. In addition, they are occasionally utilized for public displays and charitable events.

The SWAT section maintains other specialized vehicles (vans, sport utility vehicles) in its fleet, which are specially equipped with hand and foot rails on the exterior. These vehicles are commonly used in the execution of high-risk warrants where rapid deployment is advantageous. When operating these vehicles, drivers must be aware of the increased width of the vehicle and operate it appropriately.

No personnel will 'ride the rails' without a securely fastened helmet. Drivers will not exceed 25 mph when personnel are on the rails. A police vehicle will follow directly behind and provide protective escort while personnel are on the rails.

### 5.10.01      SWAT Vehicles-Specialized (Bear and Bear Cats)

Heavy vehicles are often deployed to provide static or mobile ballistic protection for SWAT personnel and to facilitate the safe evacuation of civilians, police personnel or others in danger. Heavy vehicles are also employed to push pull or breach an opening in order to get any tactical advantage. Heavy vehicles are fixed with the T-bar which can be used to forcibly remove fortification by pulling the fortification clear from the target structure. When objects such as vehicles, walls or other restrictions inhibit an approach or cause other tactical difficulties, heavy vehicles can be used to eliminate those restrictions and allow SWAT personnel to gain a tactical advantage.

When rapid and unrestricted access is needed to gain entry into the structure and other means are not feasible, heavy vehicles can be used to breach an opening. When an armed suspect occupies a structure and other means of taking the suspect into custody have been exhausted or are not reasonably safe, a heavy vehicle with an extended boom can be used to dismantle the structure.

Although equipped and capable of high speed, Code 3 response, the Bear Cat will not be operated in such a manner as to put the driving and pedestrian public at undue risk, i.e., excessive or extreme speeds, following so close as to not allow sufficient braking distance, etc. No special weapons, munitions, or equipment will be stored in these vehicles unless they are on standby status, secured, and monitored. All drivers will be in full uniform when operating specialty vehicles.

LVMPD 001451



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**5.10.02       Specialty Vehicle-Authorization for Use**

The authorization for use of the specialty vehicles is determined by the Tactical Commander or Team Leader based on the circumstances of the mission for which the vehicle is deployed. Any members who plan on operating the specialty vehicles must conduct a documented check-ride training session with the Training Section or the SWAT TNLO and receive their "F" endorsement through the Nevada DMV, via a memo from the SWAT Commander.

**5.10.03       Specialty Vehicle Maintenance/Service**

Fleet Services handles the contract maintenance of the specialty vehicles. Officers will determine the correct repair facility prior to towing a specialty vehicle or calling for service. An on-call, mobile service is available for minor repair service for specialty vehicles. Because of the high cost associated with towing these vehicles it may be advantageous to call the mobile repair service prior to towing. Supervisors will make the determination to call for a heavy tow vehicle.

**5.10.04       Tactical Operation Center (TOC)**

The TOC is a mobile electronics platform, specifically designed for command and control during hostage and barricaded situations to facilitate orderly and efficient operations on such events. By design, it is capable of accommodating additional electronics and other hardware as technology improves and becomes available.

Unless otherwise noted by the SWAT Tactical Commander, the TOC will be deployed on all hostage/barricade incidents.

Maintenance and service of the TOC and its systems are the responsibility of the SWAT Logistics Coordinator. Once a week all fluid levels will be checked to include fuel, engine oil and coolant for the chassis, engine and generator, washer fluid, potable water, gray and black tank levels, etc. A service contract is maintained with Freightliner of Las Vegas.

**5.10.05       Tactical Rescue Vehicle (TRV)**

TRV currently assigned to the unit is a white Ford Van. This vehicle is stored at Search and Rescue hanger and is usually driven by and deployed by members of search and rescue when assigned as the Tactical Medic during a SWAT mission. Medical inventories and equipment are maintained by the Search and Rescue Section personnel but is budgeted through the SWAT section.

Physical maintenance of the vehicle is the responsibility of the SWAT section under the SWAT TNLO.

**5.10.06       Raid Van and Suburban's**

A vehicle that can carry numerous SWAT operators both inside and out for rapid deployment on controlled entry situations.

LVMPD 001452



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

### 5.11   Inspections

The Tactical Commander will conduct periodic line inspections to provide on-going evaluations of operations, and to ensure excellence through accountability. Team Leader will conduct vehicle, weapons, and equipment inspections semi-annually. Weapons inspections will be documented on weapons inventory forms maintained by the Sr. LEST. These weapons inspections will also serve as inventory audits as required by department policy. Supervisors will ensure a vehicle check out sheet is completed for all vehicles assigned to their team. Team members will sign and date the vehicle inspection sheet upon completion. SRLEST will provide quarterly packets to Team Leader's.

An inventory of all SWAT weapons will be performed once a quarter by the logistic sergeant with the Armorer.

The Tactical Commander will conduct an annual inspection of all weapons with the Department Supply Section and the Office of Quality Assurance to ensure accountability of all weapons assigned to SWAT. The Tactical Commander will assign the date and time of this annual inspection with the supply section. Attendance by every member is mandatory. Exceptions will only be made upon approval of the Tactical Commander. In every case, all weapons must be at the location of inspection whether or not the operator assigned to the equipment is present.

The Tactical Commander will refer to the PETS inventory list(s) from Supply.

- Inventory all weapons assigned by serial number
- Investigate any missing weapons
- Report lost/stolen weapons via Officer's Report with event number to the Supply Section
- Sign the PETS Inventory list confirming information is accurate and return to Supply.

### 6.00   Administrative Reports

### 6.01   SWAT Section Daily Log

The supervisor of the primary team on duty will ensure an activity log and line-up are completed each day. Training Team will complete a separate log, ensuring any training, missions, directed patrol activities, etc. completed exclusively by Training Team are noted on the daily log. Blank log forms are available in the 'H' drive. Copies are maintained with 'line-up' sheets in the copy room. The log is a 'fill in the blank' form and must contain all required information for reporting and statistical purposes. Logs lacking information and/or accuracy will be returned to the appropriate supervisor for correction. Budget and personnel allocations are derived from these activity logs and therefore must be accurate.

For training and demonstrations provided/received by the section, the log must note the number of officers providing or receiving training, the number of hours of training, and a brief description

LVMPD 001453



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

of the training provided and/or received. For training provided by this section, the log must note the agency, bureau and/or area command for those receiving training.

**6.02    Reporting Overtime / Callout**

In keeping with department policy 5/101.33, it is the policy of this section to manage overtime/callout expenditures in a responsible and accountable manner, and to minimize overtime/callout while not interfering with the safe and successful completion of tactical missions. Supervisors will be held accountable for the proper use of overtime and callback funds. Missions planned for or expected to occur within close proximity to the end of shift, supervisors should consider holding over essential personnel so as to avoid the additional costs associated with call back.

Overtime/Call-out forms are available in the copy room or through the SRLEST. To ensure timely and accurate payment, forms should be completed prior to securing the shift by the supervisors or their designee. If there are applicable shift adjustments by employees working overtime, the form must include a notation of the adjusted shift hours and the purpose of shift adjustment, for example, 'Shift adjust for POTUS event, 0600-1600 hours.'

**6.03    Facilities Maintenance and Security**

The SWAT section is maintained in an 'off-site' facility. As such, officers equally share the responsibility of ensuring a clean, safe, and efficient workplace. Officers will maintain their desk and common work areas in good order.

Whenever an officer notes a hazardous condition, or a component of the facility needs repair or service, he will rectify the condition, and/or notify his supervisor and the section senior LEST. Sometimes the best course of action may be to repair or service the item in house. If this is not the case, the section senior LEST will contact the appropriate entity to resolve the issue.

Officers will not leave the hangar or roll-up door open when no one is present in the hangar area. Officers will not prop any doors open unless there is someone physically present at the entrance to provide security. Officers will coordinate with other units, (K9, Search and Rescue, TAC Doctors, etc.) to allow access to the hangar when needed.

Anytime the building is vacant, the alarm will be set. There are no exceptions.

No officers are to enter a connex without approval. No items will be removed from any connex without a written request for munitions or equipment.

**6.04    Semi-annual Report**

The Tactical Commander will produce semi-annual reports to monitor productivity and identify any new emerging trends that may appear. Included in these reports:
- Overview of the Year



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Use of Force Analysis
- Statement of Complaints Analysis
- Equipment/Weapons/Vehicle Inspections

The SWAT Lieutenant and Captain will review the SOP and all previous CIRT recommendations as identified from OIO for compliance.

**6.05    Range Gate Codes and SWAT House Keys**

Range gate codes are established by SWAT. SRLEST will issues SWAT house keys. Off-duty use of the range will be coordinated with an operator's respective supervisor. Operators using the range facilities will check out via dispatch and will clear with dispatch when leaving. Team's scheduling training at the SWAT house will confirm availability with the Training Section Team Leader or his designee and consult the Master Calendar.

**6.06    Monthly and Quarterly Audit Emails**

The SWAT Team Leaders in coordination with the SWAT Tactical and SWAT Commanders, will monitor an Outlook calendar specifically designed to track audit timelines for items as prescribed by the SOP. During the last week of each month, the Team Leaders will email the Tactical Commander with a status on the respective audit items for that month. In a Team Leader's absence, the Assistant Team Leader will accomplish this task. Any items that have not yet been completed will be accompanied by an anticipated completion date. The Tactical Commander will forward a summary email to the SWAT Commander prior to the end of each month.

**6.07    After Action Reports and SWAT Officer's Reports**

SWAT Officer's Reports are due 14 days after each search warrant and 30 days after each Tactical or Emergency Callout. These will be reviewed by the respective Team Leader, submitted to the Sr. LEST for quality control checking and forwarded to the SWAT TC for review. Officer's Reports will be reviewed by the TC and forward to the SWAT Commander for review. The TC must complete an After-Action Report (AAR) within 30 days of a Tactical and Emergency Callout. This AAR will be submitted to the SWAT Commander along with the Officer's Report for each Tactical and Emergency Callout.

**7.00    Crisis Negotiation Team**

The purpose of this manual is to provide guidelines to the responsibilities of the Crisis Negotiation Team (CNT) and the overall concept of the Crisis Negotiations Team mission.

The Crisis Negotiations Team leader (CNTL) will be responsible for the oversight to ensure that all members of the Crisis Negotiations Team cadre are competent in the verbal skills, investigative skills and support skills required to be an effective member of the Crisis Negotiations Team program.

LVMPD 001455



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Each member is expected to maintain a current copy of this manual and operate within the guidelines set within. The Crisis Negotiations Team Leader will establish a procedure to ensure that members receive additions, deletions and modifications of this manual in a timely manner.

## 7.01    Crisis Negotiations Team Mission

The mission of the Las Vegas Metropolitan Police Department's Crisis Negotiations Team is to provide the SWAT Tactical Commander with professional skilled crisis negotiators who have been specifically trained and equipped to diffuse critical incidents involving suspects who are suicidal, barricaded, and hostage-taking or engaged in terrorist activities.

Negotiators seek to accomplish this task by persuasion thus minimizing the need for the use of force. Negotiators also collect information on individuals who are suspected of being suicidal, barricaded, hostage-taking or engaged in terrorist activities, then analyze the information and converting it into intelligence that is passed on to the Tactical Commander for decision-making purposes.

CNT is assigned to the SWAT Bureau and reports to the CNT leader and Bureau commander for all administrative issues. When actively deployed on an event(s) or mission(s), CNT is under the CNT leader's command, who, in turn, reports to the SWAT Tactical commander.

## 7.02    Crisis Negotiation Team Personnel

### 7.02.01        SWAT Bureau Commander

The SWAT commander holds the rank of captain and is responsible for the overall command of the SWAT Bureau.

### 7.02.02        Crisis Negotiator Team Leader (CNTL)

The CNTL, assigns positions on crisis incidents, responsible for the constant and continuous evaluation of the effectiveness of CNT members during crisis negotiations; selects team members; continually evaluates team members suitability for assignment; ensures the coordination, development and implements ongoing training for negotiating teams; performs research on national trends in resolving critical incidents using crisis negotiations; ensures crisis negotiation preparedness based upon local needs and national trends; act as crisis negotiation equipment manager; oversees and ensures the maintenance of the department's heavy response and other specialized emergency vehicles acts as the CNTL during crisis negotiations; delegates responsibility within the team; ensures tasks are completed timely and to standard; responsible for critical incident after action review/debrief; provides leadership and supervision to a team of CNT collateral officers; supervise and oversee team operations during barricade/hostage incidents; respond to random acts of violence and civil unrest; oversees training in crisis negotiation, serving of search warrants, and communication; provides pro-active support to patrol division based on supervisory requests and action identified trends during tactical operations; performs administrative tasks as necessary to support the TC. Additionally, the CNTL is responsible for the day-to-day operations of the team and has the authority to make

LVMPD 001456



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

team changes as necessary. The CNTL will also supervise, coordinate and/or delegate training for the team.

### 7.02.03        Assistant Team Leader

ATL is a commissioned member and possesses the knowledge, skills, and abilities to assist the CNTL with operations during a tactical incident. ATL's coordinate the placement of personnel, develop negotiation strategies, and implement those strategies when approved by the TL and TC.
Duties and responsibilities include, but are not limited to the following:
- Assist the CNTL with assignments of team members
- Responsible for the constant and continuous evaluation of the effectiveness of CNT members during Crisis Negotiations.
- Assist in the recruitment and selection as to who will become a team member
- Update Section manual as need be along with writing lesson plans and putting presentations together.
- Maintain all records for the CNT, such as training and call outs.
- Find and recommend outside training for the CNT members.
- Keep up on latest trends in Crisis Negotiations through the internet, newspapers, magazines and television.
- Facilitate during crisis negotiations, Wire taps application for Title III within 48 hours of incident working with the Search Warrant Officer.

ATL's will be appointed by the CNTL and assign positions on crisis incidents in the absence of the CNTL.

### 7.02.04        SWAT Tactical Negotiations Logistics Coordinator Officer (TNLO)

During critical incidents the SWAT Logistics Coordinator reports to both the Crisis Negotiations Team Leader and Tactical Commander and will assist in the tactical operations as deemed necessary by the chain of command. During day to day operations, the SWAT Logistics Coordinator reports to the Tactical Commander and will maintain equipment, maintain all training and incident records and perform a variety of administrative duties in support of the Crisis Negotiations Team Leader and the Crisis Negotiations Team mission.

The SWAT Logistics Coordinator will ensure that someone will be able to fulfill the call-out/equipment obligations, should the SWAT Logistics Coordinator not be able to do so for whatever reason.

### 7.02.05        Selection Criteria

Must be a commissioned officer, with at least four (4) years' experience with LVMPD by application date.  Must be willing to be on call 24 hours a day, seven days a week, and the primary shift is swing.  This shift requirement does not change due to tenure in the unit or change

LVMPD 001457



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

in your personal life. You must be able to respond to call-outs within 30-40 minutes of notification.

Duties and responsibilities include, but are not limited to the following:
- Maintain all of the equipment used by the CNT.
- Assist the tactical operations of the team when needed, along with any other assignment given by the CNTL and Captain/TC.

### 7.02.06    Crisis Negotiation Team Member

Crisis negotiation team member is a law enforcement employee used to communicate with people or gather intelligence on people who are threatening violence (workplace or domestic violence, suicide, or more rarely, terrorism), including barricaded subjects, stalkers, criminals attempting to escape after a botched robbery, and hostage-takers.

Team members will take direction from the CNTL and/or CNATL during a crisis or as needed. Team members will participate in monthly and quarterly training and will provide administrative responsibilities as needed.

New team members will be on one-year probation to be evaluated on their performance. If you are removed, this does not preclude you from returning to the team at a later date.

**CNT is an at will, voluntary part-time position.**

### 7.03    Selection Criteria

After submitting a resume per the administrative notice and selected to attend CNT school. Preferred applicants must be an LVMPD employee for at least five years, proven verbal skills and an investigative background. The applicant must successfully complete the LVMPD 40 hour basic crisis negotiation school and show competency in the eight basic listening skills:
- Reflecting/Mirroring
- I-Messages
- Minimal Encouragers
- Open-Ended Questions
- Emotional Labeling
- Paraphrasing
- Effective Pauses
- Summary

Individuals will be selected at the discretion of the CNTL. Preference will be given to those who would best benefit the department and the team. The following will be taken into consideration when making selection for team members:
- Past Performance
- Supervisor Recommendations
- Responsibility

LVMPD 001458



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Maturity
- Resourcefulness
- Stability
- Language Skills
- Ability to function under stressful situations
- Training

Officers or civilian personnel selected to become a CNT member will be selected from the ranks of the department. Officers who have attained the rank of lieutenant are not eligible to be selected to become a new CNT member, except as the CNTL appointed by the SWAT Commander.

New team members will be on one-year probation to be evaluated on their performance. If you are removed this does not preclude you from returning to the team at a later date after going through the selection process again.

### 7.04   Crisis Negotiation Team Positions and Responsibilities

### 7.04.01      Primary Negotiator

Is responsible for communicating directly with the suspect/hostages.

### 7.04.02      Secondary Negotiator

Works directly with the primary negotiator. Will assist the primary negotiator with maintaining a continuing flow of negotiations and coaching if necessary. May provide relief to the primary negotiator.

### 7.04.03      Intelligence Officer(s)

Gathers information and converts it to intelligence on the subject(s) involved in the incident.

### 7.04.04      Intelligence Coordinator

Will brief the Crisis Negotiations Team and Tactical Commander on gathered information/intelligence and continuously update the team as necessary. At the end of an incident, will collect all intelligence information and complete a report within five days of the incident.

### 7.04.05      Scribe

Will be responsible for keeping a recorded log and timetable of the dialog between the primary negotiator and the subject during the incident and information on the actions taken by the SWAT Team or Crisis Negotiations Team. The scribe will complete the Crisis Negotiator Report form prior to securing from the incident and place it in the scribe folder on the laptop. This will ensure

LVMPD 001459



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

proper distribution to all parties requiring a copy. If not able to complete at the scene the scribe has 5 days to complete the report and get it to the Crisis Negotiations Team Leader.

**7.04.06        Search Warrant Officers**

Will obtain a search warrant for the target. Once the search warrant is authorized, the S/W Affiant/Officer then works with the CNT on gathering intelligence and conducting interviews. If a Title III is needed the S/W Affiant will obtain it with assistance from the team and SLC.

**7.04.07        Patrol Liaison Officer**

Reports to the Crisis Negotiations Team Leader and will assist in the tactical operations as deemed necessary by the Tactical Commander. The patrol liaison officer will be the point of contact between patrol Incident Commander and the Tactical Commander during tactical operations.

**7.04.08        Crisis Negotiation Team Volunteers**

The volunteer assists the SWAT section and Crisis Negotiations Team with projects to accomplish the overall mission of the unit and on call-outs assist the team where needed.

Volunteer Responsibilities:

- On call-outs assist the SWAT Logistics Coordinator with deployment and set up of equipment for use by Crisis Negotiations Team and Tactical Commander.
- On call-outs assist the SWAT Logistics Coordinator with ensuring the overall operation is running smoothly and assists when corrective action has to be taken.
- Attend quarterly Crisis Negotiations Team training if needed.

**7.04.09        Volunteer Psychologist/ Psychiatrist**

Assists the team and Tactical Commander with feedback on the mental state of a subject during call-outs.

**7.04.10        Selection Criteria**

Must be a licensed psychologist/ psychiatrist in the State of Nevada in good standing. Must submit an interest form along with a resume containing their work history, education and willing to have a background investigation done. Has current malpractice insurance upon request and any other documents.

Once selected to be part of the team, will attend training put on by the Metro Volunteer Program Coordinator.

LVMPD 001460



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Responsibilities

- Provides feedback to the Tactical Commander and Crisis Negotiations Team when requested on the mental state of a subject.
- Will not investigate or interview any persons involved in the call out.
- Assist the Crisis Negotiations Team Leader in recruitment and selection of a future psychologist to the team.
- Assist the Crisis Negotiations Team Leader with training of the Crisis Negotiations Team concerning psychology issues along with other members of the department.
- Assist with the training of any future psychologist to the team on their duties and the operations of Crisis Negotiations Team.
- Attend quarterly Crisis Negotiations Team training.
- At the end of each year during the month of December, must provide valid proof that your license is still in good standing in the State of Nevada and any other state in which you practice or hold a license.
- You will notify the Crisis Negotiations Team Leader of any changes in your license status in the State of Nevada and any other state in which you practice or hold a license.
- All information concerning Crisis Negotiations Team operations during a call-out or SWAT/Crisis Negotiations Team Function is confidential and is not to be released to any other party outside of the team unless prior approval from the SWAT Tactical Commander.

Depending on the location and road conditions, CNT members should be able to respond to a call out within 30-40 minutes and be available 24/7.

**7.05   Uniform**

- Office: Business casual attire.
- Call-outs: Casual clothing (Winter Police Jacket, CNT issued shirt, LVMPD or CNT ball cap) Issued CNT T-shirt clothing identifying you as a negotiator.
- Formal functions: Suit/Uniform
- Department Hang Badge and Section Z Badge for call-outs

**7.06   Training**

As in all aspects of police work, one training session does not make an expert. Negotiators must undergo demanding preparation and instruction to continually bring intense emergency situations under control.

Crisis negotiators are not therapists. Negotiators differ from their counseling counterparts in many ways. Counselors seek to explore a person's problems and maladies through a long and in-depth comprehensive personal exploration. The negotiator isn't interested in making a subject

LVMPD 001461



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

feel better about himself unless it serves a purpose. Negotiators deals with a single specific goal: Concluding the incident in the most expeditious and peaceable manner possible.

Many street officers believe crisis negotiators possess the "gift of gab" or natural speaking ability, but this not true. Accomplished negotiators develop several key skills, with the most critical being the ability to carefully listen to detail.

The term "active listening" is used to describe a plethora of interactive techniques that build a bridge of objectivity, understanding, and empathy between the negotiator and the subject. Even patrol officers could benefit immensely from training in these listening skills.

The technique is based on the subject's feelings and values. Usually, when a negotiator comes upon a scene, he or she establishes contact by telephone, either a dedicated cell line or a direct hard line called a "throw phone." Once the negotiator has developed a rapport with the subject, the two share common experiences and the subject is allowed to vent his dangerous emotions, hopefully returning them to a more normal, levelheaded state. This is achieved by mastering the eight basic active listening skills:

- **Reflecting, or mirroring**, is simply repeating the last phrase using the subject's words and turning it into a question. This provides reassurance to the subject that someone is listening.
- **I-Messages** are used to confront the subject about a behavior that is counterproductive, without being accusatory. For example, "I am feeling (negotiator's feeling) when you (subject behavior) because (reason)."
- **Minimal encouragers** are sounds to let the subject know he's being heard. Examples include "ah-huh", "okay" and "really?" These interjections encourage additional conversation.
- **Open-ended questions** cannot be answered with a simple "yes" or "no" responses and tend to elicit in-depth information regarding the subject's state.
- **Effective Pause** is an effective technique, since most people are uncomfortable with any pause in conversation and will fill it in by talking.
- **Emotional Labeling** is the identification of underlying feelings and can build tremendous rapport by labeling emotions the subject is feeling but has not yet recognized. For example, "You sound angry"
- **Paraphrasing** involves the negotiator restating what the subject has just said but putting it into your own words. This is also to clarify that the negotiator is listening to the subject and showing that the negotiator is interested in what he/she has to say. For example, "Are you saying (what was heard)?"
- **Summary** periodically covering the main points, taking the subjects story and feelings turning them into your own words. For example. "Okay, what you've told me so far is this…and as a result, you feel worried…"

Training in these communication techniques as well as the entire negotiation method are offered by a variety of organizations such as the National Tactical Officers Association (NTOA), state and regional law enforcement academies, and the FBI Academy in Quantico, Va.

The learning component is vitally important to this specialty. In addition to the traditional firearms skills and operational tactics all cops study, crisis negotiators must maintain superb interpersonal

LVMPD 001462



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

skills at all times. Constant education and preparation help to ensure team members will be able to hone entry-level talents into professional expertise.

CNT will have on-going training throughout the calendar year. This training will consist of knowledge based reading and practical based training. CNT members will read the assigned knowledge-based articles assigned to them through the LVMPD UMLV system and acknowledge they have read and understood the readings. CNT Team Members are allowed one excused absence from practical based team training per calendar year with prior arrangements with the CNTL. All other absences will be unacceptable. The goal is to enhance team unity, cohesiveness and the overall mission of CNT.

Each CNT member will have a minimum of 20 training hours per year. All formal and sustainment training will be documented and stored in UMLV. At the conclusion of training the CNTL or CNATL will provide an after-action report listing all personnel in attendance, date and duration, instructors, location, subject on what was trained, and a brief synopsis/overview of lessons learned. This after-action report will be provided to the Swat Commander for review.

## 7.06.01    Availability for Training Days

Executive Staff has approved, that members of the Crisis Negotiations Team are able to attend training for a normal work shift, provided it does not interfere or disrupt that individual's primary duty assignment.

Individuals that will not be able to attend training will contact the Crisis Negotiations Team Leader as soon as practical to advise that they will not be attending training. If a problem on attending contact the Crisis Negotiations Team Leader to see if he can assist with facilitating a solution with your section. The Crisis Negotiations Team Leader is the only one to excuse a member from training.

## 7.07   Call Out Procedures

The Tactical Commander will make the decision to call-out the Crisis Negotiations Team.

## 7.07.01    On Call Status

CNT members will be on call 24/7 for one month at a time. On a barricaded or suicidal incident, the minimum staffing will be 10 team members to maintain operational effectiveness. The on-call team is based upon even or odd-numbered months. The Silver team will be on call for the odd months and the Gold team will be on call the even months. Off call on duty CNT members should respond if possible.

***In the event of an HRT, ACTIVE SHOOTER or Domestic Terrorism the on-call team (Gold or Silver), CNTL and all CNATL's will respond on these incidents.    Additional team members may be deployed at the discretion of the CNTL.***

## 7.07.02    Use of Alcohol

Refer to LVMPD Policy Manual 4/103.09

LVMPD 001463



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**7.07.03       Unavailable for Duty**

When a CNT member is on call and anticipates being unavailable for on call status, he or she will contact another CNT member and plan for that member to fill in for the duration of unavailability. The team member will then contact the CNTL, CNATL and SLC advising them of this information.  Waiting until the last minute to find coverage is unacceptable.  The CNATLs are responsible for managing the manpower for their respective teams.

If you are covering for someone and make the commitment to be on call for them, then it is not reasonable nor fair to the team to sign up for voluntary overtime/special events or make an additional commitment.  It is scientifically impossible to be in two places at one time.  The result is in the event of an All Call were to happen the team is down two bodies now instead of one.

**7.07.04       Removal from the Team**

The final decision to be removed from the Crisis Negotiations Team will be made by the Crisis Negotiations Team Leader, after careful consideration of information from the Crisis Negotiations Team Leader and any other source, but not limited to the following:

**Promotion to Lieutenant**
CNT members are chosen from the ranks of police/correction officer, police/correction sergeant and department civilian personnel.

With the added responsibilities to the position of the rank of police/correction lieutenant, it is difficult for lieutenants to continue to serve on the CNT. Upon promotion to the rank of lieutenant the CNT member will no longer be able to serve on the team and their position will be filled from the pool of officers/sergeants or civilians who have completed the required training.  A Lieutenant may only return to CNT as the CNTL appointed by the SWAT commander.

**Violation of LVMPD Policy or this Guidebook**
If a team member violates LVMPD policy or this guidebook, this may be cause to be dismissed from the team.

**For Betterment of the department or CNT**
A team member may be removed for the betterment of the department or the Crisis Negotiator Team.

**Failure to Attend Training**
If a member has more than one absence from a training day in a calendar year without having made prior arrangements with the CNTL, they may be dismissed from the team.

**Vehicle Maintenance**

During the month that If you are assigned one of the SWAT/CNT Vehicles, when you are to turn that vehicle in you are to ensure that it is clean and fueled up.  If during that month maintenance



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

has to be done, then you will take it to an approved contractor with LVMPD and notify the SLC or if notified by the SLC that it needs maintenance then you are to take it to that contractor.

**Transfer or Change of Duty Assignment**
Upon being notified that you are transferring or changing your duty assignment IE. shift, rdo's or hours. You are to notify the CNTL and SLC of the change within 48 hours of that change so changes can be made to all CNT rosters.

**7.07.05        Callout to a Hi-Jacked Plane in Clark County**

Crisis Negotiations Team will respond to McCarran Airport and rally at the C-Bus parking area. Crisis Negotiations Team will be met by a representative of the McCarran Substation (Airport personnel) and escorted to the Las Vegas Tower. (Access will be gained by proxy card or pre-arranged access by LEO security for the Tower). The Crisis Negotiations Team will be met by the operations manager of the Las Vegas TRACON or a representative of TRACON or the Las Vegas Tower. The Crisis Negotiations Team and the TRACON Operations Manager will follow established SOP to operate within the Tower environment and FAA guidelines. SWAT will respond to the predetermined location to stage and wait for further instructions from the Tactical Commander. (See attached maps).

**7.07.06        Barricade Operational Guideline**

On a lone barricade or suicidal subject, the On-Call team for the month will respond. (Silver or Gold)

The following are general guidelines to be followed by Crisis Negotiations Team depending on the nature of the call:

* Upon notification of call out, as team members arrive, intelligence gathering will commence immediately.
* Allow up to 15 minutes for intelligence gathering from requesting unit (i.e. patrol or investigative unit)
* Allow flexibility of time depending on Intelligence given to Crisis Negotiations Team from requesting unit. (Team may need less time depending on what intelligence has been gathered and provided to Crisis Negotiations Team by requesting unit).
* Crisis Negotiations Team Leader/CNATL will designate 1-2 team members to get dressed in tactical gear and be prepared to move forward with SWAT.
* Crisis Negotiations Team members will gather intelligence and or confirm intelligence so far provided from requesting unit. Crisis Negotiations Team will confirm/verify suspect information. (i.e. Suspect identification, physical description, last seen wearing, crime committed, criminal history, weapons, and possible location)

LVMPD 001465



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Crisis Negotiations Team will immediately provide this information to the search warrant writer along with legal description of the structure.
- Crisis Negotiations Team Leader/CNATL will assign Crisis Negotiations Team members to various Crisis Negotiations Team assignments depending on the nature of the call and previous assignments held on last call.
- Once the TOC is setup and operational, the Tactical Commander, Crisis Negotiations Team Leader/CNATL, and scribe will transition to the TOC.
- During the course of the incident, the Crisis Negotiations Team Leader will continuously monitor negotiations and make changes as needed to Crisis Negotiations Team assignments.
- At the conclusion of each incident, Crisis Negotiations Team will conduct a tactical debrief which will include, Crisis Negotiations Team, Crisis Negotiations Team Leader and Tactical Commander.

It should be noted that Crisis Negotiations Team members will actively continue to gather and verify information throughout the entire call. Anything pertinent will be verified and immediately sent into the TOC for the Crisis Negotiations Team Leader and Tactical Commander.

**7.07.07       HRT Operational Guideline**

On a HRT call, both Crisis Negotiations Team teams will respond.
The following are general guidelines to be followed by Crisis Negotiations Team depending on the nature of the call:

- Upon notification of call out, as team members arrive, intelligence gathering will commence immediately.
- The first priority will be for Crisis Negotiations Team is to confirm/verify a Hostage Taker Incident.
- If an officer is on the phone with the hostage taker, a CNT officer will act as a secondary to the patrol officer to offer guidance, monitor negotiations or transition to the primary role if necessary.
- The primary negotiator will attempt to use verbal containment strategies to keep the suspect from harming the hostage(s).
- CNTL will designate (2) team members to get dressed in tactical gear and be prepared to move forward with SWAT.
- If the event falls under an emergency exemption (NRS 179.463) and the subject is already communicating via phone when negotiators arrive then the call will be recorded once negotiators take over the call and begin negotiations. The call can be recorded utilizing one of 3 methods: body cam, digital recorder, or digital recorder synced to the phone system inside the TOC.
- Crisis Negotiations Team will immediately provide this information to the search warrant writer along with legal description of the structure.

LVMPD 001466



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Crisis Negotiations Team Leader will assign Crisis Negotiations Team members to various Crisis Negotiations Team assignments depending on the nature of the call and previous assignments held on last call.
- Once Crisis Negotiations Team members have gathered all possible intelligence, a full team brief will be conducted with the Tactical Commander. After the briefing, team members will deploy to their respective assignments.
- Once the TOC is setup and operational, the Tactical Commander, Crisis Negotiations Team Leader/Assistant Team Leader, and Scribe will transition to the TOC with the Tactical Commander approval.

It should be noted that Crisis Negotiations Team members will actively continue to gather and verify information throughout the entire call. Anything pertinent will be verified and immediately sent into the TOC for the Crisis Negotiations Team Leader and Tactical Commander. During the course of the incident, the Crisis Negotiations Team Leader and Assistant Team Leader's will continuously monitor negotiations and make changes as needed to Crisis Negotiations Team assignments. At the conclusion of each incident, Crisis Negotiations Team will conduct an operational debrief which will include, Crisis Negotiations Team, Crisis Negotiations Team Leader and the Tactical Commander.

## 8.00   Sierra Team

**Purpose**

The purpose of this manual is to provide a written guide for the Sierra Team. This is a guide and is not all inclusive. There will be times when some of these procedures will have to be modified depending on the situation. The sanctity of life must be considered in every sniper deployment. Safety must be considered for the public, officers, and suspects.

## 8.01   Mission

It is the mission of the Las Vegas Metropolitan Police Department SWAT section S/O Sniper/Observer to assist in bringing about the safe and peaceful resolution of critical incidents through stealth, tactics and specialized skills, by providing real-time intelligence and over watch to protect the lives of hostages, citizens and officers.

## Deployment Philosophy

The observation abilities and lethal coverage capabilities of the Sniper/Observer are an essential and vital component of any SWAT response.  However, certain limitations and characteristics of the S/O role can create a situation in which adverse circumstances prevail causing the S/O and ultimately, the department to incur unwanted liabilities. Furthering the complexity of his/her deployment is the lack of options for de-escalating the situation like those afforded to the rest of

LVMPD 001467



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

the team upon their arrival, such as distracts, armor, public address systems, K9, 40 mm launchers, etc.  Due to these circumstances, it is incumbent upon the deploying S/O to employ extra care and effort when moving into position, particularly when the incident is more stagnant and less life threatening, such as a Tactical Response versus an Emergency Response.  While the urgency of a Hostage Taker Incident necessitates the S/O's haste in getting into position, the Barricaded Subject Incident, upon the Tactical Commander's approval, shall be approached with a greater intent and focus on covertly establishing a final position, gathering intelligence, and preparing for additional direction from the Tactical Commander.

**Deployment Parameters:**

- **Sergeants**
  - Any Sergeant assigned to supervise the Sierras on an operation *WILL NOT* deploy as a Sniper/Observer, rather he/she will fill the Sierra Coordinator role which does not involve the use of precision rifles/sniper platforms. This Sergeant will also ensure that all Sierras are adhering to SWAT BWC procedures as delineated in this manual.

- **Tactical Responses** – (Suicidal Subject and Barricaded Subject Incidents).
  - Sierra Officers will report to tactical staging area and await further details from the TC and subsequent authorization to deploy and locate final positions once SWAT personnel are preparing to move forward and take the inner perimeter. Sierra officers can be deployed ahead of SWAT personnel in an overwatch capacity in order to provide real time updates on suspect location and actions.

- **Emergency Responses** – (Hostage Taker, Active Shooter, Complex Coordinated Attack Incidents).
  - Sierras will auto-deploy to a location informed by the TC via Emergency Communicator or LVMPD radio communication.

## 8.02   Definitions

**Active Sniper/Observer:** An officer who has successfully completed the basic training requirements as defined by this manual, who has been issued all associated equipment to be deployed during a SWAT operation and has been approved by the chain of command up to the SWAT commander to be Active. An active sniper/observer will be accompanied by a senior sniper/observer during all operational deployments and training exercises.

LVMPD 001468



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Camouflage:** Camouflage is concealment by means of disguise, behavior or artifice designed to deceive or hide; minimizing the detection or identification of the operator, weapons, equipment and position.

**Cold Bore Zero Shot:** The first round fired out of the cold barrel of Sniper Weapon System.

**Data Book:** The purpose of the Data Book is to keep a record of the cold bore/zero confirmation targets (which will be scanned into OnBase as completed), round count and maintenance log (which will be scanned into OnBase annually) for each sniper rifle.

**DOPE:** DOPE is not an "official" military or law enforcement acronym; however the acronym stands for Data on Previous Engagements. "DOPE" describes previously recorded shooting data for elevation and windage at specific distances or while utilizing specific sniper/observer equipment such as a suppressor Magnum Universal Night Sight (MUNS) systems.

**Ghillie Suit:** Camouflaged attire affixed with netting which has strands of burlap, jute or other materials. This helps break up the user's profile and allows the attachment of natural vegetation to further enhance the users camouflage.

**Heavy Gun:** Any caliber, by design, that is capable of penetrating hard indicators such as heavy barriers and capable of accuracy at extreme distances. For the purpose of this definition, the LVMPD sniper/observer program considers the .338 Lapua and .50 Cal as a "**Heavy gun.**"

**Intermediate Barrier:** Any object that disrupts the normal path of a bullet prior to it hitting its intended target.

**Lead Sniper Instructor:** The Lead Sniper Instructor is in charge of training documentation, training protocol and development of sniper/observer tactics and policy. It is the responsibility of the Lead Sniper Instructor to mentor new snipers, stay current in sniper operational tactics nationwide and stay current with case law related to sniper involved shootings. The Lead Sniper Instructor operates under the direct control of the Sniper Team Leader. All decision-making regarding training protocol, policy development and tactics rests with the Sniper Team Leader. The Lead Sniper Instructor position is not supervisory in nature but is recognized as an informal leader and he will conduct himself in that regard.

**Mil (Milliradian):** A radian that is mathematically defined as the angle formed when the length of a circular arc equals the radius of the circle, a trigonometric milliradian is the angle formed when the length of the circular arc equals 1/1000ths of a radian.

**Minute of Angle (MOA):** A minute of angle is a unit of angular width equal to 1/60th of a degree or 1.047 inches at 100 yards. MOA is approximated to equal:

- 1 Inch at 100 Yards
- 2 Inches at 200 Yards
- 3 Inches at 300 Yards

LVMPD 001469



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Operational Camouflage:** The utilization of equipment worn by members of the Sierra team only during operational missions and Sierra specific training.

**Operational Sniper/Observer:** An active sniper/observer who has been deemed capable of deployment by himself and who is entrusted with all operational aspects of the sniper/observer's roles and responsibilities and has been approved by the chain of command up to the SWAT commander to be Operational.

**Precision Rifles**

- **Semi-Automatic Sniper System (SASS-223):** Is semi-automatic, gas operated sniper rifle system, also known as a Mark 12, utilizing .223 caliber bullets intended to be lighter than traditional bolt action sniper rifles and allow for quicker follow-up shots. The SPR serves a specific function; close to medium-range precision. It most closely resembles the AR15 platform rifles, however it is equipped with a match grade precision barrel, bolt carrier group, trigger and a precision optic and mount giving the rifle increased accuracy capabilities.

- **Semi-Automatic Sniper System (SASS-308):** Is semi-automatic, gas operated sniper rifle system utilizing .308 caliber bullets intended to be lighter than traditional bolt action sniper rifles and allow for quicker follow-up shots. The SPR serves a specific function; close to medium-range precision. It most closely resembles the AR10 platform rifles, however it is equipped with a match grade precision barrel, bolt carrier group, trigger and a precision optic and mount giving the rifle increased accuracy capabilities.

**Semi-Automatic Sniper System:** The mechanism of semi-automatic (auto loading) firearms are usually what is known as a closed bolt firing system. In a closed bolt firing system, a round must first be chambered manually before the weapon can fire. When the trigger is pulled and the cartridge propellant has been expelled, the gases from the propellant operate the bolt, causing it to cycle and self-load the next round.

**Shot Out:** A verbal confirmation provided by an S/O and/or sniper team to the command post, and entry element indicating the intentional or unintentional discharge of their weapon(s) at a specific target (if an accidental discharge occurs, that accidental discharge will be immediately communicated to the CP as such).

**Sierra Team Leader:** Should ensure four snipers are always available 24/7. Sniper Team Leader- Supervisor at the rank of Sergeant assigned to the Sniper Section, who is responsible for the administration of a team of officers assigned to the Sniper Section. All decision-making regarding training protocol, policy development and tactics rests with the Sniper Team Leader. On tactical and/or emergency responses, the STL will primarily serve as the Sniper/Observer Coordinator unless operations demand that he she be deployed in another TL capacity.

LVMPD 001470



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Sniper/Observer Coordinator:** An individual within the Sniper/Observer Cadre whose primary function is coordination and communication with the Tactical Commander associated with operational deployments of S/Os on any given operation. This includes but is not limited to delineating locations, confirming areas of responsibility, relaying sniper system intelligence based on mission circumstances, augmenting S/O on protracted operations. This role will be fulfilled by the Sierra TL. In his/her absence, the Sierra ATL or the Training Section S/O will fulfill this role.

**Sniper Initiated Countdown:** The tactic of initiating a coordinated assault on a building or vehicle immediately after the sniper/observer takes a dedicated planned or spontaneous precision shot.

**Sniper Weapon System:** Refers to the combination of the precision rifle, scope mount, scope rings and rifle scope. An absence in quality of any of the above, results in merely a scoped rifle and no longer a sniper weapon system.

**Suppressor:** A device used for reducing the noise, muzzle flash and recoil emitted from the discharge of a firearm. Suppressors are NOT silencers by definition as they do not make any firearm silent.

**Sniper/Observer Team:** Usually a two-man team of equally qualified snipers, similarly, trained and equipped and work together as part of the sniper/observer team.

**Zero:** The setting for LVMPD SWAT Sniper Weapon System sights at which the point of aim matches the point of impact at 100 yds.

**8.03    Sniper/Observer Role and Responsibilities**

As employed in a tactical team application, the role of the sniper/observer (S/O) will primarily be limited to two functions:

- Primary –
    - o  The S/O will use his/her specialized training, positioning and sight enhancing equipment to observe and report real-time intelligence to the SWAT tactical commander, team leaders and on-scene personnel. The S/O plays such an integral role in intelligence gathering and team protection, he/she should be deployed as part of all tactical operations.
- Secondary –
    - o  The S/O will provide protective over watch to team members, other officers, civilians and/or hostages by utilizing precision deadly force application against targets with the intent to immediately stop and incapacitate only when it is objectively reasonable to:

LVMPD 001471

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

*Protect themselves or others from what is reasonably believed to be an imminent threat of death or serious bodily injury; (LVMPD 6/002.00 Use of Force Policy – Parameters for Use of Deadly Force)*

*Prevent the escape of a fleeing felon who the officer has probable cause to believe has committed a violent felony crime and is an imminent threat to human life if escape should occur. (See NRS 171.1455.) Officers will give some warning, if feasible, prior to the use of deadly force. (LVMPD 6/002.00 Use of Force Policy – Parameters for Use of Deadly Force)*

According to LVMPD Policy 5/211.04:

> *SWAT Bureau personnel may respond to incidents while on-duty that are in their areas of responsibility and under the direction of their supervisors. The SWAT Bureau is composed of teams, and team integrity is of prime importance. Therefore, a request for assistance will consist of response by a team and not for individuals. Bureau personnel are under the sole command of SWAT supervisors at all tactical operations.*

**8.04    Utilization of Deadly Force**

It is the policy of this department that officers hold the highest regard for the dignity and liberty of all persons, and place minimal reliance upon the use of force. The department respects the value of every human life and the application of deadly force is a measure to be employed in the most extreme circumstances. The S/O will be authorized to use deadly force in strict accordance with Nevada Revised Statute and current Las Vegas Metropolitan Police Department policy 6/002.00 Use of Force governing deadly force.

**Parameters for Use of Deadly Force**

An officer may use deadly force upon another person only when it is objectively reasonable to:

*Protect themselves or others from what is reasonably believed to be an imminent threat of death or serious bodily injury.*

*Prevent the escape of a fleeing felon who the officer has probable cause to believe has committed a violent felony crime and is an imminent threat to human life if escape should occur. (See NRS 171.1455.) Officers will give some warning, if feasible, prior to the use of deadly force. Example: "Police! Stop or I will shoot!"*

An S/O will nearly always be deployed dozens of yards from a potential deadly threat and therefore cannot issue "some warning", as per NRS 171.1455, prior to the use of deadly force. Therefore, an S/O, *if time permits*, shall communicate clearly with the TC of any imminent threats to life that are developing before them and within their area of responsibility.

**Elements of Deadly Force**

LVMPD 001472



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- **Ability -** Ability exists when a person has the means or capability to cause grave injury, serious bodily harm or death to an officer or another. This may include, but is not limited to the following: the subject's physical ability, size, age, strength, combative skill, level of aggression, and any weapons in their immediate control.
- **Opportunity -** Opportunity exists when a person is in a position to effectively resist an officer's control or to use force or violence upon the officer or another. Examples which may affect opportunity include: relative distance to the officer or others, and physical barriers between the subject and the officer.
- **Imminent Jeopardy -** Based upon all the facts and a circumstance confronting the officer, the officer reasonably believes the subject poses an imminent threat to the life of the officer(s) or other third parties and the officer must act immediately to prevent death or serious bodily injury.
- **Preclusion -** Lesser alternatives have been reasonably considered and exhausted prior to the use of deadly force, to include disengagement. Deadly force in response to the subject's actions must remain reasonable while based upon the totality of the circumstances known to the officer at the time force was applied.

## 8.05   Sniper/Observer Operating Directives Governing the Use of Deadly Force

In all tactical operations and/or operating in any other official law enforcement capacity the S/O will be in a continual operating directive authorizing the S/O to use deadly force in accordance with Nevada Revised Statute and current Las Vegas Metropolitan Police Department policy 6/002.00 Use of Force Policy. However, during certain circumstances the SWAT tactical commander has the authority to amend the S/O's operating directives governing the use of deadly force. These operating directives are known as shooting conditions.

- **Condition 1 –** This is the primary operating directive governing the use of deadly force. The S/O is authorized to use deadly force in accordance with Nevada Revised Statute and current Las Vegas Metropolitan Police Department policy 6/002.00 Use of Force Policy. (Condition 1 is also known as "Policy shoot.")
- **Condition 2 –** Under the "Collective Knowledge Doctrine" the SWAT tactical commander may collectively have information that clearly articulates the imminent need to use deadly force in accordance with Nevada Revised Statute and current Las Vegas Metropolitan Police Department policy 6/002.00 Use of Force Policy. The Tactical Commander, SWAT Commander, or designee, has the authority to amend the S/O's primary operating directive and authorize a S/O, sniper team or any combination of, to immediately utilize deadly force to stop and incapacitate a designated subject with precision rifle fire at the first available opportunity.

- **Condition 0 –** During rare circumstances, the Tactical Commander, SWAT Commander, or designee, may collectively have information and intelligence clearly articulating the

LVMPD 001473



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

parameters of deadly force are not met; the use of deadly force is not objectively reasonable and is not in accordance with Nevada Revised Statute and/or Las Vegas Metropolitan Police Department policy 6/002.00 Use of Force Policy. The Tactical Commander, SWAT Commander or designee has the authority to amend the S/O's operating directive and order an S/O not to utilize deadly force under any circumstances. (Condition 0 is also known as a "No shoot" condition)

*In any shooting condition, should information rapidly change prior to command's awareness, the sniper/observer will exercise sound judgment and decision making during any given sniper condition.*

### 8.06    Sniper/Observer Selection

The candidate must express an interest in becoming an S/O. It is preferred that a candidate not be mandated to take the position of a S/O. Officers who desire and have a passion for a specific job perform better than those forced. Candidates who voluntarily express a desire in becoming an S/O take personal interest in their performance and more importantly, the performance and reputation of the Sierra team. These subjects who desire to be an S/O put forth the extra effort needed to perfect the skill sets.

### 8.06.01      Selection Process

S/O candidates should be assigned to the SWAT Section for a period of 18 months* and will be based on the following criteria:

- Must demonstrate proficiency and have above average performance evaluations as an entry man.
- Have a thorough understanding of how all the separate functions operate together within SWAT. (IE; Crisis Negotiations Team, TASS, Entry, breaching...)
- Must express motivation and interest in becoming a S/O and must volunteer for the position
- Must be in good mental/physical condition.
- Must have above average communication skills
- Must be emotionally mature and possess equanimity.
- Must have problem solving skills set and the ability to make decisions under stress.
- Must be able to work independently and as a team
- Must be intelligent and be able to articulate their thought process/decision making in both verbal and written form.

*Under certain circumstances the SWAT Tactical Commander has the authority to amend this requirement. Such circumstances could include but not limited to, previous sniper/observer experience from military and/or law enforcement, specific characteristic qualities of a*

LVMPD 001474



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

*sniper/observer candidate demonstrating the candidate's ability to be a successful member of the Sierra team.*

After the preliminary selection, the candidate will submit to the following screening process:

- Sierra team peer review. Peer review will be based on performance during his time in the section. Examples of poor performance must be brought up if the candidate is determined not to be a compatible fit with the Sierra team.
- Evaluation and approval from the Sierra team sergeant and the candidate's current team sergeant.
- Evaluation and approval from the SWAT Section tactical commander and SWAT commander.

Selected candidates will be transferred to the Sierra team in a probationary status after successfully completing the LVMPD SWAT Section BASIC sniper school consisting of the following courses of instruction (80 Hour School):

- LVMPD Sniper operations
- LVMPD Sniper Weapon Systems AX AXMC
- LVMPD Sniper Weapon Systems SASS 223/SASS 308
- LVMPD Sniper rifle systems
- LVMPD Sniper Optics – Scopes
- LVMPD data books
- Ballistics and LVMPD SWAT section approved ammunition
- Minutes of angle (MOA) / Milliradian (MILS)
- Cold Bore/Cleaning and Maintenance
- Marksmanship Fundamentals
- Cold Bore and proper gun cleaning
- Sniper/Observer responsibilities and sniper/coach (Observer/Coach)
- Camouflage and concealment
- Effects of weather
- Sniper physical fitness
- Urban sniper operations
- Intermediate Barriers
- Unsupported positional shooting
- Tripod/Shooting Stick marksmanship
- Moving targets
- Observation and reporting techniques
- Tactical diagramming and range cards
- Range estimation

LVMPD 001475



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Stalking and sniper movement
- Successfully complete the first quarter LVMPD SWAT Section sniper firearms qualification

Successfully complete the practical application of above listed courses during scenario based and practical exercises consisting of:

- Sniper team movement
- Observation techniques
- Tactical diagramming
- Proper decision making, target analysis, target identification, application of deadly force and de-escalation
- Proper communication with sniper/observer(s), sniper teams, command post and entry element
- Manual range estimation and windage estimation

**8.07    Sniper/Observer Status**

Active: Upon successful completion of the LVMPD Basic Sniper School and being transferred to the Sierra team in a probationary status for the first year, the active S/O will:
- Be assigned all associated S/O gear, firearms and equipment
- Will deploy on all tactical operations requiring an S/O in the capacity of an S/O.
- An active S/O WILL deploy with a senior (1 year or more), operational S/O on all tactical operations and S/O training exercises.

**Operational:** In order to obtain the status of an operational S/O, an active S/O will be evaluated by senior S/O's on the Sierra team and the Sierra sergeant to determine readiness, ability, effectiveness and safety in the performance of the following:

*Field Craft Skills:* (to include but not limited to)

- Stalking
- Team movement
- Camouflage selection and proper utilization
- Hide selection/Hide construction
- *Proper decision making specific to a sniper/observer*

*Tactics:* (to include but not limited to)

- Target analysis and target selection
- Proper target labeling, structure and vehicle labeling, environmental factors and labeling
- Decision making specific to the LVMPD sniper/observer.

LVMPD 001476



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Observation/communication techniques.

*Marksmanship*: (to include but not limited to)

- Successful completion of sniper/observer quarterly and semi-annual weapons qualifications with all assigned precision weapon platforms.
- Ability to engage multiple targets and moving targets
- Understanding of intermediate barriers and proper ammunition and weapon system selection
- Unusual shooting positions
- Low light and no light marksmanship

*Suitability:* (to include but not limited to)

- Ability to be an effective member of the Sierra team
- Team oriented but still has the ability for independent decision making
- Ability to articulate thought process in both verbal and written format concerning sniper/observer specific decisions and tactics
- Understanding and adherence to the LVMPD sniper program requirements.

**Final determination of approval for operational sniper/observer status will be determined by the SWAT Commander. Maintaining an Active Sniper/Observer and/or Operational Sniper/Observer Status**

The standards of operation and training will be maintained by all active and operational S/O's throughout the duration of their active and/or operational status. The following standards must be met by each S/O in order to maintain their respective status:

- Successful completion of quarterly and semi-annual weapons qualifications

Successful completion of required quarterly/yearly training requirements concerning:

- Team Review – training
- Classroom instruction
- Practical/scenario-based training
- Firearms training
- LVMPD SWAT section physical fitness standards
- Continuous deployment as a S/O during tactical operations
- Maintenance and proper care and reporting of sniper/specific firearms, equipment and gear
- Maintenance of weapon system data books to include weapon maintenance and round count logs.

LVMPD 001477



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Attendance of a formal sniper training school, program or seminar every two (2) years.

*Attendance to an outside training program will be accomplished every two years for each sniper/observer.*

## 8.08   Data Book

The primary purpose of the Data Book is to keep a record of the cold bore/zero confirmation targets (which will be scanned into OnBase as completed), DOPE, moving target holds, round count and maintenance log (which will be scanned into OnBase annually) for each sniper rifle:

The S/O will maintain an LVMPD Data Book for every specific rifle and/or caliber operationally deployed. This data book will be kept with the S/O and will be immediately accessible. All S/O firearms training or sustainment training will be documented on a training AAR.  At the conclusion of an individual Officer's S/O assignment, all Data Books will be turned over to and maintained by the Training Section S/O.

### 8.08.01      Each Data Book will contain the following cards:

- Data Book Cover (uniform)
- Data Page
    - Deviations/DOPE Data
        - 0-1000 yds. every 25 yds. with .308 , .338 & 50 Cal (if applicable).
        - 0-600 yds every 25 yds. with .223
    - Moving Target Holds Data
        - Walker speed
        - Runner speed
- Zero Confirmation Target (date, time, wind speed and temperature)
- Cold Bore Confirmation Target (date, time, wind speed and temperature)
- Round Count Log
- Maintenance Log

All LVMPD Data book cards will be maintained within the S/O's data book binder for a calendar year. The Zero Confirmation and Cold Bore Confirmation targets will be entered into on-base at the time they are completed. The Round Count and Maintenance Log will be entered into on-base quarterly.

In the event the weapon system is re assigned to another S/O during the course of the year, the current content of the data book will be entered into on-base for the original snipers training records:

- Prior to being issued to another sniper, the Swat Section Armor will complete another inspection, which will be documented on the LVMPD Maintenance Log.

LVMPD 001478

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**8.08.02        Zero Confirmation Target**

The purpose of the LVMPD Zero Confirmation Target is to ensure and document an LVMPD SWAT Sniper Weapon System sight and associated point of aim matches the point of impact at 100 yds. the completed target will be entered into on-base as a permanent record. This will be completed with any Sniper Weapon System that was discharged during training by every S/O, to include the Sierra TL and the Training Section S/O at the end of every training evolution before leaving the training location.

**8.08.03        Cold Bore Confirmation Target**

The purpose of the LVMPD Cold Bore Confirmation Target is to ensure and document a cold LVMPD SWAT Sniper Weapon System is accurate to 1 MOA at 100 yds.

**8.08.04        Round Count Log**

The purpose of the round count card is to properly document the quantity of rounds fired through both the barrel AND the weapon system. Every quarter, the Sierra sergeant will receive a copy of the actual round count card. This copy will be scanned and saved within the LVMPD (H :) drive/Sniper Training. The Round Count Log will be entered into on-base under the specific weapon system as a permanent record for legal and administrative purposes.

**8.08.05        Maintenance Log Cards**

The purpose of the maintenance log is to properly document cleaning, maintenance and armor inspections performed on each weapon system. Each weapons system will be properly cleaned (within Section specifications/standards outlined within this Manual) after every 250 rounds. When shooting the SWS while being suppressed the weapon should be cleaned be every 100-150 rounds, at a minimum. All maintenance to any weapon system will be completed and/or inspected by the Swat Section Armorer. Maintenance Log Cards that have been completed on both the front and back side will be turned into the Sierra Sergeant and will be entered into on-base under the specific weapon system as a permanent record for legal and administrative purposes.

**8.09    Sniper Weapons System (s)**

Sniper weapon systems selected for use by LVMPD SWAT snipers/observers are selected based on their accuracy. The minimum standard of accuracy for a sniper rifle is generally 1 MOA or approximately 1 inch at 100 yards. This is the nationally recognized standard; this standard is utilized by the United States Military, the National Tactical Officers Association (NTOA), and the American Sniper Association (ASA).

Currently the LVMPD SWAT Section authorizes five (5) general sniper weapon systems to include:

- Semi-Automatic Sniper System – 5.56mm rifle

LVMPD 001479



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Semi-Automatic Sniper System - .308 rifle
- .308 Bolt action rifle
- .338 Bolt action rifle (Heavy Gun)
- .50 Cal semi-automatic rifle (Heavy gun)

Standardization of all sniper weapon systems and ammunition is the ultimate goal of SWAT section. The LVMPD S/O will not be permitted to deploy, operationally or otherwise, any other personally owned or non-SWAT Section authorized sniper weapon systems. *The only exception is with the SPR (Special Purpose Rifle). The S/O will be allowed to deploy in a sniper capacity with a personally owned, FTTU approved SPR weapons upon completion of the FTTU approved SPR training course. The SPR weapon system will be in accordance with LVMPD Policy and FTTU Standard Operating Procedures governing SPR's.*

**8.10    Sniper Weapon System Qualifications**

Sniper weapon system qualifications is a means of evaluating whether an S/O (active and/or operational alike) can meet current LVMPD sniper program standards. All LVMPD S/O's authorized to carry a sniper weapon system are required to participate in the LVMPD SWAT Sections sniper weapon system firearms qualification(s) AND must demonstrate proficiency with all sniper weapon systems carried by the S/O. The qualification standard for all sniper weapon systems will be dictated by the specific qualification course and will not be below a 90% standard.

Sniper/Observers will qualify quarterly with the following sniper weapon system:

- 5.56mm SASS
- .308 (SASS)
- .308 Bolt Action

Sniper/Observer will qualify semiannually (2nd and 4th quarters) with the following heavy gun sniper weapon system:

- .338 Lapua
- .50 Cal

Each qualification course will be developed by the Training Section S/O and approved by the Sierra sergeant. The S/O trainer will primarily conduct sniper weapon systems qualifications. In his/her absence, the qualification may be administered by an operational S/O who is a current LVMPD Firearms Instructor. The Sierra sergeant, or ATL, will be present and witness the S/O's qualification. All qualification records will be entered into UMLV within ten (10) days of the qualification date.

1st Quarter-O Course Qual. (Our current sniper qualification) 21rds

        Bolt, semi auto, heavy gun

LVMPD 001480

 **LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

2nd Quarter- Positional shooting 25-200 yards 20 rounds

     Bolt, semi auto

3rd Quarter- Unknown distance 10-20 rounds

     Bolt, semi auto, heavy gun

4th Quarter- Low Light/MUNS (25-100 yards) 20 rounds

     Bolt, semi auto

**8.11    Operational Deployment of Sniper/Observer Team and Reporting Procedures**

S/O should deploy in two-man teams whenever possible on all operations in an effort to maximize the operational effectiveness of a sniper team. This is accomplished by utilizing an S/O team with a primary sniper and an observer who is responsible for:

- Observation
- Communication
- Security
- Documentation
- Reduction in Fatigue
- Additional deadly force capabilities

In critical incidents such as Barricade Subject Incidents, Hostage Taker Incidents, Active Assailant Incidents, it is understood that response times vary based on duty status of the S/O, the location from which the S/O is responding from and/or to, the specific intelligence surrounding the critical incident; which would result in the need for a single S/O to deploy by themselves in an effort to:

- Provide hostages, citizens, officers with over watch protection or utilize deadly force with precision fire to immediately stop and incapacitate a suspect from committing an act considered to be an imminent threat of death or serious bodily injury.

Immediately start gathering and reporting real time, actionable intelligence for the SWAT tactical commander, team leader, and entry element and containment officers. Examples of such intelligence could include but is not limited to:

- Suspect(s) actions and location
- Types of weapons involved, fortification measures and defensive positions established by the suspect(s) and possible escape routes for the suspect(s).
- Locations of patrol officers and citizens that may be unnecessarily exposed to danger or in need of evacuation

Page | 100

LVMPD 001481

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Environmental factors affecting proper containment; ingress and egress issues, surveillance capabilities of the suspect such as surveillance cameras and locations, evidence to suggest other occupants may be present such as children's toys, or other clothing and items indicating additional occupancy.
- Target analysis for Breachers, such as door and gate swings, construction of doors, gates and the structure, possible alternate entry points, window locations, structure utility power shut off locations, etc.
- Investigative intelligence; Legal descriptions for search warrants, vehicles registration (license plate) information for suspect identification and victim corroboration.

As additional responding S/O's arrive on a critical incident, the arriving S/O's should assess the need to either self-deploy to an additional location around the incident in an effort to ensure adequate over watch and coverage or the need to pair up with an already deployed single S/O to complete a true S/O team. This decision will be based on the following:

- The size of the incident would require multiple locations for S/O teams to adequately provide over watch for hostages, citizens, responding or arrived officers.
- The location of the incident has several areas of responsibility that a single S/O team cannot adequately provide over watch and/or intelligence gathering.
- Any other circumstance unique to the specific critical incident that would warrant the need for multiple S/O's.

**8.12    Sniper/Observer Reporting Procedures**

Once the S/O is in their final operating position (FOP), when feasible, the S/O will briefly give their location over radio to the tactical command post, entry team element and additional deployed S/O teams. The following format will be adhered to when communication the S/O's FOP to the tactical command post:

- S/O will give their location utilizing the clock system
- S/O will give their distance in yards, away from the target
- S/O will advise if they are set up in an elevated position or at ground level
- S/O will advise their area of responsibility (AOR)

**8.13    Operational Equipment**

The Sniper/Observer's issued BWC will be considered as crucial as any other piece of equipment he/she deploys on a given mission.

Operational camouflage is to be considered equipment. As with all pieces of equipment, oversight must be maintained to ensure the equipment is properly being utilized, is appropriate for the specific mission and meets the SWAT section standards. The Sierra sergeant will be

Page | 101



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

responsible to maintain oversight and evaluate each specific mission and the sniper/observer's utilization of this equipment for appropriateness and adherence to the Sierra teams section operating procedures. Operational camouflage will only be utilized during the course of a tactical operation and/or Sierra team specific training. At the conclusion of any tactical operation and/or Sierra team specific training the sniper will adhere to the current approved SWAT section uniform standards.

Due to the varying degrees of environments, back drops and landscapes on any single mission (IE: one sniper/observer team may be deployed in a desert landscape/environment, and a second team may be deployed 30 yards away, atop a white roof) each sniper team will be responsible for analyzing their deployment/hide location and utilizing the proper camouflage and determine what is necessary for their environment. (Plain Clothes, Woodland Camo, Multi-Cam, Over White etc.)

The importance of standardization with utilizing camouflage equipment cannot not be overstated and is essential to reduce a negative perception with both the public we serve and our agency. Though the sniper/observer team may need to "think outside the box" with camouflage and concealment techniques; such as adding vegetation, veils, cardboard boxes, vehicle hides, interior hides, exterior hides, screening material, etc. in an effort to further conceal and disguise their appearance and location; the base/primary camouflage clothing will be standardized and consistent.

The following base/primary camouflage equipment will be the standardized camouflage authorized for use:

- SWAT issued Training BDU/combat shirt uniform
- Multi- Cam Camouflage
- Woodland Camouflage
- Ghillie Suit
- Over-Whites

The Sierra Team Leader will ensure each deployable sniper has identifiable police insignia and/or subdued LVMPD patch displayed and identifiable on their person and/or equipment. (Unless wearing of plain clothes) This is to ensure the general public or responding LVMPD officers can identify each sniper as an LVMPD officer.

To ensure each deployable sniper has a clear understanding and selection of camouflage the following training, certification (LVMPD Basic Sniper School) and recertification (Yearly Training Requirements) must be adhered to by every assigned S/O and Sierra Sergeant until proficiency is achieved and demonstrated. The Sierra Cadre Team Leader will ensure proficiency is maintained and documented through consistent sustainment training that incorporates:

- Review of the Sierra Team Section Manual Addendum concerning standardization and use of operational camouflage equipment
- Utilization and proper application of camouflage

LVMPD 001483



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Hide Construction - vehicle, interior and exterior hides
- Movement/stalking
- Sniper Cover
- Concealment practical/scenario exercises

## 8.14    Less Lethal Option

For the purposes of this manual, all S/O's are required to carry an Intermediate Force Tool option on either on their person, in their deployment kits or anywhere capable of immediate deployment should the utilization of low level or intermediate force be necessary.

LVMPD approved options as defined in LVMPD 6/002.00 are:

- OC Spray (Oleoresin Capsicum)
- ECD (Electronic Control Device)
- Expandable Straight Baton

## 8.15    American Sniper Association

It is the vision of SWAT command that the Sierra Cadre will refer to peer reviewed sources to identify national trends and best practices. The American Sniper Association (ASA) is one of these such resources. The ASA provides the LVMPD SWAT Sierra Cadre with a point of reference to identify and assess successful practices within the law enforcement community.

American Sniper Association is a nonprofit organization that provides tactical professionals with a network for gathering and sharing information. LVMPD SWAT S/Os are not mandated to become members of the ASA.

American Sniper Association is nationally known by their publication of statistical data and relevant anecdotal information surrounding officer involved shootings involving sniper teams. This information is essential in understanding how snipers are deployed from jurisdiction to jurisdiction and on a national level.

Statistical data is documented on several factors to include but not limited to, average distances snipers are deployed, lighting conditions, weapon selection and utilization, statistical data concerning intermediate barriers, multiple snipers utilizing deadly force and deployment protocols.

This utilization report gives agencies, swat commanders and team leaders a clear picture of real world sniper operations and dispels several misconceptions associated with the deployment and utilization of snipers in tactical situations. These reports are published by the ASA on an annual basis and will in turn be reviewed by SWAT management on an annual basis to help inform operational and administrative philosophy as it relates to the Sierra Cadre.

LVMPD 001484



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

## 8.16    Other Definitions

**American Sniper Association:** Commonly referred to the ASA. The American Sniper Association is a nonprofit organization that provides tactical professionals with a network for gathering and sharing information. The American Sniper Association is a resource to enhance operational readiness, professional knowledge and overall abilities.

**Assistant Team Leader:** Police officer appointed by the Management Team to assist the Team Leader in the development and deployment of tactical missions assigned to the unit; also known as the Assistant Team Leader. The Assistant Team Leader operates under the direct control of the Team Leader. All decision-making rests with the Team Leader. The Assistant Team Leader position is not supervisory in nature, but is recognized as an informal leader, and he will conduct himself in that regard.

**Average Distance Holds:** Combination of the average distance to the target from the shooter, imparted into the dials of the shooter's scope, allowing the shooter to utilize the scopes reticle as a precision BDC reticle.

**Ballistics:** The study of a projectile in motion.

**Ballistic Advantage:** The relationship between the Sniper/Observer to the target in regards to distance and capabilities of the weapon(s) between the Sniper/Observer and the target. Example: the suspect has a 7.62 caliber rifle while police officers have handguns and .223 caliber rifles. In this example, the 7.62 caliber rifle is a larger projectile which is able to shoot further and penetrate more barriers than the handgun and .223 caliber bullets of the police.

**Ballistic Coefficient:** A numerical definition of the ability of a bullet to resist air drag, based on a relationship between the bullet's length, weight, shape, diameter and velocity.

**Boat Tail Hollow Point (match) Round:** (BTHP) is not actually a hollow point bullet. It is an open tip bullet which allows for better aerodynamics and accuracy in combination with a boat shaped based.

**Bolt Action Rifle:** A type of firearm action in which the weapon's bolt is operated manually by the opening and closing of the breech with a small handle.

**Bonded Round:** Is the process of molecularly securing a bullet's lead core to its jacket.

**Bullet Drop Compensated Reticle (BDC):** A feature on some scopes which compensates for the effect of gravity on the bullet at given distances which is referred to as bullet drop.

**Bullet Trace:** The disruption of air caused by the bullet while in flight. Light rays hit this disrupted air differently than the air around it which allows the disrupted wake of the bullet to be seen.

LVMPD 001485



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Central Nervous System Incapacitation:** Are the factors related to the disruption of mental signals from the brain to the rest of the body.

**Concealment:** To prevent disclosure or recognition of. To place out of sight.

**Cover:** To guard from attack. To afford protection or security.

**Covert Counter Sniper:** Is the counter sniper who is trying to remain concealed or not readily identifiable.

**Danger Range:** A term used to describe a part of the trajectory in which the bullet is traveling below the height of the target. This may occur both before and after the maximum ordinate.

**Danger Space:** The trajectory of the bullet at a given elevation increase which does not rise or fall below the height of the target, expressed in terms of the rising branch or falling branch of the danger space.

- Rising Branch of Danger Space-the distance from the muzzle which the bullet does not rise higher than the object fired at.
- Falling Branch of Danger Space- the distance from the muzzle which the bullet goes below the height of the target.

**External Ballistics:** A science that deals with the factors affecting the behavior of a projectile after the projectile leaves the muzzle of the weapon, such as the force of gravity, air resistance and atmospheric conditions.

**Fall Angle:** Is the degree of arc that represents the bullet's trajectory as it impacts the target.

**Final Operating Position (FOP):** The final position the sniper team will be using during missions to provide the best means of concealment and cover from the target while allowing for maximum observation gathering while providing cover for officers and citizens.

**First Focal Plane Scope:** Meaning the front focal lens of the scope. The reticle image on the front focal lens increases and decreases in size in directly relation to the magnification of the image.

**Hasty Position:** Is used when the S/O team is in a position for a short amount of time and cannot construct a hide due to targets location or need to provide observation and cover.

**Internal Ballistics:** The study of propulsion of a projectile from the propellant's ignition until the projectile exits the gun's barrel.

**Line of Bore (LOB):** This the imaginary line measured in degrees and minutes of angle that eh barrel is elevated to the send the bullet traveling to the target.

LVMPD 001486



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Line of Sight (LOS):** This is the sight line of the shooter through the optical or iron sight system to the point of aim.

**SASS .308:** Semi-automatic, gas operated sniper rifle system utilizing .308 bullets. It most closely resembles the M4/M16/AR15 series rifle. This platform was intended to be lighter than traditional bolt action sniper rifles and allow for quicker follow-up shots.

**Maximum Ordinate:** Is the highest point of the trajectory of the projectile, which is usually 2/3 the distance to the target from the weapon. This is measured from the LOS and will not be closer than the MRT.

**Max Point Blank Range:** Point blank range, is the maximum distance that requires no elevation adjustments either up or down to hit a specified vital zone on a given target.

**Mean Radius:** A unit of measure used to depict a weapon systems level of accuracy. A number of shots are fired a target at a specific range. The center of group is calculated and then the distance between each individual shot in the group. This measurement in averaged and called the mean radius.

**Mid-Range Trajectory:** Is the height the bullet reaches at the true mid-range to the target. For example, at 1000 yards, the MRT occurs at 500 yards.

**Muzzle Brake Induced Errors:** This effect occurs when shooting a large bore (.50BMG) rifle that is equipped with a venting type muzzle brake. A shooter that muscles the gun on the desired point of impact on the target will experience this effect. As the bullet travels down the bore, the cold air in front of the bullet enters the muzzle brake and the brake starts to pull the rifle from the shooter's shoulder. This causes the gun to be further pulled in the direction that the shooter was muscling it. (Shooter muscles gun to right, the bullet impact will be further to the right)

**Muzzle Velocity:** The speed of the bullet as it exits the muzzle of the barrel.

**Overt Counter Sniper:** Is the counter sniper who is trying to be plainly or readily apparent, not secret or hidden.

**Permanent Wound Channel:** The path of permanent tissue damage left the passage of a projectile.

**Physiological Incapacitation:** Are the factors related to the body's ability to function normally. They include damage to limbs, organs, nerves or blood loss.

**Poly-tip Bullet:** Upon impact, the plastic drives into the hollow point, or fragments into small pieces and the bullet expands similar to a normal hollow point. The tip allows for aerodynamic stabilization.

**Psychological Incapacitation:** Are the factors related to the state of mind of the individual. They include knowledge of the injury, reaction to pain, will to live, alcohol or narcotics use.

LVMPD 001487



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Second Focal Plane Scope:** Meaning the second or rear focus lens. The lens image does not change regardless of the magnification of the image being looked at.

**Slant Range:** Is the true range corrected of the angle of the gun to the target when you have an angular degree from the shooter to the target.

**Spin Drift:** Is a byproduct of gyroscopic precession caused by the twist rate of the barrel. As the bullet's velocity slows down, air resistance will begin to affect the bullet at a greater rate and cause the bullet to drift in the direction of the rifling twist of the barrel the bullet was fired from.

**Subsonic Flight Range:** Is the range where the bullet is traveling at velocities less than 1125 feet per second.

**Supersonic Flight Range:** The maximum range at which a projectile is traveling at a velocity greater than 1125 feet per second.

**Target Indicators:** These are things that an individual does or does not do which result in detection by others. They are part overall camouflage and concealment tactics. They include:

- Speed (movement)
- Shine
- Shape
- Silhouettes
- Shadow
- Sound
- Smell
- Electronics

**Temporary Wound Cavity:** The dramatic expansion of soft tissues that results from a projectile's passage through the target.

**Terminal Ballistics:** The study of the behavior and effects of a projectile when it hits its intended target.

**True Range:** The true range to a target is measured in either yards or meters, from the gun to target, regardless of the degree angle from the shooter to the target.

**Vapor Trail:** See bullet trace.

## 9.00   Search Warrant Service

The purpose of this section of the manual is to provide a written guide for search warrant services conducted by SWAT. This is a guide and is not all inclusive. There will be times when some of

LVMPD 001488



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

these procedures will have to be modified depending on the situation. When planning any search warrant service, the sanctity of life must be considered in all phases of planning. Safety must be considered for the public, officers, and suspects.

When it is determined that forced entry during the service of the warrant, or there may be a confrontation involving a suspect possessing exceptional weaponry or who has a documented violent history, or involving a fortified structure, or other situation exist that may require specialized personnel, training, and/or equipment, SWAT will be utilized.

The entity responsible for serving the warrant can contact the SWAT Tactical Commander for advice. That Tactical Commander shall provide the appropriate advice and determine whether SWAT can be deployed in the service of the warrant and advise the entity responsible to submit their request with the appropriate paperwork to SWAT Warrants email.

LVMPD department policy 5/200.00 has defined a High-Risk Warrants as:

- Forced entry.
- Unknown or violent criminal history associated with persons likely to be present during warrant service.
- Likelihood that weapons will be encountered.

The SWAT Commander will participate in a warrant service when the Tactical Commander believes, due to credible intelligence, that the service of the search warrant could present significant officer safety issues. The Tactical Commander will then establish a staging area and provide command and control should the situation change as originally planned.

**9.01   Procedure**

When the service of a warrant is anticipated or planned, department personnel are required to notify SWAT via email at SWATwarrants@lvmpd.com. Included in that email shall contain:

- Application and Affidavit for Search Warrant
- Search Warrant
- SWAT Service Incident Action Plan (IAP) (LVMPD 289D).
- Any special concerns or recommendations

Once the warrant is received, the SWAT Commander or designee will determine if the service meets SWAT criteria for service and/or appropriate use of SWAT resources. The Tactical Commander may also be consulted if needed.

Intelligent mission planning, operational flexibility, discipline, control, mindfulness, and restraint are key components to successful Warrant services. LVMPD SWAT officers are specially trained and equipped to deal with a variety of difficult situations, including those requiring a swift and overwhelming show of force.

LVMPD 001489



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

When the Team Leader and Assistant Team Leader begin to plan for the warrant service, it is imperative that they evaluate all aspects of the mission, including goals, intelligence and legal constraints. A careful and well articulate reconnaissance of the premises to be served must be thorough and complete to allow for better tactical planning. Tactical planning should include, but not limited to:

- Environment around the target location. The surrounding area must be included and factored in to how SWAT will safely secure the premise.
- Citizens that may be in the operational area at the time of the search warrant service must also be factored in the risk assessment. I.E. Multi-unit apartment complex where effective containment cannot be achieved.
- Consideration of all the tactical options and the selection of the safest alternative to successfully complete the mission.
- Flexibility to adjust to circumstances as they evolve.

**Surround and Callout Tactic (SACO)**

When the search warrant service location can be properly contained and the presence of innocent civilians is minimized, a Surround and Callout Tactic (SACO) should be considered. The tactical element will surround and establish containment of the target location before attempting to contact with the occupants. This tactic is to facilitate a subsequent callout of those occupants in a controlled manner to a secured and safe area.

**Control Entry Tactic (CET)**

This tactic can be dynamic in nature and is a viable and time-proven option. LVMPD SWAT should use a CET (Control Entry Tactic) to execute search warrants in those cases to lessen the risks, and to enhance officer, citizen and suspect safety.  The goal of a CET is not to surround and call the subject out to SWAT officers.
This tactic is meant to surprise and overwhelm the suspect(s), and to quickly take them into custody and thereby prevent them from taking up arms, hardening their defensive position, fleeing the premises and possibly endangering others, harming hostages or destroying evidence. A CET utilizes surprise and speed to overwhelm the occupants which can be very effective in de-escalating a possible violent situation.

A CET should be considered when the circumstances associated with the search warrant service dictate that a SACO (Surround and Callout) is not the optimal tactic. Considerations to utilize a CET is based on the anticipated threat expected to be inside the structure at the time of the execution of the search warrant. Other factors include, but are not limited to: size of the structure/ability to dominate the structure; suspect violent tendencies; weapons involved; surrounding environment (unfriendly to large prolonged police presence) etc.

A CET should not be confused with a SACO (Surround and Callout). Officers will make entry after announcements have been given that identify us as police officers and advise the

LVMPD 001490



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

occupants that we have a search warrant and a lawful right to be on the premises. In deciding when to enter the premises, the entry time will be based on the totality of the circumstances to include the following:

- Size and location of the residence
- Location of the officers in relation to the suspect
- Time of day
- Nature of the suspected offense, suspect priors, associated weapons
- Other observations triggering the senses of the officers that reasonably would lead one to believe that immediate entry was necessary. (McClure V. United States 9th cir. 1964)

A CET will not be used when the primary suspect is in custody and there is no articulable information of a threat inside the residence, i.e. a Control Entry Tactic will not be used for the sole purpose of recovering narcotics or property and there is an absent threat of an armed and dangerous subject inside.

A CET should not be confused with a "No Knock" search warrant service. Announcements will be included on CET search warrant services.

When utilizing a CET, the team leader will ensure that the associated "Knock and Announce" tactic allows for a "reasonable amount of time" based upon the circumstances of the warrant. *(Wilson v Arkansas, 1995, USSC)*

**NO KNOCK SEARCH WARRANT**

No-knock search warrants will only be authorized for felony offenses that involve a significant and imminent threat to public safety and will not be used for the preservation of evidence.

A no-knock search warrant must be approved by the SWAT Commander and Deputy Chief of the Homeland Security Division or designee of equal rank prior to seeking a magistrate's approval.

The search warrant affidavit must:
- Demonstrate that the underlying offense is punishable as a felony and involves a significant and imminent threat to public safety;
- Demonstrate that identifying the presence of the officer before entering the premises is likely to create an imminent threat of substantial bodily harm to the officer or another person;
- Describe the specific facts and circumstances as to why there are no reasonable alternatives to effectuate the search of the place or person other than in the manner prescribed by the no-knock warrant;

LVMPD 001491



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- If the no-knock warrant cannot be executed during the day, must include a detailed justification for a night-time service.
- State that the no-knock search warrant will be served under the guidance of an officer(s) trained in the execution of search warrants.

No-knock search warrants will only be served by SWAT. At the time of service, SWAT will ensure that the circumstances which necessitate a no-knock entry as prescribed in the warrant still exist. If the circumstances no longer necessitate a no-knock entry, officers must knock and/or announce themselves prior to service.

All Surround and Callout Tactic and Control Entry Tactic numbers will be tracked by the SWAT Senior LEST.

**9.01.01       Authorization phase**

The SWAT Commander or designee will review all search warrant requests. The review must evaluate the request and determine whether or not the associated circumstances rise to the level of a SWAT service. "The decision to activate a tactical team can constitute excessive force if it is not objectively reasonable in light of the totality of the circumstances…" (McCracken v. Freed).

The courts have determined the deployment of SWAT may constitute excessive force if objectively reasonable factors do not exist. Therefore in an effort to support the LVMPD directive of de-escalation of force, as well as support the LVMPD Policy (5/200.00) that only SWAT will serve warrants deemed to be high risk in nature, the SWAT Captain or designee will make the final determination regarding whether or not SWAT will serve the warrant. This determination will be based upon the following factors, but not limited to:

- Verification of a completed SWAT IAP;
- Evaluation of the severity of crime being investigated;
- Evaluation of the immediate threat posed by the suspect or other occupants to themselves, citizens and officers;
- Evaluation of the likelihood the suspect will attempt to evade or resist and there by pose a threat to arresting Originating Unit Officers and the public;
- Evaluation of the need to immediately apprehend the suspect with the use of SWAT;
- Verification of the need for forced entry;
- Verification of the likelihood of weapons that would preclude other investigative/custody means to be utilized by the Originating Unit;
- Verification of violent or unknown history of occupants that would preclude the Originating Unit from utilizing alternative means of affecting an arrest outside of the premise, without the need of forced entry by SWAT;

LVMPD 001492



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Verification, via drive-by reconnaissance, that the premise legal description within the search warrant matches the target location identified within the IAP and the actual premise provided to SWAT by the Originating Unit;
- Verification of due diligence by the Originating Unit to support the belief that the suspect(s) present during the investigation are reasonably expected to be inside the premise at the time of service.
- Verification that the Originating Unit has made reasonable attempts, and documented such, to apprehend the suspect(s) outside of the premise sought to be searched in order to avoid a confrontation between LVMPD SWAT and the suspect(s) within the premise.
- Case law relevant to this process includes but is not limited to:
  - McCracken V. Freed, 2006;
  - Neace v. City of Massilon, 2006;
  - Solis v. City of Columbus, 2004;
  - Taylor v. County of Berks, 2003;
  - Los Angeles County v. Rettele et al., 2007;
  - Michigan v. Summers, 1981;
  - Muehler v. Mena, 2005;
  - Boyd v. Benton County, 2004.

The reviewing SWAT Commander can then do one of the following:
- Approve the request.
- Conditional approval of the request.
- Request additional info or investigative steps in order to solidify the need for a tactical team service.
- Deny the request.

Once the search warrant is approved, the Team Leader or designee notifies the affiant that a SWAT officer will be in contact with them regarding the reconnaissance and search warrant service.
The Team Leader will notify the Tactical Commander of the briefing time and location as well as any aggravating factors which lead the Team Leader to believe that the search warrant service may escalate to a barricade. The Team Leader must also receive approval from the Tactical Commander for the following:

- No-Knock service *(needs Lieutenant, Captain and Deputy Chief approval)*
- Explosive breach
- Controlled Entry Technique
- Planned interior NFDD (stun-stick insertion, etc.).
- Utilization of a Sniper/Observer
- Search Warrant was put down i.e. Detectives took suspect off prior to service, suspect left the location etc.

LVMPD 001493



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

If a SWAT Warrant Service Request is denied, the denial will be noted in the Daily Log by the Team Leader. The Sr. LEST will be cc'd and will file in H drive and log for quarterly reports.

Decision-making by the Team Leader should include the matters of risk assessment and risk management. The more times you are exposed to a potential risk (or create one), the greater the probability of a negative outcome. If the risk is properly assessed and risk is avoided, a successful outcome will be likely.

One of the factors to determine if a warrant is to be classified as a High-Risk service is if it is not feasible to arrest the suspect (s) outside of the target location. Most Las Vegas multi-unit apartment complexes have environmental issues restricting our ability to properly contain them, lack cover and concealment, to protect innocent bystanders in the operation area, and effective suspect control should that suspect opt not to peacefully surrender.

Gross Misdemeanor and Misdemeanor warrants are not normally served by the SWAT Bureau and will be reviewed on a case-by-case basis. They will be considered when the target suspect has a possibility of violence and/or violent history toward police. The layout of the target location will also be taken into consideration when determining service. The SWAT Commander has the final authority in determining this decision.

In the event that it is determined, based on intelligence, that the search warrant location has the higher probability of turning into a Barricaded Subject Incident, the Tactical Commander will participate as the command and control element, ready to assume the duties as Tactical Commander should the service of the search warrant plan change.

**9.01.02      Planning phase**

If the warrant meets SWAT criteria, the Team Leader will then begin the planning process below but not limited to:

- Assign to Assistant Team Leader
- Assign Reconnaissance team to survey the location to be served
- Read the search warrant and all associated paperwork
- The crime alleged and why the items sought to be seized are evidence of the crime.
- Verified there are signatures from the District Attorney and Judge are present on the Affidavit and Search Warrant.
- Probable Cause and nexus between the place to be searched and the items sought.
- The names of persons who can reasonably be expected to be inside the premises at the time the warrant is to be served, with previous arrests for violence, or intelligence stating a propensity for violence.
- Threats of violence toward police made by the suspect (s) to a covert or undercover officer, confidential informant or other witnesses.

LVMPD 001494



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- The target location is fortified with bars, walls, shrubbery, or guarded by vicious animals or surveillance cameras.
- Likelihood that evidence will be destroyed
- The justification for the use of SWAT during the service/execution of the Search Warrant.
- The nighttime service request and the justification for a nighttime clause, if applicable.

**9.01.03        Reconnaissance phase**

Recon Officers are responsible for the covert scouting of the location (s) of the Search Warrant and collecting any intelligence possible to assist in the safe planning of the Search Warrant service. They will receive a copy of the SWAT IAP, Affidavit, and Search Warrant and check for, but not limited to:

- The crime alleged and why the items sought to be seized are evidence of the crime.
- Verifies there are signatures from the District Attorney and Judge on the Affidavit and Search Warrant.
- Probable Cause and nexus between the place to be searched and the items sought.
- Verify legal description in search warrant affidavit and search warrant ensuring the target location matches the target description. Any discrepancies will be immediately be brought to the attention of the Team Leader.
- The names of persons who can reasonably be expected to be inside the premises at the time the warrant is to be served, with previous arrests for violence, or intelligence stating a propensity for violence.
- Threats of violence toward police made by the suspect(s) to a covert or undercover officer, confidential informant or other witnesses.
- If the target location is fortified with bars, walls, shrubbery, or guarded by vicious animals or surveillance cameras.
- Likelihood that evidence will be destroyed.
- The justification for the use of SWAT during the service/execution of the Search Warrant.
- The nighttime service request and the justification for a night time clause, if applicable.

Recon officers are responsible for the following during the recon, but not limited to:

- Contacting the Affiant to get any applicable information to assist in the planning of the Search Warrant.
- Will physically view the location of the target with the Affiant and have the Affiant confirm the Search Warrant location, unless extenuating circumstances exist. If recon officers are unable to physically confirm the location, they will inform the Team Leader of the situation.
- If the Search Warrant is Telephonic, the Search Warrant Affiant will go with the recon officers and physically point out the target location.

LVMPD 001495



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Recon officers should be covert, dress in plain clothes and use undercover vehicles whenever applicable to not comprise the investigation and safety of officers.
- Recon officers are responsible for ingress and egress routes to the target. They should make sure that all routes are accessible and will not compromise the safety of officers and the service of the Search Warrant.
- Recon officers will attempt to obtain any applicable information for deployment of a Sierra team to provide valuable intelligence as SWAT officers approach the location to be search. This Sierra team will also be in a position for provide over watch for SWAT officers or innocent citizens that maybe in the operational area.
- They will also look for any obstructions that may need to be breached.
- Recon officers should consider locations for containment officers, detectives or patrol officers for outer containment. Recon officers should consider any innocent civilians in the area and try to reduce any threat to them. Recon officers should look for any cameras, vicious animals, sign children, schools, lookouts, etc., access the appropriate vehicles and equipment that will be employed. All of this information needs to be reported to the Team Leader and Assistant Team Leader to assist in the planning.
- Recon officers will report to the Team Leader and Assistant Team Leader with all of the information they have collected.
- Contact dispatch and request a SWAT event number.
- Fill out the Recon Check Sheet and insure all applicable sections are complete and provide any pertinent information regarding officer, civilian, or suspect safety.
- Create overhead view of the target to include the location of known windows and doors, obstacles, cameras, hazards, landscaping and compass direction etc.
- Map of ingress and egress routes for all personnel.

ATL will perform the following but not limited to:

- Meets with recon officers and discuss best options for serving Search Warrant.
- Suggests the safest tactics to serve the Search Warrant for the public, officers and suspect(s) to the Team Leader.
- Determines what method(s) will be used to approach the target.
- Determines what vehicles will be needed.
- Assign appropriate equipment needed for service of the Search Warrant
- Ensures less lethal plans are in place and approved by the Team Leader
- Has arrest teams if appropriate.
- Contact medical personnel and plans for any injuries to civilians, officers and suspect(s).
- Writes down all planning information for officers to see during the briefing.
- Briefs and obtains approval of plan from the Team Leader
- Provides an After Actions Report within 10 days of warrant service to Team Leader.

Team Leader will perform the following, but not limited to:

LVMPD 001496



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Notifies SWAT officers of time and location of briefing.
- Oversees planning of the search warrant service.
- Makes sure that appropriate use of force is being applied.
- Make sure no department and/or SWAT policies are being violated.
- All applicable laws are being adhered to.
- Request support personnel if needed such as K9, Tac Medic, Additional SWAT Officers, air unit etc.
- Briefs Tactical Commander on warrant
- Obtains authorization from Tactical Commander for specific tactics as delineated in 9.01.01.

Team Leader will ensure a written plan is in place depending on, but not limited to:

- Size of target
- Required manpower/Span of Control
- Fortifications
- Suspect criminal history
- Propensity for violence
- Suspect weapons
- Surveillance cameras
- Dogs
- Specific threats against police officers
- Gang member status
- Potential hostages
- Environmental factors
- Necessity for SW being served at that particular moment
- The option of waiting for suspect to leave the premise to be searched prior to service of warrant
- The need for Control Entry Tactic / Surround and Callout Tactic
- The need for explosive breach
- The need for sniper deployment
- Ensures an adequate containment strategy is in place depending on the complexity of the mission
- Reviews and approves, modifies or disapproves of Assistant Team Leader After Action Report within 10 days of receiving it

**9.02   Warrant Service Briefing**

Team Leader

LVMPD 001497



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Will ensure all those participating in the search warrant service are present and back-brief respective roles/assignments. Will conduct inspections of equipment and oversee all aspects of briefing. Will communicate briefing time and location to the Tactical Commander.

Assistant Team Leader

- Conducts briefing to inform all personnel involved with the Search Warrant service of their responsibilities.
- When briefing Search Warrants that involve Child Sex Offenders, includes the tactics for a suicide by cop and a single gunshot heard from inside the dwelling.
- Ensures Recon officers give Intel of the target location and/or suspects.
- At the end of briefing gives all officers an opportunity to ask any questions before the service of the search warrant.
- Makes sure all officers understand their responsibilities during the execution of the Search Warrant.
- Has officers equip themselves appropriately with Personal Protection Equipment.
- Load all equipment into vehicles.
- Give appropriate time for snipers, containment officers, and pertinent support personnel, to get into position.
- Conduct communication checks.
- Update any information with dispatch if needed.
- Has officers equip themselves appropriately with Personal Protection Equipment.
- Load all equipment into vehicles.
- Give appropriate time for snipers, containment officers, and pertinent support personnel, to get into position.
- Conduct communication checks.
- Update any information with dispatch if needed.

Tactical Commander

When appropriate to participate, will do the following:

- Attend briefing;
- Brief plan for events that might occur outside the norm of the warrant service;
- Coordinate with resources on the outer perimeter.
- Attend debriefing.

**9.03    Service of Warrant**

Team Leader

LVMPD 001498



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Is responsible for the service of the Search Warrant and will supervise all aspects of the service.
- Announces over the radio prior to departing the brief location, to activate BWCs.
- Ensures appropriate announcements are made before service of search warrant.
- Ensures documentation/photos are done of any damages.
- Announces over the air to turn off BWC when mission is complete.
- Notifies the Tactical Commander of any issues, injuries, use of force, vehicle accidents and situations that may rise that immediate steps need to be taken and notifications need to be made.

Assistant Team Leader

- Ensures all officers arrive to their predetermined locations.
- Make any adjustments for public, officer and suspect safety.
- Uses appropriate force to take any suspects into custody.
- Make sure the area is safe and secure.
- Has recon officers document any damage, layout of the structure and evidence in plain sight.
- Has recon officers document any injuries to suspect(s) while taken into custody.
- Photographs all damage, injuries and evidence.
- Turn scene over to Affiant.
- Document the officer taking control of the scene.
- Makes sure all equipment is accounted for.

Tactical Commander

- May establish and stage in pre-designated staging area.
- Will provide command and control for any situations that arise outside the normal service of warrant.

**9.04    Tactical Debrief**

Tactical debriefs are a review and critical critique of the actions taken or not taken and thoughts by all personnel involved during a tactical operation or high-risk police encounter to include the lessons learned. A debrief following a tactical operation or a high-risk police encounter is essential and will be mandatory because it serves as an invaluable source in determining lessons learned from the incident so that good performance continues, satisfactory performance improves, and poor performance is not replicated.

- Should be conducted in a timely manner after any SWAT operation.
- Rank and/or seniority should not be considered when critiquing each other in the tactical debrief.
- All comments by officers will be in conformance with the departments ICARE values
- The highest rank supervisor will conclude the tactical debrief.

LVMPD 001499



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Team Leader will forward any failures to the Tactical Commander and Training Section Sergeant for follow-up and to ensure corrective/remedial training is accomplished.

## 10.00 Breaching

The LVMPD recognizes the significance of a comprehensive breaching program comprised of all reasonable methods of forced entry suitable for tactical operations. The main objective of the program is to provide the best suited breaching options based on mission objectives, target analysis, tactics, and overall risk assessment.

To achieve this objective, the program has adopted, developed, and is committed to maintaining a high level of professional capability in the seven fundamental breaching disciplines: Manual, Mechanical, Ballistic, Thermal, Hydraulic, Explosive, and Vehicle- Assisted breaching. In support of these disciplines, the SWAT section possesses, maintains, and routinely updates the necessary breaching tools, equipment, and related skill sets. The Breaching Cadre Team Leader in coordination with the Training Cadre Team Leader will ensure that all essential Breaching skills are trained to proficiency. For a matrix of the associated skillsets as identified through best practice consistent with ATF standards for law enforcement breaching, see the LVMPD SWAT Breaching Manual.

As a crucial component of nearly every tactical operation, breaching is separated into two skills levels: Basic and Advanced.

## 10.01  Definitions

**Manual Breaching:** The use of any tool/s which utilize manual physical power to achieve their main breaching function. Such tools include but are not limited to: impacting, prying, leveraging, raking-and-braking, and cutting tools.

Authorized Personnel- All LVMPD SWAT officers and sergeants

Initial Certification- 8 hours consisting of:

- 3 hours classroom presentation
- 5 hours practical applications
- Written test – passing score 80% or above
- Practical test – Pass or Fail
- Minimum in-service training per year – 4 hours
- Requalification per year – 1

**Mechanical Breaching:** The use of any tool/s or equipment which utilize motorized machine power to achieve their main breaching function. Such tools include but are not limited to gas operated Quickie/ K12/ Rescue saws, chain saws, and battery operated Sawzall and/ or Cut-off saws, Kinetic Breaching Tool.

LVMPD 001500



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Authorized personnel- Operational and certified LVMPD SWAT Master Breachers Initial Certification- Any certification course which consists of:

- At least 24 hours in length or longer
- Includes a comprehensive written curriculum, a copy of which is retained by the participant
- Curriculum consists of both academic/ classroom session/s and practical/ hands on portions. Both must be geared toward tactical operation and instruct participant in the applicability and deployment of such tools in a Law Enforcement Tactical Environment.
- Written test – passing score 80% or above
- Practical test – Pass or Fail

Kinetic Breaching Tool

Authorized personnel-All Operational Master Breachers
- Initial Certification - 2 hours consisting of:
- 1-hour classroom presentation
- 1-hour practical application or to proficiency

**In Service Training**

In-service training

- Quickie/ K12/ Rescue saw to proficiency
- Kinetic Breaching Tool (Initial Cert – 2 hours) practical applications to proficiency
- Chainsaw to proficiency
- Battery operated Sawzall or Cut-off saw to proficiency
- Requalification per year – 1 time per tool

**Ballistic Breaching:** The use of a firearm loaded with specialized munitions which are designed specifically for and are suitable for compromising specific targets in a manner which is deemed reasonable and safe for citizens, officers, and suspects. Such firearms and munitions include 12 gauge shotguns and 12 gauge frangible munitions.

Authorized personnel- All LVMPD SWAT officers and sergeants

Initial Certification- 8 hours consisting of:

- 3 hours classroom presentation
- 5 hours practical applications
- Written test – passing score 80% or above
- Practical test – Pass or Fail

LVMPD 001501



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

In-service training

- Breaching Shotgun manipulation and marksmanship - to proficiency
- Target Analysis and Ammo Selection- to proficiency

Requalification per year – 2

**Thermal Breaching**: The use of a device or tool which is capable of producing and introducing a high degree of external heat to specific target material thereby compromising/breaching them. Such tools include an exothermic torch operating on O2 gas.

Authorized personnel- Operational and certified LVMPD SWAT Master Breachers

Initial Certification- Any certification course which consists of:

- At least 24 hours in length or longer
- Includes a comprehensive written curriculum, a copy of which is retained by the participant
- Curriculum consists of both academic/ classroom session/s and practical/ hands on portions. Both must be geared toward tactical operational and instruct the participant in the applicability and deployment of such tools in a Law Enforcement Tactical Environment.
- Written test – passing score 80% or above
- Practical test – Pass or Fail

In-service training

- Exothermic Torch- basic assembly, maintenance, and safety procedures - to proficiency
- Cutting procedures- target analysis and troubleshooting - to proficiency
- Requalification per year – 1

**Hydraulic Breaching**: The use of a devices or tools which utilize incompressible liquids such as oil to exert force on a target thereby compromising/breaching it. Such tools include manual and electrohydraulic breaching tools.

Authorized personnel- Operational and certified LVMPD SWAT Master Breachers

Initial Certification- Any certification course which consist of:

- At least 24 hours in length or longer
- Includes a comprehensive written curriculum, a copy of which is retained by the participant

LVMPD 001502



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

- Curriculum consists of both academic/ classroom session/s and practical/ hands on portions. Both must be geared toward tactical operational and instruct the participant in the applicability and deployment of such tools in a Law Enforcement Tactical Environment.
- Written test – passing score 80% or above
- Practical test – Pass or Fail

In-service training

- Manual Hydraulic - to proficiency
- Electrohydraulic - to proficiency
- Requalification per year – 1

**Explosive Breaching**: The use of explosive devices, constructed of both explosive and non-explosive materials, to successfully gain entry into an intended target. Such devices are deployed in a manner which is consistent with the overall mission objectives of the LVMPD SWAT Breaching Program and the Section.

Authorized personnel-Operational and certified LVMPD SWAT Master Breachers

Initial Certification- Any certification course which consists of:

- At least 48 hours in length or longer
- Includes a comprehensive written curriculum, a copy of which is retained by the participant
- Curriculum consists of both academic/ classroom session/s and practical/ hands on portions. Both must be geared toward tactical operational and instruct the participant in the applicability and deployment of such tools in a Law Enforcement Tactical Environment.
- Written test – passing score 80% or above
- Practical test – Pass or Fail

In-service training

- Mathematical Calculations - to proficiency
- Charge Construction - to proficiency
- Target Analysis - to proficiency
- Misfire Procedures - to proficiency
- Explosive Handling and Safety - to proficiency
- Non-LVMPD training once every 2 – 3 years (not including Recertification.)
- Requalification per year – 4
- Recertification – Once every 5 years

LVMPD 001503



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Vehicle-Assisted Breaching**: The use of a specialized vehicle equipped with appropriate reinforcement and tools and/ or machines suitable of pushing and pulling various targets in a specific, intentional, and methodical manner thereby compromising/ breaching them.

Authorized personnel- All LVMPD SWAT officers and sergeants

Initial Certification- 4 hours- consisting of:

- 1 hours classroom presentation
- 3 hours practical applications
- Written test – passing score 80% or above
- Practical test – Pass or Fail

In-service

- Target-Pulling utilizing a hook - to proficiency
- Target-Pulling utilizing a winch - to proficiency
- Target Pushing - to proficiency
- Requalification per year – 1

The following additional training is provided to and by the LVMPD SWAT Breaching cadre in support of one or more breaching skills, methods, or operational needs. This training consists:

Target Analysis: The knowledge and expertise required to properly identify various breaching targets, understand their general construction, identify their inherent weaknesses, and recognize the way/s by which to exploit these factors in the most operationally feasible manner thereby achieving the desired mission and objective/s.

Authorized personnel- Operational and certified LVMPD SWAT Master Breachers

Initial Certification- Provided as a part of each method of breaching certification course.

In-service training

- Doors – to proficiency
- Rollup Doors - to proficiency
- Windows - to proficiency
- Walls - to proficiency
- Fences and yard access gates - to proficiency
- Requalification per year – 1

Explosive Handlers: A term used to describe any LVMPD SWAT officer who receives proper training in the safe handling and transportation of the specific types of high explosives used by LVMPD SWAT Master Breachers for the purpose of conducting explosive breaching. Such an

Page | 123



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

officer needs these basic skills since he is likely to operate and/or interact with LVMPD SWAT Master Breachers on a regular basis and may be tasked with assisting in the performance of simple handling and transportation tasks.

Certified explosive handers are not taught or otherwise certified to carry explosives on a routine basis nor are they authorized in the use of any high explosives for the purpose of breaching or conducting Controlled Detonation Procedures (CDP) for Pyrotechnic Diversionary Devices.

Authorized personnel- All LVMPD SWAT officers and sergeants

Initial Certification- 8 hours- consisting of:

- 3 hours classroom presentation
- 5 hours practical applications
- Written test – passing score 80% or above
- Practical test – Pass or Fail

In-service training per year to proficiency

Requalification per year – 1

Controlled Detonation Procedures (CDP) for Pyrotechnic Diversionary Devices: Any controlled and deliberate procedure intended to facilitate the safe disposal of any pyrotechnic divisionary device which has failed to detonate as intended during training or live operations. This procedure provides field expedient methods which take into consideration the sensitive nature of these unexploded devices, the environment in which they were deployed, and the safety of citizens and officers.

Authorized personnel- Operational and certified LVMPD SWAT Master Breachers

Initial Certification- Provided upon becoming an Operational Master Breacher and a member of the Breaching Cadre.

- 1 hour classroom
- Field demonstration and hands-on applications
- Written test – passing score 80% or above
- Practical test – Pass or Fail

Minimum in-service training per year – 2 hours total

- Classroom – 1 hour
- Hands-on live range practical – to proficiency
- Requalification per year – 1

LVMPD 001505



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Explosive Breaching will be authorized by the Tactical Commander, SWAT Commander or Back-up Tactical Commander

- This would provide officers with the tactical advantage prior to entry.
- Using this tool would aid the team in preventing the loss of lives.

Anytime an explosive breach is approved, the Tactical Commander must be able to justify the use based upon the information available. The primary breacher on the scene is responsible for briefing the Team Leader who will brief the Tactical Commander on the size, type, and potential results of the breach as well as the contingency plan should there be a failure.

Explosive Breaching is Prohibited on Search Warrants in which children are identified and/or present unless approved through the chain of command up to the Deputy Chief.

### 10.02  Basic Breaching Skill Methods

Skills or methods which are relatively simple, require minimal training time, and are used routinely. These include Manual, Ballistic, and Vehicle-Assisted Breaching. Instruction and training in Basic Breaching Skills and Methods is provided to all LVMPD SWAT Operators and Basic Breaching skills are used by all operators in the section.

### 10.03  Advanced Breaching Skill Methods

Skills and methods which are relatively more complex, require extensive and dedicated training, and are not used on a regular basis. Advanced skills include Mechanical, Thermal, Hydraulic, and Explosive Breaching. Advanced Breaching Skills are restricted to certified and operational members of the LVMPD SWAT Breaching Cadre who bear the title of Master Breachers.

The following define the breaching positions and capabilities established in the LVMPD SWAT section:

### 10.04  Breacher

The term applies to any LVMPD SWAT operator who has successfully completed the required number of training hours and is certified to use all Basic Breaching Skills and Methods to include Manual, Ballistic, and Vehicle-Assisted Breaching.

### 10.05  Master Breacher

An LVMPD SWAT officer who has successfully completed a recognized certification course and is skilled in the use of both Basic and Advanced Breaching Skills/ Methods to include Manual, Mechanical, Ballistic, Thermal, Hydraulic, Explosive, and Vehicle- Assisted Breaching.

### 10.07  Operational Master Breacher

LVMPD 001506



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

An LVMPD SWAT officer who has successfully completed a recognized certification course and fulfills the following criteria:

- Is required to attend breaching cadre in-service training and successfully pass all requalification.
- Possesses the necessary experience to perform and/ or utilize all Advanced Breaching Skills and Methods.
- Is assigned the vehicle and equipment commonly issued to Operational Master Breachers.
- Is tasked with instructing other team members in all Basic Breaching Skills and Methods and selected curricula pertaining to Advanced Breaching Skills and Methods.

**10.08  Breaching Cadre**

A group of certified and operational Master Breachers consisting of members from both Silver and teams and one Training Section Coordinator.

**Responsibilities**

The breaching program and its operational members, who are certified Master Breachers, are solely responsible for assuring that all initial certifications, required training, and scheduled qualifications pertaining to each discipline, are met by each member of the section and breaching cadre.

**Requirements**

The following requirements must be met by all active LVMPD SWAT officers and Sergeants who are or may be tasked with utilizing Basic Breaching Skills during the course of their duties, whether in training or live operations.

**11.00  Less Lethal**

The SWAT section uses a variety of different devices to accomplish the tactical mission of the section. Various vendors are used, and the section constantly updates and evaluates new devices. SWAT personnel will be given training and certification in the use of devices by trained personnel prior to being issued or using such devices. Initial training is given during Basic SWAT School. Officers who will be assigned as instructors will attend an accredited certification course. All officers will receive sustainment training biannually.

**11.01  Noise/Flash Distraction Devices (NFDD)**

Diversionary devices are designed to gain compliance, distract or disorient an individual. Commonly referred to as "flash bangs", these products are generally non-fragmenting canisters

LVMPD 001507



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

that emit a very loud report, a bright light, and an over-pressure wave. The combination of these effects produces a physiological or sensory overload that can temporarily stun an individual. These products are generally hand deployed, but can be thrown, launched or staged. Diversionary Devices are generally recognized as products that produce a dB or decibel rating of 175dB or less. All the NFDD in the SWAT section meet this requirement.

**Justification for Use**

Diversionary devices may be considered whenever the use of a less lethality diversion would facilitate a tactical entry, enable an arrest, and would reduce the risk of injury to police officers, innocent civilians, and suspects.

The following list of circumstances may justify the use of diversionary devices and shall include, but are not limited to:

- Barricaded Subject Incidents
- Hostage Taker Incident
- Suicidal Subject Incidents
- High risk Warrant Services
- Arrest of violent, mentally deranged persons
- Those under extreme influence of alcohol or drugs, which are prone to violence, and it is believed this diversion will facilitate the arrest.
- Violent riotous crowds
- Situations wherein the authorizing person deems their use necessary to safely resolve the incident

**Deployment Considerations**

Prior to deploying NFDD's, personnel shall consider available intelligence information and circumstances. This intelligence information should include the presence of children, elderly persons, innocent individuals, and the risk of injury occurring to those not involved in the arrest. The authorizing officer should consider circumstances which may dictate that an exterior deployment is preferable to deployment in the interior of the structure, the location of deployment, the type of structure where the device is being deployed, etc.

Whenever possible the device shall only be deployed when area is visibly cleared. These devices shall not be deployed solely for the prevention of evidence destruction. It should only be considered when tactics dictate.

Because NFDD's and like devices have the potential to ignite flammable material, a portable fire extinguisher shall be readily accessible whenever devices are deployed. Officers deploying flash/sound devices will wear gloves (preferably fire retardant gloves), and a ballistic helmet with face shield and/or eye protection.

LVMPD 001508



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

After deployment, equipment related to the distract deployment will be recovered prior to securing the scene. In the case of a failed detonation, proper disposal protocols for the particular type and kind of distract will be followed.

**Authorization for Use**

Only personnel who have successfully completed an LVMPD SWAT approved training course in the proper use and deployment of these NFDD's shall be authorized to carry and deploy them during actual operations.

At the direction of the Team Leader and/or the Assistant Team Leader team members will carry NFDD's based on their assignment for their mission.

Because NFDD's are tracked by the Bureau of Alcohol, Tobacco, and Firearms, all members will ensure the serial numbers of distracts issued them are recorded with date and name in the munitions log.

Because of the specialized nature of these devices and the training required to properly deploy them, their use shall be restricted to trained personnel from the LVMPD SWAT during tactical missions and/or training.

Except in extreme emergencies, NFDD's and similar devices shall not be used without prior authorization from the Team Leader or Tactical Commander. In the absence of the Team Leader or Tactical Commander the Assistant Team Leader may authorize their use.

**Reporting and Review Process**

The authorizing officer shall review the use of each situation wherein a NFDD's or similar device is utilized and ensure its use was according to SWAT guidelines, the device functioned properly, and the appropriate reports were completed. In the case of a failed detonation, a copy of the report will be forwarded to the Tactical Commander who will track the incident for reporting purposes to the manufacturer.

**11.02  Low Roll Distraction Device**

The 12-Gram/4 Gram incorporates an M201A1 type fuze with Hex design steel body. This is a reloadable or non-reloadable version of the 8933 Low Roll Distraction Device Body, which is designed to reduce rolling, fit in tactical pockets easily and deliver the safest and most effective stimuli in the industry. The Distraction Device unit should only be deployed in areas that have been visually observed to be clear of potential hazards.

It is recommended that the immediate area for deployment be visually affirmed to be clear of personnel and that the device is delivered so that the ports are free from obstruction. If the bottom port is obstructed by an object or wall, the device body may move. The cleared area for deployment should be 5 - 6 feet around which the device is expected to come to rest.

LVMPD 001509



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**The 12-Gram Command Initiated Reload**

Used in conjunction with the reloadable Distraction Device body, is most commonly used in tactical situations by Law Enforcement and Corrections and was designed for instantaneous and remote initiation. It is well suited for either staging with the optional staging (holding) device or for operations utilizing bang poles. Some assembly, optional equipment, and additional training are required. These types of deployments allow the bottom port to be positioned to focus the pressure (blast) wave towards or away from a target area.

The 12-Gram Command Initiated Reload produces a loud report, brilliant flash, and short heat duration. It contains no separating sub-munitions, and does not eject any particles or fragments. It also supplies the necessary level of over-pressure to achieve the desired distraction effect in dynamic situations.

The Command Initiated Distraction Device unit should only be deployed in areas that have been visually observed to be clear of potential hazards and are to only be used when properly inserted and tightened into the Distraction Device body. Do not discharge the reload without the use of the Distraction Device body. The Distraction Device body is made from steel and is designed and tested for 25 deployments of any of the Defense Technology reloads.

CAUTION: DO NOT cut the Thermo Tube lead prior to splicing additional lengths of Thermo Tube. The Thermo Tube lead has been protected from moisture with a plastic nipple that is to be removed at the time of splicing.

**11.03  The 4-Gram Distraction Device**

Reload incorporates an M201A1 type fuze that was designed for use with the Distraction Device reloadable steel body. The 4-Gram reloads are only to be used when properly inserted and tightened into the Distraction Device body. Do not discharge the reload without the use of the body. The Distraction Device unit should only be deployed in areas that have been visually observed to be clear of potential hazards. The 4-Gram reload has a charge tube diameter of 0.78, and on overall length of 2.95 in. The device produces a medium report and flash.

**11.04  The Stinger Grenade**

Is a combination Less Lethal Impact Munitions and Distraction Device® that may incorporate optional CS or OC laden powder, if desired. The Stinger® Grenade is a maximum effect device as it delivers up to four stimuli for psychological and physiological effect: rubber pellets, light, sound, and optional chemical agent or OC.

The Stinger Grenade has an initial 1.5 second delay that initiates fuze assembly separation, followed by another 0.5 second delay before the function of the device. The blast is sufficient to project the rubber balls and optional chemical agent in a 50 foot radius.

LVMPD 001510



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

The Stinger Grenade is most widely used as a crowd management tool by law enforcement and corrections in indoor and outdoor operations. However, as with any pyrotechnic device, firefighting equipment should be available. It has also proven successful in tactical operations.

As a pain compliance, distraction and disorientation device for crowd management, it may be hand thrown or launched in the general direction of the crowd. It may be deployed for ground bursts or aerial bursts at the discretion of the operator. It is generally reserved as a last selection when chemical agents and less lethal impact munitions have not resolved the disorder or routed the crowd. It has been used quite successfully for several years in correctional and jail facilities against non-compliant or riotous inmates.

**11.05  40mm Aerial Warning/Signaling Munition**

Are designed to produce 170 dB of sound, and 5 million candelas of light. Each munition is manufactured to deflagrate at a set distance and altitude and has the option of marking or irritant payloads. These distances are 100, 200, and 300 meters from the point of origin. Launched from a 40mm platform, these munitions give the operator the ability to engage people, vehicles or vessels from a safe stand-off position.

These munitions have significant impact within different environments. In a maritime theater, they would be used to contact vessels, and determine the intentions of the crew. In open waters, the flash and sound are easily observable at great distances. For checkpoint operations, the munitions can be directed towards approaching vehicles to provide a less lethal response against potential threats. When directed over the heads of crowds, the Aerial Warning/Signaling Munitions are effective in directing the movement of crowds.

The 40mm Aerial Warning/Signaling Munitions are designed to travel to their respective distances and deflagrate 20 feet above target when the launcher is held at a 15 degree elevation angle. Each munition has a tactile reference on the nose of the cone to indicate the designated distance for that particular round. None of the 40mm Aerial Warning/Signaling Munitions are regulated by ATF.

These projectiles are designed for outdoor use and have fire-producing capability. They are not intended for barricade penetration. Do not fire directly at personnel, as serious injury or death may result.

**11.06  Chemical Munitions**

To minimize injury to suspects, officers, and others or to avoid property damage, the use of chemical agents, such as tear gas, may be necessary in circumstances where a serious danger to life and property exists and other methods of control or apprehension would be ineffective or more dangerous. These less-lethal devices give SWAT the means to subdue and arrest potentially dangerous individuals with less chance of injury or death to suspects, innocent bystanders, or themselves. Impact munitions can help law enforcement officers effectively resolve potentially violent encounters in which deadly force might otherwise be used.

LVMPD 001511



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

SWAT personnel may employ chemical munitions using specialized delivery systems that range from hand-held devices to multi-launch systems. SWAT personnel may use heavy vehicle affixed with an extended boom to create an opening into a structure and insert gas into the structure, thereby minimizing danger to SWAT personnel. These systems include but are not limited to;

- 40MM launchers platforms
- Pepperball Munitions launchers

SWAT operators employing the chemical munitions will do so under the direction of either the Assistant Team Leader, section Sergeant, or Tactical Commander. At the conclusion of an event where chemical munitions have been employed, the lead low lethal operator will ensure a decontamination information sheet will be left at the residence.

**Riot Control**

Chemical munitions are less lethal tools used that can be used to engage dangerous and/or destructive crowds. Contrary to popular belief, they are not "first strike" public order options, but appropriate for use only after properly trained officers have tried less intrusive methods-and found them ineffective. This is especially true when considering that in most public disorder situations, a majority of those present are not involved in illegal activity.

When facing public disorder scenarios, the Tactical Commander should first ensure that adequate dispersal orders have been given via loudspeaker and consider displaying signs or placards proclaiming the same orders since effective oral communications in crowd situations are often impossible. Chemical munitions have no conscience, and are unable to differentiate between rioters, store owners, or elderly downtown residents. As such, chemical agents should only be considered in situations where those in the crowd are taking action that is in direct violation of the law (destructive or dangerous), they refuse orders to disperse, and the need to use the gas outweighs the concerns inherent in its use-including concerns about contaminating uninvolved people and the surrounding areas.

Upon determining that the deployment of chemical agents would be reasonable and necessary, the incident commander must consider a number of factors including but not limited to: crowd type, specific behavior, countermeasures present (gas masks, etc.), and area of operation (open field, business district, residential area, open streets/highways, etc.). He/she must then make decisions related to agent type, dissemination method, quantity to be deployed, and a combination of tools and tactics that:

- Are most likely to accomplish the mission objective
- Are safest and most expedient for the grenadiers
- Have the least potential for causing collateral contamination

**Deployment considerations**

LVMPD 001512



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**1.  Agent type, dissemination method, and quantity involved**

When discussing public order gas plans, the vast majority of officers immediately assume that the default process involves CS continuous burn grenades, and "lots of them." The practical reality is the totality of circumstances will dictate such things, and in many cases "the default" — copious amounts of CS delivered via continuous burn grenades — will bring more baggage than benefit. As noted above, there are many factors that impact exactly where a multi-thousand-gram cloud of CS will go, and once released it can never be brought back.

With that in mind, officers would deploy the agent in a more focused and discriminate manner, to increase the probability of exposing those who need it while reducing the likelihood of affecting those who don't.

As an example, officers facing a riotous crowd on an apartment complex parking lot near a major thorough fare would likely resolve the problem without resorting to hot gas grenades. The incident commander would first consider the factors unique to this event:

- Apartment complex parking lot: This means significant numbers of uninvolved persons-including children-would be occupying the structures in the immediate vicinity, and subject to secondary exposure should copious amounts of hot gas be used.
- Operational area near a major traffic way: Copious amounts of hot gas could negatively impact driver safety, even after the crowd has been dispersed and the roadway opened.

Officers will make every legitimate effort to mitigate the problems at hand without resorting to force or chemical agents. If those efforts failed and it was determined that "tactics" were necessary, he/she must consider factors (outlined below) such as wind and the available escape routes. The first option used may be chemical agents via aerosol dispensers. This application would most likely be "over spray," in an effort to create discomfort in the nose and throat while allowing those involved to see and easily leave the area.

As noted, progressions of this type generally involve MK9 and or MK46 OC dispensers directed in front of and above the crowd first, to create discomfort without closing their eyes. Those who remain and continue to violate the law would be subject to either direct application of the OC, or exposure to minimal doses of gas, Should this effort fail, additional consideration might be given to more intrusive measures such as skirmish lines advancing on the crowds and forcing them from the area. Based on the circumstances outlined above, it is highly unlikely continuous burn grenades would be a viable option.

**2.  Wind**

One of the most important issues when considering a public disorder "gas plan" is assessing the wind. Wind direction is critical in that it is the primary vehicle by which the chemical agent is transported from the deployment point to the rioters.

LVMPD 001513



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Indirect or area chemical agents should never be deployed unless adequate escape routes are available and when possible, the wind should be used to carry the agent and "push" the crowd (pain aversion principle) towards the escape routes-and out of the area of operation.

Coverage- In the perfect chemical agent world, gas from continuous burn grenades that are spread 5 yards apart with a following wind of 5-10 mph, will travel approximately 25 yards before forming a continuous cloud. Stronger winds require more travel time/distance to form a continuous cloud, or more grenades spaced closer together. The continuous cloud is needed to ensure that everyone in the crowd is fully and equally exposed. It is important to note that due to a wide variety of factors beyond the control of the grenadier, planning for this cannot be done to a mathematical degree of certainty. Understanding the basic principles and then training in a variety of wind conditions generally yields the most positive operational results.

### 3. Turbulence

Wind direction and intensity are important issues to consider when creating a public order gas plan, but an equally important consideration is turbulence, and the role it can play in manipulating the wind and altering its agent carrying capabilities. Mechanical turbulence is created by the wind moving in and around physical obstructions, similar to the way a wall of water would move if released in the same environment. Add to that the effects of temperature-specifically heat and gas rise and it becomes clear that there are a variety of factors that impact an officer's ability (or inability) to predict the contamination/exposure path of large amounts of agent following release.

### Goal

Public order chemical agent situations is to expose the violators to enough gas that we can modify their behavior, and hopefully cause them to stop their illegal activity and leave the crisis site. We must balance this desire with the understanding that chemical agents can be problematic, when we fail to balance our response with the problem presented (overly aggressive/adventurous police actions, too much gas, etc.), or expose persons and or property that are not a part of the violent disturbance.

In order to manage this issue, the Tactical Commander needs a thorough understanding of the relevant issues and must formulate a gas plan-if gas is to be used-that thoughtfully considers the totality of circumstances present and potential outcomes involved. It is important to note that statistically gas-especially copious amounts of or "hot" gas-are rarely needed, called for, or used in American police operational situations. Likewise, when gas is needed, it can be an extremely effective and safe way of moving troublemakers from their area of operation

### 11.07  Outdoor Chemical Munitions

### 11.07.01      The Triple-Chaser Grenade (Saf-Smoke & CS)

Is a fast burning, medium volume canister. It is a pyrotechnic grenade consisting of three (3) separate canisters pressed together with separating charges between each section. When deployed, this grenade will separate into three (3) distinct sub-munitions spaced approximately

LVMPD 001514



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

20 feet apart – allowing increased area coverage in a short period of time, from one deployment. Terrain and surface conditions can affect the distance of the separating sub-munitions.

Designed specifically for outdoor use in crowd management situations, the Triple-Chaser utilizes the larger style canister, but is segmented into three (3) distinct sub-munitions. This device should be deployed in an underhand method that keeps the grenade body moving sideward towards the deployment site. This will assist in delivering the sub canisters along a line, from left to right, well ahead of the grenadier. It's separating function and relatively quick burn time minimizes throwback potential. The device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch. Launching of grenades will provide deploying officers additional stand-off distances. Affords good coverage for large outdoor areas. In the smoke configuration, it can be utilized as a carrying agent (multiplier) for smaller OC, CN or CS munitions, or for concealing the movement of agency personnel. It may also be used as a distraction to focus attention away from other activities.

**11.07.02        Spede-Heat Grenade**

Is a high volume, continuous discharge grenade available in OC or CS.

In the OC and CS configurations, pelletized chemical agent is discharged through four (4) gas ports located on top of the canister, three (3) on the side, and one (1) on the bottom.

Designed specifically for outdoor use in crowd control situations, the Spede-Heat™ Grenade is built on the old style larger canister. It is a high volume continuous burn device that expels its payload in approximately 20 - 40 seconds from a single source. The longer burn time may allow for throwback by individuals wearing burn protection such as a welder's mitt. The canisters may be protected from advancing individuals with the use of less lethal impact munitions. The device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch. Launching of grenades will provide deploying officers additional stand-off distances. Affords very good coverage for large outdoor areas.

**11.07.03        Riot Control Grenade**

Is a high volume, continuous discharge grenade available in OC and CS. Built on a smaller scale than the Spede-Heat version; it is similar to the military design.

In the OC and CS configurations, pelletized chemical agent is discharged through four (4) gas ports located on top of the canister and one (1) on the bottom.

Designed specifically for outdoor use in crowd control situations, the Riot Control Grenade is a high volume continuous burn canister that expels its payload in approximately 20 - 40 seconds. It has slightly less chemical content than the Spede-Heat version, but differs mainly in size. The

Page | 134



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

longer burn time may allow for throwback by individuals wearing burn protection such as a welder's mitt. The canisters may be protected from advancing individuals with the use of less lethal impact munitions. The device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch use only. Launching of grenades will provide deploying officers additional stand-off distances. This grenade offers coverage for large outdoor areas.

**11.07.04      Han-Ball Rubber Ball Grenade (Saf-Smoke & CS)**

Is a fast burning, high volume continuous discharge grenade available in CS, and Saf-Smoke.

Pelletized chemical agent or smoke is discharged through six (6) gas ports located around the equator of the grenade body. The pellets are considerably smaller in size and more numerous than those utilized in the aluminum style canisters. Therefore, the discharge time is approximately twice as fast as other canisters containing similar volumes of chemical agent.

Designed specifically for outdoor use in crowd management situations, the Han-Ball Grenade is a high volume, fast burning device that expels its payload in 10 - 25 seconds. It is excellent for the rapid delivery of chemical agent or smoke in quickly changing tactical situations. Due to the quick discharge time, throwback potential is greatly reduced. This device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch use only. Launching of grenades will provide deploying officers additional stand-off distances. This grenade offers coverage for large outdoor areas.

In the Saf-Smoke configuration, it can be utilized for concealing the movement of agency personnel. It may also be used as a distraction to focus attention away from other activities.

**11.07.05      Colored Smoke Grenades**

Authorization for Use

Except in extreme emergencies Smoke shall not be utilized without prior authorization from the Team Leader, Tactical Commander, or SWAT Commander. Smoke will not be used inside a structure without the approval of the Tactical Commander or SWAT Commander.

Justification for Use

The use of Smoke in outdoor areas may be considered as an alternative or an addition to the use of gas, CS, or OC. Smoke can enhance the psychological effect while reducing the contamination.

Smoke may also be used outdoors to assist in tactical deployment by obscuring vision.

LVMPD 001516



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Deployment Considerations

Officers are additionally cautioned not to deploy canisters of Smoke near or against a residence or structure due to the possibility of fire, and the possibility of smoke entering an occupied structure.

Because some Smoke devices have the potential to ignite flammable materials and burn in and of themselves, a portable fire extinguisher shall be readily accessible to the team members.

The deploying officer and the authorizing person shall consider the reactions of the suspect, officers on the perimeter, and by-standers to ensure that the SWAT members have the proper tactical equipment deployed.

Whenever tactics are possible the Smoke device shall be deployed to an area visible to the deploying officer. These devices shall not be deployed solely for the prevention of evidence, the shock to a crowd, or other needless circumstances. Smoke should only be deployed or considered when tactics dictate.

Whenever Smoke is utilized, the deploying officer and those involved in the tactical operation will utilize the proper safety equipment.

Smoke grenades are modeled and are of similar performance to that of the Saf- Smoke Grenade. Colored Smoke is discharged for approximately 30 – 40 seconds through four (4) gas ports located on top of the canister and one (1) located on the bottom.

Colored Smoke is ideal for signaling, communication, and as an intimidation for crowd control. It can be utilized as a carrying agent (multiplier) for smaller CN, CS or OC munitions, or for concealing the movement of agency personnel. It may also be used as a distraction to focus attention away from other activities. The device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch. Launching of grenades will provide deploying officers additional stand-off distances.

**11.07.06      Military Style Maximum Smoke Grenade**

Is a slow burning, high volume, continuous discharge grenade that emits a grey-white smoke.

Hexachloroethane (HC) smoke is discharged through four (4) gas ports located on top of the canister. Due to the high metal content, HC smoke is dark in comparison to Saf- Smoke that is utilized in all other Defense Technology smoke devices (except the Large- Style Maximum Smoke Grenade). It is similar to the military-style grenade and incorporates a steel canister.

Designed specifically for outdoor use in crowd management situations, the Maximum Smoke Grenade is a high volume, slow burning device that deploys large quantities of grey-white

LVMPD 001517



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

colored smoke for approximately 1.5 to 2 minutes. Due to its extremely long burn time, it is subject to throwback by individuals wearing burn protection such as a welder's mitt. The canisters may be protected from advancing individuals with the use of less lethal impact munitions. The device should be deployed utilizing wind advantage.

It can be utilized as a carrying agent (multiplier) for smaller OC or CS munitions, or for concealing the movement of agency personnel. It may also be used as a distraction to focus attention away from other activities.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch. Launching of grenades will provide deploying officers additional stand-off distances. Affords MAXIMUM COVERAGE AND BURN TIME and is excellent for large outdoor areas.

**11.07.07     Saf-Smoke Grenade**

Is a high volume, continuous discharge grenade. Saf-Smoke is discharged through four (4) gas ports located on top of the canister and one (1) located on the bottom. It is similar in size to the military-style grenade.

The Saf-Smoke Grenade was designed for training, but may also be used in operations. The Saf-Smoke Grenade offers the same approximate burn times as the Spede-Heat Grenade in OC, CN or CS and the Riot Control Grenade in OC or CS. The similar burn times may make it the appropriate choice for training of simulation deployment of chemical agent canisters. The Saf-Smoke formulation is considered to be less toxic than Hexachloroethane (HC) smoke. The Saf-Smoke Grenade emits a very white smoke.

**11.07.08     Pocket Tactical Grenade (Saf-Smoke & CS)**

Is a quick burning, reduced volume, continuous discharge grenade available in OC or CS, and Saf-Smoke™. Pelletized chemical agent or smoke is discharged through one (1) gas port located on the bottom of the canister.

The Pocket Tactical Grenade is a small, lightweight, easily carried device that provides a medium volume of chemical agent or smoke for certain situations. It was designed with the tactical team in mind for distraction, concealment, rescue, or signaling. The pocket grenade is not specifically intended as a crowd management device; however, it can be used in chemical configurations in conjunction with larger smoke canisters to "piggy back" chemical agent into a predominately smoke environment. This device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch. The fuze should be removed prior to inserting the grenade into the launching cup, and then the open threaded end is inserted into the launching cup first. Launching of grenades will provide deploying officers additional standoff distances. This small canister affords good coverage and may also be used as a distraction device.

LVMPD 001518



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

It may also be used as a distraction to focus attention away from other activities. In operations, it can be utilized as a carrying agent (multiplier) for smaller OC or CS munitions, or for concealing the movement of agency personnel. It may also be used as a distraction to focus attention away from other activities. The device should be deployed utilizing wind advantage.

It should NOT be deployed onto rooftops, in crawl spaces, or indoors due to its fire producing capability. Hand throw or launch. Launching of grenades will provide deploying officers additional standoff situations.

**11.08  Indoor Chemical Munitions**

**11.08.01     OC Vapor Aerosol Grenade**

Delivers a very high concentration of OC in a powerful mist. This inflames the mucous membranes and exposed skin resulting in an intense burning sensation. The OC Vapor requires minimal decontamination while the target effect and inhalation are dramatic. Removing the subject from the affected area to fresh air will resolve respiratory effects within minutes.

Designed for indoor use, this grenade contains no CFC's and is not a fire hazard.

OC Vapor Aerosol Grenade incorporates an M201A1 type fuze allowing the ability to deploy the grenade with a 1.5 second delay before initiation. The OC

Vapor is discharged through (3) three lower ports. Discharge time is exceptionally quick at 1 - 5 seconds, virtually eliminating throwback potential.

The OC Vapor Aerosol Grenade is most commonly used in tactical situations by
Law Enforcement and Corrections and was designed with indoor operations in mind when a non-fire-producing delivery system is desired. It is most effective when used in confined areas and close to the target area.

The purpose of the OC Vapor Aerosol Grenade is to minimize the risks to all parties through pain compliance, temporary discomfort and/or incapacitation of potentially violent or dangerous subjects.

The OC Vapor Grenade is ideal for cell extractions or barricade situations where the use of pyrotechnic, powder, or liquid devices is not practical or desired.

*WARNING:*

- *Contents under pressure.*
- *Exposure to heat or flame or storing above 100° F may cause bursting.*

**11.08.02     The Aerosol Grenade**

LVMPD 001519



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Incorporates an M201A1 style fuze allowing the ability to toss the device without discharging its content in route to the target. Discharge time is exceptionally quick at three (3) seconds, virtually eliminating throwback potential. DUE TO ITS FRAGILE INTERNAL DESIGN AND WORKING PARTS, AVOID THROWING THE GRENADE IN A JARRING MANNER AGAINST HARD SURFACES.

The Aerosol Grenade is most commonly used in tactical situations by Law Enforcement and Corrections and was designed with indoor operations in mind when a non-fire producing delivery system is desired. It is most effective when used in confined areas and close to the target area.

The purpose of the Aerosol Grenade is to minimize the risks to all parties through pain compliance, temporary discomfort and/or incapacitation of potentially violent or dangerous subjects.

The Aerosol Grenade is ideal for cell extractions or barricade situations where the use of pyrotechnic, powder, or liquid devices is not practical or desired. The OC and CS combination provide sufficient effects in confined areas of up to 1,500 square feet. The Aerosol Grenade is not recommended for outdoor use.

Chemical munitions currently utilized by SWAT is CS or OC. The CS is a hand thrown, launched, or fired device which contains chemical irritating agents. Some of these devices are safe to be deployed indoors while others are not, and it is the Team Leader's responsibility to ensure that the proper device is utilized as described below.

The devices may be fired out of a standard 37/40 millimeter gas gun, 12 gauge shotguns, hand thrown, or by use of a launching device on a 12 gauge shotgun.

The OC gas deployment method currently being utilized is normally in a pressurized container, which is hand held and discharged by the operator by way of a lever.

### 11.08.03    40mm Ferret Round

Is a frangible projectile filled with chemical agent. It is designed to deliver chemical agents in barricade situations from a 40mm launcher. Spin stabilization from fins and barrel rifling affords maximum stand-off distance and accuracy for safety.

The Ferret 40mm Round is non-burning and suitable for indoor use. Used primarily by tactical teams, it is designed to penetrate barriers, such as windows and hollow core doors. Upon impacting the barrier, the nose cone ruptures and instantaneously delivers a small chemical payload inside of a structure or vehicle.

In a tactical deployment situation, the Ferret® 40mm is primarily used to dislodge barricaded subjects from very small confined areas. Its purpose is to minimize the risks to all parties through pain compliance, temporary discomfort and/or incapacitation of potentially violent or dangerous subjects.

LVMPD 001520



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

The Ferret® 40mm Round is available with either liquid or powder carriers for the agent. Liquid carriers provide additional weight over the powder carrier improving barricade penetration potential. Once delivered, powder carriers tend to keep the agent airborne longer than liquid carriers and may have more effect. Liquid carriers contain red dye to aid in shot placement.

Shot placement and trajectory considerations should be based on hardness of the barrier. However, accuracy is dependent on the operator and the condition of the launcher. The Ferret® 40mm Rounds possess greater penetration capabilities than the Ferret 37mm Rounds. DIRECT FIRING THE FERRET ROUNDS AT ANY INDIVIDUAL CAN CAUSE DEATH OR SERIOUS BODILY INJURY.

**11.08.04    Tri-Chamber Flameless Grenade (OC & CS)**

Is designed for indoor use. This grenade's pyrotechnic contents are burned within an internal can that is one of three in this design. The internal combustion allows the chemical-laden smoke to be released through three (3) ports on the outer canister side while safely containing any of the fire-producing properties within the two internal canisters. The fuze is shrouded to further protect surrounding materials from the possibility of fire.

The Tri-Chamber Flameless Grenade can be used in crowd control as well as tactical deployment situations by Law Enforcement and Corrections, but was designed with the barricade situation in mind. Its applications in tactical situations are primarily to detect and/or dislodge barricaded subjects.

The purpose of the Tri-Chamber Flameless Grenade is to minimize the risks to all parties through pain compliance, temporary discomfort, and/or incapacitation of potentially violent or dangerous subjects.

The Tri-Chamber Flameless Grenade provides the option of delivering a pyrotechnic chemical device indoors, maximizing the chemicals' effectiveness via heat and vaporization, while minimizing or negating the chance of fire to the structure. The actual smoke and chemical content is minimal enough that oxygen displacement concerns and LCT is rarely reached. It is a viable option when chemical-laden powders or liquids are ineffective or inappropriate for the situation. As with all pyrotechnic carriers, contamination will be greater than that experienced with powders or liquids.

**11.08.05 Pepperball Launcher:**

Pepperball is a NON-Lethal chemical agent delivery system that uses high pressure air, and co2 to deliver PAVA (pelargonic acid vanillylamide), a synthetic capsaicinoid (analogue of capsaicin), powder projectiles from a safe distance.

- Combines chemical agent exposure with kinetic impact and pain.
- Effective on individuals as well as large groups of people for riot and crowd control.
- Pepperball projectiles are designed to break and release chemical agents.

LVMPD 001521



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

There are several types of Pepperball projectiles, however currently two are employed by SWAT. Live X which is a Red and black colored projectile containing 5% PAVA payload and INERT which is a White and Purple colored projectile containing no PAVA chemical compound used for direct impact and training circumstances. Pepperball projectiles are hard plastic frangible spheres. The projectiles are .68 caliber and weigh 3 grams. The kinetic impact is approximately 10-12 ft pounds of energy. The velocity of the projectile is 300-350 fps. Shelf life for the projectile is three years. Tactical considerations include, avoid targeting Head, neck and spine. Always have lethal cover, and verbally announce "pepperball".

**11.08.06 Aerosol Munitions**
Aerosol chemical munitions can and may be used by SWAT personnel with current training and proficiency. The Aerosol munitions are nonflammable and have a small margin of contamination. These munitions should be considered to be utilized in situations of high fire hazard, and areas where cross contamination is an issue.
OC/CS Vapor Grenade is a hand-held grenade that expels OC or CS gas with $CO_2$ propulsion, with no fire hazard.
OC MK9 Handheld dispenser and wand attachment provide access to small areas such as under small doors and cracks. no fire hazard."

**11.09  Less Lethal Control Devices**

To reduce the number of altercation-related injuries to officers and suspects, the department authorizes the use of selected less lethal control devices. The approved less lethal devices may be used to control a violent, or potential violent, suspect when lethal force does not appear to be justified and/or necessary: and attempts to subdue the suspect by other conventional tactics have been, or likely will be, ineffective in the situation at hand; or there is reasonable expectation that it will be unsafe of officers to approach to within contact range to the suspect. SWAT personnel with adhere to department protocols regarding the application, reporting, and any necessary medical treatment associated with the use of less lethal devices.

**Justification for Use**

Generally, less lethality ammunition shall be considered whenever the use of less lethal munitions would facilitate the apprehension of suspects, reduce the risk of injury to SWAT personnel, and facilitate a safe tactical operation. Circumstances justifying the use of less lethality ammunition shall include, but not be limited to:

- Barricaded and/or hostage situations.
- Violent riotous crowds.
- Suicidal subjects or mentally deranged, or those under the influence of drugs where it is believed that the individual poses a threat to SWAT personnel, other officers, and persons in the area.
- Situations wherein the authorizing person deems their use necessary to facilitate the tactical operation and to resolve the incident safely.

LVMPD 001522

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

**Deployment Considerations**

Prior to deploying the use of less lethal munitions, SWAT personnel shall consider the overall tactical operation, intelligence/information, and the circumstances surrounding its use. The authorizing and deploying SWAT personnel shall consider the type of munition to be utilized and ensure that the 'less lethal' munitions would be the most effective tool in resolving the threat. Officers are responsible for ensuring that the ammunition used is deployed from a distance in accordance with the manufacturer's specifications. Any and all shots intentionally aimed and striking the head of an individual could be considered deadly force. Use of less lethal weapons by an officer will require a second officer who has a lethal option.

**Authorization for Use**

Only SWAT personnel who have successfully completed a department approved training course in the proper use and deployment of less lethal control devices are authorized to deploy them during actual operations.

**Reporting and Review Process**

The authorizing officer shall review the use of each situation wherein a less lethal device is utilized and ensure its use was according to SWAT guidelines, the device functioned properly, and the appropriate reports were completed. The deploying SWAT officer shall ensure that a copy of the Blue Team Use of Force Report is completed outlining the use of the less lethal munitions and ensure that it conforms to policies and tactical considerations.

**11.09.01     Launcher Systems**

40mm single shot launcher that features an expandable or fixed stock and an adjustable Integrated Front Grip (IFG) with a light rail. The Ambidextrous Lateral Sling Mount (LSM).

Systems allow both a single- and two-point sling attachment. The 40mm will fire standard 40mm Less Lethal munitions. The Picatinny Rail Mounting System will accept a wide array of enhanced optics/sighting systems.

Pepperball launchers include the single point sling attachment, rails, air tank, and munition hopper.

SWAT inventory currently has both Single Launchers and Multi Launchers.

*These weapons are NOT designed to fire High Velocity HE munition.*

**11.09.02     40mm eXact iMpact Sponge Round**

Has evolved from the design of the 40mm XM1006 projectile, developed by the US Army Research Laboratory. This lightweight, high-speed projectile incorporates a plastic body and a

Page | 142



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

foam (sponge) nose which is spin stabilized via the incorporated rifling collar and the 40mm launcher's rifled barrel. The round utilizes smokeless powder as the propellant and has velocities that are extremely consistent.

The 40mm eXact iMpact Sponge Round is a "point-of-aim, point-of-impact" direct fire round that is most commonly used by tactical teams in situations where maximum deliverable energy is desired for the incapacitation of an aggressive, non-compliant subject. In many municipalities, these are being selected for both tactical call outs and as an available option for patrol.

The 40mm eXact iMpact Sponge Round is intended for direct fire deployment. The operator should be adequately trained in the use of Less Lethal Impact Munitions and have a thorough understanding of the round and considerations for selecting shot placement such as level of threat, target distance, size and clothing.

The 40mm eXact iMpact Sponge Round will prove most successful for incapacitation when used within its optimal energy range of approximately 5.47 – 39.37 yards, although it may be used in situations from 2.19 – 54.68 yards. The optimal zone offers the necessary energy and accuracy to target the large muscle groups of the buttocks, thigh, and even the knees of the subject. These areas provide sufficient pain stimulus, while greatly reducing serious or life-threatening injuries.

The 40mm eXact iMpact Sponge Round can also be deployed in crowd control situations to protect the riot line, cover or enhance chemical munitions, or targeting specific agitators and organizers of the crowd. When used in this fashion, it is primarily both a psychological deterrent and physiological distraction serving as a pain compliance device to either get the crowd or subject moving or keeping them at a designated distance.

**11.09.03    40mm Direct Impact Round**

Has evolved from Defense Technology design of the eXact iMpact. This lightweight, highspeed projectile consists of a plastic body and a crushable foam nose which is spin stabilized via the incorporated rifling collar and the 40mm launcher's rifled barrel. The rounds utilize smokeless powder as the propellant and have velocities that are extremely consistent.

The 40mm Direct Impact Round consists of a plastic body and a crushable foam nose that contains a powder payload. *This payload area can hold inert, marking, OC or CS powder all of which are in SWAT's inventory.* The crushable foam nose dissipates energy upon impact while releasing the powder payload.

The 40mm Direct Impact Round is a "point-of-aim, point-of-impact" direct fire round that is most commonly used by tactical teams in situations where greater accuracy and deliverable energy is desired for the incapacitation of an aggressive, non-compliant subject at longer distances.

The 40mm Direct Impact Round is intended for direct fire deployment. The operator should be adequately trained in the use of Less Lethal Impact Munitions and have a thorough understanding of the round and considerations for selecting shot placement such as level of threat, target distance, size and clothing.

LVMPD 001524



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

The 40mm Direct Impact Round will prove most successful for incapacitation when used within their optimal energy range of approximately, 5.47 – 39.37 yards although it may be used in situations from 2.19 – 54.68 yards. Extensive testing was done on the Direct Impact Round to ensure that the round is less-lethal when fired within the optimal energy range and at the large muscle groups of the buttocks, thigh, and knees. These areas provide sufficient pain stimulus, while greatly reducing serious or life-threatening injuries.

**11.09.04    40mm Direct Impact Extended Range Round**

Has evolved from Defense Technology design of the Direct Impact. This lightweight, highspeed projectile consists of a plastic body and a foam (frangible) nose which is spin stabilized via the incorporated rifling collar and the 40mm launcher's rifled barrel. The rounds utilize smokeless powder as the propellant and have velocities that are extremely consistent.

The 40mm Direct Impact Extended Range Round consists of a plastic body and a crushable foam nose that contains a powder payload. This payload area can hold inert, marking, OC or CS powder. The crushable foam nose dissipates energy upon impact while releasing the powder payload.

The 40mm Direct Impact Extended Range Round is a "point-of-aim, point-of-impact" direct fire round that is most commonly used by tactical teams in situations where greater accuracy and deliverable energy is desired for the incapacitation of an aggressive, noncompliant subject at longer distances.

The 40mm Direct Impact Extended Range Round is intended for direct fire deployment. The operator should be adequately trained in the use of Less Lethal Impact Munitions and have a thorough understanding of the round and considerations for selecting shot placement such as level of threat, target distance, size and clothing. The 40mm Direct
Impact Extended Range Round will prove most successful for incapacitation when used within their optimal energy range of 11.96 – 83.72 meters. Extensive testing was done on the Direct Impact Extended Range Round to ensure that the round is less lethal when fired.

**11.09.05    40mm Wood Baton Round**

Incorporates a 4.8-inch casing that contains three (3) wood projectiles. The 40mm utilizes smokeless powder and therefore has more consistent velocities and tighter projectile spreads than its black powder counterpart.

40mm Wood Baton Round is most widely used as a crowd management tool by Law Enforcement and Corrections. The 40mm Wood Baton Round is generally deployed in low trajectories or skip fired in the general direction (non-target specific) of the intended targets, administering a means of pain compliance over greater distances than most of its counterparts.

The 40mm Wood Baton Round is intended to be skip fired, but may be direct fired at the discretion of the operator. When used in either manner, the operator should be adequately

LVMPD 001525



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

trained in the use of Less Lethal Impact Munitions and have a thorough understanding of the round and considerations for selecting shot placement such as level of threat, target distance, size, and clothing.

As a pain compliance round for crowd control, it is most suitable at medium to extended ranges of fire, approximately 30 to 60 feet. Inside of 30 feet, this round may result in minor injuries. It is ideal for correctional facilities where multiple impacts for greater stand-off distances may be desired for countering yard disturbances.

The smokeless propellant utilized in the 40mm Wood Baton Round results in less smoke and may be more suitable for indoor operations than its counterpart utilizing black powder.

**11.09.06     40mm Foam Baton**

Incorporates a 4.8-inch casing that contains three (3) foam projectiles. The 40mm utilizes smokeless powder and therefore has more consistent velocities and tighter projectile spreads than its black powder counterpart.

The 40mm Foam Baton Round is most widely used as a pain compliance option by Law Enforcement and Corrections where stand-off distances are limited, such as may be the case in indoor operations. It has also proven successful in numerous instances as a dynamic energy single subject round in close range encounters.

The 40mm Foam Baton Round is intended to be direct fired, but may be skip fired at the discretion of the operator. When used in either manner, the operator should be adequately trained in the use of Less Lethal Impact Munitions and have a thorough understanding of the round and considerations for selecting shot placement such as level of threat, target distance, size, and clothing.

As a pain compliance round for crowd control, the 40mm Foam Baton Round is most suitable in close to medium ranges of fire, approximately 5 to 10 yards. Beyond 10 feet, the lightweight foam batons may move off target and lose most of their energy. It is ideal for correctional and jail facilities where engagement distances may be limited by walls or barriers. It may also prove valuable in urban riot situations where police lines and protestors are in close proximity.

As a dynamic energy round for the incapacitation or distraction of single non-complaint or aggressive subjects, it is best suited at close to moderate distances, approximately 3.33 to 6.66 yards. The lightweight foam batons lose their energy quickly and may only be effective at distance where the safety of the officer might be compromised. The smokeless propellant utilized in the 40mm Foam Baton Round results in less smoke and may be more suitable for indoor close range encounters than its counterpart utilizing black powder.

**11.09.07     40mm Rubber Baton**

LVMPD 001526



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

Incorporates a 4.8-inch casing that contains three (3) rubber projectiles. The 40mm utilizes smokeless powder as the propellant, therefore has more consistent velocities and tighter projectile spreads than it black powder counterpart.

The 40mm Rubber Baton Round is most widely used as a crowd management tool by Law Enforcement and Corrections. The 40mm Rubber Baton Round is generally deployed in low trajectories or skip fired in the general direction (non-target specific) of the intended targets, administering a means of pain compliance over greater distances than most of its counterparts.

The 40mm Rubber Baton Round is intended to be skip fired, but may be direct fired at the discretion of the operator. When used in either manner, the operator should be adequately trained in the use of Less Lethal Impact Munitions and have a thorough understanding of the round and considerations of selecting shot placement such as level of threat, target distance, size, and clothing.

As a pain compliance round for crowd control, it is most suitable at medium to extended ranges of fire, approximately 10 to 20 feet. Inside of 10 feet, this round may result in minor injuries. It is ideal for correctional facilities where multiple impacts from greater stand-off distances may be desired for countering yard disturbances.

The 40mm Rubber Baton Round is not recommended to be used as dynamic direct fire, single subject, high energy round due to the density, weight, and velocity of the projectiles. The close deployment ranges usually necessary for the appropriate transfer of energy in single subject acquisition would likely result in serious injury or death. The smokeless propellant utilized in the 40mm Rubber Baton round results in less smoke and may be more suitable for indoor operations than its counterpart utilizing black powder.

## 12.0 Vertical Access and High Angle Operations

This policy dictates the maintenance of the SWAT section vertical access inventories, the use of the equipment and program, and the training as well as selection of the SWAT personnel involved.

1.    **DETAILED PROCEDURES/PERSONEL SELECTION**

    A.    ***Rappel Operator (All active SWAT members)***

        (1)    All active SWAT members assigned to the SWAT section.

            *Responsible for successfully completing the LVMPD SWAT Basic Rope Course and annual re-certification*

    B.    ***Rappel Technician (Technician/Operator Level)***

        (1)    Selection of officers as technicians within each squad will be the responsibility of each squads (team) Sgt.

LVMPD 001527



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

(2)   Technicians should be developed from unit members interested and dedicated to the program with a grasp and ability to retain the information and training presented.

(3)   *Responsible for successfully completing a Technician level course utilizing non-LVMPD SWAT instructors.*

**C.    Rappel Masters (Instructor/Technician Level)**

(1)   Selection of officers as Rappel Masters will be the responsibility of the rope cadre Sgt.

(2)   Personnel selected will have completed an approved high angle technician course.

(3)   Personnel selected will have taught under the supervision of a current rappel master demonstrating a competent grasp of the entire program.

(4)   The Rappel Master position/s will be responsible for:

    (a)   Overseeing all training in vertical access/high angle environments.

    (b)   Inventory and mai[ntenance of high angle equipment.

    (c)   Act as a Rope Safety Officer (RSO) on tactical vertical access or high angle missions.

**D.    Training:**

(1)   Training and certification of personnel within the SWAT section in the use of vertical access/high angle operations will be the responsibility of the SWAT TSD Section and the rope cadre.

(2)   All unit training will be put on by or overseen by the unit rappel masters.

(3)   Rappel Operators will complete the initial 6-hour SWAT basic rope training in accordance to the section policy

(4)   Rappel Technicians will complete an approved technician course after reaching the operator level.

    (a)   Technicians must complete the Technician level portion checklist before reaching technician level.

(5)   Rappel Masters will complete the Technician/Operator level training along with assisting in teaching vertical access/high angle operations to the section as a rope cadre member.

    (a)   Rappel masters must complete the rappel master level portion checklist before reaching master level.

**E.    Duties:**

(1)   SWAT Rappel Operator duties

LVMPD 001528



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

      (a)    Maintain personal issued equipment in a ready state for any vertical/high angle environment operation.

      (b)    Show proficiency/competency with rappel operator skills during training and operations.

(2)    SWAT Technician (Rope Cadre) duties

      (a)    Set up and tie any approved system(s) for the deployment of unit personnel in vertical access/high angle situations.

      (b)    Show proficiency/competency with rappel technician skills during training and operations

(3)    SWAT Rappel Master duties

      (a)    Assume overall safety and technical planning on all vertical access/high angle operations when the SWAT Rope Cadre Sgt is not available.

      (b)    Maintain unit high angle equipment by inventory/inspection of section equipment and ensuring all equipment is replaced prior to expiration.

      (c)    Provide vertical access/ high angle training to appropriate department personnel.

(4)    SWAT Rope Cadre Sergeant

      (a)    Advise unit Lieutenant of capabilities and the use of vertical access/high angle equipment and tactics.

      (b)    Show proficiency/competency with at least rappel technician skills during training and when feasible on operations.

      (c)    Assume overall safety on all vertical access/high angle training and operations.

**F.**    ***Maintenance of high angle inventory:***

(1)    General

      (a)    Maintenance of the SWAT vertical access/high angle inventory will be the responsibility of the rope cadre Sgt and rappel masters.

(2)    Equipment Selection

      (a)    SWAT section high angle edge restrictive equipment as it relates to rope and hardware will be closely mirror LVMPD SAR Mountain rescue procedures.

      (b)    SWAT section vertical access equipment as it relates to rope and hardware will be determined by the Rope Cadre Sgt. and rappel masters with emphasis being placed on operational necessity.

LVMPD 001529



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

    (c)    It will be the responsibility of the Rope Cadre Sgt. and rappel masters to research new equipment and determine unit needs based on the above standards.

(3)    Inventory (Hardware)

    (a)    A physical vertical access/high angle inventory and inspection of hardware will be completed by rappel masters annually.

        (1) An Officers report of the inventory and inspection will be completed listing the following:

            (a) Date completed.

            (b) Who inspected.

            (c) Itemized list of inspected/inventoried equipment.

            (d) Items removed from service

            (e) Items needing to be replaced.

(4)    Pre-Inspection and Post-inspection.

    (a)    All unit vertical access/high angle equipment will be inspected prior to being used and upon completion of training and any operation.

    (b)    All unit cordage will be inspected and inventoried after each use and document in the appropriate logs prior to returning the equipment to storage.

**G.**    ***Operational use:***

(1)    Operational purposes

    (a)  **A High Angle Edge Restrictive** environment is any situation that exposes someone to a risk of injury or death from a fall where the use of approved safety harnesses, ropes and mechanical devices will minimize the risk and control a fall or descent in a safe manner.

    (b)  **Vertical access** is finding solutions to get personnel into or out of positions of elevation for the purposes of facilitating a tactical operation, downed officer/citizen rescue or having an immediate need to conduct a personnel evacuation from an elevated position.

(2)    Criteria and justification for use

LVMPD 001530



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

(a) Whenever SWAT members, or members of the department at the direction of SWAT, are operating in a high or steep angle environment where exposure to the risk of injury or death is present.

1. Trained negotiators (CNT) directly negotiating with suicidal jumpers from an elevated position of exposure.

2. SWAT members effecting a safe apprehension of a suicidal jumper.

3. K9 Officers and their dogs that will be utilized as a tool during an operating that involves an elevated position.

4. Tactical movement of any team or departmental personnel in an elevated environment.

5. The evacuation of citizens from an elevated position to get to safety.

6. To raise/lower SWAT members or equipment to a position of tactical advantage.

7. Assist in downed officer/citizen rescues from and elevated position.

8. To immediately evacuate SWAT team members from an elevated position because of fire or other life-threatening emergency where stairwells or elevators would not be practical.

9. Any other operation that involves an elevated platform/position.

(3) General Safety Practices

(a) Appropriate personal protective equipment will be worn on all operations. Personal protective equipment includes:
1. Helmet
2. Gloves
3. Eye protection
4. Clothing appropriate for the conditions

(b) All personnel that may be exposed to a vertical environment during a helicopter operation will wear an approved full body harness or seat harness with approved chest attachment. The only exception(s) are for emergency situations where it is not practical to wear the full body harness.

(c) Rope rescue systems when possible under non-exigent and non-emergency situations, should be designed to have each piece and section backed up. The system should also be constructed to include a hands-free stop device to minimize the risk of potential injury to the rescuer should they become incapacitated during the operation.

LVMPD 001531



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

(d) Only equipment approved by the SWAT Section will be utilized for constructing vertical access/ high angle systems. All equipment will be utilized per the manufacturer specifications.

(e) Only ropes approved by the SWAT Section will be utilized for vertical access/ high angle operations. All ropes will be utilized per the manufacturer specifications.

(f) Only tri-locking (3 stage) carabineers will be utilized in all vertical access, high angle systems or for personal attachment. Non-locking carabineers may be utilized to secure equipment only.

(g) Under non-exigent and non-emergency situations, all components of the vertical access/high angle system will be inspected prior to utilizing the system for a live load.

## APPENDIX

### I.    SWAT House and Range Rules

The L.V.M.P.D. SWAT house rules that are implemented below are to be followed by all personnel who are authorized to utilize the SWAT house. The SWAT house and all its contents need to be respected.

The Safety rules of the SWAT house need to be strictly followed to ensure the safety of those officers utilizing it. The SWAT house is a non-ballistic facility, so it is very important that all officers adhere to the guidelines written down so that all the officers utilizing it will be safe from any injuries.

Any violation of these rules will result in an indefinite suspension from use of the SWAT house.

All Training requests will go through the SWAT Training Section and will be approved by the SWAT Lieutenant/Tactical Commander and the Training Section Sergeant.

1. Inspect house for damage prior and after training.

2. "ABSOLUTLEY NO LIVE FIRE IN THE SWAT HOUSE" by any personnel        except current L.V.M.P.D. SWAT operators.

3. No distraction devices will be deployed upstairs by any other unit other than the   L.V.M.P.D. SWAT Team.

4. No distraction devices will deployed downstairs by any other unit other than the   L.V.M.P.D. SWAT Team.

LVMPD 001532



**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
*Special Weapons and Tactics*

5. No Gas will be deployed in the SWAT house.

6. No door kicking

7. Don't sit on the tables, use the chairs.

8. Don't take or abuse the Boxing equipment, Furniture, Jump on the bed / tables etc.

9. Clean the SWAT house after use (sweep up, brass up, and lock up)
    "Place all items back where you originally found them"

10. Empty all your trash in the lower range dumpster.

11. Don't drink the water in the Refrigerator unless you can replace it, it comes out of the
    L.V.M.P.D. SWAT budget.

12. If any damages occur to the SWAT house or its contents contact the Training Section
Sergeant, or in
    his/her absence, a Training Section Officer immediately.


Revised   05-18

SWAT 25 Yard Shooting Range Rules

1.      Do not shoot target stands
2.      Do not shoot steel targets on the 25 yard shooting range
3.      Clean up the brass you shoot
4.      Empty your trash
5.      Take down all targets and place used targets in the tin shed
6.      If any damages to the SWAT range occur contact Training Section Sergeant, or in
        his/her absence, a Training Section Officer immediately.

LVMPD 001533