# Exhibit 21

# Exhibit 21

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**
**PAGE 1**

**EVENT #: 220100037272**

**SPECIFIC CRIME: OIS FATAL**

**DATE OCCURRED: 01/10/2022**                          **TIME OCCURRED: 0501 HRS**

**LOCATION OF OCCURRENCE: 3050 S NELLIS BLVD**

**CITY OF LAS VEGAS        CLARK COUNTY**

**NAME OF PERSON GIVING STATEMENT:**  Kwame Crockett

| | | |
|---|---|---|
| **DOB:** | **SOCIAL SECURITY #:** | |
| **RACE:** | **SEX:** | |
| **HEIGHT:** | **WEIGHT:** | |
| **HAIR:** | **EYES:** | |
| **HOME ADDRESS:** | **PHONE 1:** | |
| **WORK ADDRESS:** | **PHONE 2:** | |

The following is the transcription of a tape-recorded interview conducted by DETECTIVE JASON LEAVITT, P# 5814, LVMPD FORCE INVESTIGATION TEAM on 01/10/2022 at 0734 hours. Also present are Detectives Jarrod Grimmett and Detective Eric Solano.

JL:     This Detective J Leavitt L-E-A-V-I-T-T, P#5814 with the LVMPD Force Investigation Team. I'm gonna be conducting one surreptitious interview. Uh, under Event # uh, 220100037272. Person being interviewed will be, last of Crockett C-R-O-C-K-E-T-T. First of Kwame K-W-A-M-E. Date of birth ██████ Uh, an ID Number of ██████. Uh, also present during the interview will be Detective Jarrod Grimmett, P#7056 and Eric E-R-I-C Solano S-O-L-A-N-O, 7588. We'll be conducting the interview in front of the clubhouse at 3050 South Nellis. Uh, date of the interview is January 10, 2022, and it's 0734 hours.

JG:     Ah. Operator, Detective Grimmett, P#7056. Detective Solano, 7588. And - Detective Jason Leavitt. Conducting an interview under Event 211100073200. Today's date is - January 10th, 2022. The time is 0741 hours. Interview is taking place in an unmarked LVMPD vehicle near the

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 2**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

clubhouse in the apartment complex of 3050 South Nellis. Person being interviewed is Kwame

Crockett. K-W-A-M-E C-R-O-C-K-E-T-T. Date of birth is ███████. He provided a phone

number of ███████. And this will be a surreptitious interview on our part.

JL:     (Unintelligible) on? Um...

JG:     (Unintelligible).

JL:     No.

JG:     (Unintelligible).

JL:     We'll - we'll be all right for right now.

JG:     Kwame? (Unintelligible) have the heat on for you?

KC:     Huh?

JG:     You cold?

KC:     Yeah. They switched me cars.

JL:     What's that?

KC:     He was asking me, did they have the heater on.

JL:     Yeah. The back seat of that car wasn't real warm though. We'll get this heat goin' for you here

and uh, see if it can warm you up. I think you already met uh, Detective Grimmett?

KC:     Yeah.

JL:     Okay. Here you go, man. Hey, so uh for uh, before I get talkin' at all. I just wanna make sure.

What's uh, what's your name?

KC:     Kwame.

JL:     How do you spell that?

KC:     K-W-A-M-E.

JL:     And what's your last name?

KC:     Crockett.

JL:     How do you spell Crockett?

KC:     C- C- C-R-O-C-K-E-T-T. With two T's C-R-O-C-K-E-T-T.

Statement (Rev. 06/10)

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 3**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:    Okay. What's your birthday, Kwame?

KC:    ██████████████

JL:    You know your social?

KC:    No.

JL:    Where you currently staying at?

KC:    I live up there by ████████

JL:    Up by ████████

KC:    Yes.

JL:    Do you know what the address is?

KC:    No.

JL:    What's the major cross over there?

KC:    Um, I just know the street. My, the street name of my h- of my house is like ████████. I don't know the direct address though.

JL:    Blue what?

KC:    ████████

JL:    Who do you stay there with?

KC:    My mom.

JL:    What's your mom's name?

KC:    Sharitha. S-H-A-R-I-T-H-A.

JL:    Same last name?

KC:    No. Oliver O-L-I-V-E-R.

JL:    You know a phone number for uh, for her?

KC:    ████████████ I can't call my mom?

JL:    We'll see. How old are you?

KC:    18.

JL:    Mom know where you're at right now?

Statement (Rev. 06/10)

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 4**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:    Yes.

JL:    You still livin' at home then, huh?

KC:    Yes. I sti- I'm still in school.

JL:    You're still in school?

KC:    Yeah. This my last year. A senior.

JL:    What school you go to?

KC:    ███████

JL:    Are you gonna go, you shoulda been in school right now, right?

KC:    Yeah.

JL:    Was you gonna go to school this mornin'?

KC:    Yeah.

JL:    How was you gonna get there?

KC:    My mom was gonna come and get me.

JL:    Your mom work?

KC:    Yes.

JL:    Where does she work at?

KC:    Caregiving.

JL:    And she was gonna drive all the way over here, pick you up, and take you to school?

KC:    Yes.

JL:    Who stays at uh, who you stayin' with here at this place?

KC:    There's just me and s- a other boy that's in the house.

JL:    What's the other boy's name?

KC:    Zay.

JL:    Zay? How long you known Zay?

KC:    I been knowing him for a minute. We've been goin' to school. I knew him in school, from school.

JL:    Oh. You know him from school?

Statement (Rev. 06/10)

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 5**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:    Well, he not in school no more. He graduated. But I knew him from school.

JL:    So how long is that?

KC:    Uh, I met him by like, last year. Not, not last. Like, the year before that or like last year. One of them. We was in, li- I was like 10th or 11th grade. One of them.

JL:    So what's uh, what is Zay's name?

KC:    I don't know his real name.

JL:    You've known him that long, you don't know his real name?

KC:    I think, I think it's Isaiah. Somethin' like that. I think it's Isaiah.

JL:    Isaiah? Is Isaiah the one, one that stays here?

KC:    Yeah. The - they, yeah. That's Isaiah.

JL:    Is it his place?

KC:    Um, no. This somebody, this is uh, it's - I think he said it's his cousin's.

JL:    What's his cousin's name? You know his cousin?

KC:    No. I don't know her.

JL:    Oh, you ain't never met her? How long you been stayin' here?

KC:    I just got here today.

JL:    You got any other stuff in the house we can get out for you?

KC:    No, not really. Just my sweatpants and shoes.

JL:    You don't got no other clothes or nothin' in there?

KC:    No.

JL:    A phone? Anything like that?

KC:    No.

JL:    What's uh, what's...

KC:    (Unintelligible) well...

JL:    ... Zay dri...

KC:    ... yeah. Well, my phone in there too.

Statement (Rev. 06/10)

WILLIAMS 000045

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 6**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     Oh. Your phone is in there?

KC:     Yeah. My phone...

JL:     Well, where would, where would I find it at?

KC:     Uh, I was in the room.

JL:     Which room?

KC:     (Unintelligible).

JL:     I ain't been up in there yet.

KC:     Uh, it's in the room. Like, in the back. Towards like the f- door to the left.

JL:     So door to the left up in the back is in the room?

KC:     Yeah. I was in the room.

JL:     Anybody in the room with you?

KC:     No.

JL:     So it's uh, just your phone in that room?

KC:     Yeah. It should be.

JL:     All right. You seen anybody else stayin' here with you guys?

KC:     No.

JL:     What uh, what does Zay look like?

KC:     He was just in the house.

JL:     How would you describe him?

KC:     He light-skinned. Where, he got, lotta hair.

JL:     Lotta hair like? (Unintelligible).

KC:     But it was poofy. Like afro type (unintelligible).

JL:     Okay. How old is he?

KC:     I think 18 or 19.

JL:     Does he drive?

KC:     Uh-uh. I don't know. He don't got no car.

WILLIAMS 000046

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 7**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:      Does he work?

KC:      Not that I know of, no.

JL:      So you guys just, kick it at the house all day?

KC:      Yeah. We play the game. Just be chillin'.

JL:      Playing games? What game?

KC:      2K Madden. Call of Duty.

JL:      You know if he's ever been in trouble?

KC:      Um, I think so.

JL:      What for?

KC:      I don't know.

JL:      Oh, come on. You guys have to talk about it, right?

KC:      Uh, I really don't know.

JL:      You don't know what kind of stuff he's been into? Kinda trouble he's gotten into?

KC:      No.

JL:      How 'bout you? You ever been in trouble before?

KC:      Yes.

JL:      What for?

KC:      I got, I - I got, I just. I don't know. I had t- did a plea deal to um, I forgot. But I had plead guilt to. I plead guilt. It was something. I forgot.

JL:      You forgot what you plead to?

KC:      Y- yeah. I think...

JL:      What...

KC:      ... I forgot.

JL:      ... what was you arrested for?

KC:      I was arrested for (unintelligible) a couple of things, but they dropped all my charges to one thing. That's why I was in juvenile.

Statement (Rev. 06/10)

WILLIAMS 000047

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 8**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     Okay. So it's before you turned 18?

KC:     Yeah.

JL:     Okay. So what did you get arrested for though?

KC:     It was, I - I don't know. That - it just, I turned myself in. 'Cause I was on the news. They tried to accuse me of car jackin' or somethin'.

JL:     Okay.

KC:     Yeah.

JL:     But you was on the news?

KC:     Yeah. So I turned myself in.

JL:     So they cut you a plea deal 'cause you turned yourself in? You trying to do the right thing or was that kinda mom tellin' you, turn yourself in?

KC:     No. It's me and mom both together. We just said, let's just get it over with. Just came to the agreement.

JL:     So you on paper or anything right now?

KC:     Yes. Probation.

JL:     What's that?

KC:     Probation.

JL:     You're on probation right now?

KC:     Yes.

JL:     How often you have to check in?

KC:     Um, not often. Uh, I don't know. The last time I seen my PO was a couple weeks ago. She come to me. I haven't went to her yet.

JL:     Oh. She came to you?

KC:     Yeah.

JL:     Where'd she find you at?

KC:     My mom's house.

Statement (Rev. 06/10)

WILLIAMS 000048

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 9**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     Your mom's house? Who's your probation officer? You know?

KC:     Um, no. I don't know her name.

JL:     No?

KC:     No.

JL:     You got her phone number or anything inside your phone?

KC:     No. You probably gotta call moms.

JL:     When is the last time you talked to mom?

KC:     Today. I mean, yesterday night. She was telling me she was coming to get me in the morning
        before I go to school.

JL:     Yesterday night?

KC:     Yeah.

JL:     And you talked to her then on the phone?

KC:     Yeah.

JL:     When's the last time you saw mom?

KC:     Um, yes- yesterday. W- well, not yesterday. Day before yes- 'cause is a new day today.
        (Unintelligible) my bad. So day before yesterday.

JL:     All right. Why don't we, why don't you uh, tell me what happened this mornin', man?

KC:     Uh, uh. Sh- I don't know. Uh, I was sleep. Y'all came in here and got me. I was sleep.

JL:     You sound asleep by yourself?

KC:     Huh?

JL:     You sleepin' by yourself?

KC:     Yeah. I was in the room. I was sleep. I don't know what's goin' on. Why, why I'm in here?

JL:     Did you hear anything? See anything?

KC:     No. I got up and that guy ra- they slammed me right on the ground.

JL:     You hear any uh, you hear anything else? You hear uh, like gunshots or anything? Or bangs or...

Statement (Rev. 06/10)

WILLIAMS 000049

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 10**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:    Well, no. I was asleep. I jumped up. (Unintelligible) yeah, I don't know. I was just hearin' people

yellin'. I jumped and then when I jumped up, I got slammed. They took me right out the house.

JL:    You know if Zay, Zay might be in trouble for anything?

KC:    No. Not that I know of.

JL:    No? You don't know what kinda stuff he's been up to?

KC:    No.

JL:    You warm up yet, man?

KC:    Yeah. A little bit. Thank you.

JL:    Who else hangs out at that house with you guys?

KC:    Um, really nobody. (Unintelligible). I'm bein' arrested?

JL:    Nobody but?

KC:    Am I bein' arrested?

JL:    Well, I guess it depends on how the interview goes. Right now, probably not. Been cooperative

up to this point, right? Everything's gone good. You're being cool with everybody?

KC:    Yeah.

JL:    Okay? So who else hangs out at the house with you guys?

KC:    Really, nobody.

JL:    Oh, come on man. I know people hang out at that place.

KC:    Uh-uh. I just start comin' over here. I just started hanging out with Zay again.

JL:    When'd you start hangin' out with him again?

KC:    Not too long ago.

JL:    About what?

KC:    Not too long ago.

JL:    What's not too long ago?

KC:    I seen him at a - um, a party a couple weeks ago. Then we just started hangin' again.

JL:    So you're saying within that couple weeks, you ain't seen nobody else at this house?

Statement (Rev. 06/10)

WILLIAMS 000050

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 11**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:     No. Not really. Like, I seen people here, but I don't know nobody here. This, this not my house. I

        don't know nobody here. That come in and outta here. Probably gotta ask, I don't know. Gotta ask

        Zay. Is, I don't know. I don't be here all the time.

JL:     So if I'm sayin' Zay is in trouble for somethin' and he's hangin' out with another dude that's at this

        house. And there ain't nobody else there, I just have to go with the assumption it must be you,

        right?

KC:     No.

JL:     Well, 'cause you're sayin' ain't nobody else there. So is there anybody else at the house? Or ha-

        anybody else hangin' out that house?

KC:     Not that I know of. I don't know anybody.

JL:     Where's Zay uh, where's Zay gettin' his money from right now?

KC:     I don't know. Uh...

JL:     If you say he ain't workin', right?

KC:     I don't think so. I don't think, no. I don't believe he don't got no job.

JL:     Jarrod, you got anything? You wanna jump in, man?

JG:     Do you know a dude named Lupa?

KC:     No.

JL:     Martzel?

KC:     No. I don't know none of them names. Never heard of them names, any.

JG:     Never heard of those names, never seen 'em?

KC:     No.

JG:     What about CJ?

KC:     No. CJ? I don't know none of them names. (Unintelligible). I don't even know the - can you say

        the first two again? Um...

JG:     Lupa?

KC:     ... no. I don't know them names. Um...

Statement (Rev. 06/10)

WILLIAMS 000051

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 12**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JG:    Or Wyzel?

KC:    No.

JG:    Like I explained to you earlier, man. When uh, when I first met, met with you. Um, I kinda

explained to you that we were investigating the shooting that happened uh, over off of Boulder

Highway and Nellis. Young man was shot at a bus stop. And I explained to you that as a result of

our investigation, it led us here to this apartment. 'Cause we believe the folks responsible for the

shooting or in had it. W- that were involved in the shooting were hanging out at this apartment

over here. That's why my partner here, Detective Leavitt was asking you questions about who all

stays here and...

KC:    Yeah. I...

JG:    ... who's all hangin' out...

KC:    ... I...

JG:    ... here.

KC:    Yeah, I really, I really don't know too much who really hang here. But I just started comin' over

here. I really don't know too much of the people who really hanging over here.

JG:    And how you meet this dude Isaiah again?

KC:    I met him from school. Back...

JG:    From where?

KC:    ... then.

JG:    Arbor View or?

KC:    No. We went to ba- uh, uh, middle school back then.

JG:    Where at?

KC:    I mean, not middle school. We was in high school.

JG:    Okay. Where at?

KC:    Centennial.

JG:    Okay. When was that?

Statement (Rev. 06/10)

WILLIAMS 000052

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 13**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:     I was like, I think I ha- 'cause we went to covi- on Covid break in 11th grade, huh? Like, my 11th

        grade year. That was like...

JL:     You said you're a senior?

KC:     Yeah. So that was my 11th grade year, huh?

JL:     Probably 10th grade or...

JG:     10th grade.

KC:     10th grade?

JG:     Yeah.

KC:     Te- oh yeah. 'Cause we didn't go to school my whole, yeah. So my 10th grade year. It was my

        10th grade year.

JG:     So you and him was buddies back in 10th grade at Centennial?

KC:     Yeah. We was buddies and then, I met him aga- I seen him again at the park. We started hanging

        out again. I just start, I just came over here. I don't know nobody over here. I really don't know

        nobody over here. I don't know nobody. Them names you just said, I don't know who them is. I

        never even seen 'em. Only person that really been in this house was me and Zay. We've been

        playing the game. I just got over. I don't know nobody else.

JG:     So that, you've been playing the game for that past couple of days. But what about the past two

        weeks? Who all has been over here?

KC:     Nobody. I never seen, I barely see people come over here. I never, I - that's why I'm sayin'. I don't

        know them names you talkin' about. I never seen them people. Never heard of them people come

        over here.

JG:     Well, did you have anything to do with the Boulder Highway shooting?

KC:     No. I don't even know what that, I don't know what you talking about. I don't, I don't even carry a

        gun. I don't p- I don't even do that.

JG:     You don't do that? You don't carry guns, you don't do any of that?

KC:     No.

Statement (Rev. 06/10)

**WILLIAMS 000053**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 14**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JG:    What about Zay?

KC:    Uh, no. I don't believe so. I never seen him with a gun or not.

JG:    You ain't never seen him with one? Nothin' like that?

KC:    No. Not that I know of. He never showed me one.

JG:    And you don't, you don't carry guns or nothin'? Or - you ever seen any guns or anything inside
       that apartment?

KC:    No. Not that I know of. I - I just went to sleep in the room. My mom said she was comin' to get me
       to go take me to school.

JG:    Well, I didn't ask if th- there's - i- if there's any in there. You said, not that I know. I'm askin', have
       you ever seen any guns inside that apartment?

KC:    Uh, no.

ES:    (Unintelligible). Have you ever seen this guy?

KC:    No. No.

ES:    You never seen him?

KC:    No. I don't even know who that is.

ES:    'Cause he came from that apartment.

KC:    No. Can I see one more time?

ES:    Yeah.

KC:    No. I don't know who that is.

ES:    Uh. That's about the same timeframe that you started kinda hanging out over here.

KC:    I really don't know who that is. I don't know. I've, I've seen him before, but I don't know who that
       is.

JG:    So you have seen him before?

KC:    Yeah. I've seen him come here before now.

JG:    Does he got a little nickname?

Statement (Rev. 06/10)

WILLIAMS 000054

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 15**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:     No. I don't, I never heard him call (unintelligible). Zay didn't, nobody call him nothing. Like, he just come in and shake they hands and they just be talkin'. I never heard him r- and he'd leave. He'd come in and leave.

JG:     How is he gettin' around?

KC:     I - I think, I don't, I don't know. I've never been with him. I never got in a car with him.

JG:     You've been goin' to school though on a, on a regular, man? Or you just...

KC:     Yeah. You...

JG:     ... get out of school or what?

KC:     No. You could go check my attendance. I've been goin' to school.

JG:     Okay. So when do you find time to hang out over here, man?

KC:     (Unintelligible). I don't know. Some days on the weekend when my mom let me go outside.

JG:     She let you go outside and you end up all the way on the other side of town? How does that happen?

KC:     Yes. I get dropped off or something.

JG:     By who?

KC:     Moms, my brother.

JG:     They bring you all the way over here?

KC:     Yeah.

JG:     They ever ask who you hangin'...

KC:     Um...

JG:     ... with?

KC:     ... my brother live down the street with his girlfriend. His baby mom.

JG:     Down where?

KC:     D- uh, not too far. Across the street from the juvenile. In apartments like uh, down that way. But like right behind Desert Pines.

JG:     Over off Bonanza somewhere?

Statement (Rev. 06/10)

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 16**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:    Yeah. Right over, yeah. Like, you know where the Smith's at?

JG:    Uh-huh.

KC:    Them apartments right there, my brother.

JG:    So they bring you all the way from up north? All the...

KC:    Yeah.

JG:    ... way down here?

KC:    Yeah. 'Cause yeah, I'm with my brother or I'm just, that's it.

JG:    Who they think you hangin' out with? They drop you off here at this complex, or you just end up over here?

KC:    No. They know I'm with Zay. I tell my mom I'm comin' with Zay.

JG:    All right. She know Zay?

KC:    No. My mom, my mom met Zay one time. That just 'cause she wanted to know who I been with.

JG:    Uh-huh. So she dropped you off here a couple days ago.

KC:    Uh-huh.

JG:    Was gonna pick you up this morning for school?

KC:    Yes.

JG:    What time was she 'posed to pick you up from school?

KC:    She, I- I think like 8:00 o'clock.

JG:    You think?

KC:    Yeah. Uh, sh...

JG:    What time?

KC:    She text me.

JG:    What time does school start?

KC:    Uh, like 7:50.

JG:    Right? So she just, I mean, y- that ain't. That don't make a whole lotta sense to me, man.

KC:    I know.

Statement (Rev. 06/10)

WILLIAMS 000056

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 17**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JG:     You're supposed to be in school when you somebody who attends on a regular. How she gon' be picking you up after school's already started?

KC:     You right. But my mom say she, 'cause she was supposed to come get me last night. But she had got off and she was tired. She said she was comin' to get me in the mornin' to take me in school.

JG:     After school started?

KC:     Yes.

JG:     Is that a f...

KC:     If y- you wanna call my mom?

JG:     Is that how it normally goes? I mean...

KC:     No. But do you wanna call my mom? Everybody do parenting different.

JG:     Yeah. I hear that.

JL:     So you say you saw this, guy from the picture. When's the last time you saw him?

KC:     Couple days ago. Like two, three days ago.

JL:     And where was that at?

KC:     He came by.

JL:     He came by here?

KC:     Yeah.

JL:     Two or three days ago?

KC:     Yeah. Like Friday. He came by.

JL:     But you said you got here yesterday.

KC:     Yeah. I g- I was here Friday, left, and I came back. I was with my mom Saturday. You could call my mom. I was with my mom Saturday. We was at a birthday party. My brother, my little brother. I mean, uh, my little brother. My brother baby mom's daughter had just had a party.

JL:     Where was the party at?

Statement (Rev. 06/10)

WILLIAMS 000057

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 18**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:  Uh, at some building. Uh, it was like a bingo hall or somethin'. A bingo hall. They rent out a little

bingo hall.

ES:  You didn't hear anything this morning, huh? (Unintelligible).

KC:  No, not really. I just jumped up. When I jumped up, I got slammed.

ES:  What made you jump up though?

KC:  'Cause I hear, I heard them yelling.

ES:  But you didn't hear nothing before that?

KC:  No.

JG:  What were they yelling?

KC:  I was sleep. I - I just heard people yelling and I - I st- jumped up, I was already up. They grabbed

me, threw me on the ground. And they t- hurry up and took me out the house. That's when they, I

walked down here and I seen you.

ES:  Uh-huh. Man, that's a little unbelievable. And I'm just gonna tell you why. Because, with the

amount of noise that happened and all you heard was them yelling at you? I mean, people from...

KC:  That's my titi right there.

JG:  Your who?

KC:  My titi.

JG:  Who's that?

JL:  Who's that?

KC:  My auntie.

JG:  What's her name?

KC:  Shafonda.

ES:  Shafonda?

KC:  Yeah. She just went to the right in that white car.

ES:  What's her last name?

KC:  Oliver.

Statement (Rev. 06/10)

WILLIAMS 000058

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 19**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

ES:    Does she live with you?

KC:    No. That's my auntie though.

ES:    Where she stay at?

KC:    Uh, I don't know. I don't know her address either.

JL:    What part of town?

KC:    W- like the west side. Like the trailer homes. It's like some trailer home. You know like, where all the tow truck comp- like, all the junk yards at? And it's like, like, um, it's like trailer homes. Like, I don't know how to explain it. I don't know.

ES:    You from Vegas originally? Or where you from?

KC:    Yeah. I'm from Vegas.

JG:    Oh, okay. She's your blood aunt?

KC:    Yes.

JG:    Is she your mom's sister?

KC:    Yes. They both got the same name, Oliver.

JG:    Zay's about your age?

KC:    Yes. He about 18, 19. Oh, there go my brother. Bro?

JL:    What's your brother's...

KC:    Hey?

JL:    ... name?

KC:    Oh. My brother right there.

JL:    What your brother's name?

KC:    Antoine.

JL:    Antoine?

KC:    Harris.

JL:    Okay.

KC:    Oh.

Statement (Rev. 06/10)

WILLIAMS 000059

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 20**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     Blood brother?

KC:     Yeah. That's my blood brother.

JL:     That the one that lives down the street?

KC:     Yes.

JG:     How old's he? Do you know?

KC:     20 - like 26. Bro, call momma.

JL:     He will, man. He will. I guarantee that's who he's callin' right now. They know who you're stayin'

        with?

KC:     Ask them.

JL:     I'm askin' you.

KC:     Yeah. They know I be with Zay.

JL:     Do they know Zay?

KC:     No. Don't nobody know Zay like that. That's my friend, not theirs. My mom only met Zay once.

JL:     But like, all the time your brother drop you off here and stuff like that, he never met...

KC:     My brother knows...

JL:     ... Zay?

KC:     ... my brother met Zay too, before.

JL:     All right, man. So here's, uh, here's the thing, man. Obviously, Zay is in some trouble, right?

        Right? Zay's, Zay's been up to - to - doin' shootings, different things, whatever. He's in trouble.

        Now he's dragged you into this, right? I mean uh, how's you, how do you think your probation

        officer's gonna feel knowin' that you know, you got a whole SWAT Teams here at the place you're

        stayin' at?

KC:     Not too well, p- probably.

JL:     Probably not...

KC:     (Unintelligible).

Statement (Rev. 06/10)

WILLIAMS 000060

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 21**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     ... too well, right? So the more you m- information you can give us on Zay, the more you can help

us with that. The better off it's gonna go for you, right? When it comes to...

KC:     (Unintelligible).

JL:     ... your probation officer?

KC:     Yeah. But I really, I really don't know too much. Like, I - I barely start comin' here. Like I really

don't know the - who been coming in and out. I really don't know nobody. Like, I don't know. I

don't know what to tell you. Like, I don't know who been comin' in and out of there. I barely know

anybody comin' in there. I don't talk to nobody. I don't s- if I don't know you, I won't say nothin' to

you.

JL:     Well see, but m- my man back here showed you a photo, right?

KC:     Uh-huh. I seen him...

JL:     At first, I don't know who that is, but then...

KC:     I seen...

JL:     ... you admit that you know...

KC:     I s- I seen...

JL:     ... (unintelligible).

KC:     ... him before.

JL:     So when's the last time you think you've seen him?

KC:     I - I - told you like, Friday when I was over here. I went Saturday. You could ask my brother. On

Saturday, we was at a party. I came back here. They dropped me back off over here.

JL:     Who was with that guy when you saw him?

KC:     Nobody. He came in the house by his self.

JL:     You know how he got here?

KC:     No.

JL:     You don't know what he drives?

KC:     No.

Statement (Rev. 06/10)

WILLIAMS 000061

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 22**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:    D- you hear anything him and Zay was talkin' 'bout?

KC:    No. They really, well, no. I - no. I didn't hear nothin' they was talkin' 'bout.

JL:    You see him carrying any kinda gun?

KC:    No. So I'm being arrested?

JL:    And that's still undecided.

ES:    We're just trying to figure out what happened inside there. That's all we're really...

JL:    Uh...

ES:    ... concerned about today.

KC:    Inside the house?

ES:    Yeah.

JL:    Yeah.

ES:    This morning.

KC:    I - I was - I promise you. I was in the room sleep and I jumped up. And I, 'cause I heard a lotta

people yellin'. And I'm like, "Zay?" You know, like, I'm - I'm barely wakin' up and I just get

slammed. I - I really don't know what happened. And then, they just hurry up and drag me out.

And I w- they walk me down the street and he grabbed me. He...

ES:    Where was Zay at when, when you were sleeping?

KC:    He w- uh, he was in the livin' room asleep.

JL:    Zay let you sleep in the bedroom, and he took the couch?

KC:    Uh-huh.

JL:    How many bedrooms are in that place?

KC:    One.

ES:    What time...

JL:    So - oh...

ES:    I'm sorry. What time'd you guys go to bed at then? If you remember.

KC:    U- um, like 2:00. I went to sleep at like 2:00.

Statement (Rev. 06/10)

WILLIAMS 000062

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 23**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

ES:     Both you guys?

KC:     I don't know about him. I know I did. I think he was still up in the livin' room.

ES:     Where do you guys play the games at?

KC:     In the livin' room or in the room. His TV's in the room, y- or in the livin' room. He change it around sometimes. Depends. But the game in the livin' room right now.

JL:     You said who's house is it?

KC:     I - I really, I don't know who house it is. But I think t- Zay being here. That Zay been living here. So I think it's his. I don't know who, I don't know. He said it was his cousin, matter of fact. That's what he told me.

JL:     But you ever seen his cousin?

KC:     No.

JL:     The bedroom you're sleepin' in?

KC:     It got a couch in there. There's a couch in there.

JL:     There's a couch in the bedroom?

KC:     Yeah.

JL:     Any bed in it? Any clothes in it?

KC:     Ta- da - da - it's a cover over the w- co- uh, over the closet. (Unintelligible). (Unintelligible) i- it's like, uh, like, you know the couch. They got the little extra thing you could put your feet on? (Unintelligible). That's how it is in the livin' room too.

ES:     Who pays the bills to that place?

KC:     Tr...

ES:     You don't know?

KC:     Huh, huh. Huh, I don't pay the bills. Huh, I know that. Huh, I don't know who pay the bills.

ES:     So this is like a little hang-out spot for everyone, huh?

WILLIAMS 000063

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 24**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

KC:  I don't know for everyone. Like, when I'm here, b- I barely see p- it like, people come through, but I never see. Like, I n- bare- people barely come through. I don't know. I - I just been here hangin' out with Zay. Playin' the game.

ES:  Now Imma ask you a question, okay?

KC:  Uh-huh.

ES:  Is uh, Zay servin' any dope outta there or anything?

KC:  Not that I know of.

ES:  That you know of?

KC:  No. I never seen him sell no dope around me.

ES:  Is Zay a little uh, does he - does he kick it with anyone? Is he like a, part of a - set or anything?

KC:  Um, I never heard him...

ES:  Like a little click or somethin'?

KC:  No. Not that I know of. I never heard him say click or no gang t- gang or nothin' around me.

ES:  'Cause you know these little high schools, you know they got these little, silly clicks and...

KC:  Yeah.

ES:  ... stuff.

KC:  Uh, yeah. At -- at my school, they got a little silly click.

ES:  Yeah.

KC:  Yeah.

ES:  You part of one too, or?

KC:  No.

ES:  No?

KC:  No.

JL:  What's the one at your high school?

KC:  They call it, they call itself, Oso's. Oso Blancos. I don't (unintelligible) you know the street Oso and Blanco out there?

WILLIAMS 000064

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 25**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     Uh-huh.

KC:     They name they self after that. Huh. (Unintelligible). It's a, it's a bunch of kids at my school. They, they co- I don't know if they got they own little thing. I don't know.

ES:     They were stealin' all them cars, huh?

KC:     Who?

ES:     The Oso Blanco's?

KC:     You know it's crazy. Yeah. I think so. 'Cause like, couple of 'em just went to jail from my school and like...

ES:     Yeah.

KC:     ... they, now they startin' to get out. This is like, couple of 'em startin' to come back now. And they was just telling everybody at school they was in jail and stuff.

ES:     All right.

KC:     Yeah.

ES:     Yeah. They got uh, they ran from the police and stuff.

KC:     Yeah. Yeah. Some, uh, some. They was just tellin' like, they ran from the police. And I heard like, they was at a store or somethin'. The po- police g- got like, came in the store and got 'em all.

ES:     Yeah.

KC:     Some, somethin' like that, yeah. That's crazy. Yeah. They, they, they just got out. They're like, they was just all at school last week. They was tellin' everybody how they just went to jail. I was like, "Y'all crazy. Y'all stupid."

ES:     So you never heard of that little nickname, CJ? Or sometimes he, he had like a Facebook page. Um, CJ Da Great?

KC:     No. Uh, only CJ I know. CJ from Oso. He's - the - he was the one w- one of them with the thing we was talkin' about with the car.

ES:     How old's he?

KC:     He go to my school.

Statement (Rev. 06/10)

WILLIAMS 000065

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 26**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

ES:     Oh. So he's still a high school kid?

KC:     Yeah.

ES:     Okay.

KC:     That's - yeah. That's the only CJ I know.

ES:     Okay. You never heard of Lupa?

KC:     No. I - I really never heard of them name. I never heard of them name. I never s- if they ever
        came out, I never heard Zay, nobody say them names, nothin'. I don't, I don't know them names.

JL:     What's your tattoo of, man?

KC:     Which one?

JL:     On your right arm.

KC:     Oh. It's cupid shootin' out hearts.

JL:     What is it?

KC:     Cupid shootin' out hearts.

ES:     Cupid?

KC:     Yeah. And then I...

ES:     Even on your neck too?

KC:     Yeah. It's mom name. Like a crown (unintelligible) then I got one on my hand. It's from a girl. She
        had passed away, you know? Y'all probably know her. Kayla Daniels. She passed away like, all
        the way up there on Hollywood. And I got her name tatted on my hand with 11:11. For make a
        wish.

ES:     Hey, you're all over the city. Northwest, southeast, northeast.

KC:     I mean, Vegas, Vegas...

ES:     You're around...

KC:     ... small.

JG:     It is small.

KC:     Uh-huh.

Statement (Rev. 06/10)

WILLIAMS 000066

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 27**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

JL:     Does Zay ever wor- worry about uh, cops catchin' him doin' anything?

KC:     Not that I know of. He never said nothin' about the police to me. Uh, (unintelligible). You don't know if I could get some pants or nothin'?

ES:     You got clothes in there?

KC:     Uh, I have some sweats, and some socks and shoes. And a jacket.

ES:     It just you and Zay, huh? No females up in there?

KC:     No. Nobody was in there. I gotta pee.

ES:     Uh, okay.

JL:     Okay? All right, man. Let me see what we can do about gettin' you some pants or somethin'. Or findin' you a bathroom, all right?

KC:     All right. You know, you know where my brother went?

JG:     Yeah. He's uh, hanging out in his car. I told him to hang tight.

KC:     Oh. (Unintelligible). I gotta pee. Excuse me?

JG:     Yeah?

KC:     I got a question.

ES:     What's up, man? Uh-huh?

KC:     Everybody all right? 'Cause no, uh, like, when I jumped, I really didn't see nothin'. But I b- I seen a lotta blood on the floor.

ES:     Did you?

KC:     Yeah. I got a little blood on my toe.

ES:     Oh, okay. You're not injured are you?

KC:     No. I ain't injured...

ES:     Oh, okay.

KC:     ... though.

ES:     Uh, I'll be honest with you. I never made it into the apartment.

KC:     Oh.

Statement (Rev. 06/10)

WILLIAMS 000067

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 28**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

ES:     I was kinda back here.

KC:     Yeah. They...

ES:     The SWAT Team was doin' their thing, you know? So...

KC:     No (unintelligible). I was just wonderin'. I t- 'cause I did see a lotta blood on the floor at first. (Unintelligible).

ES:     What do you think the blood was from?

KC:     Uh, I don't know. 'Cause I seen the windows bust out and all. When t- 'cause they slammed me on the ground. I got up, I seen the window glass all on the floor. I was s- steppin' on glass. I gotta freaking pee though.

JL:     All right, man. Mom knows where you're at. Um, Detective Grimmett talked to her as well, okay? So, here's what uh, here's what I think's gonna happen. I'm probably gon' to uh, do you think brother left already?

JG:     He told me he was gonna stick around. So...

JL:     Okay. We'll uh, we'll track down your brother and now, we'll get you outta handcuffs and we'll let you get outta here for today, okay?

KC:     All right.

((Crosstalk))

JL:     Um, I don't know if uh, you might not be able to get back up in there and get your pants and stuff yet. I'll check on that for you though, before you go. Um, but uh, that's gonna be it for now.

KC:     All right. thank you. Appreciate it.

JL:     All right. I'm gonna go ahead and walk you back over to this other car. Just for now, while I track down your brother, okay?

KC:     All right. Man, it's hella cold. I gotta piss.

JL:     (Unintelligible) swing your feet out first. There you go. We're gonna (unintelligible). This'll be the uh, end of interview. Same persons present. Time is 0828.

Statement (Rev. 06/10)

WILLIAMS 000068

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**STATEMENT**
**PAGE 29**

**EVENT #: 220100037272**
**STATEMENT OF KWAME CROCKETT**

**THIS VOLUNTARY STATEMENT WAS COMPLETED AT 6176 S. LAS VEGAS BLVD ON 13TH DAY OF JANUARY 2022, AT 0828 HOURS.**

**JL:NET TRANSCRIPTS**
**FIT2022-003 (##220100037272)**
**J5814L Reviewed**

Statement (Rev. 06/10)

**WILLIAMS 000069**