# Exhibit 22

# Exhibit 22

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
# VOLUNTARY STATEMENT
**PAGE 1**

EVENT#: 220100037272

---

SPECIFIC CRIME:     OFFICER INVOLVED SHOOTING- FATAL

DATE OCCURRED:     01/10/2022                    TIME OCCURRED:     0501 HRS

3050 S NELLIS BLVD
LOCATION OF OCCURRENCE:     LAS VEGAS, NV 89121

CITY OF LAS VEGAS          CLARK COUNTY

---

NAME OF PERSON GIVING STATEMENT:     JANETH LOPEZ-QUEZADA

DOB:                                SOCIAL SECURITY #:

RACE:                                          SEX:

HEIGHT:                                      WEIGHT:

HAIR:                                          EYES:

HOME ADDRESS:                         PHONE 1:   xxx-xxx-xxxx

                                               PHONE 2:

WORK ADDRESS:

---

**The following is the transcription of a tape-recorded interview conducted by DETECTIVE CESAR SEDANO, P# 5393, LVMPD FORCE INVESTIGATION TEAM on 01-10-22 at 0942 hours.**

CS:     Operator, this is Detective C. Sedano conducting a taped interview reference event number

220100037272 for the officer-involved shooting that occurred at 3050 South Nellis Boulevard. I'll be

conducting a taped interview. Today's date is January 10, 2022. The time is 0942 hours. The person or,

excuse me, the location of the interview is, uh, 3050 South Nellis Boulevard Building 21 Apartment

Number ▆▆ The person bein' interviewed is last name of Lopez L-O-P-E-Z hyphenated Quezada

Q-U-E-Z-A-D-A, first name of Janeth J-A-N-E-T-H. Date of birth of ▆▆▆▆ Soc of ▆▆▆.

OLN of ▆▆▆. Her, uh, employer, excuse me, her cell phone number is ▆▆▆. Uh, she is

a ▆▆▆. Her s-, uh, scheduled shift is ▆▆▆. Her days off are

▆▆▆. Uh, Janeth, uh, are you aware that this interview is being recorded?

JL:     Yes.

CS:     Do I have your permission to continue?

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
# VOLUNTARY STATEMENT
**PAGE 2**

**EVENT#: 220100037272**
**STATEMENT OF: JANETH LOPEZ-QUEZADA**

JL:    Yes.

CS:    Okay, Janeth, can you tell us in your own words what transpired this, uh, this morning?

JL:    Uh, I just remember waking up to my boyfriend holding me, pushing me. Um, I heard gunshots. I remember that. I don't remember really hearing the cop, but I do remember my boyfriend holding me, holding my baby, and then, uh, I just remember the gunshots.

CS:    Okay, so you just remember the gunshots. Did you hear any - any, uh, voices or anything?

JL:    No, not before.

CS:    Did you make out...

JL:    No.

CS:    ...hear during?

JL:    Uh, after I think I do remember hearing the yelling and then the shooting but that's it.

CS:    Did you hear anything - well - well you said yelling. Did - did you...

JL:    No, nothing specific.

CS:    Nothing distinctive?

JL:    No.

CS:    Okay, and you stayed in bed with your boyfriend and your baby?

JL:    Yes.

CS:    Okay, uh, now we're gonna be recovering projectiles that entered into your apartment, uh, as evidence. Uh, and do you have any questions in regards to that?

JL:    No, I don't. I'm good.

CS:    Okay, operator, this is, uh, same people present. Same t- the time is, uh, 9:46 and it, uh, concludes our interview.

---

**THIS VOLUNTARY STATEMENT WAS COMPLETED AT 3050 S NELLIS BLVD ON THE 10TH DAY OF JANUARY AT 0946 HOURS.**

**CS: NET TRANSCRIPTS**
**FIT2022-002 (220100037272)**

**WILLIAMS 000039**

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## VOLUNTARY STATEMENT
**PAGE 3**

**EVENT#: 220100037272**
**STATEMENT OF: JANETH LOPEZ-QUEZADA**

**Reviewed by S6878M on 3/9/22**