**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW, PC**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-00074-APG-NJK<br><br>**PLAINTIFF'S NOTICE OF LODGING VIDEO EXHIBITS** |

/ / /

/ / /

**PLAINTIFF'S NOTICE OF LODGING VIDEO EXHIBITS**

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the following exhibits are hereby lodged and submitted to the Court via USB drive in relation to *Plaintiff's Motion for Partial Summary Judgment as to Liability and Causation* [ECF #57]:

| | |
|---|---|
| Ex. 13. | Body Worn Camera Footage of Defendant Russell Backman |
| Ex. 14. | Body Worn Camera Footage of Defendant Brice Clements |
| Ex. 15. | Body Worn Camera Footage of Defendant James Rothenburg |
| Ex. 16. | Body Worn Camera Footage of Defendant Kerry Kubla |
| Ex. 17. | Body Worn Camera Footage of Defendant James Bertuccini |
| Ex. 18. | Body Worn Camera Footage of Defendant Alex Gonzales |

DATED this 20th day of May, 2025.

BREEDEN & ASSOCIATES, PLLC

*/s/ Adam J. Breeden*
_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Adam@Breedenandassociates.com
*Attorneys for Plaintif*

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2025, I served a copy of the foregoing legal document **PLAINTIFF'S NOTICE OF LODGING VIDEO EXHIBITS** via the method indicated below:

| | |
|---|---|
| X | Through the Court's ECF/CM system on all registered users |
| | Pursuant to FRCP 5, by placing a copy in the US mail, postage pre-paid to the following counsel of record or parties in proper person:<br><br>Craig R. Anderson, Esq.<br>**MARQUIS AURBACH**<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendants* |
| | Via receipt of copy (proof of service to follow) |

t

An Attorney or Employee of the following firm:

*/s/ Kirsten Brown*
**BREEDEN & ASSOCIATES, PLLC**