**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW, PC**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 55] AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY AND CAUSATION [ECF NO. 57]** |

**IT IS HEREBY STIPULATED** between Plaintiff, LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH

T. WILLIAMS (hereinafter referred to as "Plaintiff"), by and through her counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC and Corrine P. Murphy, Esq. of MURPHY'S LAW, PC, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, KERRY KUBLA, BRICE CLEMENTS, ALEX GONZALES, RUSSELL BACKMAN, JAMES ROTHENBURG, and JAMES BERTUCCINI, by and through their counsel of record Craig Anderson, Esq. (hereinafter collectively referred to as "Defendants"), that:

**IT IS HEREBY STIPULATED** that Plaintiff shall have until Friday, June 20, 2025 to file their Response to Defendants' Motion for Summary Judgment [ECF No. 55].

**IT IS FURTHER STIPULATED** that Defendants shall have until Friday, June 20, 2025 to file their Response to Plaintiff's Motion for Partial Summary Judgment as to Liability and Causation [ECF No. 57].

**IT IS SO STIPULATED AND AGREED.**

Dated this 27th day of May, 2025.                              Dated this 27th day of May, 2025.

**BREEDEN & ASSOCIATES, PLLC**                                 **MARQUIS AURBACH**

/s/ Adam J. Breeden                                            /s/ Craig Anderson

**ADAM J. BREEDEN, ESQ.**                                      **CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 008768                                          Nevada Bar No. 6882
7432 W. Sahara Ave., Suite 101                                 10001 Park Run Drive
Las Vegas, Nevada 89117                                        Las Vegas, NV 89145
Phone: (702) 819-7770                                          Phone: (702) 382-0711
Fax: (702) 819-7771                                            Fax: (702) 382-5816
Adam@Breedenandassociates.com                                  canderson@maclaw.com
                                                               *Attorney for Las Vegas Metro Police Dept. &*
**CORRINE P. MURPHY, ESQ.**                                    *Officers*
Nevada Bar No. 10410
MURPHY'S LAW, PC
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiffs*

**1**                                                     **ORDER**

**2**        Plaintiff shall have until Friday, June 20, 2025 to file their Response to Defendants' Motion

**3** for Summary Judgment [ECF No. 55].

**4**        Defendants shall have until Friday, June 20, 2025 to file their Response to Plaintiff's Motion

**5** for Partial Summary Judgment as to Liability and Causation [ECF No. 57].

**6**                                              **IT IS SO ORDERED**

**7**

**8**                                    _____
                                         **UNITED STATES MAGISTRATE JUDGE**

**9**

**10**                                   **DATED:** _____