**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW, PC**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-00074-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER FOR PARTIES TO EXCEED PAGE LIMITS ON THEIR REPLY TO THEIR MOTION FOR SUMMARY JUDGMENT AND FOR EXTENSION OF TIME [ECF NO. 55 AND 57]** |

**IT IS HEREBY STIPULATED** between Plaintiff, LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH

1  T. WILLIAMS (hereinafter referred to as "Plaintiff"), by and through her counsel Adam J. Breeden,
2  Esq. of BREEDEN & ASSOCIATES, PLLC and Corrine P. Murphy, Esq. of MURPHY'S LAW,
3  PC, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, KERRY
4  KUBLA, BRICE CLEMENTS, ALEX GONZALES, RUSSELL BACKMAN, JAMES
5  ROTHENBURG, and JAMES BERTUCCINI, by and through their counsel of record Craig
6  Anderson, Esq. (hereinafter collectively referred to as "Defendants"), that:

**IT IS HEREBY STIPULATED** that Plaintiff and Defendants have agreed their Replies to the pending Motions for Summary Judgement [ECF No. 55 and 57] will exceed the 20-page limit.

**IT IS HEREBY STIPULATED** that the Parties are not to exceed 25 pages in their Replies.

**IT IS HEREBY STIPULATED** that the Parties agree to a 3-week extension to file their Replies, with a new due date of July 25, 2025.

**IT IS SO STIPULATED AND AGREED.**

Dated this 27th day of June, 2025.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden
_____
**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
MURPHY'S LAW, PC
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiffs*

Dated this 27th day of June, 2025.

**MARQUIS AURBACH**

/s/ Craig Anderson
_____
**CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Phone: (702) 382-0711
Fax: (702) 382-5816
canderson@maclaw.com
*Attorney for Las Vegas Metro Police Dept. & Officers*

**ORDER**

The Parties are allowed to exceed the 20-page limit on their Replies to the currently pending Motions for Summary Judgement [ECF No. 55 and 57].

The Parties shall not exceed 25 pages in their Replies.

The Parties are granted a 3-week extension to file their Replies, with a new due date of July 25, 2025.

**IT IS SO ORDERED**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: June 30, 2025**