**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
**MURPHY'S LAW, PC**
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LATIA ALEXANDER, individually as heir of ISAIAH T. WILLIAMS and in her capacity as Special Administrator of the Estate of ISAIAH T. WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; KERRY KUBLA, in his individual capacity; BRICE CLEMENTS, in his individual capacity; ALEX GONZALES, in his individual capacity; RUSSELL BACKMAN, in his individual capacity; JAMES ROTHENBURG, in his individual capacity; JAMES BERTUCCINI, in his individual capacity; DOES I-XX, inclusive,<br><br>        Defendants. | CASE NO. 2:24-cv-00074-APG-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO DEFENDANTS' PENDING MOTIONS [ECF NOS. 80 AND 82] (FIRST REQUEST)** |

**WHEREAS**, on April 3, 2026, Defendants filed their Second Motion for Summary Judgment [ECF No. 80], and Plaintiff's Response thereto is currently due on Friday, April 24, 2026;

**WHEREAS,** on April 6, 2026, Defendant James Bertuccini filed his Motion for Reconsideration [ECF No. 82], and Plaintiff's Response thereto is currently due on Monday, April 20, 2026;

**WHEREAS,** due to counsel for Plaintiff's recent out-of-state travel obligations and the resulting impact on counsel's availability to prepare substantive responses to the foregoing motions, counsel for Plaintiff requires additional time within which to prepare and file adequate responses to Defendants' pending motions;

**WHEREAS,** the Parties have conferred and agreed that a two-week extension of time for Plaintiff to file her Responses to Defendants' pending motions is reasonable under the circumstances, that good cause exists for such an extension, and that the requested extension is not sought for purposes of delay and will not prejudice any party; THEREFORE,

[remainder of page intentionally blank]

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that the deadline for Plaintiff to file her Response to Defendants' Second Motion for Summary Judgment [ECF No. 80] shall be extended from April 24, 2026, up to and including May 8, 2026, and the deadline for Plaintiff to file her Response to Defendant Bertuccini's Motion for Reconsideration [ECF No. 82] shall be extended from April 20, 2026, up to and including May 4, 2026. This is the Parties' first request for an extension of these deadlines.

**IT IS SO STIPULATED AND AGREED.**

Dated this 20th day of April, 2026.

**BREEDEN & ASSOCIATES, PLLC**

*/s/ Adam J. Breeden, Esq.*

**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com

**CORRINE P. MURPHY, ESQ.**
Nevada Bar No. 10410
MURPHY'S LAW, PC
2620 Regatta Dr., Suite 102
Las Vegas, NV 89128
Phone: (702) 820-5763
Fax: (702) 665-7345
cmurphyslawattorney@gmail.com
*Attorneys for Plaintiffs*

Dated this 20th day of April, 2026.

**MARQUIS AURBACH**

*/s/ Craig R. Anderson, Esq.*

**CRAIG R. ANDERSON, ESQ.**
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, NV 89145
Phone: (702) 382-0711
Fax: (702) 382-5816
canderson@maclaw.com
*Attorney for Las Vegas Metro Police Dept. & Officers*

**IT IS SO ORDERED**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: <u>April 21, 2026</u>**

3